IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DAVID ZAVALA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**COMMISSIONER TIMOTHY C. WARD,** *et al.,*<br><br>*Defendants.* | **CIVIL ACTION NO.**<br>**5:19-cv-00383-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

In his Order and Recommendation [Doc. 11], the United States Magistrate Judge permits several 42 U.S.C. § 1983 claims to proceed for further factual development and recommends that the Court dismiss the remaining claims in Plaintiff's Complaint [Doc. 1] without prejudice.

No objections have been filed to the magistrate judge's Recommendation; therefore, the Court reviews his findings for clear error. 28 U.S.C. § 636(b)(1)(A). After a review of his findings, the Court finds no clear error in the magistrate judge's Recommendation.

Accordingly, the Recommendation [Doc. 11] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT.** The Court allows Plaintiff's:

(1) excessive force claims against Defendants Polite and Evans,

(2) due process claims regarding the restrictions on Plaintiff's confinement against Defendants Taylor, Polite, Sumpter, Toole, Myrick, Goody, Ford, and Ward,

(3) conditions-of-confinement claims against Defendants Davis, Ball, Goody, Ford, Sumpter, Harper, Polite, Nopen, Toole, Taylor, Ward, Myrick, and Cannon,

(4) retaliation claims against Defendants Davis, Ford, Cannon, Polite, Sumpter, Nopen, Harper, and Goody, and

(5) medical treatment claims against Defendants Goody, Ford, Cannon, Polite, Toole, Taylor, Ward, Ball, Sumpter, Myrick, Gore, and Elaine

to proceed. The Court **DISMISSES without prejudice** the remaining claims in Plaintiff's Complaint [Doc. 1].

**SO ORDERED**, this 22nd day of April, 2020.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**