**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **DAVID ZAVALA,** )  ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **CIVIL ACTION NO.** |
| ) | **5:19-CV-00383-TES-CHW** |
| **COMMISSIONER TIMOTHY C.** ) **WARD, ET AL** ) ) | |
| **Defendants.** ) | |

**MOTION TO DISMISS OF DEFENDANTS POLITE, TAYLOR, TOOLE, MYRICK, GOODY, FORD, WARD, DAVIS, BALL, NOPEN, GORE and HARPER**

COME NOW, Defendants Polite, Taylor, Toole, Myrick, Goody, Ford, Ward, Davis, Ball, Nopen, Gore and Harper ("the Defendants"), by and through counsel, Attorney General for the State of Georgia, and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully file this Motion to Dismiss, the bases for which are set forth in the memorandum of law and evidentiary material filed contemporaneously herewith.

WHEREFORE, the Defendants request that the Court grant their Motion to Dismiss.

Respectfully submitted this 4th day of June, 2020.

                                                CHRISTOPHER M. CARR   112505
                                                Attorney General
                                                KATHLEEN M. PACIOUS 558555
                                                Deputy Attorney General
                                                /s/Andrew M. Magruder
                                                ANDREW M. MAGRUDER
                                                Special Assistant Attorney General
                                                Georgia Bar Number 465710

Wilkinson and Magruder, LLP
2 George C. Wilson Court
Augusta, Georgia 30909
(706) 737-0771; amm@wmssd.net
(706) 737-0591 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed **MOTION TO DISMISS OF DEFENDANTS POLITE, TALYOR, TOOLE, MYRICK, GOODY, FORD, WARD, DAVIS, BALL, NOPEN, GORE and HARPER** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record. I hereby certify that today I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**DAVID ZAVALA**
REG01574-120
ATLANTA
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 150160
ATLANTA, GA 30315

This the 4th day of June, 2020.

s/Andrew M. Magruder
Georgia Bar No. 465710
Special Assistant Attorney General
2 George C. Wilson Court
Augusta, Georgia 30909
(706) 737-0771
amm@wmssd.net