| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures |||
|---|---|---|
| Policy Name: Statewide Grievance Procedure |||
| Policy Number: 227.02 | Effective Date: 2/26/2018 | Page Number: 1 of 16 |
| Authority:<br>Commissioner | Originating Division:<br>Facilities Division | Access Listing:<br>Level II: Required Offender Access |

## I. Introduction and Summary:

It is the policy of the Georgia Department of Corrections (GDC) to maintain a grievance procedure available to all Offenders, which provides an open and meaningful forum for their complaints, the resolution of these complaints including an appeals process, and is subject to clear guidelines. This policy serves to protect Offenders from personal abuse, corporal punishment, personal injury, disease, property damage, and harassment and provides for the resolution of Offender grievances relating to health care concerns.

## II. Authority:

A. GDC Board Rules: 125-2-4-.23;

B. GDC Standard Operating Procedures (SOP's): 208.06 Prison Rape Elimination Act – (PREA) Sexually Abusive Behavior Prevention and Intervention Program; 209.01 Offender Discipline; 209.05 Administrative Segregation; and 507.04.03 Offender/ Probationer Health Concerns or Complaints; and

C. ACA Standards: 2-CO-3C-01, 4-4281 (Ref. 3-4268) (MANDATORY), 4-4284, and 4-4394.

## III. Definitions:

A. **Active Grievance** - A grievance that is currently being worked at the local facility level and has not been resolved or appealed to the Commissioner's level.

B. **Alternate Grievance Coordinator** - The individual assigned by the Warden or Superintendent to back-up and/or assist the Grievance Coordinator to manage the grievance process at the local facility as the secondary point-of-contact.

C. **Business Day** - Monday through Friday excluding state holidays.

D. **Calendar Day** - Calendar Day is considered a 24-hour time period from midnight to midnight Monday through Sunday.

— Exhibit "A"

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 2/26/2018 | **Page Number:** 2 of 16 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

- E. **Emergency Grievance** - An unexpected situation involving a significant threat to the health, safety or welfare of an Offender that requires prompt action.

- F. **Good Cause** - A legitimate reason involving unusual circumstances that prevented the Offender from timely filing a grievance, appeal, or Attachment 10 Active Grievances Process Form. Examples include: serious illness, being housed away from a facility covered by this procedure (such as being out on a court production order or for medical treatment).

- G. **Grievance Coordinator** - The individual assigned by the warden or superintendent to manage the grievance process at the local facility and serve as the primary point-of-contact.

- H. **Offender** - A person who has been placed under the supervision of Georgia Department of Corrections.

- I. **Physical Force Compliance** - Allegation of staff use of force that is in alignment with the letter of, the intent of, and the purpose of GDC written policy and procedures.

- J. **Physical Force Non-Compliance** - Allegation of staff use of force that is NOT in alignment with the letter of, the intent of, and the purpose of GDC written policy and procedures.

- K. **Sexual Abuse** - As defined in SOP No. 208.06, Prison Rape Elimination Act – (PREA) Sexually Abusive Behavior Prevention and Intervention Program.

- L. **Sexual Harassment** - As defined in SOP No. 208.06 Prison Rape Elimination Act - (PREA) Sexually Abusive Behavior Prevention and Intervention Program.

IV. **Statement of Policy and Applicable Procedures:**

A. General Information:

1. Notice to Offenders. Upon entering the Department of Corrections, each Offender must receive an oral explanation of the grievance procedure. The Offender must also receive a copy of the Orientation Handbook for

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures ||| 
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure ||| 
| **Policy Number:** 227.02 | **Effective Date:** 2/26/2018 | **Page Number:** 3 of 16 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

Offenders, which includes instructions about the procedure. The Offender's receipt of an oral explanation of the grievance procedure and Orientation Handbook will be noted in the Offender's institutional file. Additionally, Offenders may access a copy of this policy in its entirety at the facility library.

2. No Offender may be denied access to this procedure.

    a. Grievance forms must be available in the control rooms of all living units and must be provided upon request by an Offender. For Offenders in isolation and segregation areas, staff assigned to those areas must provide these forms upon request by an Offender.

    b. Offenders are not prohibited from assisting other Offenders from filling out any forms attached to this SOP. However, one Offender may not file a grievance on behalf of another Offender.

    c. Institutional staff will assist Offenders who need special help filling out the grievance forms (*i.e.*, due to language barriers, illiteracy, or physical or mental disability) upon request.

3. Retaliation against an Offender for filing a grievance is strictly prohibited. The prohibited retaliation includes, but is not limited to, disciplinary action against the Offender for filing a grievance.

4. Informal Dispute Resolution: The Department encourages Offenders to try to resolve complaints on an informal basis before filing a grievance. However, an Offender is not required to attempt an informal resolution before filing a grievance.

5. The grievance procedure is not intended to circumvent routine administrative processes (*i.e.*, clothing requests, sick call, etc.).

B. Grievances:

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures |||
|---|---|---|
| Policy Name: Statewide Grievance Procedure |||
| Policy Number: 227.02 | Effective Date: 2/26/2018 | Page Number: 4 of 16 |
| Authority:<br>Commissioner | Originating Division:<br>Facilities Division | Access Listing:<br>Level II: Required Offender Access |

1. **Grievable Issues:** Except as provided below, an Offender may file a grievance about any condition, policy, procedure, or action or lack thereof that personally affects the Offender.

2. **Non-grievable Issues:** An Offender may not file a grievance about any of the following issues:

   a. Matters that do not personally affect the Offender;

   b. Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state;

   c. Disciplinary actions, including any warnings, sanctions, fees, or assessments: The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline;

   e. Involuntary assignments to Administrative Segregation: The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation;

   f. Co-pay charges assessed for health care: The procedure to appeal such charges is located in SOP 507.04.03, Offender/ Probationer Health Concerns or Complaints;

   g. Transfers of Offenders between institutions;

   h. Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the Offender's health or safety. The procedure to appeal such assignments is located in SOP 220.03, Classification Committee;

   i. Requests for special religious accommodation outside the accommodations allowed for by policy: The procedure to file a special religious request is located in SOP 106.11, Religious Accommodations.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures ||| 
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure ||| 
| **Policy Number:** 227.02 | **Effective Date:** 2/26/2018 | **Page Number:** 5 of 16 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

However, Offenders may file grievances regarding the Department or a staff member's alleged failure to adhere to current policy regarding religious accommodations;

j. Sexual Abuse and Sexual Harassment shall be forwarded to the Institutional Sexual Assault Response Team (SART) and processed according to SOP 208.06, Prison Rape Elimination Act: Sexually Abusive Behavior Prevention and Intervention Program; or

k. GOAL Devices (tablets) including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc. An issue with this device should be addressed at the facility with the J-Pay Point of Contact designated by the Warden. Use of the tablet is a privilege, not a right.

3. An Offender may file a grievance alleging retaliation or harassment, regardless of the form of the alleged retaliation or harassment.

4. An Offender is limited to two (2) Active Grievances:

    a. If an Offender's new grievance would exceed the two (2) Active Grievances limit, the Grievance Coordinator will advise the Offender that he may voluntarily drop one (1) of the two (2) Active Grievances utilizing Attachment 10, Active Grievances Process Form. The Grievance Coordinator will keep a hard copy of the grievance and Attachment 10, Active Grievances Process Form, in the Grievance Coordinator's office.

    b. The Offender must return Attachment 10, Active Grievances Process Form and the new grievance to his Counselor within five (5) Calendar Days of receipt of Attachment 10, Active Grievances Process Form, to drop one (1) of the two (2) Active Grievances. The Counselor will then forward Attachment 10, Active Grievances Process Form and the new grievance back to the Grievance Coordinator.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures ||| 
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure |||
| **Policy Number:** 227.02 | **Effective Date:** 2/26/2018 | **Page Number:** 6 of 16 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

    c. The Department will not further review a dropped grievance and the Offender's ability to file a grievance or otherwise seek administrative review for the subject matter of a dropped grievance will be forfeited.

    d. If the Offender fails to return Attachment 10, Active Grievances Process Form within five (5) Calendar Days, then the third (3rd) grievance will not be processed or reviewed further and the Offender's ability to file a grievance or otherwise seek administrative review for the subject matter of the third (3rd) grievance will be forfeited.

    e. If the Offender returned Attachment 10, Active Grievances Process Form after five (5) Calendar Days, it may be accepted with Good Cause.

5. The following do not count toward the two (2) Active Grievance limit and will be processed under the regular procedure:

    a. A grievance submitted by the Offender as an Emergency Grievance, and determined by the Grievance Coordinator to be an Emergency Grievance;

    b. A grievance that involves allegations of physical abuse with significant injury to the Offender; and

    c. A grievance that the Grievance Coordinator determines involves an important issue of prison security or administration, such as a serious threat to life, health, or safety of any person.

6. Grievances will be rejected that include threats, profanity, insults, or racial slurs that are not a part of the Offender's complaint.

7. Range of Remedies: Remedies include all reasonable and effective resolutions, which may range from corrective action by the Warden/Superintendent up to statewide policy changes by the Commissioner. Monetary awards are not allowed, except for missing or damaged property claims.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** ||||
|---|---|---|---|
| **Policy Name:** Statewide Grievance Procedure ||||
| **Policy Number:** 227.02 | **Effective Date:** 2/26/2018 || **Page Number:** 7 of 16 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division || **Access Listing:**<br>Level II: Required Offender Access |

C. The Grievance procedure has two (2) Steps. Step 1: Original Grievance and Step 2: Central Office Appeal:

1. Step 1: Original Grievance:

   a. The Offender's complaint and requested relief must be stated legibly and in writing in the space provided on the Grievance Form and on one (1) additional page attached to the Grievance Form. The Offender may write on only one (1) side of a page.

   b. The complaint on the Grievance Form must be a single issue/incident.

   c. The Offender must sign and hand-deliver the Grievance Form to any Counselor. Immediately upon receipt of a grievance, the Counselor must give the Offender the receipt from the bottom of the Grievance Form. Grievances submitted through the mail (in-house or U.S. Postal Services) will not be processed except for Good Cause.

   d. The Offender must submit the Grievance Form no later than ten (10) Calendar Days from the date the Offender knew, or should have known, of the facts giving rise to the grievance. Grievances filed later than ten (10) days may only be considered upon Good Cause.

   e. Screening:

      i. The Grievance Coordinator will screen the grievance. During screening, the Grievance Coordinator may:

         1) Accept the grievance for processing;

         2) Recommend that the Warden/Superintendent reject the grievance pursuant to one (1) of the categories listed in subsection b. below; or

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** ||| 
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure ||| 
| **Policy Number:** 227.02 | **Effective Date:** 2/26/2018 | **Page Number:** 8 of 16 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

   3) If there are two (2) Active Grievances, advise the Offender that he may voluntarily drop one (1) of the two (2) Active Grievances utilizing Attachment 10, Active Grievances Process Form.

ii. The Warden/Superintendent or designee should reject the grievance if it:

   1) Raises a non-grievable issue as defined in Paragraph (IV) (B) (2);

   2) Is not filed timely; however, the Grievance Coordinator may waive the time limit for Good Cause;

   3) Includes threats, profanity, insults, or racial slurs that are not a part of the Offender's complaint;

   4) Raises more than one (1) issue/incident; or

   5) Contains any extra pages other than those allotted and has any writing on the backside of a page.

iii. Grievances rejected by the Warden/Superintendent shall be returned to the Grievance Coordinator, who will send the Warden's/Superintendent's decision, Attachment 11, Warden'/Superintendent's Rejected Grievance Response, to the Offender's Counselor. The Counselor must then give a copy of Attachment 11, Warden's/Superintendent's Rejected Grievance Response to the Offender and have the Offender sign an acknowledgement of receipt.

iv. Wardens/Superintendents must still act on the information contained in a rejected grievance that concerns the health or safety of any person in accordance with good prison management.

v. The Offender may appeal the Warden's/Superintendent's decision to reject the grievance to Central Office.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures ||| 
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure ||| 
| **Policy Number:** 227.02 | **Effective Date:** 2/26/2018 | **Page Number:** 9 of 16 |
| **Authority:** Commissioner | **Originating Division:** Facilities Division | **Access Listing:** Level II: Required Offender Access |

      vi. Accepted grievance will be returned to the Grievance Coordinator for processing.

      vii. All rejected and accepted grievances shall be entered into SCRIBE.

  f. Processing:

      i. The Grievance Coordinator shall appoint an appropriate staff member to thoroughly investigate the Offender's complaint. The investigation may include interviewing the Offender, interviewing witnesses, taking statements, and obtaining documents.

      ii. Upon completing the investigation, the staff member must write a complete report, attaching all relevant documentation, and submit it to the Grievance Coordinator. (Refer to Attachment 2, Staff Local Investigative Form) The report must contain:

          1) A summary of the facts surrounding Offender's complaint;

          2) The staff member's conclusions; and

          3) A recommendation for resolution.

      iii. The Grievance Coordinator will then review the staff report and submit a recommendation to grant or deny the grievance to the Warden/Superintendent.

      iv. The Warden/Superintendent or Designee will then review the grievance, the staff report, and the Grievance Coordinator's recommendation and issue a decision to grant or deny the grievance. The decision must be in writing and must state the reasons for the decision.

      v. The Warden/Superintendent or Designee will send the grievance decision to the Grievance Coordinator, who will send it to the Offender's Counselor. The Counselor must then give the decision to

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures ||| 
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure |||
| **Policy Number:** 227.02 | **Effective Date:** 2/26/2018 | **Page Number:** 10 of 16 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

the Offender and have the Offender sign an acknowledgement of receipt.

vi. The Grievance Coordinator will retain a copy of the grievance, the staff report (including any attachments to the staff report), the recommendation, and the Warden's/Superintendent's decision.

vii. The Offender may appeal the Warden's/Superintendent's decision to Central Office.

g. The Warden/Superintendent has forty (40) Calendar Days from the date the Offender gave the Grievance Form to the Counselor to deliver the decision to the Offender. A one-time, ten (10) Calendar Days-extension may be granted; however, the Offender must be advised, in writing, of the extension prior to the expiration of the original forty (40) Calendar Days.

h. Referral to the Office of Professional Standards, Criminal Investigation Division by Region:

i. Rejected Grievances: Grievances with Physical Force Non-Compliance allegations that satisfy the criteria for rejection pursuant to Paragraph (IV)(C)(1)(e)(ii) shall be entered into SCRIBE and rejected. Although the grievance has been rejected pursuant to policy guidelines, an investigation is warranted due to the nature of the allegation. The facility shall forward a copy of the grievance packet containing all relevant information to the Office of Professional Standards, Criminal Investigation Division by Region for review and any action deemed appropriate.

Although the grievance has been rejected, the investigative process will continue. Attachment 12, Rejected: Notification of Referral to the Office of Professional Standards will be given to the Offender, who will sign acknowledging receipt. The Offender shall be notified upon the completion of the investigation conducted by the Criminal Investigation Division.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures ||| 
|---|---|---|
| Policy Name: Statewide Grievance Procedure |||
| Policy Number: 227.02 | Effective Date: 2/26/2018 | Page Number: 11 of 16 |
| Authority:<br>Commissioner | Originating Division:<br>Facilities Division | Access Listing:<br>Level II: Required Offender Access |

ii. Accepted Grievances: If a grievance alleges Physical Force Non-Compliance and is accepted, the facility shall forward a copy of the grievance packet containing all relevant information to the Office of Professional Standards by Region for review and any action deemed appropriate.

Attachment 6, Notification of Referral to the Office of Professional Standards will be given to the Offender, who will sign acknowledging receipt. This action effectively closes the grievance. This decision is not appealable. Although the grievance is closed, the investigative process will continue. The Offender shall receive a response upon the completion of the investigation conducted by the Office of Professional Standards.

2. Step 2: Central Office Appeal:

   a. The Offender may file a Central Office Appeal only after:

      i. The Offender receives the Warden's/Superintendent's response to the grievance; or

      ii. The time allowed for the Warden's/Superintendent's decision to be given to the Offender has expired.

      **Note: Offenders may not appeal accepted grievances forwarded to Criminal Investigations.**

   b. The Offender has seven (7) Calendar Days from the date he/she receives the response to the grievance (including a rejection as untimely) to file a Central Office Appeal. The Grievance Coordinator or Commissioner's Designee may waive this time limit for Good Cause.

   c. The Offender must fill out and sign Attachment 5, Central Office Appeal Form and give it to his/her Counselor. The Counselor must sign and date the Central Office Appeal Form and must give the Offender the receipt,

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures | | |
|---|---|---|
| Policy Name: Statewide Grievance Procedure | | |
| Policy Number: 227.02 | Effective Date: 2/26/2018 | Page Number: 12 of 16 |
| Authority:<br>Commissioner | Originating Division:<br>Facilities Division | Access Listing:<br>Level II: Required Offender Access |

which is the bottom portion of Attachment 5, Central Office Appeal Form.

d. The Grievance Coordinator must send the grievance, the Warden's/Superintendent's decision, Attachment 5, Central Office Appeal Form, and any supporting documentation to Commissioner's Designee for review. However, the Grievance Coordinator does not have to send paper copies of any documents if those documents are available electronically, unless the Commissioner's designee specifically requests those documents.

e. The Commissioner or his/her designee has 120 Calendar Days after receipt of the Central Office Appeal Form to deliver a decision to the Offender.

f. The Commissioner's designee will send the Central Office Appeal decision to the facility Grievance Coordinator. The Grievance Coordinator will promptly give it to a designated staff member for delivery to the Offender. That staff member must then promptly give the Central Office Appeal decision to the Offender and have the Offender sign the form acknowledging that he/she received the response.

g. If the Commissioner or the Commissioner's designee determines that the grievance should have been accepted, the Central Office Appeal decision must also address the merits of the Offender's grievance.

D. Emergency Grievances Procedure:

1. Emergency Grievances must be immediately referred to the Grievance Coordinator (or Duty Officer, if after hours),

2. The Grievance Coordinator/Duty Officer must determine if the Grievance fits the definition of an Emergency Grievance. If it does, the Grievance Coordinator/Duty Officer must immediately take whatever action necessary to protect the health, safety, or welfare of the Offender, and provide an initial response within 48-hours. This information will be documented and the

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures ||| 
|---|---|---|
| Policy Name: Statewide Grievance Procedure |||
| Policy Number: 227.02 | Effective Date: 2/26/2018 | Page Number: 13 of 16 |
| Authority:<br>Commissioner | Originating Division:<br>Facilities Division | Access Listing:<br>Level II: Required Offender Access |

Offender must be given a written response to his Emergency Grievance within five (5) Calendar Days.

3. If the Grievance Coordinator/Duty Officer determines that the grievance does not fit the definition of an Emergency Grievance, then the Grievance Coordinator/Duty Officer will submit the grievance to the Grievance Coordinator for processing the grievance according to regular grievance procedure.

E. Administration and Record-keeping for the Grievance Procedure:

1. The Commissioner may delegate his/her authority over grievance matters to a designee.

2. Confidentiality of Grievances:

   a. All paper copies of grievances and related documents retained at the institution must be kept in a local working file within the office of the Grievance Coordinator in a locked cabinet. Paper copies of grievance documents retained by Central Office staff must be kept in a separate file. Electronic grievance documents must have similar restricted access. If there is a scanning process available to the Grievance Coordinator at the local level or the Commissioner's Designee at the Central Office level, then once the decision is made, the local working file may be scanned into a PDF file. This file will be assigned a unique file name following the statewide guidelines and stored in a secured, limited access folder on the network.

   b. A Grievance must not be placed in the Offender's file or referred to in SCRIBE case notes.

   c. Grievances may be made available to staff members involved only to the extent necessary for processing the Grievance or for an audit.

3. Grievance Coordinator: The Warden/Superintendent must appoint a Grievance Coordinator and an Alternate Grievance Coordinator.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 2/26/2018 | **Page Number:** 14 of 16 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

4. Grievance Coordinator Duties:

    a. Ensure compliance with the Grievance SOP;

    b. Maintain the SCRIBE records on grievances;

    c. Retain all records and documentation relevant to grievances as provided by this policy;

    d. Coordinate the timely investigation of grievances.

5. When a grievance is filed in reference to a different facility, the Grievance Coordinator at the Offender's current facility will retain a copy of the grievance and will forward the original grievance to the Grievance Coordinator at the named facility for screening and processing.

6. Electronic Records: Grievances and related documents may be created and stored electronically (such as if they are scanned into SCRIBE). An electronic record may be used in the same manner as a paper record.

7. A copy of the Central Office Appeal decision and the Offender's signed acknowledgement will be kept in the grievance file. All attachments, statements, and related documents will be retained in the Central Office file. If these records are stored electronically, the paper copies do not need to be retained.

8. Employee Training: All facility employees will be required to attend grievance training. The training officer will document this annually.

9. Deadlines and time calculation: If the final day of a deadline falls on a day that is not a Business Day, then the deadline expires on the next Business Day.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures |||
|---|---|---|
| Policy Name: Statewide Grievance Procedure |||
| Policy Number: 227.02 | Effective Date: 2/26/2018 | Page Number: 15 of 16 |
| Authority:<br>Commissioner | Originating Division:<br>Facilities Division | Access Listing:<br>Level II: Required Offender Access |

10. Released or Transferred Offenders: Facilities shall continue to screen and process grievances of Offenders who were subsequently released or transferred from the facility after the grievance was filed.

11. If the Offender filed a Central Office appeal of the Warden's/Superintendent's decision prior to being released, the appeal will not be processed.

F. Evaluation of the Grievance Procedure:

1. The Office of Professional Standards, Audits and Compliance Unit must audit and evaluate the grievance process at least once every twelve (12) months.

2. The Office of Planning and Strategic Management will generate semi-annual reports regarding the number and type of grievances filed and will present those reports to the Commissioner, the Director of Field Operations, and the General Counsel of the Department.

V. **Attachments:**

Attachment 1: Offender Grievance Form (Includes section for Warden's/Superintendent's Grievance Response: Grievance Resolution Letter);
Attachment 2: Staff Local Investigative Form;
Attachment 3: Witness Statement Form;
Attachment 4: Warden's Response Form;
Attachment 5: Grievance Appeal to Central Office Form;
Attachment 6: Notification of Referral to Office of Professional Standards;
Attachment 7: Grievance Rejection Code Form;
Attachment 8: Grievance Resolution/Drop Form;
Attachment 9: Central Office Appeal Response Form;
Attachment 10: Active Grievances Process Form;
Attachment 11: Warden's/Superintendent's Rejected Grievance Response; and

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** |||
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure |||
| **Policy Number:** 227.02 | **Effective Date:** 2/26/2018 | **Page Number:** 16 of 16 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

Attachment 12: Rejected: Notification of Referral to the Office of Professional Standards;

## VI. Record Retention of Forms Relevant to this Policy:

All Grievance related paper documents shall be retained in the Grievance Coordinator's file for four (4) years after the final disposition of the grievance and then destroyed. All grievance related documents within SCRIBE will be permanently maintained. There is no retention schedule for Attachment 10, Active Grievances Process Form.