| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures ||| 
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure ||| 
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 1 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

## I. Introduction and Summary:

It is the policy of the Georgia Department of Corrections (GDC) to maintain a grievance procedure available to all Offenders, which provides an open and meaningful forum for their complaints, the resolution of these complaints including an appeals process, and is subject to clear guidelines. This policy serves to protect Offenders from personal abuse, corporal punishment, personal injury, disease, property damage, and harassment and provides for the resolution of Offender grievances relating to health care concerns.

## II. Authority:

A. GDC Board Rules: 125-2-4-.23;

B. GDC Standard Operating Procedures (SOP's): 103.63 Americans with Disabilities Act (ADA) Title II Provisions, 204.10 Offender Use of the Goal Device, 208.06 Prison Rape Elimination Act - (PREA) Sexually Abusive Behavior Prevention and Intervention Program, 209.01 Offender Discipline, 209.05 Administrative Segregation, and 507.04.03 Inmate/Probationer Health Concerns or Complaints; and

C. ACA Standards: 2-CO-3C-01, 4-4281 (Ref. 3-4268) (MANDATORY), 4-4284, and 4-4394.

## III. Definitions:

A. **Active Grievance** - A grievance that is currently being worked at the local facility level and has not been resolved or appealed to the Commissioner's level.

B. **American with Disabilities Act (ADA)** - As defined in SOP 103.63 Americans with Disabilities Act (ADA), Title II Provisions.

C. **Alternate Grievance Coordinator** - The individual assigned by the Warden or Superintendent to back-up and/or assist the Grievance Coordinator to manage the grievance process at the local facility as the secondary point-of-contact.

D. **Business Day** - Monday through Friday excluding state holidays.



— Exhibit "D" —

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 2 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

- E. **Calendar Day** - Calendar Day is considered a 24-hour time period from midnight to midnight Monday through Sunday.

- F. **Emergency Grievance** - An unforeseen combination of circumstances, urgent need, or the resulting state that calls for immediate action or relief through the grievance process. (E.g. a situation involving a significant threat to the health, safety or welfare of an Offender that requires prompt action)

- G. **Georgia Offender Alternative Learning (GOAL) Device** - As defined in SOP 204.10 Offender Use of the Goal Device. Also known as the JPay Tablet.

- H. **Good Cause** - A legitimate reason involving unusual circumstances that prevented the Offender from timely filing a grievance, appeal, or Attachment 10, Active Grievances Process Form. Examples include: serious illness, being housed away from a facility covered by this procedure (such as being out on a court production order or for medical treatment).

- I. **Grievance Coordinator** - The individual assigned by the warden or superintendent to manage the grievance process at the local facility and serve as the primary point-of-contact.

- J. **JPay** - As defined in SOP 204.10 Offender Use of the Goal Device.

- K. **Kiosk** - As defined in SOP 204.10 Offender Use of the Goal Device.

- L. **Offender** - A person who has been placed under the supervision of Georgia Department of Corrections.

- M. **Physical Force Non-Compliance** - Allegation of staff use of force that is **NOT** in alignment with the letter of, the intent of, and the purpose of GDC written policy and procedures.

- N **Physical Force Compliance** - Allegation of staff use of force that is in alignment with the letter of, the intent of, and the purpose of GDC written policy and procedures.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures |||
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure |||
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 3 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

O. **Sexual Abuse** - As defined in SOP 208.06, Prison Rape Elimination Act – (PREA) Sexually Abusive Behavior Prevention and Intervention Program.

P. **Sexual Harassment** - As defined in SOP 208.06 Prison Rape Elimination Act - (PREA) Sexually Abusive Behavior Prevention and Intervention Program.

IV. <u>**Statement of Policy and Applicable Procedures**</u>:

   A. General Information:

   1. Notice to Offenders. Upon entering the Department of Corrections, each Offender must receive an oral explanation of the grievance procedure. The Offender must also receive a copy of the Orientation Handbook for Offenders, which includes instructions about the procedure. The Offender's receipt of an oral explanation of the grievance procedure and Orientation Handbook will be noted in the Offender's institutional file. Additionally, Offenders may access a copy of this policy in its entirety at the facility library.

   2. No Offender may be denied access to this procedure.

      a. Grievances must be initiated on the J-Pay Kiosk (Kiosk) at those facilities with the Kiosk or the JPay Tablet (Tablet). All grievances shall be entered into the Kiosk. If the Offender does not have access to the Kiosk, the designated staff will initiate the grievance process in the JPay System link on Captiva.

      b. Grievance forms must be available in the control rooms of all living units and must be provided upon request by an Offender that does not have access to the Kiosk or the Tablet. For Offenders in isolation and segregation areas, staff assigned to those areas must provide these forms upon request by an Offender.

      c. Offenders are not prohibited from assisting other Offenders from filling out any **forms** attached to this SOP. They may not assist Offenders at the Kiosk. One Offender may not file a grievance on behalf of another Offender.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 4 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

      d. Institutional staff will assist Offenders who need special help filling out the grievance forms (*i.e.*, due to language barriers, illiteracy, or physical or mental disability) upon request;

3. Retaliation against an Offender for filing a grievance is strictly prohibited. The prohibited retaliation includes, but is not limited to, disciplinary action against the Offender for filing a grievance.

4. Informal Dispute Resolution: The Department encourages Offenders to try to resolve complaints on an informal basis before filing a grievance. However, an Offender is not required to attempt an informal resolution before filing a grievance.

5. The grievance procedure is not intended to circumvent routine administrative processes (*i.e.*, clothing requests, sick call, etc.).

B. Grievances:

1. Grievable Issues: Except as provided below, an Offender may file a grievance about any condition, policy, procedure, or action or lack thereof that personally affects the Offender.

2. Non-grievable Issues: An Offender may not file a grievance about any of the following issues:

      a. Matters that do not personally affect the Offender;

      b. Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state;

      c. Disciplinary actions, including any warnings, sanctions, fees, or assessments: The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline;

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** |||
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure |||
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 5 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

    d. Involuntary assignments to Administrative Segregation: The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation;

    e. Co-pay charges assessed for health care: The procedure to appeal such charges is located in SOP 507.04.03, Inmate/Probationer Health Concerns or Complaints;

    f. Transfers of Offenders between Facilities;

    g. Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the Offender's health or safety. The procedure to appeal such assignments is located in SOP 220.03, Classification Committee;

    h. Requests for special religious accommodation outside the accommodations allowed for by policy: The procedure to file a special religious request is located in SOP 106.11, Religious Accommodations. However, Offenders may file grievances regarding the Department or a staff member's alleged failure to adhere to current policy regarding religious accommodations;

    i. Sexual Abuse and Sexual Harassment shall be forwarded to the Institutional Sexual Assault Response Team (SART) and processed according to SOP 208.06, Prison Rape Elimination Act: Sexually Abusive Behavior Prevention and Intervention Program;

    j. GOAL Devices (Tablets) including issuance, usage, access, loss or termination of privileges, repair or replacement of the Tablets, etc. An issue with this device should be addressed at the facility with the J-Pay Point of Contact designated by the Warden. Use of the Tablet is a privilege, not a right.

3. An Offender may file a grievance alleging retaliation or harassment, regardless of the form of the alleged retaliation or harassment.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 6 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

4. An Offender is limited to two (2) Active Grievances:

    a. Active Grievances with Offender Access to the Kiosk/Tablet:

        i. If an Offender's new grievance would exceed the two (2) Active Grievances limit, the Grievance Coordinator will advise the Offender, via a JPay System message, that he may voluntarily drop one (1) of the two (2) Active Grievances.

        ii. The Offender must return a message, via the Kiosk/Tablet, to the Grievance Coordinator, within five (5) days, stating that he or she wishes to drop one of the active grievances and provide the Reference Number of the grievance.

        iii. If the Offender fails to respond via the Kiosk/Tablet, to the Grievance Coordinator, within five (5) Calendar Days, then the third (3rd) grievance will be closed.

        iv. If the Offender responds after five (5) Calendar Days, it may be accepted with Good Cause.

    b. Active Grievances without Offender access to the Kiosk/Tablet:
    Attachment 10, must be used, by staff and the Offender, if the Kiosk/Tablet is not used to process the grievance.

        i. If an Offender's new grievance exceeds the two (2) Active Grievances limit, the Grievance Coordinator will advise the Offender, utilizing Attachment 10, Active Grievances Process Form, that he may voluntarily drop one of the (1) of the two (2) Active Grievance. The Grievance Coordinator will enter the grievance in the JPay System and note that Attachment 10, Active Grievances Process Form was forwarded to the Offender.

        ii. The Offender must return Attachment 10, Active Grievances Process Form and the new grievance to his Counselor within five (5) Calendar Days of receipt of Attachment 10, to drop one (1) of the two (2)

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** ||| 
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure ||| 
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 7 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

Active Grievances. The Counselor will then forward Attachment 10, Active Grievances Process Form and the new grievance back to the Grievance Coordinator. The Grievance Coordinator will enter this information in the JPay system and drop the appropriate grievance.

   iii. If the Offender fails to return Attachment 10, Active Grievances Process Form, to the Grievance Coordinator, within five (5) Calendar Days, then the third (3rd) grievance will be closed.

   iv. If the Offender returned Attachment 10, Active Grievances Process Form after five (5) Calendar Days, it may be accepted with Good Cause.

  c. The Department will not further review a dropped grievance and the Offender's ability to file a grievance or otherwise seek administrative review for the subject matter of a dropped grievance will be forfeited.

5. The following do not count toward the two (2) Active Grievance limit and will be processed:

  a. A grievance submitted by the Offender as an Emergency Grievance, and determined by the Duty Officer to be an Emergency Grievance;

  b. A grievance that involves allegations of physical abuse with significant injury to the Offender;

  c. A grievance that the Grievance Coordinator determines involves an important issue of prison security or administration, such as a serious threat to life, health, or safety; and

  d. A grievance that involves allegations of ADA violations: Offenders with communication disabilities will be provided effective communication for the grievance process pursuant to SOP 103.63 IV.E.

6. Grievances will be rejected that include threats, profanity, insults, or racial slurs that are not a part of the Offender's complaint.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** ||| 
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure ||| 
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 8 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

7. Range of Remedies: Remedies include all reasonable and effective resolutions, which may range from corrective action by the Warden/Superintendent up to statewide policy changes by the Commissioner. Monetary awards are not allowed, except for missing or damaged property claims.

C. The Grievance procedure has two (2) Steps. Step 1: Original Grievance and Step 2: Central Office Appeal:

1. Step 1: Original Grievance:

    a. The Offender's complaint and requested relief must be stated legibly and in writing in the space provided using the Kiosk/Tablet or the Grievance Form. Only one (1) additional page may be attached to the paper Grievance Form and the Offender may write on only one (1) side of the page.

    b. The complaint must be a single issue/incident and must be submitted no later than ten (10) Calendar Days from the date the Offender knew, or should have known, of the facts giving rise to the grievance. Grievances filed later than ten (10) days may only be considered upon Good Cause.

    c. Submitting the grievance on the Kiosk/Tablet will initiate the grievance process giving a date and time stamp that will serve as the Offender's receipt. This step also provides a Reference Number which will serve as the Grievance number.

    d. If the Offender submits a paper Grievance, the Offender must sign and hand-deliver the Grievance Form to any Counselor. Immediately upon receipt of the grievance, the Counselor must give the Offender the receipt from the bottom of the Grievance Form and give the Grievance to the Grievance Coordinator. Grievances submitted through the mail (in-house or U.S. Postal Services) will not be processed except for Good Cause.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** ||| 
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure ||| 
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 9 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

e. Screening:

   i. The Grievance Coordinator will screen the grievance. During screening, the Grievance Coordinator may:

      1) Accept the grievance for processing;

      2) Recommend that the Warden/Superintendent reject the grievance pursuant to one (1) of the categories listed in subsection IV.C.1.e.ii, below; or

      3) If there are two (2) Active Grievances, advise the Offender per the process outlined in IV.B.4.

   ii. The Warden/Superintendent or designee should reject the grievance, via the JPay System or on paper if it:

      1) Raises a non-grievable issue as defined in Paragraph IV.B.2.;

      2) Is not filed timely; however, the Grievance Coordinator may waive the time limit for Good Cause;

      3) Includes threats, profanity, insults, or racial slurs that are not a part of the Offender's complaint;

      4) Raises more than one (1) issue/incident; or

      5) Contains any extra pages other than those allotted and has any writing on the backside of a page.

   iii. Grievances rejected by the Warden/Superintendent shall be returned to the Grievance Coordinator, who will send the Warden's/Superintendent's decision, Attachment 11, Warden'/Superintendent's Rejected Grievance Response to the Offender via a message on the JPay System or by the Counselor. The Warden's response delivered to the Offender via the Kiosk/Tablet will

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** |||
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure |||
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 10 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

be time and date stamped upon receipt. When the Warden's response is delivered by the Counselor, a copy of Attachment 11, Warden's/Superintendent's Rejected Grievance Response, must be given to the Offender and the Offender must sign and acknowledge receipt.

iv. Wardens/Superintendents must still act on the information contained in a rejected grievance that concerns the health or safety of any person in accordance with good prison management.

v. The Offender may appeal the Warden's/Superintendent's decision to reject the grievance to Central Office.

vi. All grievances shall be entered into the JPay System by the Grievance Coordinator/designee.

f. Processing:

i. The Grievance Coordinator shall appoint an appropriate staff member to thoroughly investigate the Offender's complaint. The investigation may include interviewing the Offender, interviewing witnesses, taking statements, and obtaining documents.

ii. Upon completing the investigation, the staff member must write a complete report, attaching all relevant documentation, and submit it to the Grievance Coordinator. (Refer to Attachment 2, Staff Local Investigative Form) The report must contain:

1) A summary of the facts surrounding Offender's complaint;

2) The staff member's conclusions; and

3) A recommendation for resolution.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** |||
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure |||
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 11 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

iii. The Grievance Coordinator will then review the staff report and submit a recommendation, via the JPay System, to the Warden/Superintendent, to grant or deny the grievance.

iv. The Warden/Superintendent or Designee will then review the grievance, the staff report, and the Grievance Coordinator's recommendation and issue a decision to grant or deny the grievance. The decision must be in writing and must state the reasons for the decision.

v. The Warden/Superintendent has forty (40) Calendar Days from the date the Offender submitted the Grievance Form to deliver the decision to the Offender. A one-time, ten (10) Calendar Days-extension may be granted; however, the Offender must be advised, in writing or via the Kiosk/Tablet, of the extension prior to the expiration of the original forty (40) Calendar Days.

vi. The Warden/Superintendent or Designee will send the grievance decision, via the JPay System, to the Grievance Coordinator, who will notify the Offender via the Kiosk/Tablet or send the decision to the Offender's Counselor, utilizing Attachment 4, Warden's/Superintendent's Response Form, if the Offender does not have access to the Kiosk/Tablet. The Counselor must then give the decision to the Offender and have the Offender sign an acknowledgement of receipt.

vii. A copy of the grievance, the staff report (including any attachments to the staff report), the recommendation, and the Warden's/Superintendent's decision will be maintained in the JPay database.

viii. The Offender may appeal the Warden's/Superintendent's decision to Central Office via the Kiosk/Tablet or by utilizing Attachment 5, Grievance Appeal to Central Office Form.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** ||| 
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure ||| 
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 12 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

g. Referral to the Office of Professional Standards, Criminal Investigation Division by Region:

i. Rejected Grievances: Grievances with Physical Force allegations that are deemed to be Non-Compliance, but satisfy the criteria for rejection pursuant to Paragraph (IV) (C) (1) (e) (ii) shall be rejected. Although the grievance has been rejected pursuant to policy guidelines, an investigation is warranted due to the nature of the allegation. The facility shall forward a copy of the grievance packet containing all relevant information to the Criminal Investigation Division by Region for review and any action deemed appropriate.

Although the grievance has been rejected, the investigative process will continue. Attachment 12, Rejected: Notification of Referral to the Office of Professional Standards will be given to the Offender, Via the Kiosk/Tablet or send the decision to the Offender's Counselor, if the Offender does not have access to the Kiosk/Tablet. The Counselor must then give the decision to the Offender and have the Offender sign an acknowledgement of receipt. Upon the completion of the investigation conducted by the Criminal Investigation Division, the Offender will be notified.

ii. Accepted Grievances: If a grievance alleges Physical Force and is deemed to be Non-Compliance and is accepted, the facility shall forward a copy of the grievance packet containing all relevant information to the Criminal Investigation Division by Region for review and any action deemed appropriate.

Attachment 6, Accepted: Notification of Referral to the Office of Professional Standards will be given to the Offender, via the Kiosk/Tablet or sent to the Offender's Counselor, if the Offender does not have access to the Kiosk/Tablet. The Offender must sign an acknowledgement of receipt when the Counselor gives the decision to the Offender. This action effectively closes the grievance. This decision is not appealable. Although the grievance is closed, the investigative process will continue. The Offender shall receive a

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** |||
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure |||
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 13 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

response upon the completion of the investigation conducted by the Criminal Investigation Division.

h. Referral to the Facility ADA Coordinator: Grievances from Offenders with disabilities who are grieving requests for accommodation or ADA related complaints shall be forwarded to the Facility ADA Coordinator and processed pursuant to and within the timelines established in SOP 103.63, Americans with Disabilities Act ADA), Title II Provisions;

i. Rejected Grievances: Grievances with Americans with Disabilities Act allegations that satisfy the criteria for rejection pursuant to Paragraph (IV) (C) (1) (e) (ii) shall be rejected. Although the grievance has been rejected pursuant to policy guidelines, an investigation is warranted due to the nature of the allegation. The facility shall forward a copy of the grievance packet containing all relevant information to the Facility ADA Coordinator for processing in accordance with SOP 103.63 Americans with Disabilities Act (ADA), Title II Provisions.

Although the grievance has been rejected, the investigative process will continue in accordance with SOP 103.63 Americans with Disabilities Act (ADA), Title II Provisions. Attachment 13, Rejected: Notification of Referral to the Facility ADA Coordinator will be given to the Offender, Via the Kiosk/Tablet or send the decision to the Offender's Counselor, if the Offender does not have access to the Kiosk/Tablet. The Counselor must then give the decision to the Offender and have the Offender sign an acknowledgement of receipt. Upon the completion of the investigation conducted by the Facility ADA Coordinator, the Offender will be notified.

ii. Accepted Grievances: If a grievance alleges Americans with Disabilities Act allegations and is accepted, the facility shall forward a copy of the grievance packet containing all relevant information to the Facility ADA Coordinator for processing in accordance with SOP 103.63 Americans with Disabilities Act (ADA), Title II Provisions.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** |||
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure |||
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 14 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

Attachment 14, Accepted: Notification of Referral to the Facility ADA Coordinator will be given to the Offender, via the Kiosk/Tablet or sent to the Offender's Counselor, if the Offender does not have access to the Kiosk/Tablet. The Offender must sign an acknowledgement of receipt when the Counselor gives the decision to the Offender. This action effectively closes the grievance. This decision is not appealable. Although the grievance is closed, the investigative process will continue in accordance with SOP 103.63 Americans with Disabilities Act (ADA), Title II Provisions. The Offender shall receive a response upon the completion of the investigation conducted by the Facility ADA Coordinator.

2. Step 2: Central Office Appeal:

   a. The Offender may file a Central Office Appeal only after:

      i. The Offender receives the Warden's/Superintendent's response to the grievance via the Kiosk/Tablet or the Grievance Coordinator; or

      ii. The time allowed for the Warden's/Superintendent's decision to be given to the Offender has expired.

      **Note: Offenders may not appeal accepted grievances forwarded to Criminal Investigations or those forwarded to the Facility ADA Coordinator.**

   b. The Offender has seven (7) Calendar Days from the Warden's response date to file a Central Office Appeal. The Grievance Coordinator or Commissioner's Designee may waive this time limit for Good Cause.

   c. The Offender must send an appeal via the Kiosk/Tablet or fill out and sign Attachment 5, Central Office Appeal Form and give it to his/her Counselor. The Counselor must sign and date the Central Office Appeal Form and must give the Offender the receipt, which is the bottom portion of Attachment 5, Central Office Appeal Form.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** |||
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure |||
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 15 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

      d. The Grievance Coordinator must ensure the Grievance, the Warden's/Superintendent's decision, Attachment 5, Central Office Appeal Form, and any supporting documentation is electronically entered into the JPay System for the Commissioner's Designee to review.

      e. The Commissioner or his/her designee has 120 Calendar Days after submission of the Central Office Appeal Form to deliver a decision to the Offender.

      f. The Commissioner's designee will send the Central Office Appeal decision to the facility Grievance Coordinator, via the JPay System. The Grievance Coordinator will notify the Offender, Via the Kiosk/Tablet or send the decision to the Offender's Counselor, if the Offender does not have access to the Kiosk/Tablet. The Counselor must then give the decision to the Offender and have the Offender sign an acknowledgement of receipt.

      g. If the Commissioner or the Commissioner's designee determines that a grievance should have been accepted by the facility and processed, the grievance will be returned to the facility for investigation, via the JPay System. The Warden/Superintendent will have fifteen (15) calendar days from receipt of the returned grievance to process and deliver the decision to the Offender, via the JPay System. If the Offender does not have access to a Kiosk/Tablet, a paper copy will be provided utilizing Attachment 4, Warden's/Superintendent's Grievance Response. Once the Offender receives the Warden's 2nd response, the Offender will have seven (7) calendar days from the Warden's response date to file the 2nd Central Office Appeal.

D. Emergency Grievance Procedure:

    1. Emergency Grievances must be immediately referred to the Duty Officer. The Duty Officer shall be responsible for monitoring the JPay System during each duty rotation and is responsible for the following:

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** |||
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure |||
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 16 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

2. The Duty Officer must determine if the Grievance fits the definition of an Emergency Grievance. If it does, the Duty Officer must immediately take whatever action necessary to protect the health, safety, or welfare of the Offender, and provide an initial response within 48-hours. This information shall be documented, and the Offender must be given a written response, via the Kiosk/Tablet, to his Emergency Grievance within five (5) Calendar Days.

3. If the Duty Officer determines that the grievance does not fit the definition of an Emergency Grievance, the Emergency Grievance will be closed. The reason why the grievance is not considered an emergency, must be documented and the Offender must be notified of this, via the JPay Kiosk/Tablet, within five (5) Calendar Days. The Offender can then file a new grievance, within ten (10) Calendar Days of the notification, if the new grievance meets the requirements of this SOP.

E. Administration and Record-keeping for the Grievance Procedure:

1. The Commissioner may delegate his/her authority over grievance matters to a designee.

2. Confidentiality of Grievances:

    a. All paper copies of grievances and related documents retained at the institution must be kept in a local working file within the office of the Grievance Coordinator in a locked cabinet. Paper copies of grievance documents retained by Central Office staff must be kept in a separate file. Electronic grievance documents must have similar restricted access. If there is a scanning process available to the Grievance Coordinator at the local level or the Commissioner's Designee at the Central Office level, then once the decision is made, the local working file may be scanned into a PDF file. This file will be assigned a unique file name following the statewide guidelines and stored in a secured, limited access folder on the network. Grievances processed via the JPay System will be maintained on that JPay Server.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 17 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

    b. A Grievance must not be placed in the Offender's file or referred to in SCRIBE case notes.

    c. Grievances may be made available to staff members involved only to the extent necessary for processing the Grievance or for an audit.

3. Grievance Coordinator: The Warden/Superintendent must appoint a Grievance Coordinator and an Alternate Grievance Coordinator.

4. Grievance Coordinator Duties:

    a. Ensure compliance with the Grievance SOP;

    b. Maintain the JPay System records on grievances;

    c. Retain all paper records and documentation relevant to grievances as provided by this policy;

    d. Coordinate the timely investigation of grievances.

5. When a grievance is filed in reference to a different facility, the Grievance Coordinator at the Offender's current facility will notify the Grievance Coordinator at the originating facility via the JPay system for screening and processing. Once the Warden's Response is entered by the originating facility, the Offender will be notified via the Kiosk/Tablet. If the Offender does not have access to the Kiosk/Tablet, the Offender will be notified in writing.

6. Employee Training: All facility employees will be required to attend grievance training. The training officer will document this annually.

7. Deadlines and time calculation: If the final day of a deadline falls on a day that is not a Business Day, then the deadline expires on the next Business Day.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>Standard Operating Procedures | | |
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure | | |
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 18 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

8. Released or Transferred Offenders: Facilities shall continue to screen and process grievances of Offenders who were subsequently released or transferred from the facility after the grievance was filed.

9. If the Offender filed a Central Office appeal of the Warden's/Superintendent's decision prior to being released, the appeal will not be processed.

10. If an Offender does not have access to a Kiosk/Tablet, the grievance process will be maintained by staff in the JPay System. Written responses will be provided to the Offender in every step and manually entered into the JPay System.

F. Evaluation of the Grievance Procedure:

1. The Office of Professional Standards, Audits and Compliance Unit must audit and evaluate the grievance process at least once every twelve (12) months.

2. The Office of Information and Technology will generate semi-annual reports regarding the number and type of grievances filed and will present those reports to the Commissioner, the Director of Field Operations, and the General Counsel of the Department.

## V. Attachments:

Attachment 1: Offender Grievance Form;
Attachment 2: Staff Local Investigative Form;
Attachment 3: Witness Statement Form;
Attachment 4: Warden's/Superintendent's Response Form;
Attachment 5: Grievance Appeal to Central Office Form;
Attachment 6: Accepted: Notification of Referral to Office of Professional Standards;
Attachment 7: Grievance Rejection Code Form;
Attachment 8: Grievance Resolution/Drop Form;
Attachment 9: Central Office Appeal Response Form;

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** |||
|---|---|---|
| **Policy Name:** Statewide Grievance Procedure |||
| **Policy Number:** 227.02 | **Effective Date:** 5/10/2019 | **Page Number:** 19 of 19 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level II: Required Offender Access |

Attachment 10: Active Grievances Process Form;

Attachment 11: Warden's/Superintendent's Rejected Grievance Response;

Attachment 12: Rejected: Notification of Referral to the Office of Professional Standards;

Attachment 13: Rejected: Notification of Referral to the Facility ADA Coordinator; and

Attachment 14: Accepted: Notification of Referral to the Facility ADA Coordinator.

## VI.   Record Retention of Forms Relevant to this Policy:

All Grievance related paper documents shall be retained in the Grievance Coordinator's file for four (4) years after the final disposition of the grievance and then destroyed. All grievance related documents within the JPay System will be permanently maintained.