## Offender Grievances
### ZAVALA, DAVID -GDC ID 1000727033

**OTIS Grievance History**

| Grievance Date | Location | Grievance Number | Expedited | Grievance Category | Grievance Type | Status | Status Date |
|---|---|---|---|---|---|---|---|
| 11/25/2019 | GA DIAG CLASS PRISON | 300657 | NO | LAUNDRY | FORMAL | RESOLVED | 12/31/2019 |
| 10/23/2019 | GA DIAG CLASS PRISON | 298287 | NO | MEDICAL | FORMAL | PENDING NOTIFY OFFENDER | 01/03/2020 |
| 10/07/2019 | GA DIAG CLASS PRISON | 297237 | NO | PHYSICAL FORCE (NON-COMPLIANCE) | FORMAL | DENIED | 11/25/2019 |
| 08/09/2019 | GA DIAG CLASS PRISON | 293815 | NO | CONDITIONS OF CONFINEMENT | FORMAL | REJECTED | 09/23/2019 |
| 06/13/2019 | GA DIAG CLASS PRISON | 290298 | NO | MEDICAL | FORMAL | DENIED | 07/22/2019 |
| 05/06/2019 | GA DIAG CLASS PRISON | 288104 | NO | STAFF NEGLIGENCE | FORMAL | REJECTED | 07/22/2019 |
| 03/28/2019 | GA DIAG CLASS PRISON | 285962 | NO | STAFF NEGLIGENCE | FORMAL | DENIED | 05/28/2019 |
| 03/28/2019 | GA DIAG CLASS PRISON | 285957 | NO | STAFF NEGLIGENCE | FORMAL | APPEAL DENIED | 09/11/2019 |
| 02/13/2019 | GA DIAG CLASS PRISON | 283697 | NO | STAFF NEGLIGENCE | FORMAL | DENIED | 04/25/2019 |
| 01/28/2019 | GA DIAG CLASS PRISON | 282680 | NO | STAFF NEGLIGENCE | FORMAL | DENIED | 03/21/2019 |
| 01/09/2019 | GA DIAG CLASS PRISON | 281515 | NO | STAFF NEGLIGENCE | FORMAL | REFERRED TO CID | 02/01/2019 |
| 01/09/2019 | GA DIAG CLASS PRISON | 281509 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | DENIED | 02/15/2019 |
| 08/28/2018 | TELFAIR STATE PRISON | 273793 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | DENIED | 01/15/2019 |
| 07/25/2018 | TELFAIR STATE PRISON | 271857 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | DENIED | 12/20/2018 |
| 04/18/2018 | TELFAIR STATE PRISON | 265759 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | DENIED | 07/02/2018 |
| 04/18/2018 | TELFAIR STATE PRISON | 265756 | NO | POLICY/PROCEDURAL CHALLENGE | FORMAL | DENIED | 07/02/2018 |
| 11/01/2016 | WARE STATE PRISON | 231519 | NO | CONDITIONS OF CONFINEMENT | FORMAL | DENIED | 02/20/2017 |
| 11/01/2016 | WARE STATE PRISON | 231518 | NO | CONDITIONS OF CONFINEMENT | FORMAL | DENIED | 01/03/2017 |
| 11/04/2014 | WILCOX STATE PRISON | 185300 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | DENIED | 12/05/2014 |
| 01/22/2014 | WASHINGTON STATE PRISON | 165475 | NO | STAFF NEGLIGENCE | FORMAL | DENIED | 02/12/2014 |

© *1998 - 2002 Georgia Department of Corrections*
Send your system questions and recommendations to us



EXHIBIT "C"