Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name:   **Zavala, David**          Grievance Number:      281509

GDC #:          **1000727033**          Facility:          **GD&CP SMU**

RESPONSE TO GRIEVANCE:
There is no evidence to support your allegation that your property was confiscated, and a proper inventory was not conducted of your property. According to provided documentation and statements, you were only in possession of state issued property which was re issued to you. Furthermore, you have been on store restriction since 2014 and package restriction since 2017. This grievance is denied at the institutional level.

_____          _2- 7 -2019_
Warden's/Superintendent's signature          (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:
_____          _2.12 2019_
Offender's signature          (date)

> _You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day._

## EXHIBIT "D"

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name:     **Zavala, David**                Grievance Number:        281509

GDC #:                     **1000727033**                Facility:                        **GD&CP SMU**

RESPONSE TO GRIEVANCE:
There is no evidence to support your allegation that your property was confiscated, and a proper
inventory was not conducted of your property. According to provided documentation and statements, you
were only in possession of state issued property which was re issued to you. Furthermore, you have been
on store restriction since 2014 and package restriction since 2017. This grievance is denied at the
institutional level.

_____                           2-7-2019
Warden's/Superintendent's signature                    (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____                           _____
Offender's signature                                        (date)

> You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.
> If the last day is not a business day at your institution, you may file it on the next day that is a business
> day.

**RECEIVED**

FEB 1 2 2019

GA DIAG. & CLASS. PRISON

SOP IIB05-0001
6/01/04

## COUNSELOR'S REPORT FORM

INSTITUTION: _Gdcp / Smu_

DATE: _1/22/19_

TO GRIEVANCE COORDINATOR: _Eastman_

FROM COUNSELOR: _Early_

INMATE NAME: _David Zavala_

STATE I.D.#: _000727033 / Gr# 281509_

INMATE'S BASIC ALLEGATION OR COMPLAINT: _Inmate claims improper cell extraction._

SUMMARY OF FINDINGS/RECOMMENDATIONS: _Incident report and statement attached from D/W Polite. After I investigated this matter there was no Inventory property form done._

_J. Goudy_

COUNSELOR'S SIGNATURE

I do / do not concur with Counselor. _More than 1 issue. 12/31/18 property loss from cell extraction + property lost at Telfair SP._

_D. Dop 1/29/19_

RETENTION SCHEDULE: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

(Reproduced loc

SOP IIB05-0001
Attachment 10
6/01/04

**GEORGIA DEPARTMENT OF CORRECTIONS**
*GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON*
*PO BOX 3877*
*Phone: 770-504-2000*
*FAX: 770-504-2006*

Nathan Deal
*Governor*

HOMER BRYSON
*Commissioner*

Grievance Number ___281509___

**Memorandum**

**Date:** ___1/9/19___

**To:** Area Supervisor *Goody/PUGH*

**From:** Deputy Warden of Care & Treatment *Theresa Thornton*

**Re:** Formal Grievance

The attached informal grievance from ___DAvid Zavala___ I.D. # ___1000727033___ was received in my office. I am requesting the following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.
___ Schedule and meet with this inmate and discuss the status of this request.
_X_ Follow up and provide documentation of follow up.
___ Advise this should be handled through disciplinary hearing and or disciplinary appeal Process.
___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by _____ (no later than 5 days from receipt). The inmate should sign and date below as well as the staffs who discuss it.

Matter discussed: _____
_____

The above was discussed with me and the problem is being resolved.

_____
Inmate Signature / Date

_____
Staff Signature / Date

RECEIVED

JAN 11 2019

GA DIAG. & CLASS. PRISON

CONFIDENTIAL

Attachment 1
SOP IIB05-0001

Offender GRIEVANCE FORM (Facsimile)

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME DAVID ZAVALA

OFFENDER NUMBER 1000727033

INSTITUTION Gdcp/Smu

GRIEVANCE NUMBER 291509

DATE COMPLETED FORM RECEIVED FROM OFFENDER 1/9/19        BY Gundy

DATE APPEAL RECEIVED        BY

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

ON 12-31-2018 AFTER AN IMPROPER CELL EXTRACTION. DWS MR. POLITE PLACED ME ON STRIP CELL AND PACKED MY PROPERTY WITHOUT DOING A PROPER INVENTORY MUCH LESS ISSUING AN INVENTORY FORM. UPON RECIEVING MY PROPERTY BACK I FOUND VARIOUS ITEMS WERE LOST/MISPLACED. (SEE ATTACHED LIST) E-WING CAMARAS PLUS CAMARAS FROM THE INCIDENT SHOULD BE SUFFICIENT EVIDANCE.

RESOLUTION REQUESTED:

NEED PROPERTY RETURNED OR REPLACED IN A TIMELY MATTER. ALSO NEED MY PROPERTY THAT WAS LEFT BEHIND AT TELFAIR STATE PRISONS TIER II PROPERTY ROOM REQUESTED IMMEDIATLY. PLEASE AND THANK YOU.

DAVID ZAVALA                    1.3.2019

OFFENDER Signature                  Date

Is this grievance being filed within the 10 day time limit? Please answer ⊘ Yes or ✓ No. If the answer is No, please explain why:
COUNCELOR GOODIE CAME IN THE DORM ON 1.9.2019 AND STATED "HE'll TAKE MY GRIEVANCE LATER BECAUSE HE WAS INSTRUCTED BY ADMINISTRATION NOT TO UNTIl THEY WAS PRESENT!"

# GRIEVANCE FORM ATTACHMENT:

## MISPLACED PROPERTY:

- STATE BLANKET
- NETBAG
- 2 TOWELS
- 2 WASH CLOTHS
- 1 SHEET
- 2 2XL BOXER
- SOCKS
- 4XL STATE JACKET
- BOWL W/LID
- DRINKIN THERMAL
- 10 STAMPS
- TABLET EARBUDS
- 2 BOOKS
  - ✳ PRADA PLAN 3 - BY ASHLEY ANTONETTE
  - ✳ THE LAWS OF HUMAN NATURE - BY ROBERT GREENE

# MEMORANDUM

TO:        Prisoner Supply Officer

FROM: DAVID ZAVALA   F-216                    GDC# 1000727083        BLDG

RE:        REQUEST FOR ISSUE REPLACEMENT

DATE: 1 / 19 / 2019            OFFICER VERIFICATION: J Gurly

I AM REQUESTING THE FOLLOWING ITEMS:

| QUANTITY | SIZE | ITEM DESCRIPTION | REASON FOR REQUEST |
|---|---|---|---|
| 1 | | NETBAG | CLOTHING WAS LOST/MISPLACED |
| 2 | | TOWELS | AFTER A STRIPCELL PROCESS. |
| 2 | | WASH RAGS | GRIEVANCE HAS BEEN |
| 1 | 2XL | BOXER | FILED. NEED CLOTHING |
| 1 | | SOCKS | URGENTLY! THANKS |
| 1 | 3XL | JUMP SUIT | |
| 1 | 4XL | STATE JACKET | |
| 1 | | BLANKET | |

*     IF THE CLOTHING WAS MISPLACED, LOST OR STOLEN, THE BUILDING OFFICER MUST
      VERIFY THIS SHORTAGE BEFORE REPLACEMENT CLOTHING IS ISSUED.
*     FAILURE TO RECEIVE AN OFFICER'S VERIFICATION WILL RESULT IN A REFUSAL T
      REPLACE THE ITEM IN QUESTION.
*     PRISONER MUST TURN IN AN ITEM TO RECEIVE AN ITEM, UNLESS LOST.

TO:                                      ID#              BLDG

FROM: PRISONER SUPPLY OFFICER

(  ) YOU ARE NOT ELIGIBLE FOR THIS ITEM AT THIS TIME.
     REASON:

(  ) REPORT TO THE ISSUE AREA ON _____ AT _____ AM/PM FC
     ISSUE OF ITEM(S).
              *** DO NOT REPORT WITHOUT THIS SLIP *****

Superintendent Cannon is getting this filled
by 1/24/19.

ATTACHMENT 3
SOP IIB05-0001 (227.02)

(07/20/15)

**WITNESS STATEMENT**

| PLACE Smu | DATE 1-14-19 | TIME 1008 | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME Polite, Joseph | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS Smu | | | |

**SWORN STATEMENT**

I, Polite, Joseph WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I Joseph Polite on 12-31-18 did place inmate Zavala, David H/M GDC 1000727033 C/o/sec did pl on strip Cell. I am not sure if this inmate Zavala recieved a property inventory sheet. I did not inventory his property, while placing inmate Zavala on strip cell I also was searching his cell and property for any other contraband.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Printed By: CALLAWAY, ELIZABETH
Jan 07, 2019 10:27 AM



# GEORGIA DEPARTMENT OF CORRECTIONS
## STATE OF GEORGIA

Incident Report



Nathan Deal
*Governor*

Gregory C. Dozier
*Commissioner*

| Incident Detail | |
|---|---|

| | | | |
|---|---|---|---|
| Facility: | GA DIAG CLASS PRISON | | |
| Military Time: | 12/31/2018 21:30 | | |
| Number: | 273230 | | |
| Incident Location: | DORMITORY | L - E | |
| Did incident result in serious injury? | NO | | |
| Nature of Incident: | USE OF FORCE | Wireless Devices Found: | 1 |
| Incident Video Taped By: | LT. DUPREE AND LT. DAVIS | | |
| Use Of Force: | YES | Type of Force Used: | HANDS-ON |
| Offender Weapon: | NO | Weapon Description: | |
| Does this incident involve contraband? | NO | | |
| Reporting Official: | LT. GREGORY DAVIS | | |
| Entered Date: | 01/07/2019 | | |

## Staff Involved

| Name | Scribe ID# | Race | Gender | Use Of Force | Type Of Force | Equipment | Directly Involved/ |
|---|---|---|---|---|---|---|---|
| DAVIS, GREGORY | | WHITE | MALE | NO | HANDS-ON | NO | DIRECTLY INVOLVED |
| DUPREE, LATRENDA M | | BLACK | FEMALE | NO | HANDS-ON | NO | DIRECTLY INVOLVED |
| EVANS, ALFRED | | WHITE | MALE | YES | HANDS-ON | YES | DIRECTLY INVOLVED |
| FORD, BENJAMIN | | BLACK | MALE | YES | HANDS-ON | NO | DIRECTLY INVOLVED |

Printed By: CALLAWAY, ELIZABETH
Jan 07, 2019 10:27 AM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POLITE, JOSEPH L | ████████ | BLACK | MALE | YES | HANDS-ON | NO | DIRECTLY INVOLVED |
| SUMPTER, THOMAS F | ████████ | BLACK | MALE | NO | HANDS-ON | NO | DIRECTLY INVOLVED |

Offenders Involved

| Name | GDC ID# | Directly Involved/ Witness | Injured | Disciplinary Filed | Weapon Used | Sexual Allegation |
|---|---|---|---|---|---|---|
| ZAVALA, DAVID | 1000727033 | DIRECTLY INVOLVED | NO | YES | - | NO |

Date Reviewed by Warden:

Printed By: CALLAWAY, ELIZABETH
Jan 07, 2019 10:27 AM





# GEORGIA DEPARTMENT OF CORRECTIONS
## STATE OF GEORGIA

### Supplemental Report

Nathan Deal
*Governor*

Gregory C. Dozier
*Commissioner*

| | |
|---|---|
| **Facility:** | GA DIAG CLASS PRISON |
| **Military Time:** | 12/31/2018 21:30 |
| **Number:** | 273230 |

| | | | |
|---|---|---|---|
| **Incident Video Taped By:** | LT. DUPREE AND LT. DAVIS | | |
| **Property Damaged:** | NO | **Damage Amount:** | 0 |
| **Damage Description:** | - | | |
| **Chemical Incident:** | NO | **Fire:** | NO |
| **Facility Mechanical Breakdown:** | NO | | |
| **Reporting Official:** | LT. GREGORY DAVIS | | |
| **Entered Date:** | 01/07/2019 | | |

**Summary of Incident:**

Entered Date:   01/07/2019

On 12/31/2018 at approximately 2130 hrs a team consisting of Warden Benjamin Ford, Deputy Warden of Security Joseph Polite, Captain Thomas Sumpter, and Alfred Evans COII entered the cell of inmate Zavala, David #1000727033 top conduct a search. Inmate Zavala was attempting to destroy a phone as the team entered. A shield was used by Evans to push the inmate on the floor so we could confiscate the phone. The inmate was able to crack the screen before the Mr. Polite could confiscate the phone. Warden Ford assisted Mr. Polite in picking the inmate up on to his feet after he was placed in restraints. Inmate Zavala was then escorted to medical and cleared. He was then escorted back to cell LE-208 where he was put on security strip cell. Two video cameras were used in this incident but camera 1 (one), operated by Lt LaTrenda Dupree, malfunction. Camera 2 (two) which I, Lt Davis, operated recorded the entire incident. Only the minimal amount of force necessary to gain positive control of the inmate was used in this incident. All evidence was bagged and tagged with proper chain of custody forms. The phone, a gold Motorola, was placed in the evidence locker in Tower 1. All appropriate staff was notified of this incident.

Printed By: CALLAWAY, ELIZABETH
Jan 07, 2019 10:27 AM

Warden's Comments

## Staff Involved

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|------|----------|----------------------|----------------|------------------|---------------------|---------------------|----------|----------------|
| DAVIS, GREGORY | NO | NO | - | - | - | - | - | NO |

Comments:

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|------|----------|----------------------|----------------|------------------|---------------------|---------------------|----------|----------------|
| DUPREE, LATRENDA M | NO | NO | - | - | - | - | - | NO |

Comments:

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|------|----------|----------------------|----------------|------------------|---------------------|---------------------|----------|----------------|
| EVANS, ALFRED | NO | NO | SHIELD | GAIN CONTROL | - | - | - | NO |

Comments:

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|------|----------|----------------------|----------------|------------------|---------------------|---------------------|----------|----------------|
| FORD, BENJAMIN | NO | NO | - | - | - | - | - | NO |

Comments:

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|------|----------|----------------------|----------------|------------------|---------------------|---------------------|----------|----------------|
| POLITE, JOSEPH L | NO | NO | - | - | - | - | - | NO |

Comments:

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|------|----------|----------------------|----------------|------------------|---------------------|---------------------|----------|----------------|
| SUMPTER, THOMAS F | NO | NO | - | - | - | - | - | NO |

Comments:

## Offenders Involved

| Name | GDC ID# | Injured? | Disciplinary Filed? | Weapon Used | MH Level | STG | Sexual Allegation | Reviewed Video |
|------|---------|----------|---------------------|-------------|----------|-----|-------------------|----------------|
| ZAVALA, DAVID | 1000727033 | NO | YES | - | | SOUTHSIDE 13 | NO | NO |

Comments:

Was this Incident forwarded for investigation?    YES

Date Reviewed by Warden:

**PLEASE** make sure that this tracking sheet is attached back to the I.R. after corrections have been made. Also type the I.R. # on the corrected copy. Make sure you are using the revised copy 07-15-2016. Do Not Mark out anything on the Tracking Sheet. Capt. Sumpter will highlight what he wants corrected.

## INCIDENT REPORT TRACKING SHEET

### CAPTAIN

Received_____Forwarded_____

_____

_____

_____

_____

### DEPUTY WARDEN POLITE

Received_____Forwarded_____

_____

_____

_____

_____

### SUPERINTENDENT CANNON

Received_____Forwarded_____

Forward to Administrative Assistant? Yes_____No_____

_____

_____

_____

_____

Attachment 3 (SOP IIB08-0001) 1/15/2012

GDCPSMU _____ State Prison
Use of Force/Serious Incident Report Coversheet

**I.**   Inmate Name Zavala, David #1000727033 Date: 12-31-18

**II.**  **Checklist:**

1.  Use of Force.................................................Yes ✓ No____ Pending____
2.  Supplemental Use of Force........................Yes____ No____ Pending ✓
3.  Videotape....................................................Yes ✓ No____ Pending____
4.  Photos..........................................................Yes ✓ No____ Pending____
5.  Witness statements from all involved........Yes____ No____ Pending ✓
6.  Disciplinary Report filed............................Yes ✓ No____ Pending____
7.  Medical Reports...........................................Yes ✓ No____ Pending____
8.  Mental Health Report/Statements...............Yes____ No ✓ Pending____
9.  Chain of Evidence.......................................Yes ✓ No____ Pending____
10. Use of Weapons Report...............................Yes____ No____ Pending____

If pending is checked on any of the above, state the reason why: _____

_____

**III.** **Captain's Review:**   1. Date received _____   2. Date videotape reviewed: _____

3. **Rating of Incident:**  Major:____  Serious:____  Minor:____  Unusual: _____

4. **Comments:** _____

_____

_____

5. **Signature of Captain:** _____

**IV.** **Deputy Warden's Review:** 1. Date received _____   2. Date videotape reviewed: _____

3. **Comments:** _____

_____

_____

4. **Signature of Deputy Warden:** _____

**V.**  **Warden's Review:**

1. **Date received:** _____

2. **Type and Forward:**  Yes      No
   **Hold in File:**      Yes      No

3. **Comments:** _____

_____

4. **Signature of Warden/Designee:** _____

**Incident Report**

SOP 203.03
Attachment 1
3/2/18

___ Major     ___ Minor

Incident ID: _____   Facility: GDCP SMU   Incident Date: 12/31/2018   Time: 2130   Location/Dorm: E-WING / E-208

Reporting Official: Lt Gregory Davis   Video Used? _x_ Y ___ N   Operator Name: Camera 1 Lt Dupree / Camera 2 Lt Davis

Did incident result in serious injury?   _x_ No   ___ Staff   ___ Inmate

Offender Weapon?   ___ Y _x_ N   Weapon Description: N/A

Use of Force? _x_ Y ___ N   UOF Equipment Used? _x_ Y ___ N   ___ Taser   ___ Chemical   ___ Firearm   _x_ Hands-On   Other: _____

Does this incident report contain contraband?   _x_ Y ___ N   If Yes, it was found... _x_ Inside Grounds   ___ Outside Grounds

Is the contraband associated with a throw-over?   ___ Y _x_ N

Incident Category: Check **all** that apply:

| | | | |
|---|---|---|---|
| ___ Accident | ___ Escape | ___ Inmate Special Transport | ___ Self-Injurious Behavior |
| ___ Attempted Suicide | ___ Escape Attempt | _x_ Inmate Strip Cell Status | ___ Shakedown |
| _x_ Cell Extraction | ___ Failure to Execute Policy | ___ Inmate to Inmate Assault | ___ Staff Shakedown |
| _x_ Contraband - Hard | ___ Fight | ___ Inmate to Staff Assault | ___ Staff to Staff Assault |
| ___ Contraband - Nuisance | ___ Fire Incident | ___ Institutional Drill | ___ Suicide |
| ___ Death | ___ Four/Five Point Restraint | ___ Keys/Tools | ___ Taking Hostage |
| ___ Disruptive Behavior | ___ Homicide | ___ Maintenance Incident | ___ Unauthorized Contact |
| ___ Disruptive Event | ___ Hunger Strike | ___ Personal Dealings with Inmate | _x_ Use of Force |
| ___ Drugs | ___ Illness | ___ PREA - Allegation | ___ Visitor Incident |
| ___ Employee Contact with Blood | ___ Injury | ___ Projecting Bodily Fluids | _x_ Wireless Device |
| | ___ Inmate Internet Violation | ___ Property | _x_ Wireless Device Accessory |

| Involved INMATE Name | GDC # | UOF | DR | Injury | Weapon | Sex. Alleg. | | Directly Involved OR Witness | |
|---|---|---|---|---|---|---|---|---|---|
| Zavala, David | 1000727033 | Y | Y | N | N | N | _X_ | Involved | ___ Witness |
| | | | | | | | ___ | Involved | ___ Witness |
| | | | | | | | ___ | Involved | ___ Witness |
| | | | | | | | ___ | Involved | ___ Witness |
| | | | | | | | ___ | Involved | ___ Witness |
| | | | | | | | ___ | Involved | ___ Witness |
| | | | | | | | ___ | Involved | ___ Witness |
| | | | | | | | ___ | Involved | ___ Witness |
| | | | | | | | ___ | Involved | ___ Witness |

| Involved Staff Name / Title | Employee ID# | Race | Sex | Force Used | Staff Equip. | Equip. Type |
|---|---|---|---|---|---|---|
| Benjamin Ford / Warden | On File | B | M | Y | N/A | N/A |
| Joseph Polite / Deputy Warden of Security | On File | B | M | Y | N/A | N/A |
| Thomas Sumpter / Captian | On File | B | M | Y | N/A | N/A |
| Alfred Evans COII | On File | W | M | Y | Y | Shield |
| Gregory Davis / Lt | On File | W | M | N | N/A | N/A |
| LaTrenda Dupree / Lt | On File | | F | N | N/A | N/A |
| | | | | | | |
| | | | | | | |

| WITNESS Name | Number / Title | WITNESS Name | Number / Title |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Name/Agency Notified | Date | Time | Name/Agency Notified | Date | Time |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Reporting Official Signature: Lt Gregory Davis _(signature)_   Date: 12/31/2018   Supervisor Signature: _____   Date: _____

WARDEN / SUPERINTENDENT REVIEW:   Was this incident forwarded for investigation?   ___ Yes   ___ No   Warden's Comments: _____

_____   _____

Warden/Superintendent Signature   Date

Retention Schedule: (3) years and then destroy

**Supplement Report**

SOP 203.03
Attachment 2
3/2/18

Incident ID:                    Facility:   **GDCP SMU**    Incident Date: 12/31/2018 Time: 2130 hrs Location:   E-WING / E-208

Detailed Description:   On12/31/2018 at approximately 2130 hrs a team consisting of Warden Bejamin Ford, Deputy Warden of Security Joseph Polite, Captian Thomas Sumpter, and Alfred Evans COII entered the cell of inmate Zavala, David GDC #1000727033 top conduct a search. Inmate Zavala was attempting to destroy a phone as the team entered. A shield was used by Evans to push the inmate on the floor so we could confiscate the phone. The inmate was able to crack the screen before the Mr Polite could confiscate the phone. Warden Ford assisted Mr Polite in picking the inmate up on to his feet after he was placed in restraints. Inmate Zavala was then escorted to medical and cleared. He was then escorted back to cell LE-208 where he was put on security strip cell. Two video cameras were used in this incident but camera 1 (one), operated by Lt LaTrenda Dupree, malfunction. Camera 2 (two) which I, Lt Davis, operated recorded the entire incident. Only the minimal amount of force necessary to gain positive control of the inmate was used in this incident. All evidence was bagged and tagged with proper chain of custody forms. The phone, a gold motorola, was placed in the evidence locker in Tower 1. All appropriate staff was notified of this incident.

Reporting Official Signature:   Lt Gregory Davis    Date: 12/31/2018    Supervisor Signature: _____ Date: _____

Retention Schedule: (3) years and then destroy

SOP 209.0
Attachment
2/6/1

GEORGIA DEPARTMENT OF CORRECTIONS

USE OF FORCE SUPPLEMENT REPORT

I.  Identification:

Facility/Center _GDCP/SMU_____

Offender: _Zavala, David_____ GDC Number: _1000 727033_

II.  Officer's Report:

A. Circumstances Leading to Use of Force or Assault by Offender:

Time of Incident: _____  Date of Incident: _12/31/18_

_I entered in inmate Cell LE-208 unannounced_
_Inmate was trying to Flush a cell phone_
_in his toilet. Force was use to to contain_
_the situation. Minimum Force was used to_
_gain positive Control in Order to stop him_
_Flushing the phone_

B. Type and Extent of Forceful Action (Include Equipment Employed, if any):

_I used both of my hands to place_
_leg irons on both of his legs._

Less Lethal Weapon Used: _____  Certification Date: _____

C.  Complete (if applicable) by staff member if assaulted by offender. Do you feel that the Offender(s) should be considered for criminal prosecution?

() Yes () No

D. _Thomas, Sumpter_____  _Captain___
          Name                              Title

   _Thomas, Sumpter_____  _12/31/18_
          Signature                         Date

Retention Schedule:  Upon completion, this form shall be retained in the offender's institutional file and maintained according to the official retention schedule for that file.

ATTACHMENT 3
(2/18/15)
SOP IIB05-0001

| Witness Statement | | | |
|---|---|---|---|
| Place:<br>ADCP/SMU / LE-208 | Date:<br>12/31/18 | Time: | File Number: |
| Last Name, First Name, Middle Name<br>Sumpter, Thomas | Employee Identification Numb ▓▓▓▓ | | State Serial Number: |

**Institution or Address**
Georgia Diagnostic & Classification Prison Special Management Unit

**Sworn Statement**

I, Capt Sumpter , want to make the following statement under oath:

On 12-31-18 after 22:00 hrs pm Tim. a Team was put together to entered LE-208 cell unanounced. as i entered the cell i applied leg iron restraint on both of inmate Zavala David 1000727633 legs. Then he was escorted to medical. Then back to his cell LE-208.

| Exhibit | Initials of Person Making Statement | Page 1 of ___2_ Pages |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

SOP 209.04
Attachment 1
2/6/18

GEORGIA DEPARTMENT OF CORRECTIONS

USE OF FORCE SUPPLEMENT REPORT

I.   Identification:

Facility/Center _Georgia Diagnostic & Classification Prison_

Offender: _Zavala, David_   GDC Number: _1000727033_

II.  Officer's Report:

A. Circumstances Leading to Use of Force or Assault by Offender:

Time of Incident: _2310 hours_   Date of Incident: _12-31-2018_

At 2310 hours hands on force was used to subdue
inmate David Zavala Gdc# 1000727733. The inmate
was in possession of a cell phone while in his assigned
cell. The inmate attempted to damage the contraband
as the staff enter the cell. A shield was used to place
the inmate on the floor. Hands on force was used to stand
the inmate to his feet. The inmate was then placed in hand cuffs.

B. Type and Extent of Forceful Action (Include Equipment Employed, if any):

Hands on force including the shock shield was
used to subdue the inmate to gain positive
control. The minimal amount of force necessary
was used to control the inmate during this incident.

Less Lethal Weapon Used: _____   Certification Date: _____

C.   Complete (if applicable) by staff member if assaulted by offender.  Do you feel that the Offender(s)
     should be considered for criminal prosecution?

     ☒ Yes () No

D.   _Benjamin Ford_                    _Warden_
            Name                              Title
     _[signature]_                        _1-2-19_
          Signature                          Date

Retention Schedule:  Upon completion, this form shall be retained in the offender's institutional file and maintained according to the
official retention schedule for that file.

SOP 209.04
Attachment 5
2/6/18

WITNESS STATEMENT

| PLACE *GDCP @ SMU* | DATE *12-31-2018* | TIME *2310* | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME *Ford, Benjamin* | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS *P.O. Box 3877 Jackson GA 30233* | | | |

SWORN STATEMENT

I, *Benjamin Ford*, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

At 2310 hours I assist with a use of force incident involving inmate David Zavala GDC # 1000727033. I, Benjamin Ford and three staff member assigned to the SMU entered the cell of inmate Zavala and he was in the process of damaging a cell phone that he was currently using. As we entered the cell a shock shield was used to push the inmate on the floor so that we could confiscate the cell phone. The inmate was able to crack the screen on the phone prior to the team confiscating while the inmate was on the floor. I stepped on to the bunk beside the inmate and grabbed right arm and instructed the inmate to stop moving. I then assisted DW Joseph Polite with assisting the inmates to his feet. I then held both of the inmate wrist while DW Polite placed hand cuffs on inmate Zavala. The inmate was

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF *2* PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

SOP 209.04
Attachment 5
2/6/18

(Reproduced locally)

STATEMENT (Continued) Escorted to medical & be checked by medical staff. Two cameras were used during this incident. The minimal amount of force necessary was used to handle this situation.

End of statement.

**AFFIDAVIT**

I, _Benjamin Ford_ . HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE I AND ENDS ON PAGE _1_ . I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

WITNESS

(Signature of Person Making Statement)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _31_ day of _December_ 20_18_ at _____

INSTITUTION OR ADDRESS

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS

(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT

| PAGE | OF | PAGES |

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

SOP 209.04
Attachment 1
2/6/18

GEORGIA DEPARTMENT OF CORRECTIONS

USE OF FORCE SUPPLEMENT REPORT

I.   Identification:

Facility/Center  Georgia Diagnostic & Classification Prison (SMU)

Offender:   Zavala. David                                    GDC Number:  1000727033

II.   Officer's Report:

A. Circumstances Leading to Use of Force or Assault by Offender:

Time of Incident:   2310hrs                        Date of Incident:   12-31-2018

At 2310hrs hands on force was used to sudue inmate David Zavala GDC#100072733. The inmate was in possession of a cell phone while in his assigned cell. The inmate attempted to damage the contraband as the staff entered the cell. A shield was used to place the inmate on the floor. Hands on force was used to stand the inmate to his feet. The inmate was then placed in hand cuffs.

B. Type and Extent of Forceful Action (Include Equipment Employed, if any):

Hands on force including the shock shield was used to subdue the inmate to gain positive control. I placed handcuffs on inmate.The minimal amount of force necessary was used to control the inmate during this incident.

Less Lethal Weapon Used: _____   Certification Date: _____

C.   Complete (if applicable) by staff member if assaulted by offender.  Do you feel that the Offender(s) should be considered for criminal prosecution?

() Yes () No

D.   Joseph Polite                                    OWS
     _____                        _____
              Name                                          Title   1 - 1 - 19
     _____                        _____
              Signature                                     Date

Retention Schedule:   Upon completion, this form shall be retained in the offender's institutional file and maintained according to the official retention schedule for that file.

SOP 209.04
Attachment 5
2/6/18

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE     *S m U* | DATE 12/31/2018 | TIME 2310hrs | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Polite, Joseph | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

SWORN STATEMENT

I,  Polite, Joseph , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

At 2310hrs I assist with the Use of Force incident involving inmate David Zavala #1000727033. I, Deputy Warden Polite and three other staff members assigned to the SMU entered the cell of inmate Zavala and he was in the process of damaging a cell phone that he was using. As we entered the cell, a shock shield was used to push the inmate on the floor so that we could confiscate the phone. The inmate was able to crack the screen on the phone prior to the team confiscating while the inmate was on the floor. I instructed the inmate to stop moving. Warden Ford helped assist inmate Zavala to his feet. While Warden Ford held inmate Zavala's wrist, I placed hand cuffs on inmate Zavala. The inmate was escorted to medical to be cleared by medical staff. Two cameras were used during this time of incident. The minimal amount of force necessary was used to handle this situation.

# End of statement------------------------------------------------------------

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT<br>*JP* | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

ATTACHMENT 3
(2/18/15)
SOP IIB05-0001

**Witness Statement**

| Place: SMU | Date: 12-31-18 | Time: 2315 | File Number: |
|---|---|---|---|
| Last Name, First Name, Middle Name | Employee Identification Numb | | State Serial Number: |
| Dupree, LaTrenda M. | ▓▓▓▓▓▓ | | |

Institution or Address
Georgia Diagnostic & Classification Prison Special Management Unit

**Sworn Statement**

I, Lt. L. Dupree, want to make the following statement under oath:

I operated camera #1 during a cell search & use of force on inmate Zavala, David # 1000727033 in cell E-208. Inmate Zavala, David was placed in restraints & escorted to medical where he was examined by Nurse Davis & escorted back to his cell on security strip cell status per DW Polite. End of Statement!

| Exhibit | Initials of Person Making Statement | Page 1 of __2__ Pages |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

SOP 209.04
Attachment 5
2/6/18

WITNESS STATEMENT

| PLACE GDCP SMU | DATE 01/01/2019 | TIME 0215 Hours | FILE NUMBER |
| --- | --- | --- | --- |
| LAST NAME, FIRST NAME, MIDDLE NAME Lt. Gregory Davis | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS GDCP SMU | | | |

SWORN STATEMENT

I, Lt. Gregory Davis _____ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 12/31/2018 at approximately 2315 I operated camera #2 during the cell search and use of force on inmate Zavala, David GDC #1000727033 housed in LE-208. During this incident I saw Officer A. Evans enter cell LE-208 with the shield and back inmate Zavala up as Deputy Warden Polite, Capt. Sumpter, and Warden Ford placed inmate Zavala on the ground and in restraints. DW Polite and Capt. Sumpter searched the cell and removed all the inmates property while Mr Ford stood with the inmate keeping him secure while the cell search was conducted. DW Polite found a cell phone. Inmate Zavala was then escorted to medical to be evaluated for the use of force. Once cleared by medical he was escorted back to his cell and placed on security strip cell without incident. End of statement.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT GD | PAGE 1 OF 2 PAGES |
| --- | --- | --- |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

Attachment 1
SOP IIB08-0001 (209.04)
04/11/16

GEORGIA DEPARTMENT OF CORRECTIONS

USE OF FORCE SUPPLEMENT REPORT

I.   Identification:

Facility/Center: GDCP SMU E-Wing

Offender: Zavala, David          Number: 100072033

II.  Officer's Report:

A. Circumstances Leading to Use of Force or Assault by Offender:

Time of Incident: 2130          Date of Incident: 12-31-18

On the above date and time, I was part of a team assembled to do a cell search of I/M Zavala, David GDC#100072033. When we approached the door I/M Zavala was on a cellphone, at which point we entered his cell.

B. Type and Extent of Forceful Action (Include Equipment Employed, if any):

I used the shield to stop him from damaging the phone further. He was placed on the ground and put in restraints by other members of the team. Minimum amount of force was used to subdue I/M Zavala. All force ceased once he was restrained.

Less Lethal Weapon Used: _____   Certification Date: _____

C.   Complete (if applicable) by staff member if assaulted by offender. Do you feel that the Offender (s) should be considered for criminal prosecution?

( ) Yes  ( ) No

D.   Alfred Evans
              Name
     Alfred Evans COII
             Signature

     COII
             Title
     1-9-19
             Date

RETENTION SCHEDULE:  Upon completion, this form shall be retained in the Offender case history file.

ATTACHMENT 3
(2/18/15)
SOP IIB05-0001

**Witness Statement**

Place: GDCP SMU E-Wing

Date: 12-31-18

Time:

File Number:

Last Name, First Name, Middle Name
Evans, Alfred Ray

Employee Identification Numb [redacted]

State Serial Number:

Institution or Address
Georgia Diagnostic & Classification Prison Special Management Unit

**Sworn Statement**

I, A. Evans / A. Evans COII , want to make the following statement under oath:

At approximately 2315, I Ofc. Evans, entered cell E-208 with I/M Zavala, David #1000727033. I was the frontman with the shield. I used the shield to back I/M Zavala up as he was placed on the ground by DW Polite and Captain Sumpter and proceeded to hold him there as restraints were placed on him. Afterwords, I escorted I/M Zavala to Medical for evaluation then escorted him back to his cell at approximately 2347.

End of Statement

_AE_

_AE_

_AE_

_AE_

Exhibit

Initials of Person Making Statement
_AE_

Page 1 of __2__ Pages

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

Attachment 11
SOP 209.01
11/06/2017
DOC50951

## DISCIPLINARY REPORT

INSTITUTION NAME: GDCP SMU

CODE #: D522-18

I. Offender: Zavala, David    Security: Close

TPM/MAX DATE

ID Number: 1000727 033

II. Offense Data:
A. 

| Charge | Code | Plea | Finding | Charge | Code | Plea | Finding |
|--------|------|------|---------|--------|------|------|---------|
| 1 Possession of Contraband | D-3(i) | | | 4 | | | |
| 2 | | | | 5 | | | |
| 3 | | | | 6 | | | |

Date: 12-31-2018    Time of Offense: 2315    Signature of Reporting Official: Lt Gregory Davis / Lt Gregory Davis

B. Factual Statement: On 12-31-2018 at Approximately 2315 During a Cell Search Conducted by DWS Mr. Polite, Capt Sumpter, and Warden Ford of inmate Zavala's Cell, LE-208, Mr. Polite found a Gold Motorola "Moto 4" cell phone in inmate Zavala's right hand. Inmate Zavala was attempting to flush the phone after he had busted the screen. Zavala remains in Cell LE-208 pending a disciplinary hearing.

Reviewed by the appropriate supervisor: Lt L Dupree / Lt L L Dupree   Signature   1/01/19   M/o./day/year

C. Charges served on accused: 1-1-19 0450   Mo./day/year/time   Alfred Evans (C)II Alfred Evans CSI   Signature of Official

III. Investigative Report:
A. Summary of Investigation: 

B. _____ Title _____ Signature _____ Mo./day/year

C. Advocate's Name: _____

IV. Hearing Officer's Recommendation:
Greatest _____ High _____ Moderate _____ Low _____

_____ Signature _____ Mo./day/year

V. Disposition of disciplinary hearing:
A. Justification for Findings: _____

B. Action Recommended: _____

C. TPM Extension: _____   Isolation: _____

D. Offender advised of his/her right to appeal: _____ Yes _____ No _____

_____ Signature of Disciplinary Hearing Officer _____ Time of Hearing _____ Mo./day/year

VI. Reviewing Officer:
_____ Signature _____ Title _____ mo. dy. year

ATTACHMENT 3
SOP IIB05-0001 (227.02)

(07/20/15)

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE GDCP | DATE 12/31/18 | TIME 2340 | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Davis, Melissa | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

SWORN STATEMENT

I, Melissa Davis _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: Saw

I/M, GDC # 1040727033; David Zavala in the

treatment room. After evaluation; released

to security. Melissa Davis (RN)

ho

dw

ho

ho

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH
ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES."
WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE
REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

GDC#1000727033
ZAVALA, DAVID
RACE:H, SEX: M
DOB: 5▓▓▓▓▓
NKDA

**GEORGIA DEPARTMENT OF CORRECTIONS**

**Use of Force Assessment**

Facility _SMU/GDCP_

Date Force Used _12_/_31_/_18_   Time_23_:_40_   Place of Exam: ☒ Medical   ☐ Housing Unit   ☐ Other

**Subjective:** (Inmate's description of force applied or injuries sustained) _I/M states "trying to_
_flush phone down the toilet and fell back and_
_hurt shoulder"_

**Objective:**   B/P _133_/_81_   HR _74_   RR _18_   Temp _96.8_   Weight _deferred_

Inmate's behavior:   ☒ Cooperative   ☐ Uncooperative   ☐ Violent/Combative (describe)

| Area Examined | No Injury | Describe Injury |
|---|---|---|
| Head / Neck | ☒ | |
| Maxillo-Facial | ☒ | |
| Trunk | ☐ | %(L) should pain   3cm abrasin to midline & chest + (R) neck |
| Abdomen | ☒ | |
| Genitalia | ☒ | |
| Extremities | ☒ | |

Neurological: ☒ Alert   ☒ Oriented x3   ☐ Disoriented to _N/A_   ☐ Lethargic
☒ Responds to verbal commands   ☐ Speech normal for inmate   ☐ Other _N/A_
☒ Normal Gait   ☐ Restrained (describe) _handcuffs behind back_
Other Physical Findings: _N/A_

**Assessment:**   ☒ Normal assessment after use of force   ☐ Other _____

**Plan:** _Maintain safety_

**Education:** _Follw rules + regulations_

**Disposition:** ☐ No follow-up needed   ☒ Follow-up appointment scheduled for _1_/_1_/_19_ (date)
Referral: ☒ Routine   ☐ Urgent   ☐ STAT to _F/w c̄ ALP as needed_

GDC#**1000727033**
**ZAVALA, DAVID**
   RACE:**H**, SEX: **M**
DOB: ██████████
**NKDA**

## GEORGIA DEPARTMENT OF CORRECTIONS

Use of Force Assessment        (cont)

Indicate on the diagram below any body marks, such as bruises, discolorations, scabs, cut, bumps or other questionable markings, regardless of how slight.  You may draw lines between the titles and the corresponding areas of the human body picture.

ABRASION / BURN

ECCHYMOSIS (BRUISE)

LACERATION / CUT / SCRATCH

PUNCTURE

PAIN

SPASM / MUSCLE TENDERNESS

**Description of Injuries:** C/o @ shoulder pain. ¨ 3cm laceration as noted above

**Additional Comments:** N/A.

Signature  _Melissa B_____   MD / DO / NP / PA / RN / (LPN) / EMT  (circle)

P-30-0011.01  (rev 03/03)          DO NOT WRITE ON BACK          USE OF FORCE ASSESSMENT  Page 2 of 2

Stripped Cell/Restraint Authorization          Attachment 1
CHECKLIST                        SOP IIB08-0005
                                        Page 1 of 3
CONTROL ROOM OFFICER/SHIFT SUPERVISOR         04/30/15

Inmate/Probationer Name: Zavala, David      I.D. #: 1000727632

Date: 12/31/18   Time: 2350 Hours (Exact Military Time)

**PROCEDURE:**

1.   [✓] Notify supervisor

2.   [✓] Notify medical

3.   [✓] Notify Mental Health during working hours, if Mental Health inmate/probationer

4.   [ ] Notify control to call the MH duty officer, if Mental Health inmate/probationer

5.   [ ] If restraints are being used, also notify control to call the   MH director/designee, if Mental Health inmate/probationer

6.   [✓] Notify Warden/Duty Officer when directed by supervisor/duty officer

7.   [✓] Issue Stripped Cell/Restraints Forms

8.   [✓] Supervisor check completed forms

**NOTES:**

1.   If the inmate/probationer is a mental health inmate/probationer, get the crisis under control and contact mental health immediately.

2.   If the stripped-cell status is continued beyond the 8-hour "cooling off period," the following approval is required:

   a.   Warden/designee or duty officer
   b.   Senior medical staff on duty
   c.   Daily written authorization from the Warden/designee for continued confinement

3.   Notify the warden **anytime** an inmate/probationer is placed in 4-point or 5-point restraints.

COMMENTS: _Inmate placed on Security Strip cell per Mr. Taylor_

CHECKLIST COMPLETED BY: _Lt Gregory Davis_      12/31/18
                             NAME                        DATE

Stripped Cell/Restraint Authorization
ORDER

Attachment 1
SOP IIB08-0005
(209.05)
Page 2 of 3
04/30/15

INMATE/PROBATIONER NAME: Zavala, David     DATE: 12 / 31 / 15
TIME: 2350 Hrs

I.D. #: 1000727033     STRIPPED CELL [X]     RESTRAINTS [ ]

TYPE OF RESTRAINTS:   HANDCUFFS [ ]     LEG IRONS [ ]     5-POINTS [ ]

REASON: Force was used on inmate Zavala during a cell search that resulted in the finding of a cell phone and charger.

ORDER ISSUED BY: Cedric Taylor     DATE: 12 / 31 / 18   TIME: 2350

8-HOUR COOLING OFF PERIOD

APPROVED [ ]   DISAPPROVED [ ]     DATE: ___ / ___ / ___
WARDEN/DESIGNEE

APPROVED [ ]   DISAPPROVED [ ]     DATE: ___ / ___ / ___
MEDICAL

24-HOUR DAILY RENEWAL ORDER - BEGINS AFTER THE FIRST 8 HOURS: _____

DATE: ___ / ___     _____     _____     (MH
                    WARDEN/DESIGNEE          MEDICAL
DIRECTOR/DESIGNEE, IF MH)

DATE: ___ / ___     _____     _____     (MH
                    WARDEN/DESIGNEE          MEDICAL
DIRECTOR/DESIGNEE, IF MH)

DATE: ___ / ___     _____     _____     (MH
                    WARDEN/DESIGNEE          MEDICAL
DIRECTOR/DESIGNEE, IF MH)

STRIPPED CELL ORDER AMENDED [ ]     RESTRAINTS ORDER AMENDED [ ]

AMENDED TO: _____

BY: _____     DATE: ___ / ___ / ___ TIME: _____

ADDITIONAL AMENDMENT [ ] _____

BY:     DATE: / / TIME:

REVIEWED BY:

1ST SHIFT SUPERVISOR_____     DATE: ___ / ___ / ___ TIME: _____

2ND SHIFT SUPERVISOR_____     DATE: ___ / ___ / ___ TIME: _____

3RD SHIFT SUPERVISOR     DATE: / / TIME:

Stripped Cell/Restraint Authorization        Attachment 1

REVIEW FOR RELEASE                            SOP IIB08-0005
FROM STRIPPED CELL/RESTRAINTS                      (209.05)
                                              Page 3 of 3
                                              04/30/15

---

INMATE/PROBATIONER NAME: _____   I.D. #: _____
RACE: _____

LOCATION OF STRIPPED CELL/RESTRAINT: BUILDING: _____   CELL: _____

STRIPPED CELL [ ] RELEASED BY: _____       TITLE: _____
                  DATE: ____/____/____            TIME: _____

RESTRAINTS    [ ] RELEASED BY: _____       TITLE: _____
                  DATE: ____/____/____            TIME: _____

INMATE/PROBATIONER'S BEHAVIOR AT TIME OF RELEASE   [ ] STRIPPED CELL [ ] RES

STRIPPED CELL: _____

RESTRAINTS: _____

MEDICAL NOTIFIED      [ ] WHO NOTIFIED: _____
(STRIPPED CELL)
                      DATE: ____/____/____   TIME: _____

MEDICAL NOTIFIED      [ ] WHO NOTIFIED: _____
RESTRAINTS
                      DATE: ____/____/____   TIME: _____

RECOMMENDATIONS: _____
_____
_____

RESTRAINTS [ ] APPROVED [ ] DISAPPROVED  _____ DATE: _____
RELEASE                                  WARDEN/DESIGNEE/D.O

STRIP CELL [ ] APPROVED [ ] DISAPPROVED  _____ DATE: _____
RELEASE                                  WARDEN/DESIGNEE/D.O

COMMENTS: _____
_____
_____
_____

---

Retention Schedule:  Upon completion, this form will be retained in the Inmate/Probationer
case history file.

ATTACHMENT 10
IIB01-0004
(230.01)
07/16/15

## EVIDENCE

Case No. _273230_

Evidence Description _Cell phone (moto)_

Place Evidence Found _E 208_

Date & Time of Recovery _12-31-18   11 08 pm_

Suspect _ZAVALA, DAVID_   Offense _cell phone_

Victim _N/A_

Evidence Recovered by _DW Palide_   _Joseph Palide, DWS_
_____   Signature, Rank

## CHAIN OF CUSTODY OF EVIDENCE

*Signatures Required*

| From | To | Date | Time |
|------|-----|------|------|
| Dw Palide | Evidence locker Tower 1 | 12-31-18 | 11 38 pm |
| SMU | | | |

Upon completion, this form will be held with the investigation package.







IK01-0005
ATTACHMENT 1
8/15/01

# EVIDENCE

Case No. _273230_

Evidence Description: _Video 1 Zavala VOF_

Place Evidence Found: _Camera 1_

Date & Time of Recovery: _12-31-18  2350_

Suspect: _Zavala, David_   Offense: _Possession of Phone_

Victim: _None_

Evidence Recovered by: _Lt Dupree_     _Lt Dupree_
                                    Signature, Rank

## CHAIN OF CUSTODY OF EVIDENCE

Signatures Required

| From | To | Date | Time |
|------|-----|------|------|
| Camera 1 | Lt Dupree (Burned to Disc) | 12-31-18 | 2350 |
| Lt Dupree | Capt Sumpter | 12-31-18 | 2355 |
| | | | |
| | | | |
| | | | |

Upon completion, this form will be held with the investigation package.

IK01-0005
ATTACHMENT 1
8/15/01

## EVIDENCE

Case No. ————————————————

Evidence Description:
_Video 2  Zavala  UOF_

Place Evidence Found: _Camera 2_

Date & Time of Recovery: _12-31-18   2355_

Suspect: _Zavala, David_          Offense: _Possession of Cell phone_

Victim: _None_

Evidence Recovered by: _Lt G. Davis_          _Lt C. Davis_

Signature, Rank

### CHAIN OF CUSTODY OF EVIDENCE

_Signatures Required_

| From | To | Date | Time |
|------|-----|------|------|
| _Camera 2_ | _Lt Davis (Burned to Disc)_ | _12-31-18_ | _2355_ |
| _Lt Davis_ | _Capt. Sumpter_ | _12-31-18_ | _2358_ |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Upon completion, this form will be held with the investigation package.





## *Offender Store History For*

**Offender ZAVALA, DAVID - GDC ID: 1000727033**
Printed On:02/07/2019 @ 10:32

NEXT                    **1 to 30 of 55**

| Date | Location | Amount | Entered By |
|------|----------|--------|------------|
| 09/15/2014 | WILCOX STATE PRISON - SOUTH | 56.99 | MCWHORTER, JACQUELIN R |
| 09/02/2014 | WILCOX STATE PRISON - SOUTH | 59.94 | LANN, GLENDA K |
| 08/27/2014 | WILCOX STATE PRISON - SOUTH | -59.90 | MCWHORTER, JACQUELIN R |
| 08/25/2014 | WILCOX STATE PRISON - SOUTH | 59.90 | STANLEY, KATHY E |
| 08/11/2014 | WILCOX STATE PRISON - SOUTH | 18.92 | SERCER, JANET F. |
| 08/04/2014 | WILCOX STATE PRISON - SOUTH | 59.64 | MCWHORTER, JACQUELIN R |
| 07/30/2014 | WILCOX STATE PRISON - SOUTH | 4.77 | MCWHORTER, JACQUELIN R |
| 07/14/2014 | WILCOX STATE PRISON - SOUTH | 57.59 | MCWHORTER, JACQUELIN R |
| 07/01/2014 | WASHINGTON STATE PRISON - EAST STORE | 59.71 | LAWRENCE, FLORENCE I |
| 06/26/2014 | WASHINGTON STATE PRISON - EAST STORE | 45.85 | LAWRENCE, FLORENCE I |
| 06/17/2014 | WASHINGTON STATE PRISON - EAST STORE | 56.71 | LAWRENCE, FLORENCE I |
| 06/12/2014 | WASHINGTON STATE PRISON - WEST STORE | 122.04 | LAWRENCE, FLORENCE I |
| 06/10/2014 | WASHINGTON STATE PRISON - EAST STORE | 59.86 | LAWRENCE, FLORENCE I |
| 06/02/2014 | WASHINGTON STATE PRISON - EAST STORE | 55.24 | LAWRENCE, FLORENCE I |
| 05/27/2014 | WASHINGTON STATE PRISON - EAST STORE | 48.27 | LAWRENCE, FLORENCE I |
| 05/19/2014 | WASHINGTON STATE PRISON - EAST STORE | 39.37 | LAWRENCE, FLORENCE I |
| 05/13/2014 | WASHINGTON STATE PRISON - EAST STORE | 54.68 | LAWRENCE, FLORENCE I |
| 05/05/2014 | WASHINGTON STATE PRISON - EAST STORE | 29.12 | LAWRENCE, FLORENCE I |
| 04/30/2014 | WASHINGTON STATE PRISON - EAST STORE | 58.82 | LAWRENCE, FLORENCE I |
| 04/21/2014 | WASHINGTON STATE PRISON - EAST STORE | 55.47 | LAWRENCE, FLORENCE I |
| 04/15/2014 | WASHINGTON STATE PRISON - EAST STORE | 59.97 | LAWRENCE, FLORENCE I |
| 04/03/2014 | WASHINGTON STATE PRISON - EAST STORE | 55.34 | ROACH, ANGLES |
| 03/28/2014 | WASHINGTON STATE PRISON - EAST STORE | 59.31 | LAWRENCE, FLORENCE I |
| 03/12/2014 | WASHINGTON STATE PRISON - EAST STORE | 39.36 | LAWRENCE, FLORENCE I |
| 02/27/2014 | WASHINGTON STATE PRISON - EAST STORE | 54.58 | LAWRENCE, FLORENCE I |
| 10/21/2013 | WASHINGTON STATE PRISON - EAST STORE | 23.93 | LAWRENCE, FLORENCE I |
| 09/17/2013 | SMITH STATE PRISON - NORTH | 35.09 | MOSELY, LATOYA |
| 09/11/2013 | SMITH STATE PRISON - NORTH | 19.89 | CHASTAIN, CRYSTAL |
| 09/03/2013 | SMITH STATE PRISON - NORTH | 47.06 | WILLIAMS, LORI K |
| 08/27/2013 | SMITH STATE PRISON - NORTH | 9.35 | MOSELY, LATOYA |

*© 2000 Georgia Department of Corrections*
Send your system questions and recommendations to us

# Current Profiles

## INMATE ADMINISTRATION

| Profiles | Start Date | End Date | Location Profiles Created | End Reason Description |
|---|---|---|---|---|
| ACTIVE INS DETAINER | 05/14/2012 | | CENTRAL OFFICE | |

## SECURITY

| Profiles | Start Date | End Date | Location Profiles Created | End Reason Description |
|---|---|---|---|---|
| SANCTION: PACKAGE RESTRICTION | 06/28/2017 | 12/22/2020 | WARE STATE PRISON | |
| SANCTION: STORE RESTRICTION | 09/18/2014 | 06/21/2022 | WILCOX STATE PRISON | |
| SANCTION: TELEPHONE RESTRICTION | 08/05/2015 | 06/17/2021 | WARE STATE PRISON | |
| SANCTION: VISITATION RESTRICTION | 08/21/2017 | 10/30/2020 | TELFAIR STATE PRISON | |

## SPECIALIZED LIVING UNIT

| Profiles | Start Date | End Date | Location Profiles Created | End Reason Description |
|---|---|---|---|---|
| TIER III PHASE II (GDCP ONLY) | 01/24/2019 | | GA DIAG CLASS PRISON | |

© 1998 - 2002 Georgia Department of Corrections
Send your system questions and recommendations to us