SOP 227.02
Attachment 6
6/28/18



# GEORGIA DEPARTMENT OF CORRECTIONS



Nathan Deal
*Governor*

Gregory Dozier
*Commissioner*

## Notification of Referral to the Criminal Investigations Division (OPS)

TO:      David Zavala GDC# 1000727033

FROM:  Warden Benjamin Ford
        Georgia Diagnostic & Classification Prison

RE:      GRIEVANCE # 281515

This memorandum is in response to your grievance that was filed on ___01/09/2019___.
Upon review, it has been determined that due to the nature of the allegation, an
investigation is warranted.

Therefore, a copy of your grievance has been forwarded to the Georgia Department of
Corrections Criminal Investigations Division on 01/23/2019 ___ for review. The Criminal
Investigations Division will determine what action is appropriate. As a result, this letter
serves as the formal response to your grievance and effectively closes your grievance.
Although this letter effectively closes your grievance, the investigative process will
continue. The decision to forward your grievance to the Criminal Investigations Division
and to close your grievance is not appealable.

You will be notified upon the completion of the investigation by The Criminal
Investigations Division.

_____      1-23-19
Warden/Superintendent            Date

_____ #1000727033    1·23·19
Offender GDCID#                   Date

**EXHIBIT** $E$ "

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years
and then destroyed.

SOP 227.02
Attachment 6
6/28/18



**GEORGIA DEPARTMENT OF CORRECTIONS**



Nathan Deal
*Governor*

Gregory Dozier
*Commissioner*

## Notification of Referral to the Criminal Investigations Division (OPS)

TO:     David Zavala GDC# 1000727033

FROM:   Warden Benjamin Ford
        Georgia Diagnostic & Classification Prison

RE:     GRIEVANCE # 2815145

This memorandum is in response to your grievance that was filed on ___01/09/2019___.
Upon review, it has been determined that due to the nature of the allegation, an
investigation is warranted.

Therefore, a copy of your grievance has been forwarded to the Georgia Department of
Corrections Criminal Investigations Division on 01/23/2019____ for review. The Criminal
Investigations Division will determine what action is appropriate. As a result, this letter
serves as the formal response to your grievance and effectively closes your grievance.
Although this letter effectively closes your grievance, the investigative process will
continue. The decision to forward your grievance to the Criminal Investigations Division
and to close your grievance is not appealable.

You will be notified upon the completion of the investigation by The Criminal
Investigations Division.

_____          _1-23-19_
Warden/Superintendent                     Date

_____          _____
Offender GDCID#                           Date

RECEIVED

JAN 2 4 2019

GA DIAGNOSTIC & CLASS. PRISON

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years
and then destroyed.

ZAVALA, DAVID
GDC# 1000727033
GR# 281515

SOP 227.02
Attachment 7
6/28/18

# Codes for Rejected Grievance
# (Formal)

**1. More than one issue per grievance.**

2. Grievance filed out of time frames as outlined in policy.

3. Non-grievable issue:

    a. Does not affect the offender personally

    b. Issue outside the Department's control, including parole decisions, sentences, probation revocation, court decisions, and any matters established by laws of the state;

    c. Disciplinary actions, including any warnings, sanctions, fees, or assessments;

    d. Involuntary Assignment to Administrative Segregation;

    e. Co-Pay Charge for Health Care;

    f. Transfer of offender between Institutions;

    g. Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety;

    h. Requests for special religious accommodation outside the accommodations allowed for by policy;

    i. Sexual Abuse and Sexual Harassment shall be forwarded to the Institutional Sexual Assault Response Team (SART) and processed according to SOP 208.06;

    J. GOAL Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.

4. Grievance includes threats, insults, profanity or racial slurs.

5. Exceeded Grievance Filing Limit.

6. Grievance contains any extra pages other than those allotted and has any writing on the backside of a page.

SOP IIB05-0001
Attachment 10
6/01/04



## GEORGIA DEPARTMENT OF CORRECTIONS
### *GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON*
*PO BOX 3877*
*Phone: 770-504-2000*
*FAX: 770-504-2006*

Nathan Deal
*Governor*

HOMER BRYSON
*Commissioner*

*Grievance Number* 281575

## <u>Memorandum</u>

**Date:** 1/9/19

**To:** Area Supervisor *Goody/PUGH*

**From:** Deputy Warden of Care & Treatment *Theresa Thornton*

**Re:** Formal Grievance

The attached informal grievance from DAVID ZAVALA I.D. # 1000727033 was received in my office. I am requesting the following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.

___ Schedule and meet with this inmate and discuss the status of this request.

**X** Follow up and provide documentation of follow up.

___ Advise this should be handled through disciplinary hearing and or disciplinary appeal Process.

___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by
_____ (no later than 5 days from receipt). The inmate should sign and date below as well as the staffs who discuss it.

Matter discussed:

_____

_____

The above was discussed with me and the problem is being resolved.


_____        _____
Inmate Signature / Date              Staff Signature / Date

RECEIVED

JAN 11 2019

GA DIAG. & CLASS. PRISON

CONFIDENTIAL
Offender GRIEVANCE FORM (Facsimile)

Attachment 1
SOP IIB05-0001

---

### INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME DAVID ZAVALA          OFFENDER NUMBER 1000727033

INSTITUTION Gdcp / SMU               GRIEVANCE NUMBER 29155

DATE COMPLETED FORM RECEIVED FROM OFFENDER 1/9/19     BY Gudy

DATE APPEAL RECEIVED                                  BY

---

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

ON 12.31.2018 AT APPROXIMATLY 23:15 AN IMPROPER CELL EXTRACTION WAS PREFORMED IN NICH DWS MR. POLITE ENTERD MY CELL AND ASSAULTED ME. DUE TO MY INJURIES I HAVE BEEN IN SEVERE NECK, LOWER BACK, SHOULDER, AND PELVIS PAIN AND HAVE BEEN SHOWN INDIFFRENCE OF VARIOUS CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED. INMATES RAUL PRADO IN LE-209 AND CEDRIC DANIELS IN LE-207. PLUS E-WING CAMARAS AND VIDEO FROM THE INCIDENT SHOULD BE SUFFICIENT EVIDANCE OF THIS TRAUMATIC EXPERIANCE. I FEAR FOR MY LIFE!!!

RESOLUTION REQUESTED:

1st THAT I BE IMMEDIATLY TRANSFERD TO A FACILITY WHERE I DO NOT FEAR FOR MY LIFE. 2ND THAT I BE ALLOWED A PHONE CALL TO CONTACT MY ATTORNEY AND FAMILY MEMBERS. 3RD I ASK FOR THIS ISSUE TO BE INVESTIGATED BY THE "OFFICES OF PROFFESIONAL STANDARDS" TO INSURE IT IS DONE IN A TIMELY MANER. 4TH NEED SERIOUS MEDICAL TREATMENT IN A TIMELY MANER. 5TH THAT MR. POLITE BE HELD ACCOUNTABLE FOR HIS ACTIONS. 6TH THAT NO RETALETORY ACTIONS BE TAKEN AGIANST ME, MY PERSON, MY PERSONAL EFFECTS FOR FILING THIS GRIEVANCE.

DAVID ZAVALA          1.3.19
OFFENDER Signature          Date

Is this grievance being filed within the 10 day time limit? Please answer ⓐ Yes or ⓝ No. If the answer is No, please explain why: COUNCELOR GOODIE CAME IN THE DORM ON 1.9.2019 AND STATED "HE WOULD TAKE MY GRIEVANCE LATER BECAUSE HE WAS INSTRUCTED BY ADMINISTRATION NOT TO INTERALT WITH ME UNLESS THEY WHERE PRESENT.

# GRIEVANCE FORM ATTACHMENT

DUE TO A RESTRICTION ON MY PERSON PLACED BY DWS MR. POLITE, IN WHICH I MUST BE ESCORTED BY 5 STAFF MEMBERS AND ONLY AN LT. OR ABOVE CAN OPEN MY FLAP. THERE HAS BEEN NUMEROUS INCIDENTS IN WHICH NOT ONLY MY CONSTITUTIONAL RIGHTS BUT ALSO MY HUMAN RIGHTS HAVE BEEN VIOLATED. FOR EXAMPLE, HOT MEALS HAVE NOT BEEN SERVED UNTILL HOURS AFTER ARRIVING TO THE LF-WING DORM. MAKING THEM COLD MEALS. THAT IS IF ANYONE SHOWS UP TO SERVE THEM. IF NOT I AM NOT FED SUCH AS ON 1.3.2019 WHEN STAFF WAS NEGLEGENT ABOUT SERVING MY LUNCH. THEN THERE IS THE INCIDENT ON 1.4.2019, WHEN UNIT MANAGER MR. BAII WAS IN THE DORM RUNNING SHOWERS. EVEN AFTER REMINDING HIM VARIOUS TIMES THAT I NEEDED MY SCHEDULED SHOWER, HE SHOWED INDIFFERENCE TO MY HUMAN RIGHTS BY TELLING CERT OFFICERS "ITS TO LATE, PUT HIM DOWN AS REFUSED" AND WENT HOME THAT FRIDAY WITHOUT GIVING ME A SHOWER. SINCE THIS RESTRICTION WAS PLACED ON MY PERSON 1.2.2019 I HAVE YET TO RECIEVE ANY CELL SANITATION WHEN THE REST OF THE DORM DOES. MUCHLESS MY DAILY RECREATIONAL YARD CALL AND OR TABLE TIME, OR MY WEEKLY 30 MINUTE SESSION ON THE JPAY KIOSK. THAT AND THE FACT THAT ALL OTHER INMATES WHERE MOVED OFF THE RANGE IM HOUSED ON BEFORE BEING PLACED IN LF-216 AND PUT ON THIS RESTRICTION. GIVES ME REASON TO BEALIVE DWS MR. POLITE IS IMPEDING ME TO CONTACT MY LOVED ONES FOR HELP AFTER HE ASSAULTED ME ON 12.31.2018. INMATES JOHNNY CARTER F-101 AND RICKY DUBOSE F-110, AND THE F-WING CAMARAS SHOULD BE SUFFICIENT EVIDENCE OF THE DISCRIMINATION AND VIOLATION OF CONSTITUTIONAL AND HUMAN RIGHTS. I FEAR FOR MY LIFE!

## RESOLUTION REQUESTED:

1ST, THAT I BE IMMEDIATLY TRANSFERD TO A SAFER FACILITY. 2ND THAT THE "OFFICES OF PROFESSIONAL STANDARDS" AND DEPT OF HUMAN RIGHTS" BE REQUESTED TO INVESTIGATE THIS ISSUE PROPERLY. 3RD THAT THE RESTRICTION BE LIFTED. 4TH THAT THE RESTRICTION BE MODIFIED TO WHERE ATLEAST A SARGENT CAN INSURE MY NEEDS AND THE ACTIVITIES I AM INTITLED TO ARE MET. 5TH THAT MR. POLITE BE HELD RESPONCIBLE TO PERSONALY INSURE THAT All MY DAILY NEED AND ACTIVITIES I AM INTITLED TO ARE MET. 5TH THAT UNIT MANAGER MR. BAII IS HELD ACCOUNTABLE FOR HIS NEGLEGANCE AND INSURES THAT THE MEALS AND JPAY SESSIONS BE MADE UP.

RESPECTFUlly SUBMITED,
DAVID ZAVALA
1.7.2019