Exhibit: A-1

CONFIDENTIAL
Offender GRIEVANCE FORM (Facsimile)

Attachment 1
SOP IIB05-0001

**INSTITUTIONAL STAFF USE ONLY**

OFFENDER NAME: DAVID ZAVALA
OFFENDER NUMBER: 1000727033
INSTITUTION: GDCP/SMU
GRIEVANCE NUMBER: 241975
DATE COMPLETED FORM RECEIVED FROM OFFENDER: 1/9/19
BY: Grady
DATE APPEAL RECEIVED:
BY:

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAME OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:
ON 12-31-2018 AT APPROXIMATELY 23:15 AN IMPROPER CELL EXTRACTION WAS PERFORMED IN WHICH DWS MR. POLITE ENTERED MY CELL AND ASSAULTED ME. DUE TO MY INJURIES I HAVE BEEN IN SEVERE NECK, LOWER BACK, SHOULDER, AND PELVIS PAIN AND HAVE BEEN SHOWN INDIFFERENCE OF. VARIOUS CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED. INMATES RAUL PRADO IN LE-204 AND CEDRIC DANIELS IN LE-207. PLUS END CAMARAS AND VIDEO FROM THE INCIDENT SHOULD BE SUFFICIENT EVIDANCE OF THIS TRAUMATIC EXPERIANCE. I FEAR FOR MY LIFE!!!

RESOLUTION REQUESTED:
1ST THAT I BE IMMEDIATLY TRANSFERD TO A FACILITY WHERE I DO NOT FEAR FOR MY LIFE 2ND THAT I BE ALLOWED A PHONE CALL TO CONTACT MY ATTORNEY AND FAMILY MEMBERS. 3RD I ASK FOR THIS ISSUE TO BE INVESTIGATED BY THE "OFFICES OF PROFFESSIONAL STANDARDS" TO INSURE IT IS DONE IN A TIMELY MANER. 4TH NEED SERIOUS MEDICAL TREATMENT IN A TIMELY MAN. 5TH THAT MR. POLITE BE HELD ACCOUNTABLE FOR HIS ACTIONS. 6TH THAT NO RETALITORY ACTION'S BE TAKEN AGAINST ME, MY PERSON, MY PERSONAL EFFECTS FOR FILING THIS GRIEVANCE

DAVID ZAVALA   1.3.19
OFFENDER Signature   Date

Is this grievance being filed within the 10 day time limit? Please answer ⊙ Yes or ○ No. If the answer is No, please explain why
COUNCELOR GOODIE CAME IN THE DORM ON 1.9.2019 AND STATED "HE WOULD TAKE MY GRIEVANCE LATER BECAUSE HE WAS INSTRUCTED BY ADMINISTRATION NOT TO INTERACT WITH ME UNLESS THEY WHERE PRESENT.

EXHIBIT "F"

SOP 227.02
Attachment 6
6/28/18

Exhibit: A-2



**GEORGIA DEPARTMENT OF CORRECTIONS**



Nathan Deal
*Governor*

Gregory Dozier
*Commissioner*

### Notification of Referral to the Criminal Investigations Division (OPS)

TO: David Zavala GDC# 1000727033

FROM: Warden Benjamin Ford
Georgia Diagnostic & Classification Prison

RE: GRIEVANCE # 2815145

This memorandum is in response to your grievance that was filed on __01/09/2019__. Upon review, it has been determined that due to the nature of the allegation, an investigation is warranted.

Therefore, a copy of your grievance has been forwarded to the Georgia Department of Corrections Criminal Investigations Division on __01/23/2019__ for review. The Criminal Investigations Division will determine what action is appropriate. As a result, this letter serves as the formal response to your grievance and effectively closes your grievance. Although this letter effectively closes your grievance, the investigative process will continue. The decision to forward your grievance to the Criminal Investigations Division and to close your grievance is not appealable.

You will be notified upon the completion of the investigation by The Criminal Investigations Division.

Warden/Superintendent

Date 1-23-19

Offender GDCID#

COPY      COPY

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Exhibit: A-3

**RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL**

OFFENDER'S NAME: David Zavala    I.D.#: 1000727033

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE OFFENDER.

DATE: 1/9/19    COUNSELOR'S SIGNATURE: J. Gudy

PF-2001 (REV. 10/01/98)

Retention Schedule: - Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

Exhibit: A-4

**RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL**

OFFENDER'S NAME: D. Zavala    I.D.#: 1000727033

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER FROM THE ABOVE OFFENDER.

DATE: 2/1/19    COUNSELOR'S SIGNATURE: J. Gudy

Retention Schedule: Upon completion, this form will be placed in a file in the Grievance Coordinator's office.