Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | **Zavala, David** | Grievance Number: | 282680 |
| GDC #: | **1000727033** | Facility: | **GD&CP SMU** |

RESPONSE TO GRIEVANCE:
There is no evidence to support your allegation that your rights are being violated at the SMU. According to provided documentation and statements, you receive the same treatment and required rights per policy. No one has refused to feed you. You have not been refused medical care nor have you been refused access to shower as you have a shower inside your cell. This grievance is denied at the institutional level.

[signature] 3-8-19
Warden's/Superintendent's signature (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

DAVID ZAVALA 3.13.19
Offender's signature (date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

EXHIBIT "G"

Attachment 4
SOP IIB05-0001

**WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE**

| | | | |
|---|---|---|---|
| Offender's Name: | **Zavala, David** | Grievance Number: | 282680 |
| GDC #: | **1000727033** | Facility: | **GD&CP SMU** |

RESPONSE TO GRIEVANCE:
There is no evidence to support your allegation that your rights are being violated at the SMU. According to provided documentation and statements, you receive the same treatment and required rights per policy. No one has refused to feed you. You have not been refused medical care nor have you been refused access to shower as you have a shower inside your cell. This grievance is denied at the institutional level.

Warden's/Superintendent's signature

3-8-19
(date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

Offender's signature

(date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

RECEIVED
MAR 13 2019
GA DIAG. & CLASS. PRISON

SOP 227.02
Attachment 2
6/28/18

# STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION: GDCP/SMU

DATE: 2/12/19

TO: GRIEVANCE COORDINATOR: FOOTMAN

From: GOODY

Offender's Name: David Zavala

GDC# 1000727033/Gr#282680

OFFENDER'S BASIC ALLEGATION OR COMPLAINT:

Inmate claims his human rights are being violated.

SUMMARY OF FINDING/RECOMMENDATIONS:

B/W states no one has violated his rights or mistreated inmate Zavala nor refused to feed him.

COUNSELOR'S SIGNATURE J. GOODY J. Goody

I do/~~do not~~ concur with Counselor:

There is no evidence to show I/M's rights have been violated. [signature] 2/21/19

(Reproduced locally)

RECEIVED
FEB 14 2019
GA DIAG. & CLASS. PRISON



# GEORGIA DEPARTMENT OF CORRECTIONS

*Georgia Diagnostic & Classification Prison*
*P.O. Box 3877*
*Jackson, Georgia 30233*
*Phone: 770-504-2000*
*Fax: 770-504-2006*

Brian P. Kemp
*Governor*

Timothy C. Ward
*Interim Commissioner*

*Grievance Number* 282680

**Memorandum**

**Date:** 1/28/19

**To:** Area Supervisor Goody / Pugh

**From:** Warden FORD

**Re:** Formal Grievance

The attached grievance for DAVid ZAVALA GDC# 1000727033 was received in my office. I am requesting the following action(s) be taken:

___Meet with offender and explain standard operating procedures regarding his request.

___Schedule and meet with this inmate and discuss the status of this request.

X Follow up and provide documentation of follow up.

___Advise this should be handled through disciplinary hearing and/or disciplinary appeal process.

___Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by ______________ (no later than 5 days from receipt). The offender should sign and date below as well as the staff who discusses it.

Matter discussed:

The above was discussed with me and the problem is being resolved.

Offender Signature/Date

Staff Signature/Date

Attachment 1
SOP IIB05-0001

CONFIDENTIAL
Offender GRIEVANCE FORM (Facsimile)

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME DAVID ZAVALA
INSTITUTION GDCP / SMU
OFFENDER NUMBER 1000727033
GRIEVANCE NUMBER 287680
DATE COMPLETED FORM RECEIVED FROM OFFENDER 1/28/19 BY Gandy
DATE APPEAL RECEIVED BY

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

DUE TO A RESTRICTION PLACED ON MY PERSON BY DWS MR. POLITE, IN WHICH I MUST BE ESSCORTED BY 5 STAFF MEMBERS AT ALL TIMES AND ONLY AN LT. OR HIGHER RANKING OFFICIAL CAN DEAL WITH MY PERSON. THERE HAS BEEN NUMEROUS INCIDENTS IN WHICH NOT ONLY MY CONSTITUTIONAL BUT ALSO HUMAN RIGHTS HAVE BEEN VIOLATED. HOT MEALS HAVE NOT BEEN SERVED UNTILL AFTER HOURS OF ARRIVING TO THE F-WING, MAKING THEM COLD, SUCH AS DINNER TRAY OF 1.22.2019. EVEN WORSE SOME OCCASIONS I AM NOT FED AT ALL SUCH AS ON 1.3.2019, WHEN THE LT. AND HIGHER RANKING (SEE ATTACHMENT)

RESOLUTION REQUESTED:

1ST THAT I BE IMMIDIATLY TRANSFERD TO A FACILITY WHERE MY HEALTH AND SAFETY IS NOT AT STAKE. 2ND THAT THE DEPT. OF HUMAN RIGHTS BE CALLED UPON TO INVESTIGATE OR BE AWARE OF THIS ISSUE URJENTLY. 3RD THAT MR. POLITE LIFT THIS RESTRICTION. 4TH THAT THIS RESTRICTION BE ATLEAST MODIFIED TO WHERE A SARGE AND TWO OTHER MEMBERS CAN INSURE THE DAILY NEEDS AND ACTIVITIES ARE MET. 5TH THAT DWS MR. POLITE IS HELD RESPONSIBLE TO PERSONALY INSURE (SEE ATTACHMENT)

DAVID ZAVALA 1.22.19
OFFENDER Signature Date

Is this grievance being filed within the 10 day time limit? Please answer ⦿ Yes or ○ No ; If the answer is No, please explain why:

GRIEVANCE FORM ATTACHMENT 1.22.2019

DESCRIPTION OF INCIDENT:

STAFF WERE NEGLEGENT ABOUT FEEDING ME LUNCH, OTHER EXAMPLES OF NEGLEGENCE INCLUDE 1.4.2019 WHEN UNIT MANAGER MR. BALL WAS REMINDED SEVERAL TIMES THAT I WAS IN NEED OF A SHOWER, AFTER EVERY INMATE IN MY WING HAD SHOWERED HE TOLD CERT MEMBERS "ITS TOO LATE, MARK HIM AS REFUSED" AND WENT HOME FOR THE DAY WITH OUT GIVING ME AN OPPORTUNITY TO SHOWER. A MORE RECENT INCIDENT WAS ON 1.18.2019 WHEN SARGENT GRIFFIS WORKED THE F-WING BUT COULD NOT PROVIDE THAT DAYS RECREATIONAL TIME ON TABLES, 30 MIN JPAY KIOSK SESSION, OR SHOWER BECAUSE LT. NOPEN AND/OR HIGHER RANKING OFFICERS NEGLECTED TO ASSIST HIM. EVEN AFTER BEING PROMPTED VARIOUS TIMES OVER THE RADIO. ON 1.21.2019 CAPITAN SUMMPTER WAS ASKED FOR AN OPPORTUNITY TO SHOWER AND REFUSE TO DO SO. THAT MADE 3 MISSED SCHEDULED SHOWERS IN A ROW! SINCE THIS RESTRICTION WAS PLACED ON MY PERSON ON 1.1.2019 I HAVE BEEN DEPRIEVED OF RECREATIONAL YARD AND TABLE TIME COUNTLESS TIMES, THEY HAVE FAILED TO ISSUE ME CELL SANITATION, HAIR CUT/CLIPPER SHAVE, AND MY WEEKLY 30 MIN JPAY KIOSK SESSIONS. ALL OF THESE NEEDS AND ACTIVITIES I AM INTITLED TO. TO MAKE MATTERS WORSE STAFF HAS BEEN REFUSING TO TAKE ME OUT TO MY SICK CALLS. ACCORDING TO MEDICAL PERSONNEL MS. GORE AND MR. JEFFERSON THEY HAVE RECIEVED AND FILED SEVERAL REQUEST FORMS AND I HAVE BEEN ON THE LIST TO BE SEEN SINCE THE BEGGINING OF THE YEAR BUT ADMINISTRATION SHOWS INDIFFRENCE TO MY SERIOUS MEDICAL NEED BY CLAIMING THEY DONT HAVE THE STAFF AVAILABLE TO ESSCORT ME TO MEDICAL. ALL THIS LEADS ME TO REALIZE DWS. MR. POLITE IS USING THIS RESTRICTION TO IMPEDE ME FROM GETTING HELP AND CONTACTING MY LOVED ONES VIA JPAY KIOSK AFTER HE ASSAULTED ME ON 12.31.2018. INMATES JOHNNY SUNRISE CARTER IN F-101 AND GREGORY HALL IN F-102, MEDICAL PERSONNEL MS. GORE, MR. JEFFERSON, AND THE DOCTOR. AS WELL AS F-WING CAMARAS SHOULD BE SUFFICIENT EVIDENCE OF THESE FEW EXAMPLES OF DESCRIMINATION AND VIOLATION OF CONSTITUTIONAL AND HUMAN RIGHTS.

RESOLUTION REQUESTED:

THAT ALL THE DAILY NEEDS AND ACTIVITIES I AM INTITLED TO BE SATISFIED ON SCHEDULE. 6TH THAT I BE IMMIDIATLY ESSCORTED TO MY MEDICAL CALL OUTS AND ADMINISTRATION BE HELD ACCOUNTABLE FOR THE DELAY. 7TH THAT I BE ALLOWED A PHONE CALL TO NOTIFY MY FAMILY AND ATTORNEY OF THE SITUATION. 8TH THAT UNIT MANAGER MR. BALL, LT AND ALL HIGHER RANKING OFFICIALS (WITH EXEPTION OF LT. WORTH) BE HELD ACCOUNTABLE FOR THERE NEGLEGENCE AND INSURE THAT THE 4 TRAYS, 3 JPAY KIOSK SESSIONS, HAIR CUTS, SHOWERS, AND RECREATION TIME OUT OF MY CELL BE MADE UP OR COMPENSATED IMMIDIATLY. 9TH THAT NO RETALIATORY ACTION BE TAKEN TOWARDS MY PERSON, MY PROPERTY, OR PERSONAL EFFECTS DUE TO THE FILING OF THIS GRIEVANCE.

DAVID ZAVALA

1.22.2019

SOP 227.02
Attachment 3
6//28/18

**WITNESS STATEMENT**

| PLACE | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| Smu | 2-13-19 | 0730 | |
| LAST NAME, FIRST NAME, MIDDLE NAME | EMPLOYEE ID NUMBER | | STATE ID NO. |
| Noper, Michael | [redacted] | | |
| INSTITUTION OR ADDRESS | | | |
| GDCP-SMU | | | |

**SWORN STATEMENT**

I, Michael Noper, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

In Refrence to Grievance # 282680 ~~[illegible]~~ MN concerning inmate Zavala, David # 1000727033. I. Lt. Michael Noper ensured Inmate Zavala recieved his Showers on the days that I worked as well as his meals and all else he was suppose to recieve. at no time have I mistreated inmate Zavala in any way.

End Of Statement

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ____ PAGES |
|---|---|---|
| | MN | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 209.04
Attachment 5
2/6/18

**WITNESS STATEMENT**

| PLACE SMU/GDCP | DATE 2/11/19 | TIME 11:50 | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME Jefferson, Marquise | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

**SWORN STATEMENT**

I, Jefferson, Marquise, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Inmate Zavala, David, GDC# 1000727033 has received medical treatment as scheduled via a consistent basis. Failure to be seen can be contributed to lack of officers to escort inmate to medical. Inmate does not have a sick call turned in at his present time. End of statement

MJ MJ MJ MJ

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT MJ | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE SMU | DATE 2/5/19 | TIME 9:00am | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME Sumpter, T | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |
| SWORN STATEMENT | | | |

I, Captain Sumpter, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

In response to Inmate Zavala #1000727033 grievance stating that he asked me for the opportunity to shower. I have never refused any shower request from inmate Zavala and further more inmate Zavala has a functional operating shower in his cell. No one has mistreated inmate Zavala.

END OF STATEMENT

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

STATEMENT (Continued)

AFFIDAVIT

I, Capt Sumpter HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ______. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(Signature of Person Making Statement)

WITNESS

INSTITUTION OR ADDRESS

INSTITUTION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of ________________, 20__ at ____________

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

(Authority To Administer Oath)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6//28/18

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE | DATE 2/8/19 | TIME 1100 | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME GORE MARY | EMPLOYEE ID NUMBER [redacted] | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

SWORN STATEMENT

I, Mary Gore, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

In response to a grievance from Zavala, David GDCH 1000727033. He arrived on 10/5/18 he was seen on that day was seen by Dr. Burnside on 10/9/18 ref a problem he said he had during intake transfer. He was seen on 10/24/18 for a UOF exam. He was sent to ASMP regarding a consult Dr. Burnside ordered ~~on~~ This was on 10/25/18. He was seen again By Dr. Burnside on 10/25/18 He was seen by Burnside again on Nov. 13.18. He had a UOF on 12/31/18 and was in medical. He was scheduled for MD call out on 1/15/19 but no escorts were avlb. He was seen by Dr. Burnside on 1/22/19. We have not recieved another sick call from him. He is sch. to go back to ASMP 4/2018. End of statement

MG

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ___ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

STATEMENT (Continued)

mg mg mg mg

AFFIDAVIT

I, Mary Gomen HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ____ I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

Mary Gomen
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of ________________, 20__ at ________________

INSTITUTION OR ADDRESS

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS

(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT g

PAGE 1 OF 1 PAGES

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

ATTACHMENT 3
SOP IIB05-0001
6/28/18

# WITNESS STATEMENT

| PLACE   GDCP/SMU | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME | EMPLOYEE ID NUMBER | TIME | STATE ID NO. |
| Burnside, Hale MD | ~~[redacted]~~ | | |
| INSTITUTION OR ADDRESS | | | |

## SWORN STATEMENT

I,  Hale Burnside MD , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I, DAVID LAUGH.

There is NO complat about me in her
statements only that he should not seul a
5 man escort. And Marshal perssime could be
a witness for this.

END

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT  HB | PAGE 1 OF _1_ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

ATTACHMENT 3
SOP IIB05-0001
(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

STATEMENT (Continued)

END OF STATEMENT

AFFIDAVIT

I, Hale Burnside MD HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE 2. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

FEB 12 2019 Hale Burnside MD
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of ________________, 20__ at ____________________

INSTITUTION OR ADDRESS

(Signature of Person Administering Oath)

INSTITUTION OR ADDRESS

(Typed Name of Person Administering Oath)

(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT HB

PAGE 1 OF 1 PAGES

RETENTION SCHEDULE:

Upon completion, if this form, it will be placed in a file in the Grievance Coordinator's office.

SOP 227.02
Attachment 3
6//28/18

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE SMU | DATE 1-13-19 | TIME 10:00am | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME Polite, Joseph | EMPLOYEE ID NUMBER 00337268 | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |
| SWORN STATEMENT | | | |

I, D/W Polite, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I Joseph Polite was informed by Upper Management to place inmate **Zavala #1000727033** on a five man security staff escort in turn with Lieutenant or higher ranking official that are able to approach his cell. Inmate Zavala recent **Dr#782213** and **Dr#790009** has him placed back on E-wing/Phase 1 status. No one has violated his rights or mistreated Inmate Zavala nor refused to feed him hot meals.

END OF STATEMENT

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6/28/18

JP JP JP JP

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT J P | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6//28/18

STATEMENT (Continued)

JP JP JP JP

AFFIDAVIT

I, J P HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ______. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

J P
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of ________________, 20__ at ____________________

INSTITUTION OR ADDRESS

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS

(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT J P

PAGE OF PAGES

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6//28/18

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE GDCP/SMU | DATE 2/6/19 | TIME 13:11 | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME Griffis, J | EMPLOYEE ID NUMBER 00938774 | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |
| SWORN STATEMENT | | | |

I, __Officer Griffis__________, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: Grievance concerning Inmate Zavala#1000727033/GR#282680. Inmate stating that he not getting fed & his human rights are getting violated. I'm not aware of inmate Zavala not getting fed nor that his rights are being violated. I am aware of the security protocol when dealing with inmate Zavala which he will be escorted by a five-man staff team/Lt or higher rank official can only directly approach inmate Zavala. At no time have I ever violated inmate Zavala rights nor have I denied him a shower, recreational time or any J pay kiosk sessions.

END OF STATEMENT

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6//28/18

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT J.G | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

STATEMENT (Continued)

AFFIDAVIT

I, J. GRIFFIS HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

J. GRIFFIS
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of ________________, 20__ at ____________________

INSTITUTION OR ADDRESS

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS

(Authority To Administer Oath)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6//28/18

| INITIALS OF PERSON MAKING STATEMENT J.G | PAGE OF PAGES |
|---|---|

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6//28/18

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE GDCP/SMU | DATE 2/6/19 | TIME 15:07 | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Goody, Johannes | EMPLOYEE ID NUMBER 01002104 | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

SWORN STATEMENT

I, Counselor Goody, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

In regards to inmate Zavala #1000727033 grievance concerning his human rights being violated and his request to be transferred immediately. I approached inmate Carter and Inmate Hall about writing a witness statement concerning this grievance which both respectfully denied the request.

END OF STATEMENT............

J.G

J.G

| EXHIBIT J.G | INITIALS OF PERSON MAKING STATEMENT J. G | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6/28/18

-REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

STATEMENT (Continued)

J.g

J.g

AFFIDAVIT

I, J. GOODY J. Goody HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

J. GOODY J. Goody
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of ________________, 20__ at ________________

INSTITUTION OR ADDRESS

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS

(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT J.G J.G

PAGE OF PAGES

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 209.04
Attachment 5
2/6/18

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE GDCP/SMU. | DATE 2-7-2019 | TIME 1630hrs | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME Ball, George | EMPLOYEE ID NUMBER [redacted] | | STATE ID NO. |
| INSTITUTION OR ADDRESS 2978 Highway 36 WEST JACKSON GA 30233 | | | |

SWORN STATEMENT

I, George Ball, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I, George Ball/U.M/S.M.U. am responding to grievance #282680 from inmate Zavala, David H/m gdc# 1000727033. At no time have I mistreated or violated any rights of inmate Zavala. I have no knowledge of any other employees, staff at the S.M.U. doing any such behavior toward him of this nature. I attempt to treat each and every inmate fairly and professionally to the best of my abilities.

GB GB GB GB

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT GB | PAGE 1 OF 1 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF GB TAKEN AT 1630 DATED 2-7-19 CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE 1 OF 1 PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

Attachment 8
209.09
11/8/17
Page 1 of 2
(Page 2 on Back)

N/DESIGNEE REVIEW
DISCHARGE (SIGN:)

Special Management Unit: Tier III Program Checklist

DER NAME: ZAVALA, DAVID GDC #: 1000727033 RACE: HISPANIC
LIVING UNIT: VALDOSTA SP COUNSELOR:
COMMITTED: 10/05/18 EXPECTED DISCHARGE DATE: 10/29/2023
COMMITTED: 1200 ACTUAL DISCHARGE DATE & TIME:
N FOR ASSIGNMENT: SECURITY THREAT
MENT INFORMATION THREAT TO INSTITUTION

STATUS CHANGE

COMMITTED: EXPECTED DISCHARGE DATE STATUS
COMMITTED ACTUAL DISCHARGE DATE &TIME

NENT INFORMATION:

| | Shift | Meals B | Meals L | Meals S | SH | EXER | CELL SANT | COMMENTS (Include note/sig. of staff visits, such as medical) | ADM REV: | OFFICER SIG: |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-31 | 1st | N | Y | Y | Y | R | Y | | N | |
| | 2nd | Y | N | N | N | N | Lobby use of staff issues | at door talking | GD | |
| 1-1 | 1st | N | Y | Y | N | R | N | | | |
| | 2nd | Y | N | N | N | N | N | at desk | CD | |
| 1-2 | 1st | N | Y | Y | Y | R | Y | | | |
| | 2nd | Y | N | N | N | N | N | In Shower | | |
| 1-3 | 1st | N | Y | Y | N | R | N | | | |
| | 2nd | Y | N | N | N | N | N | In bed | | |
| | | | N | Y | N | N | N | | N | |
| | | | | | N | N | N | in bed | LD | |
| | | | | | | | N | | N | |
| | | | | | | | | | CO | |
| | | | | | | | | awake | | |

er (SH) - Same codes as meals; Exercise (Exer) - Enter actual time period (e.g. 9:15AM - 10:30AM

idal, Assaultive, etc.
ntinue on back if needed).
OIC/Captain, as appropriate

Attachment 8
209.09
(10/30/17)
Page 2 of 2
(Back of Page 1)

klist

DATE
SUNDAY
TIME/INITIALS

F216

Attachment 9
209.09
11/1/18
Page 1 of 2
(Page 2 on Back)

# Special Management Unit: Tier III Program Checklist

Offender Name: Zavala, David
GDC#: 1000727033
Date/Time of Initial Assignment: ____
Reason for Assignment: ____
Week Begin: 1-27-19
Cell Assignment: ~~F-215~~ F216
Phase: ____
Tentative Release Date: ____
Date/Time Released: ____
Warden/Designee Review: [signature]
Pertinent Information: ____

| Tasks | Sunday Time/Initials | Monday Time/Initials | Tuesday Time/Initials | Wednesday Time/Initials | Thursday Time/Initials | Friday Time/Initials | Saturday Time/Initials |
|---|---|---|---|---|---|---|---|
| Breakfast Meal | 550 [initials] | 0527 [initials] | 0530 [initials] | 0540 [initials] | 600 [initials] | 600 [initials] | 0530 [initials] |
| Lunch Meal | [line] | 10:00 hrs | 11:30 hrs | 11:15 | 1210 | [line] | [line] |
| Dinner Meal | 330 [initials] | 15:00 hrs | 15:30 hrs | 248 [initials] | 15:12 hrs | 1634 [initials] | 1734 [initials] |
| Recreation | NA | N/A | N/A | NA | NA | No om | [line] |
| Out of Cell Start | N/A | 9:53 am | NA | NA | 1240 medical | No om | [line] |
| Out of Cell End | NA | [illegible] | N/A | NA | 14:00 hrs | No | [line] |
| Shower (3x per Week) | NA | 13:50 / 14 | N/A | y 347 | N/A | yes om | [line] |
| Haircut/Shave | NA | [initials] | N/A | N/A | N/A | NA | [line] |
| Mail | NA | N/A | NA | N/A | N/A | NA | [line] |
| Cell Sanitation | NA | 1859 [initials] | NA | [initials] | NA | 1905 [initials] | [line] |
| Visitation | N/A | N/A | NA | [initials] | [initials] | [initials] 1423 om | [line] |
| Admin Review | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] | |
| Supervisor | [initials] | [initials] | [initials] CO | [initials] | [initials] | [initials] CO | [initials] CO |
| Medical | [initials] | [initials] | MS | MJ | [initials] | MJ | [initials] |
| MH | | | | | | | |

F214

Attachment 9
209.09
11/1/18
Page 1 of 2
(Page 2 on Back)

## Special Management Unit: Tier III Program Checklist

Offender Name: Zavala, David
GDC#: 1000727033
Date/Time of Initial Assignment: ______
Reason for Assignment: ______
Week Begin: 01-14-19
Cell Assignment: 01-19-19
Phase: ______

Tentative Release Date: ______
Date/Time Released: ______
Warden/Designee Review: [signature]
Pertinent Information: ______

| Task | Sunday Time/Initials | Monday Time/Initials | Tuesday Time/Initials | Wednesday Time/Initials | Thursday Time/Initials | Friday Time/Initials | Saturday Time/Initials |
|---|---|---|---|---|---|---|---|
| Breakfast Meal | | 0530 [initials] | 530 Am | 5:30Am | 0515 MA | 0535 [initials] | 0950 [initials] CO |
| Lunch Meal | | 1223 | 1040 [initials] | | 1135 | | |
| Dinner Meal | | 1031 | | | 1620 | | |
| Recreation | | NO | No / construct | No | — | cancelled | |
| Out of Cell Start | | — | 1105 [initials] | — | 1215 | refused | |
| Out of Cell End | | — | 1012 | — | 1515 | refused | |
| Shower (3x per Week) | | yes | No | | — | | |
| Haircut/Shave | | | | — | Y | | |
| Mail | | | | | | | |
| Cell Sanitation | | No chem | No chem | | | | |
| Visitation | | | | — | — | | |
| Admin Review | | | [initials] | | | | |
| Supervisor | | GD | [initials] CD | [initials] | | [initials] | [initials] |
| Medical | | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] |
| MH | | | | | | | |

F-215

~~F-216~~

F-215

Attachment 9
209.09
11/1/18
Page 1 of 2
(Page 2 on Back)

**Special Management Unit: Tier III Program Checklist**

Offender Name: Zavala, David
GDC#: 1000727033
Date/Time of Initial Assignment: ______ Reason for Assignment: ______
Week Begin: 1-20-19
Cell Assignment: ~~F-216~~ F-216
Phase: ______
Tentative Release Date: ______ Date/Time Released: ______ Warden/Designee Review: [signature]
Pertinent Information: ______

| Task | Sunday Time/Initials | Monday Time/Initials | Tuesday Time/Initials | Wednesday Time/Initials | Thursday Time/Initials | Friday Time/Initials | Saturday Time/Initials |
|---|---|---|---|---|---|---|---|
| Breakfast Meal | 5:30Am CU | 0540 CU | 0510 MA | 0445 MA | 0530 CU | 0530 CU | 0419 MA |
| Lunch Meal | NA | NA | 1045 | 1200 | 1233pm | N/A | N/A |
| Dinner Meal | 1538 BL | 1522 | 1505 | 1532 | 1545hrs | 1642hrs | 1434hrs |
| Recreation | NA | Holiday | — | — | Cancelled | [illegible] | NA |
| Out of Cell Start | NA | Holiday | | — | cancelled | 0730 | NA |
| Out of Cell End | NA | Holiday | — | — | cancelled | 0901 | NA |
| Shower (3x per Week) | No | 8:36 | 11:00 Am [initials] | Y | No | Y | No |
| Haircut/Shave | No | No | — | — | No | No | No |
| Mail | No | No | N | N | N | No | No |
| Cell Sanitation | No | No | No | Yes | No | Yes | No |
| Visitation | No | No | — | N | N | N | N |
| Admin Review | | | | | | | |
| Supervisor | [signature] CD | Sgt [signature] | [signature] | Sgt [signature] CD | [signature] CD | [signature] | [signature] |
| Medical | [signature] | [signature] | [signature] | [signature] | | [signature] | [signature] |
| MH | | | | | | | |

| GA DIAG CLASS PRISON | CLOSE | / 10/29/2023 |
|---|---|---|
| INSTITUTION NAME | Security | TPM / MAX DATE |

**I. Offender:** ZAVALA, DAVID — 782213 — 1000727033
Name: Last, First, M I — DR# — ID Number

**II. Offense Data:**

| A. Charge | Code | Plea | Finding |
|---|---|---|---|
| OBSCENE WORDS/GESTURES | B-12 | NOT GUILTY | DISMISSED |
| VERBAL/GESTURE THREATENING | B-5 | NOT GUILTY | DISMISSED |
| POSSESSION OF CELL PHONE | D-3J | GUILTY | GUILTY |

| 10/30/2018 | 19:27:00 | Colbert, Cory , Sergeant |
|---|---|---|
| Date | Time of Offense | Signature of Reporting Official |

B. Factual Statement:

**On the above date and time while in E-Wing performing a cell extraction/shakedown on inmate Zavala, David GDC# 1000727033 in E-114 I, witness him hold a black LG Verizon cell phone. While instructing inmate Zavala to get on the floor he stated to me " I got your bitch ass Imma fuck you up pussy."**

C. Reviewed by the appropriate Supervisor: **Harper, Jimmy , Lieutenant** (Signature/Title) — **10/30/2018** (mo. dy. year)

D. Charges served on accused: **10/31/2018 02:03:00** (mo. dy. yr. time) — **Askew, Montre , CO II** (Signature of Official)

**III.Investigative Report:**

A. Summary of Investigation:

**Upon completion of the investigation I, recommend this D.R. be forwarded to the DHO.**

B. **Ellis, Alethia , CO II** (Signature/Title) — **11/02/2018** (mo. dy. year)

C. Advocate's Name: **Goody, Johannes**

**IV. Hearing Officer's Recommendation:** **HIGH**

**Sumpter, Thomas Captain** (Signature/Title) — **11/09/2018** (mo. dy. year)

**V. Disposition of Disciplinary Hearing:**

A. Justification for findings:

**Base of findings he is found guilty of charger and possession of device**

| B. Action Recommended: | Number of Days: |
|---|---|
| SANCTION: STORE RESTRICTION | 90 |
| SANCTION: VISITATION RESTRICTION | 30 |

C. T.P.M extension: Isolation:

D. Inmate advised of his/her right to appeal: YES

| Sumpter, Thomas Captain | 10:49:00 | 11/09/2018 |
|---|---|---|
| Signature of Disciplinary Hearing Officer | Time of Hearing | mo. dy. year |

**VI. Warden's Recommendation:** Approved

**McIntyre, Tracy , Deputy Warden** (Warden's Signature) — **11/12/2018** (mo. dy. year)

**GA DIAG CLASS PRISON** | **CLOSE** | / 10/29/2023

INSTITUTION NAME | Security | TPM / MAX DATE

**I. Offender:** **ZAVALA, DAVID** (Name: Last, First, M I) | **790009** (DR#) | **1000727033** (ID Number)

**II. Offense Data:**

A.

| Charge | Code | Plea | Finding |
|---|---|---|---|
| POSSESSION OF CELL PHONE | D-3J | GUILTY | GUILTY |

| Date | Time of Offense | Signature of Reporting Official |
|---|---|---|
| **12/31/2018** | **23:15:00** | **Davis, Gregory , Lt** |

B. Factual Statement:

**On 12/31/18 at approximately 2315 during a cell search conducted by DWS Mr. Polite, Capt. Sumpter, and Warden Ford of inmate Zavala's cell LE-208 Mr. Polite found a gold Motorola "Moto" Cell phone in inmate Zavala's right hand. Inmate Zavala was attempting to flush the phone after he had busted the screen. Zavala remains in cell LE-208 pending a disciplinary hearing.**

C. Reviewed by the appropriate Supervisor: **Dupree, Latrenda , LT** (Signature/Title) **01/01/2019** (mo. dy. year)

D. Charges served on accused: **01/01/2019** **04:50:00** (mo. dy. yr. time) **Evans, Alfred , CO II** (Signature of Official)

**III.Investigative Report:**

A. Summary of Investigation:

**Upon completion of the investigation I, recommend this D.R. be forwarded to the DHO.**

B. **Ellis, Alethia , CO II** (Signature/Title) **01/07/2019** (mo. dy. year)

C. Advocate's Name: **Goody, Johannes**

**IV. Hearing Officer's Recommendation:** **GREAT**

**Sumpter, Thomas Captain** (Signature/Title) **01/10/2019** (mo. dy. year)

**V. Disposition of Disciplinary Hearing:**

A. Justification for findings:

**After the investigation of the hearing officer and offender's admission of guilt I find offender guilty of charge of possession of contraband (cellphone).**

B. Action Recommended:

| | Number of Days: |
|---|---|
| SANCTION: STORE RESTRICTION | 90 |
| SANCTION: VISITATION RESTRICTION | 90 |
| SANCTION: TELEPHONE RESTRICTION | 90 |

C. T.P.M extension: ______ Isolation: ______

D. Inmate advised of his/her right to appeal: YES

| Signature of Disciplinary Hearing Officer | Time of Hearing | mo. dy. year |
|---|---|---|
| **Sumpter, Thomas Captain** | **16:05:00** | **01/10/2019** |

**VI. Warden's Recommendation:** Approved

**Cannon, Michael , Superintendent** (Warden's Signature) **01/15/2019** (mo. dy. year)

**GA DIAG CLASS PRISON** — INSTITUTION NAME
**CLOSE** — Security
/ 10/29/2023 — TPM / MAX DATE

**I. Offender:** ZAVALA, DAVID (Name: Last, First, M I) — 790936 (DR#) — 1000727033 (ID Number)

**II. Offense Data:**

| A. Charge | Code | Plea | Finding |
|---|---|---|---|
| POSSESSION OF CONTRABAND | D-1 | GUILTY | GUILTY |

01/10/2019 (Date) — 17:55:00 (Time of Offense) — Mccray, Xavier , CO II (Signature of Reporting Official)

B. Factual Statement:

**On the above date and time while Cert was shaking down Zavala, David #1000727033 cell F-216 I, Cert McCray found an Allan Wrench inside the wall locker. Supervisor notified inmate Zavala remains in F-216 pending disciplinary hearing.**

C. Reviewed by the appropriate Supervisor: Sumpter, Thomas , Captain (Signature/Title) — 01/10/2019 (mo. dy. year)

D. Charges served on accused: 01/11/2019 17:39:00 (mo. dy. yr. time) — Harrison, Corey , CO II (Signature of Official)

**III.Investigative Report:**

A. Summary of Investigation:

**Upon the evidence that was found I, recommend this D.R. be forwarded to the DHO.**

B. Ellis, Alethia , CO II (Signature/Title) — 01/15/2019 (mo. dy. year)

C. Advocate's Name: ______

**IV. Hearing Officer's Recommendation:** HIGH

Ball, George Unit Manager (Signature/Title) — 01/23/2019 (mo. dy. year)

**V. Disposition of Disciplinary Hearing:**

A. Justification for findings:

**Contraband security bit was found in possession of inmate Zavala on 1-10-2019. He admitted that he was guilty of it being in his room**

B. Action Recommended: SANCTION: ISOLATION — Number of Days: 14

C. T.P.M extension: ______ Isolation: ______

D. Inmate advised of his/her right to appeal: YES

Ball, George Unit Manager (Signature of Disciplinary Hearing Officer) — 13:30:00 (Time of Hearing) — 01/23/2019 (mo. dy. year)

**VI. Warden's Recommendation:** Approved

Cannon, Michael , Superintendent (Warden's Signature) — 01/29/2019 (mo. dy. year)

Current Profiles ZAVALA #1000727033

**INMATE ADMINISTRATION**

| Profiles | Start Date | End Date | Location Profiles Created | End Reason Description |
|---|---|---|---|---|
| ACTIVE INS DETAINER | 05/14/2012 | | CENTRAL OFFICE | |

**SECURITY**

| Profiles | Start Date | End Date | Location Profiles Created | End Reason Description |
|---|---|---|---|---|
| SANCTION: PACKAGE RESTRICTION | 06/28/2017 | 12/22/2020 | WARE STATE PRISON | |
| SANCTION: STORE RESTRICTION | 09/18/2014 | 06/21/2022 | WILCOX STATE PRISON | |
| SANCTION: TELEPHONE RESTRICTION | 08/05/2015 | 06/17/2021 | WARE STATE PRISON | |
| SANCTION: VISITATION RESTRICTION | 08/21/2017 | 10/30/2020 | TELFAIR STATE PRISON | |

**SPECIALIZED LIVING UNIT**

| Profiles | Start Date | End Date | Location Profiles Created | End Reason Description |
|---|---|---|---|---|
| TIER III PHASE II (GDCP ONLY) | 01/24/2019 | | GA DIAG CLASS PRISON | |