Exhibit: C-1

CONFIDENTIAL
Offender GRIEVANCE FORM (Facsimile)

Attachment 1
SOP IIB05-0001

**INSTITUTIONAL STAFF USE ONLY**

OFFENDER NAME DAVID ZAVALA         OFFENDER NUMBER 1000727033

INSTITUTION Gdep /Smu                GRIEVANCE NUMBER 287600

DATE COMPLETED FORM RECEIVED FROM OFFENDER 1/28/19     BY Gandy

DATE APPEAL RECEIVED                                    BY

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

DUE TO A RESTRICTION PLACED ON MY PERSON BY DWS MR. POLITE, IN WHICH I MUST BE ESCORTED BY 5 STAFF MEMBERS AT ALL TIMES AND ONLY AN LT. OR HIGHER RANKING OFFICIAL CAN DEAL WITH MY PERSON. THERE HAS BEEN NUMEROUS INCIDENTS IN WHICH NOT ONLY MY CONSTITUTIONAL BUT ALSO HUMAN RIGHTS HAVE BEEN VIOLATED. HOT MEALS HAVE NOT BEEN SERVED UNTILL AFTER HOURS OF ARRIVING TO THE E-WING MAKING THEM COLD, SUCH AS DINNER TRAY OF 1.22.2019. EVEN WORSE SOME OCCASIONS I AM NOT FED AT ALL SUCH AS ON 1.3.2019, WHEN THE LT. AND HIGHER RANKING (SEE ATTACHMENT)

RESOLUTION REQUESTED:

1ST THAT I BE IMMIDIATLY TRANSFERD TO A FACILITY WHERE MY HEALTH AND SAFETY IS NOT AT STAKE. 2ND THAT THE DEPT. OF HUMAN RIGHTS BE CALLED UPON TO INVESTIGATE OR BE AWARE OF THIS ISSUE URGENTLY. 3RD THAT MR. POLITE LIFT THIS RESTRICTION. 4TH THAT THIS RESTRICTION BE ATLEAST MODIFIED TO WHERE A SARGE AND TWO OTHER MEMBERS CAN INSURE THE DAILY NEEDS AND ACTIVITIES ARE MET. 5TH THAT DWS MR. POLITE IS HELD RESPONCIBLE TO PERSONALY INSURE (SEE ATTACHMENT)

DAVID ZAVALA                           1.22.19

OFFENDER Signature                     Date

Is this grievance being filed within the 10 day time limit? Please answer ⊗ Yes or ○ No. If the answer is No, please explain why:

**EXHIBIT** "H"

Exhibit: C-3

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: David Zavala          I.D.#: 100 0727 033

ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE OFFENDER.

DATE: 1 26 19          COUNSELOR'S SIGNATURE:          PI-2001 (REV. 10/01/98)

RETENTION SCHEDULE: - Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

Exhibit: C-4

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: D. Zavala          I.D.# 1000727033

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER FROM THE ABOVE OFFENDER.

DATE: 3, 18, 19          COUNSELOR'S SIGNATURE:

Retention Schedule: Upon completion, this form will be placed in a file in the Grievance Coordinator's office.

Exhibit: C-2

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name:   **Zavala, David**        Grievance Number:      282680

GDC #:                 **1000727033**           Facility:                    **GD&CP SMU**

**RESPONSE TO GRIEVANCE:**
There is no evidence to support your allegation that your rights are being violated at the SMU. According to provided documentation and statements, you receive the same treatment and required rights per policy. No one has refused to feed you. You have not been refused medical care nor have you been refused access to shower as you have a shower inside your cell. This grievance is denied at the institutional level.

_____          3-8-19
Warden's/Superintendent's signature          (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

~~COPY~~                                        ~~COPY~~
Offender's signature                              (date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*