Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | **Zavala, David** | Grievance Number: | 283697 |
| GDC #: | **1000727033** | Facility: | **GD&CP SMU** |

**RESPONSE TO GRIEVANCE:**
There is no evidence to support your allegation that you are discriminated against and your human rights are being violated. According to provided documentation and statements at no time have you been discriminated against or has your human rights been violated therefore, this grievance is denied at the institutional level.

_____     4-15-19
Warden's/Superintendent's signature     (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____     4/23/2019
Offender's signature     (date)

> You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

**EXHIBIT** "I"

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name:   **Zavala, David**            Grievance Number:    283697

GDC #:             **1000727033**              Facility:            **GD&CP SMU**

RESPONSE TO GRIEVANCE:
There is no evidence to support your allegation that you are discriminated against and your human rights are being violated. According to provided documentation and statements at no time have you been discriminated against or has your human rights been violated therefore, this grievance is denied at the institutional level.

_____                   4-15-19
Warden's/Superintendent's signature                (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____                   _____
Offender's signature                               (date)

_____
| You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.
| If the last day is not a business day at your institution, you may file it on the next day that is a business
| day.
_____

RECEIVED

APR 1 8 2019

GA DIAG. & CLASS. PRISON

SOP 227.02
Attachment 2
6/28/18

## STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION: GDCP/SMU                                    DATE: 2/27/19

TO:  GRIEVANCE COORDINATOR: FOOTMAN

From: GOODY

Offender's Name: DAVID ZAVALA

GDC# 1000727033/ Gr# 283697

OFFENDER'S BASIC ALLEGATION OR COMPLAINT:

Inmate claims Violations of Constitution.

_____

_____

_____

_____

_____

_____

SUMMARY OF FINDING/RECOMMENDATIONS:

Smu admin. states No one is Violating or discriminating against inmate Zavala.

_____

_____

COUNSELOR'S SIGNATURE J. GOODY      /   J. Goody

I do/do not concur with Counselor:

There is no evidence to support staff discrimination of this I/M!   (signature) 3/28/19

RECEIVED

MAR 0 5 2019

(Reproduced locally)

GA DIAG. & CLASS. PRISON



# GEORGIA DEPARTMENT OF CORRECTIONS
### *Georgia Diagnostic & Classification Prison*
*P.O. Box 3877*
*Jackson, Georgia 30233*
*Phone: 770-504-2000*
*Fax: 770-504-2006*

Brian P. Kemp
*Governor*

Timothy C. Ward
*Interim Commissioner*

Grievance Number 283697

## Memorandum

Date: 2/13/19

To: Area Supervisor Gundy / Pugh

From: Warden FORD

Re: Formal Grievance

The attached grievance for DAVID ZAVALA GDC# 1000727033 was received in my office. I am requesting the following action(s) be taken:

____Meet with offender and explain standard operating procedures regarding his request.

____Schedule and meet with this inmate and discuss the status of this request.

_X_Follow up and provide documentation of follow up.

____Advise this should be handled through disciplinary hearing and/or disciplinary appeal

  process.

____Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by _____ (no later than 5 days from receipt). The offender should sign and date below as well as the staff who discusses it.

Matter discussed: _____

_____

_____

The above was discussed with me and the problem is being resolved.

_____          _____
Offender Signature/Date                          Staff Signature/Date

RECEIVED
FEB 1 4 2019

GA DIAG. & CLASS. PRISON

CONFIDENTIAL

Attachment 1
SOP IIB05-0001

## Offender GRIEVANCE FORM (Facsimile)

**INSTITUTIONAL STAFF USE ONLY**

OFFENDER NAME DAVID ZAVALA

OFFENDER NUMBER 1000727033

INSTITUTION GDCP

GRIEVANCE NUMBER 283697

DATE COMPLETED FORM RECEIVED FROM OFFENDER 2/13/19      BY Cady

DATE APPEAL RECEIVED      BY

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

**DESCRIPTION OF INCIDENT:**

After the filing of Grievance #2815145 I was placed on a profile in which I must be escorted everywhere by 5 staff members and only an LT. or above can approach my cell and deal with my person. Due to this restriction I have endured daily discriminations and violations of Constitutional and Human rights, with the excuse that there is not enough staff available or the LT. or above are too busy. For example Feb. 1, 2019 the second shift LT failed to serve me breakfast resulting in first shift serving me a left over (SEE ATTACHED)

**RESOLUTION REQUESTED:**

1st That I be immediately transfered to a facility to where my health, safety, and rights are not at stake. 2nd That DWS MR. Polite lift this restriction. 3rd That this restriction be atleast modified to where a Sargent and less staff members can insure the daily needs and activities I am intitled to are met. 4th That DWS. MR. Polite is held responcible to personaly insure that all the daily needs and activities are satisfied on schedule. (SEE ATTACHED)

DAVID ZAVALA

OFFENDER Signature      Date 2/13/19

Is this grievance being filed within the 10 day time limit? Please answer ⊙ Yes      If the answer is No, please explain why:

# GRIEVANCE FORM ATTACHMENT

## DESCRIPTION OF INCIDENT:

COLD TRAY HOURS LATER. FEB. 2, 2019 LT AND ABOVE FAILED TO GIVE ME AN OPPORTUNITY TO SHOWER WHEN THE REST OF THE DORM DID. FEB. 4, 2019 CAPTAIN SUMPTER AND LT. NOPEN FAILED TO PROVIDE THAT DAYS OUT-OF-CELL RECREATIONAL YARD OR TABLE TIME AFTER I ASKED VARIOUS TIMES. FEB. 5, 2019 WHILE SERVING ME LUNCH UNIT MANAGER MR. BALL INSTRUCTED COI WILLIAMS "DO NOT MARK THE TIME ON HIS DOOR CHART, IF WE SERVE HIS TRAYS LATE BECAUSE THEY BE KILIN US WITH THEM LAW SUITS". FEB. 5, 2019 LT. AND ABOVE FAILED TO GIVE ME ANY OUT-OF-CELL RECREATIONAL TIME. FEB. 5, 2019 CELL SANITATION SUPPLIES WERE PASSED OUT ON SECOND SHIFT BY SARGENT COLBER. AFTER EVERYONE IN THE DORM BOT THERES HE TOLD ME I WOULD HAVE TO WAIT FOR AN LT. AND ABOVE TO ISSUE MINE. ALL LT. AND ABOVE HAVE FAILED TO DO SO MAKING 3 WEEKS IN AROW WITH OUT CELL SANITATION. FEB. 7, 2019 AT APPROXIMATLY 10:00 DWS MR. POLITE STOPED AT MY CELL FOR INSPECTION, AFTER ASKING IF HE WOULD INSURE THAT I GET MY OUT-OF-CELL REC TIME HE STATED "THEY DID NOT HAVE ENOUGH STAFF AVAILABLE AT THE MOMENT BUT HE WOULD SEE", I NEVER GOT THAT DAYS YARD OR TABLE TIME. FEB. 8. 2019 I WAS SERVED BREAKFAST 2½ HOURS AFTER THE REST OF THE DORM RESULTING IN A COLD MEAL. FEB. 8, 2019 LT. AND ABOVE FAILED TO PROVIDE THAT DAYS YARD AND TABLE TIME AND SHOWED INDIFRENCE WHEN ASKED FOR AN OPPORTUNITY TO SHOWER. FEB. 8. 2019 DUE TO THIS RESTRICTION COUNCELOR GOODY IS NOT ALLUWED TO APPROACH MY CELL OR DEAL WITH MY PERSON UNLESS AN LT. OR ABOVE IS PRESENT. LT. AND ABOVE FAILED TO ESCORT ME TO THE COUNCELOR FOR THE SECOND WEEK IN A ROW IMPEDING ME FROM HIS SERVICES AND GETTING HELP WITH GRIEVANCES. FEB. 8. 2019 AT APPROXIMATLY 18:30 I WAS MOVED FROM F-216 TO CELL E-101, ISOLATED BEHIND THE GLASS WHERE NO INMATES CAN BE WITNESS TO THE DAILY VIOLATIONS OF CONSTITUTIONAL AND HUMAN RIGHTS. THESE FEW EXAMPLES AND MUCH MORE OCCUR UNDER THE EXCUSE THAT THERE IS NOT ENOUGH STAFF OR EICHTHER AN LT. OR HIGHER RANKING OFFICIAL AVAILABLE. INMATES RICKY DUBOSE F-110 AND CEDRIC DANIELS F-207 ASWELL AS CAMARA FOOTAGE FROM THE ABOVE DATE AND TIMES SHOULD BE SUFFICIENT EVIDANCE TO PROVE MY ALLEGATIONS.

## RESOLUTION REQUESTED:

5TH THAT ALL LT. OR ABOVE INVOLVED BE HELD ACCOUNTABLE FOR THERE NEGLEGENCE AND INSURE THAT THE HOT MEALS, SHOWERS, CELL SANITATION, JPAY KIOSK SESSIONS, AND RECREATIONAL YARD AND TABLE TIME BE COMPENSATED IN A TIMELY MANER. 6TH THAT "THE OFFICES OF PROFFESSIONAL STANDARDS" AND "DEPT. OF HUMAN RIGHTS" CAN BE NOTIFIED OF THIS ISSUE AND BOTH BE REQUESTED TO IVESTIGATE THOROUGHLY. 7TH THAT THIS ISSUE CAN BE INVESTIGATED THOROUGHLY WHILE STAYING STRICKLY CONFIDENTIAL TO PREVENT FROM ANYMORE RETALEATORY ACTIONS BEING TAKEN ON ME, MY PERSON, OR PERSONAL EFFECTS DUE TO THE FILING OF THESE GRIEVANCES. 8TH THAT MY PROPERTY LEFT BEHIND AT TELFAIR STATE PRISONS TIER II PROPERTY ROOM FINALY BE REQUESTED AND TRANSFERD OVER SO I AM NOT DEPRIVED OF MY LEGAL MAIL, STAMPS, AND WRITING UTINCILS TO IMPED ME FROM CONTACTING LOVED ONES AND LEGAL REPRESENTATIVES FOR HELP.

# GEORGIA DEPARTMENT OF CORRECTIONS

*Georgia Diagnostic & Classification Prison*
*P.O. Box 3877*
*Jackson, Georgia 30233*
*770-504-2011*
*FAX 770-504-2280*

Nathan Deal

Gregory Dozier

*Governor*

*Commissioner*

TO: All supervisors

From: LT. Michael Nopen

Date: 01/7/2019

In service schedule for 2019


January 28th Day 1 (Monday)

Split Shift

January 29th Day 1 (Tuesday)

 Key 1 First & Second Shift

January 30th Day 1 (Wednesday)

Split shift

January 31st Day 1 (Thursday)

Key 2 First and Second shift

February 1st Day 2 (Friday)

Split Shift

February 4th Day 2 (Monday)

Split Shift

February 5th Day 2 (Tuesday)

Key 2 First and Second Shift

February 6th Day 3 (Wednesday)

Split Shift

February 7th Day 2 (Thursday)

Key 1 First and Second Shift

February 8th Day 3 (Friday)

Split Shift

February 11th Day 4 (Monday)

Split Shift

February 12th Day 3 (Tuesday)

Key 1 First and Second shift

February 13th Day 4 (Wednesday)

Split Shift

February 14th Day 3 (Thursday)

Key 2  First and Second Shift

February 15th Day 5 ( Friday)

Split Shift

February 18th Day 5 ( Monday)

Split Shift

February 19th Day 4 (Tuesday)

Key 2 First and Second Shift

February 21st Day 4 (Thursday)

Key 1 First and Second Shift

February 26th Day 5 (Tuesday)
Key 1 First and Second Shift

February 28th Day 5 (Thursday)

Key 2 First and Second Shift

All training will take place at the SMU in the counseling area. Training will start at 0800 hrs. each day.

Supervisors ensure all officers attend on their scheduled days as this training is mandatory.

SOP 227.02
Attachment 3
6/28/18

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE GDCP/SMU | DATE 2/13/19 | TIME 11:57AM | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Goody, Johannes | EMPLOYEE ID NUMBER  01002104 | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

SWORN STATEMENT

I,   Counselor Goody        , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

In regards to inmate **Zavala #1000727033** grievance concerning me not being able to approach his cell without a Lieutenant or higher ranked personnel. Inmate is correct, however every Wednesday they escort him up to OIC for me to get and give him the forms that he requests. At no time did anyone violate his human rights or discriminate towards him.

END OF STATEMENT.............

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT J. G | PAGE 1 OF _____ PAGES |
|---|---|---|

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6/28/18

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

STATEMENT (Continued)

AFFIDAVIT

I, ___ J. GOODY _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE.   I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT.   I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

J. GOODY
(Signature of Person Making Statement)

WITNESS

_____
_____
_____

INSTITUTION OR ADDRESS

_____
_____
_____

INSTITUTION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of _____, 20__
at _____

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

_____
(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT J.G

PAGE      OF      PAGES

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6/28/18

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE GDCP/SU | DATE 2/14/19 | TIME 16:02 | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME Sumpter, T | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

SWORN STATEMENT

I, _____Captain Sumpter_____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Inmate Zavala #1000727033 grievance concerning daily discrimination, out of cell recreation, violating his human rights. At no time has anyone ever violated, discriminated inmate Zavala human rights nor his cell recreation. Inmate Zavala receives his mandatory recreation and shower calls.

End of statement……………………………………………………………

SOP 227.02
Attachment 3
6/28/18

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| | | PAGE 1 OF _____ PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

STATEMENT (Continued)

AFFIDAVIT

I, _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____, 20__ at _____

_____
INSTITUTION OR ADDRESS

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

_____
INSTITUTION OR ADDRESS

_____
(Authority To Administer Oath)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6//28/18

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE SMU | DATE 2/13/19 | TIME 15:15 | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME POLITE, J | EMPLOYEE ID NUMBER ~~████~~ | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |
| SWORN STATEMENT | | | |

I,   **D/W POLITE**          , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: Inmate Zavala #1000727033 grievance about being placed on profile and daily discriminations. Inmate Zavala does have a security profile and we do provide disinfect chemicals/cleaning brushes for inmate Zavala. Under no circumstances has anyone mistreated, denied, excluded, violated or discriminated versus inmate Zavala.

# End of statement

SOP 227.02
Attachment 3
6//28/18



| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT J P | |
|---|---|---|
| | | PAGE 1 OF ____ PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

STATEMENT (Continued)



AFFIDAVIT

1, ___J P_____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6/28/18

. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE.   I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT.   I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

J P
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law
to administer oaths, this _____ day of _____, 20___
at _____

INSTITUTION OR ADDRESS

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS

(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT J P

| PAGE | OF | PAGES |

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6/28/18

**WITNESS STATEMENT**

| PLACE GDCP/SMU | DATE 2/27/19 | TIME 7:15am | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Williams, R | EMPLOYEE ID NUMBER  01085731 | | STATE ID NO. |

INSTITUTION OR ADDRESS

**SWORN STATEMENT**

I, __Ofc. Williams__, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

In regards to inmate Zavala#1000727033/Gr#283697 grievance concerning Unit Manager Ball instructing me not to mark a time on a door chart. That statement is false and never happened. I don't know what inmate Zavala is talking about.

END OF STATEMENT.............

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT R W | PAGE 1 OF _____ PAGES |
|---|---|---|

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6//28/18

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

STATEMENT (Continued)

AFFIDAVIT

I, ____R W_____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE.   I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT.   I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____R W_____
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____, 20__ at _____

_____
_____

INSTITUTION OR ADDRESS

_____
(Signature of Person Administering Oath)

_____
_____

_____
(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS

_____
(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT R W

PAGE      OF      PAGES

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6//28/18

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE GDCP/SMU | DATE 2/27/19 | TIME 19:17 | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Colbert, C | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

### SWORN STATEMENT

I, ___Sgt. Colbert_____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

In reference to inmate **Zavala#1000727033/Gr#283697** writing his grievance about me passing out sanitation supplies and denying him. Inmate Zavala did receive cleaning supplies to clean his cell properly. I never made any of those comments that he wrote about in the grievance,

# END OF STATEMENT



Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6/28/18

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT C.C | PAGE 1 OF _____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

STATEMENT (Continued)

AFFIDAVIT

I, __C.C_____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of _____, 20__ at _____

_____
INSTITUTION OR ADDRESS

_____
(Signature of Person Administering Oath)

_____
INSTITUTION OR ADDRESS

_____
(Typed Name of Person Administering Oath)

_____
(Authority To Administer Oath)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6/28/18

| INITIALS OF PERSON MAKING STATEMENT  C C | PAGE | OF | PAGES |
|---|---|---|---|

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Attachment 9
209.09
11/1/18
Page 1 of 2
(Page 2 on Back)

## Special Management Unit: Tier III Program Checklist

Offender Name: **Zavala, David**
GDC#: **1000727033**
Date/Time of Initial Assignment: _____

Week Begin: **2/10/19 – 2/16/19**
Cell Assignment: **E-261**
Phase: _____

Tentative Release Date: _____
Date/Time Released: _____  Reason for Assignment: _____
Pertinent Information: _____  Warden/Designee Review: _____

| Task | Sunday Time/Initials | Monday Time/Initials | Tuesday Time/Initials | Wednesday Time/Initials | Thursday Time/Initials | Friday Time/Initials | Saturday Time/Initials |
|---|---|---|---|---|---|---|---|
| Breakfast Meal | 5:30 LS | SS ee LS | 5:30 am | 551/ | 0624 | 0700 wr | 549 |
| Lunch Meal | NO | 1125/CW | 1201/CW | 1001/54 | 1245/ | NO | NO |
| Dinner Meal | 1625 CW | 1531 CW | 1528 CW | 1705/54 | 1621/54+1541/y | 1541/y | 1745 L |
| Recreation | N/A | 0910/0915 CW | 1111-1310 | expect 2 am | R 1050 | N/Released | NO |
| Out of Cell (Start) | N/A | 1005 00 | 0215 CW | lunch 1140-1330 | V 1050 | Tier Released N/A | N/A |
| Out of Cell/End | NO | 1331 CW | 1110 CW | 1330 | 1142 CW | Released N/A | NO |
| Shower (3x per Week) | NO | Yes | No | 1200 | NO | Yes | NO |
| Haircut/Shave | NO | OB | NO | 1315 yes | NO | yes | yes |
| Mail | 1100 | 200 | NO | yes | NO | yes | NO |
| Cell Sanitation | | | | | | | |
| Visitation | | | | | | | |
| Admin Review | | | | | | | |
| Supervisor | | | | | | | |
| Medical | | | | | | | |
| MHS | | | | | | | |