Attachment 1
SOP IIB05-0001

Exhibit: D-1

**CONFIDENTIAL**
**Offender GRIEVANCE FORM (Facsimile)**

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME DAVID ZAVALA       OFFENDER NUMBER 1000727033
INSTITUTION GDCP                  GRIEVANCE NUMBER 283697   BY Gary
DATE COMPLETED FORM RECEIVED FROM OFFENDER 2/13/19    BY
DATE APPEAL RECEIVED

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

**DESCRIPTION OF INCIDENT:**
AFTER THE FILING OF GRIEVANCE #281SI45 I WAS PLACED ON A PROFILE IN WHICH I MUST BE ESCORTED EVERYWHERE BY 5 STAFF MEMBERS AND ONLY AN LT. OR ABOVE CAN APPROACH MY CELL AND DEAL WITH MY PERSON. DUE TO THIS RESTRICTION I HAVE ENDURED DAILY DISCRIMINATIONS AND VIOLATIONS OF CONSTITUTIONAL AND HUMAN RIGHTS, WITH THE EXCUSE THAT THERE IS NOT ENOUGH STAFF AVAILABLE OR THE LT. OR ABOVE ARE TOO BUSY. FOR EXAMPLE FEB. 1, 2019 THE SECOND SHIFT LT FAILED TO SERVE ME BREAKFAST RESULTING IN FIRST SHIFT SERVING ME A LEFT OVER (SEE ATTACHED).

**RESOLUTION REQUESTED:**
1st THAT I BE IMMEDIATLY TRANSFERD TO A FACILITY TO WHERE MY HEALTH, SAFETY, AND RIGHTS ARE NOT AT STAKE. 2ND THAT DWS MR. POLITE LIFT THIS RESTRICTION. 3RD THAT THIS RESTRICTION BE ATLEAST MODIFIED TO WHERE A SARGENT AND LESS STAF MEMBERS CAN INSURE THE DAILY NEEDS AND ACTIVITIES I AM INTITLED TO ARE MET. 4TH THAT DWS. MR. POLITE IS HELD RESPONSIBLE TO PERSONALY INSURE THAT ALL THE DAILY NEEDS AND ACTIVITIES ARE SATISFIED ON SCHEDULE. (SEE ATTACHED)

DAVID ZAVALA       Date 2/13/19
OFFENDER Signature

Is this grievance being filed within the 10 day time limit? Please answer ⊙ Yes    If the answer is No, please explain why:

EXHIBIT J

Attachment 4
SOP IIB05-0001

Exhibit: D-2

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | Zavala, David | Grievance Number: | 283697 |
| GDC #: | 1000727033 | Facility: | GD&CP SMU |

**RESPONSE TO GRIEVANCE:**
There is no evidence to support your allegation that you are discriminated against and your human rights are being violated. According to provided documentation and statements at no time have you been discriminated against or has your human rights been violated therefore, this grievance is denied at the institutional level.

_____  4-15-19
Warden's/Superintendent's signature      (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

COPY

_____       _____
Offender's signature                (date)   COPY

---

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Exhibit: D-3

○ or ○ No

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: D-N 1 Z4/M/4  I.D.#: 1000 2020

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE OFFENDER:

DATE: 2/13/19   COUNSELOR'S SIGNATURE: _____

PI-2001 (REV. 10/01/98)

RETENTION SCHEDULE: - Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

Exhibit: D-4

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

INMATE'S NAME: DaNID ZaNAIN   I.D.#: 1000727033

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER 283697 FROM THE ABOVE INMATE,

DATE: 4/1/19   COUNSELOR'S SIGNATURE: _____

PI-2001 (REV. 07/20/15)

RETENTION SCHEDULE: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.