

Georgia Department of Corrections
Office of Professional Standards
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP IIB05-0001

Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

Offender's Name: Zavala, David

GDC#: 1000727033

Grievance Number: 285957

Facility: Georgia Diagnostic and Classification Prison

A member of my staff has reviewed your grievance. This review revealed that you failed to follow the proper procedure for filing a formal grievance. Policy states that the complaint on the grievance form must be a single issue/incident. You have noted more than one issue. This grievance was rejected at the institutional level in accordance with policy. In addition, Grievance Appeal number 281515 was forwarded to the Criminal Investigation Division for further review. Therefore, this grievance is denied.

_____        8-13-19
James D. Smith, Special Agent, North Region      (date)
Office of Professional Standards

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

David Zavala                                  9/19/19
Offender's signature                          (date)

EXHIBIT "K"

SOP 227.02
Attachment 5
3/19/19

**DATE APPEAL RECEIVED FROM OFFENDER** 5/6/19

## GRIEVANCE APPEAL FORM

DAVID ZAVALA          1000727033          #285957
OFFENDER'S NAME       I.D. NUMBER          GRIEVANCE NUMBER

I reject the Warden's/Superintendent's response to my grievance. The basis for this appeal is as follows: THIS GRIEVANCE RESPONCE WAS RECIEVED 5/1/2019, IN CELL E-116, AT APPROX 9-10 AM, 7 DAYS AFTER WARDEN FORD REBPONDED. IT WAS REJECTED FOR ALLEGEDLY RAISING MORE THAN 1 ISSUE/INCIDENT. HOWEVER I WAS SIMPLY GIVING A FEW EXAMPLES OF THE MANY RETALIATORY ACTIONS IVE FACED FOR THE FILING OF GRIEVANCES AND MADE THIS ISSUE CLEAR IN THE FIRST SENTENCE. "I HAVE YET TO RECIEVE A RESPONCE FROM "OPS" OR RELIEF FROM ON-GOIN RETALIATION THAT CONTINUES TO THIS DAY! DWS POLITE AND COI EVANS USED UNNECESSARY AND EXECIVE FORCE DURING THE IMPROPER CELL EXTRACTION/SHAKE-DOWN, I WAS INJURED AND WAS REFUSED ESSCORT TO MEDICAL. AFTER FILING A GRIEVANCE I GOT A RESPONCE STATING THAT ON 1/23/2019 MY GRIEVANCE WAS FOWARDED TO "OPS" AND AFTER THEY COMPLETED AN INVESTIGATION I WOULD BE INFORMED WHAT ACTION IS APPROPRIATE. ALSO THAT MY GRIEVANCE HAD BEEN FORMALY CLOSED. IT HAS BEEN ALMOST 5 MONTHS AGO, MEANWHILE I HAVE BEEN SUBJECTED TO MANY FOUL ACTIONS BY SMU STAFF AND HAVE YET TO OBTAIN RELIEF OR ATLEAST RECIEVE A REPLY FROM THE "OPS" CRIMINAL INVESTIGATION DIVISION. I HAVE ALSO SENT VARIOUS LETTERS PROSPECTING RELIEF. I ASK THAT THE COMMISSIONER LIFT OR MODIFY THIS PROFILE, THAT I BE TRANSFERD TO A SAFER FACILITY, THAT "SCHR" CAN BE CALLED TO INVESTIGATE THIS AND NUMEROUS OTHER GRIEVANCE THE COORDINATOR HAS MALICIOUSLY THROWN OUT. FAIR COMPENSATION FOR HARDSHIPS ENDURED IS ALSO DUE.

NOTE: The option to appeal a proposed resolution rests with the grievant. All grievances indicating a desire for appeal will be forwarded to the next level. However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal. Statements such as "not satisfied" or "appeal further" will result only in a general review. **If for some reason this appeal is being submitted later than the allotted time frame, please state clearly the reasons why if you wish for this appeal to be considered.** This appeal form along with the Grievance Form must be submitted to your Counselor or Grievance Coordinator.

OFFENDERS'S
SIGNATURE: David Zavala                DATE: 5/1/2019

(Reproduced locally)

## WARDEN'S/SUPERINTENDENT'S
## REJECTED GRIEVANCE RESPONSE

SOP 227.02
Attachment 11
6/28/18

**Offender's Name:** ZAVALA, DAVID
**GDC#:** 1000727033

**Grievance Number:** 285957
**Facility:** GDCP

This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):

- ☐ Does not personally affect the offender.
- ☐ Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state.
- ☐ Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline.
- ☐ Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation.
- ☐ Co-pay charges assessed for health care. The procedure to appeal such charges is located in SOP 507.04.03, Offender/Probationer Health Concerns or Complaints.
- ☐ Transfers of offenders between institutions.
- ☐ Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety. The procedure to appeal such assignments is located in SOP 220.03, Classification Committee.
- ☐ Special Religious Requests that request a special religious accommodation outside the accommodations allowed for by policy. The procedure to file a Special Religious Request is located in SOP 106.11, Religious Accommodations.
- ☐ Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team (SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive Behavior Prevention and Intervention Program.
- ☐ Grievance was filed out of time frames as outlined in policy.
- ☐ Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.
- ☑ Grievance contained more than one issue/incident.
- ☐ Grievance contained extra pages other than those allotted and had writing on the backside of a page.
- ☐ Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.

_____    4/24/19
**Warden Signature**              (Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____    5-1-95
**Offender's signature**          (Date)

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

## WARDEN'S/SUPERINTENDENT'S
## REJECTED GRIEVANCE RESPONSE

SOP 227.02
Attachment 11
6/28/18

**Offender's Name:** ZAVALA, DAVID
**GDC#:** 1000727033

**Grievance Number:** 285957
**Facility:** GDCP

This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):

☐ Does not personally affect the offender.

☐ Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state.

☐ Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline.

☐ Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation.

☐ Co-pay charges assessed for health care. The procedure to appeal such charges is located in SOP 507.04.03, Offender/Probationer Health Concerns or Complaints.

☐ Transfers of offenders between institutions.

☐ Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety. The procedure to appeal such assignments is located in SOP 220.03, Classification Committee.

☐ Special Religious Requests that request a special religious accommodation outside the accommodations allowed for by policy. The procedure to file a Special Religious Request is located in SOP 106.11, Religious Accommodations.

☐ Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team (SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive Behavior Prevention and Intervention Program.

☐ Grievance was filed out of time frames as outlined in policy.

☐ Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.

☑ Grievance contained more than one issue/incident.

☐ Grievance contained extra pages other than those allotted and had writing on the backside of a page.

☐ Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.

_____    4/24/19
**Warden Signature**                (Date)

**RECEIVED**
APR 2 6 2019
GA DIAG. & CLASS. PRISON

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____    _____
**Offender's signature**             (Date)

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

ZAVALA, DAVID
GDC# 1000727033
GR# 285957

SOP 227.02
Attachment 7
3/19/19

# Codes for Rejected Grievance (Formal)

**1. More than one issue per grievance.**

2. Grievance filed out of time frames as outlined in policy.

3. Non-grievable issue:

    a. Does not affect the offender personally

    b. Issue outside the Department's control, including parole decisions, sentences, probation revocation, court decisions, and any matters established by laws of the state;

    c. Disciplinary actions, including any warnings, sanctions, fees, or assessments;

    d. Involuntary Assignment to Administrative Segregation;

    e. Co-Pay Charge for Health Care;

    f. Transfer of offender between Institutions;

    g. Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety;

    h. Requests for special religious accommodation outside the accommodations allowed for by policy;

    i. Sexual Abuse and Sexual Harassment shall be forwarded to the Institutional Sexual Assault Response Team (SART) and processed according to SOP 208.06;

    J. GOAL Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.

4. Grievance includes threats, insults, profanity or racial slurs.

5. Exceeded Grievance Filing Limit.

6. Grievance contains any extra pages other than those allotted and has any writing on the backside of a page.



**GEORGIA DEPARTMENT OF CORRECTIONS**
*Georgia Diagnostic & Classification Prison*
P.O. Box 3877
Jackson, Georgia 30233
Phone: 770-504-2000
Fax:  770-504-2006

Brian P. Kemp
*Governor*

Timothy C. Ward
*Commissioner*

Grievance Number __295957__

**Memorandum**

Date: __3/28/19__

To: Area Supervisor __Goody / Pugh__

From: Warden __FORD__

Re: Formal Grievance

The attached grievance for __DAVID ZAVALA__ GDC# __1000727033__ was received in my office. I am requesting the following action(s) be taken:

___Meet with offender and explain standard operating procedures regarding his request.

___Schedule and meet with this inmate and discuss the status of this request.

___Follow up and provide documentation of follow up.

___Advise this should be handled through disciplinary hearing and/or disciplinary appeal process.

___Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by _____ (no later than 5 days from receipt). The offender should sign and date below as well as the staff who discusses it.

Matter discussed:
_____
_____

The above was discussed with me and the problem is being resolved.

_____          _____
Offender Signature/Date                                 Staff Signature/Date

**EMERGENCY!**
**(HEALTH AND SAFETY)**

*CONFIDENTIAL*

**Offender GRIEVANCE FORM (Facsimile)**

SOP 227.02
Attachment 1
2/26/18

### INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME: DAVID ZAVALA

OFFENDER NUMBER: 1000727033

INSTITUTION: GDCP/SMU

GRIEVANCE NUMBER: 285957

DATE COMPLETED FORM RECEIVED FROM OFFENDER: 3/28/19 BY: GODOY

DATE APPEAL RECEIVED: / / BY:

---

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

**DESCRIPTION OF INCIDENT:** I HAVE YET TO OBTAIN RELIEF OR A RESPONCE FROM "OPS" IN REGARDS TO GRIEVANCE #2815145 AN INCIDENT IN WHICH UNJUSTIFIED AND EXCESSIVE USE-OF-FORCE WAS USED BY DWS POLITE AND COI EVANS DURING A SHAKE-DOWN/CELL EXTRACTION ON 12.31.2018. STAFF DID NOT FOLLOW POLICY AT ALL. I WAS INJURED AND DENIED ESCORT TO MEDICAL AFTERWARDS DUE TO A RESTRICTION PLACED ON MY PROFILE BY DWS POLITE. I AM STILL UNDERGOING HARDSHIPS AND DISCRIMINATIONS DUE TO THIS PROFILE SUCH AS DEPRAVATIONS OF OUT-OF-CELL TIME, CELL SANITATION, KIOSK SESSIONS, PROPERTY WAS LEFT BEHIND AT TELFAIR STATE PRISON DEPRIVING ME OF, LEGAL DOCUMENTS, EDUCATIONAL AND RELIGIOUS BOOKS AND ITEMS AND PRESCRIBED CONTACT LENSES, ECT. ADMIN HAS BEEN MADE AWARE FOR PAST 6 MONTH BUT SHOWS INDIFFRENCE. MANY MORE RETALIATORY ACTIONS HAVE BEEN TAKEN ON MY PERSON ALL YEAR SUCH AS BEING HELD IN E-WING STATUS BY REVIEW COMMITTEE WITH NO LEDGIT REASONS. MY GRIEVANCES ARE EIGHTHER BEING EDITED BY NOT BEING TURNED IN WITH RESPECTIVE ATTACHMENTS OR GRIEVANCE COORDINATOR IS REJECTING AND RETURNING THEM.

**RESOLUTION REQUESTED:** 1ST THAT I BE IMMEDIATLY TRANSFERD TO A SAFER FACILITY. 2ND THAT DWS POLITE LIFT THIS RESTRICTION. 3RD THAT A "GOAL" DEVICE BE PROVIDED. 4TH THAT MY PROPERTY CAN BE REQUESTED AND IMMEDIATLY TRANSFERD SO I HAVE ACCESS TO THE COURTS. 5TH THAT "OPS" AND "SCHR" CAN BE CALLED TO DO A THOROUGH INVESTIGATION AND STOP THESE AND ANYMORE RETALIATORY ACTIONS FROM BEING TAKEN ON MY PERSON OR EFFECTS. 6TH THAT I CAN BE COMPENSATED FAIRLY FOR MY HARDSHIPS. 7TH THAT MENTAL HEALTH CAN PUT ME ON THEIR CASE LOAD WHILE I ENDURE THE LACK OF READING MATERIAL AND VIOLATION OF RIGHTS.

Offender Signature: DAVID ZAVALA     Date: 3.26.2019

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.