Attachment 4
SOP IIB05-0001

**WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE**

| | | | |
|---|---|---|---|
| Offender's Name: | **Zavala, David** | Grievance Number: | 285962 |
| GDC #: | **1000727033** | Facility: | **GD&CP SMU** |

RESPONSE TO GRIEVANCE:
There is no evidence to support your allegation that you are being denied kiosk usage and out of cell time. According to provided documentation and statements, you have been receiving out of cell time and a schedule has been put into place for kiosk use therefore, this grievance is denied at the institutional level.

[signature] 5-15-19
Warden's/Superintendent's signature (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

[signature] 5-23-19
Offender's signature (date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

**EXHIBIT** "L"

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | **Zavala, David** | Grievance Number: | 285962 |
| GDC #: | **1000727033** | Facility: | **GD&CP SMU** |

RESPONSE TO GRIEVANCE:
There is no evidence to support your allegation that you are being denied kiosk usage and out of cell time. According to provided documentation and statements, you have been receiving out of cell time and a schedule has been put into place for kiosk use therefore, this grievance is denied at the institutional level.

Warden's/Superintendent's signature

5-15-19
(date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

Offender's signature

(date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

RECEIVED
MAY 21 2019
GA DIAG. & CLASS. PRISON

SOP 227.02
Attachment 2
6/28/18

Recd 4/17/19 RP

STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION: GDCP/SMU

DATE: 4/8/19

TO: GRIEVANCE COORDINATOR: FOOTMAN

From: GOODY

Offender's Name: DAVID ZAVALA

GDC# 1000727033 | Gr# 285962

OFFENDER'S BASIC ALLEGATION OR COMPLAINT:
Inmate claims that he doesn't receive out of cell time/Kiosk.

SUMMARY OF FINDING/RECOMMENDATIONS:
D/W states he never has denied or deprived inmate Zavala of any of his privileges.

COUNSELOR'S SIGNATURE J. GOODY / J. Goody

I do/do not concur with Counselor:
DW Polite denies depriving I/M of Out of cell time or other privileges
[signature] 4/17/19

(Reproduced locally)

RECEIVED
APR 16 2019
GA DIAG. & CLASS. PRISON

# GEORGIA DEPARTMENT OF CORRECTIONS

*Georgia Diagnostic & Classification Prison*
*P.O. Box 3877*
*Jackson, Georgia 30233*
*Phone: 770-504-2000*
*Fax: 770-504-2006*

Brian P. Kemp
*Governor*

Timothy C. Ward
*Commissioner*

*Grievance Number* 285962

Memorandum

Date: 3/28/19

To: Area Supervisor Goody / Pugh

From: Warden FORD

Re: Formal Grievance

The attached grievance for DAVID ZAVALA GDC# 1000727033 was received in my office. I am requesting the following action(s) be taken:

___Meet with offender and explain standard operating procedures regarding his request.

___Schedule and meet with this inmate and discuss the status of this request.

___Follow up and provide documentation of follow up.

___Advise this should be handled through disciplinary hearing and/or disciplinary appeal process.

___Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by __________ (no later than 5 days from receipt). The offender should sign and date below as well as the staff who discusses it.

Matter discussed:

________________________________________

________________________________________

The above was discussed with me and the problem is being resolved.

____________________ ____________________

Offender Signature/Date Staff Signature/Date

RECEIVED
APR 01 2019
GA DIAG. & CLASS. PRISON

Gody received
4/4/19
7:30am

HEALTH & SAFETY EMERGENCY!

*CONFIDENTIAL*

SOP 227.02
Attachment 1
2/26/18

**Offender GRIEVANCE FORM (Facsimile)**

**INSTITUTIONAL STAFF USE ONLY**

OFFENDER NAME DAVID ZAVALA OFFENDER NUMBER 1000727033

INSTITUTION GDCP/SMU GRIEVANCE NUMBER 285902

DATE COMPLETED FORM RECEIVED FROM OFFENDER 3 / 28 / 19 BY Goudy

DATE APPEAL RECEIVED ___/___/___ BY ___

**THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.**

DESCRIPTION OF INCIDENT: DUE TO A RESTRICTION ON MY PERSON BY DWS POLITE I HAVE BEEN DEPRIVED OF ALL OUT-OF-CELL TIME AND KIOSK SESSIONS ALL YEAR. IVE ALSO BEEN ISOLATED IN AN IMPROPERLY FURNISHED CELL BEHIND THE GLASS AND LEFT TO INDURE ILLNESS CAUSED FROM PAINT PROJECT BEGINING FEB. 11. 2019 AND ENDING MARCH. 12. 2019. IN BETWEEN THIS TIME MR. POLITE WAS ASKED SEVERAL TIMES TO MOVE ME OR ATLEAST LET ME GET FRESH-AIR AND MADE AWARE OF THE SYMPTOMS THE STRONG ODOR AND FUMES IN THE ENCLOSED AREA WAS CAUSING ME BUT SHOWED CALLOUS INDIFFRENCE. I WAS NOT MOVED UNTIL A ROOM ~~[illegible]~~ COVERD IN FECES WAS OPENED BUT RETURNED TO E-101 DAYS LATER EVEN THOE THE PAINTING CONTINUED. CHARLES SHEPARD E-207, SEAN BEST E-203, MEDICAL RECORDS, AND CAMARA FOOTAGE FROM RECORDED DATES AND TIMES ARE SUFFICIENT EVIDENCE, GRIEVANCE CORRDINATOR REJECTED AND RETURNED PREVIOUS GRIEVANCES WITHOUT SENDING PROPER ATTACHED FORMS PREVENTING FROM ME TO GRIEVE TO THE HIGHER UPS ABOUT THIS AND MORE VIOLATION OF RIGHTS.

RESOLUTION REQUESTED:

1ST THAT "OPS" AND "SCHR" CAN BE CALLED TO INVESTIGATE AND RELIEF ME IMMEDIATLY FROM THIS IN HUMAN TREATMENT AND RETALIATORY ACTIONS TAKEN ON MY PERSON. 2ND THAT DWS CAN LIFT OR ATLEAST MODIFY THIS RESTRICTION TO WHERE LESS STAFF CAN INSURE MY NEEDS AND ACTIVITIES ARE SATISFIED ON SCHEDULE. 3RD THAT I BE FAIRLY COMPENSATED FOR MY HARDSHIPS AND PROVIDED A "GOAL" DEVICE WHILE I ENDURE THE DEPRIVATION OF OUT-OF-CELL TIME WITHOUT PROPERTY.

DAVID ZAVALA 3.26.19

Offender Signature Date

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

SOP 227.02
Attachment 3
6//28/18

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE GDCP | DATE 4-8-19 | TIME 9:09am | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME Polite, J | EMPLOYEE ID NUMBER 00337268 | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |
| SWORN STATEMENT | | | |

I, D/W Polite, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

In reference to inmate Zavala #1000727033/Gr#285962 claim that he has been deprived of out of cell time and kiosk. I D/W polite never placed inmate Zavala on any restrictions as a result of an infraction that he received while being assigned here at SMU. At no time did I deny or deprive inmate Zavala out of cell time, kiosk or any privileges at SMU. Inmate Zavala complaint about feces, strong odors and fumes in his area is completely false.

**END OF STATEMENT**

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6//28/18

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT J P | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

STATEMENT (Continued)

JP JP JP JP

AFFIDAVIT

I, J POLITE HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEME

J P
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of ________________, 20__ at ________________

INSTITUTION OR ADDRESS

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS

(Authority To Administer Oath)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6//28/18

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE GDCP/SMU | DATE 4/8/19 | TIME 7:29 am | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME<br>Goody, Johannes | EMPLOYEE ID NUMBER 01002104 | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |
| SWORN STATEMENT | | | |

I, Counselor Goody, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

In regards to inmate Zavala #1000727033/Gr#285902 grievance concerning him being isolated and deprived of out of cell time. I went to ask inmate Shepard and Inmate Best to provide me witness statements about inmate Zavala grievance they both declined to provide me a statement.

END OF STATEMENT

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
6//28/18

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT J. G J.G | PAGE 1 OF ____ PAGES |
|---|---|---|
| ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM. | | |

(Reproduced locally)

STATEMENT (Continued)

J.g

J.g

AFFIDAVIT

I, J. GOODY J. Goody HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

J. GOODY J. Goody
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of ________________, 20__
at ______________________

INSTITUTION OR ADDRESS

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS

(Authority To Administer Oath)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.




# GEORGIA DEPARTMENT OF CORRECTIONS

*Georgia Diagnostic and Classification Prison*
*Special Management Unit*
*2978 Hwy 36W*
*Jackson, Georgia 30233*
*PHONE 770-504-7310*
*FAX 770-504-7623*

**Brian P. Kemp**
*Governor*

**Timothy C. Ward**
*Commissioner*

**Date:** **March 28, 2019**

**To:** **SMU Offenders**

**From:** **Deputy Warden Polite**

**Re:** **Kiosk**

Effective immediately, the right side of the housing unit will be going to kiosk on Monday and Wednesday and the left side of the housing unit will be going to kiosk on Tuesday and Thursday.

| GA DIAG CLASS PRISON | CLOSE | / 10/29/2023 |
|---|---|---|
| INSTITUTION NAME | Security | TPM / MAX DATE |

I. Offender: ZAVALA, DAVID (Name: Last, First, M I) — 782213 (DR#) — 1000727033 (ID Number)

II. Offense Data:

A.

| Charge | Code | Plea | Finding |
|---|---|---|---|
| OBSCENE WORDS/GESTURES | B-12 | NOT GUILTY | DISMISSED |
| VERBAL/GESTURE THREATENING | B-5 | NOT GUILTY | DISMISSED |
| POSSESSION OF CELL PHONE | D-3J | GUILTY | GUILTY |

| 10/30/2018 | 19:27:00 | Colbert, Cory , Sergeant |
|---|---|---|
| Date | Time of Offense | Signature of Reporting Official |

B. Factual Statement:

**On the above date and time while in E-Wing performing a cell extraction/shakedown on inmate Zavala, David GDC# 1000727033 in E-114 I, witness him hold a black LG Verizon cell phone. While instructing inmate Zavala to get on the floor he stated to me " I got your bitch ass Imma fuck you up pussy."**

C. Reviewed by the appropriate Supervisor: Harper, Jimmy , Lieutenant (Signature/Title) — 10/30/2018 (mo. dy. year)

D. Charges served on accused: 10/31/2018 02:03:00 (mo. dy. yr. time) — Askew, Montre , CO II (Signature of Official)

III.Investigative Report:

A. Summary of Investigation:

**Upon completion of the investigation I, recommend this D.R. be forwarded to the DHO.**

B. Ellis, Alethia , CO II (Signature/Title) — 11/02/2018 (mo. dy. year)

C. Advocate's Name: Goody, Johannes

IV. Hearing Officer's Recommendation: HIGH

Sumpter, Thomas Captain (Signature/Title) — 11/09/2018 (mo. dy. year)

V. Disposition of Disciplinary Hearing:

A. Justification for findings:

**Base of findings he is found guilty of charger and possession of device**

| B. Action Recommended: | Number of Days: |
|---|---|
| SANCTION: STORE RESTRICTION | 90 |
| SANCTION: VISITATION RESTRICTION | 30 |

C. T.P.M extension: ____ Isolation: ____

D. Inmate advised of his/her right to appeal: YES

| Sumpter, Thomas Captain | 10:49:00 | 11/09/2018 |
|---|---|---|
| Signature of Disciplinary Hearing Officer | Time of Hearing | mo. dy. year |

VI. Warden's Recommendation: Approved

McIntyre, Tracy , Deputy Warden (Warden's Signature) — 11/12/2018 (mo. dy. year)

| GA DIAG CLASS PRISON | CLOSE | / 10/29/2023 |
|---|---|---|
| INSTITUTION NAME | Security | TPM / MAX DATE |

**I. Offender:** ZAVALA, DAVID — Name: Last, First, M I | 790009 — DR# | 1000727033 — ID Number

**II. Offense Data:**

| A. Charge | Code | Plea | Finding |
|---|---|---|---|
| POSSESSION OF CELL PHONE | D-3J | GUILTY | GUILTY |

| Date | Time of Offense | Signature of Reporting Official |
|---|---|---|
| 12/31/2018 | 23:15:00 | Davis, Gregory , Lt |

B. Factual Statement:

**On 12/31/18 at approximately 2315 during a cell search conducted by DWS Mr. Polite, Capt. Sumpter, and Warden Ford of inmate Zavala's cell LE-208 Mr. Polite found a gold Motorola "Moto" Cell phone in inmate Zavala's right hand. Inmate Zavala was attempting to flush the phone after he had busted the screen. Zavala remains in cell LE-208 pending a disciplinary hearing.**

C. Reviewed by the appropriate Supervisor: **Dupree, Latrenda , LT** (Signature/Title) **01/01/2019** (mo. dy. year)

D. Charges served on accused: **01/01/2019 04:50:00** (mo. dy. yr. time) **Evans, Alfred , CO II** (Signature of Official)

**III.Investigative Report:**

A. Summary of Investigation:

**Upon completion of the investigation I, recommend this D.R. be forwarded to the DHO.**

B. **Ellis, Alethia , CO II** (Signature/Title) **01/07/2019** (mo. dy. year)

C. Advocate's Name: **Goody, Johannes**

**IV. Hearing Officer's Recommendation:** **GREAT**

**Sumpter, Thomas Captain** (Signature/Title) **01/10/2019** (mo. dy. year)

**V. Disposition of Disciplinary Hearing:**

A. Justification for findings:

**After the investigation of the hearing officer and offender's admission of guilt I find offender guilty of charge of possession of contraband (cellphone).**

| B. Action Recommended: | Number of Days: |
|---|---|
| SANCTION: STORE RESTRICTION | 90 |
| SANCTION: VISITATION RESTRICTION | 90 |
| SANCTION: TELEPHONE RESTRICTION | 90 |

C. T.P.M extension: Isolation:

D. Inmate advised of his/her right to appeal: YES

| Signature of Disciplinary Hearing Officer | Time of Hearing | mo. dy. year |
|---|---|---|
| Sumpter, Thomas Captain | 16:05:00 | 01/10/2019 |

**VI. Warden's Recommendation:** Approved

**Cannon, Michael , Superintendent** (Warden's Signature) **01/15/2019** (mo. dy. year)

GA DIAG CLASS PRISON — INSTITUTION NAME
CLOSE — Security
/ 10/29/2023 — TPM / MAX DATE

**I. Offender:** ZAVALA, DAVID (Name: Last, First, M I) — 790936 (DR#) — 1000727033 (ID Number)

**II. Offense Data:**

A.

| Charge | Code | Plea | Finding |
|---|---|---|---|
| POSSESSION OF CONTRABAND | D-1 | GUILTY | GUILTY |

01/10/2019 (Date) — 17:55:00 (Time of Offense) — Mccray, Xavier , CO II (Signature of Reporting Official)

B. Factual Statement:

**On the above date and time while Cert was shaking down Zavala, David #1000727033 cell F-216 I, Cert McCray found an Allan Wrench inside the wall locker. Supervisor notified inmate Zavala remains in F-216 pending disciplinary hearing.**

C. Reviewed by the appropriate Supervisor: Sumpter, Thomas , Captain (Signature/Title) — 01/10/2019 (mo. dy. year)

D. Charges served on accused: 01/11/2019 17:39:00 (mo. dy. yr. time) — Harrison, Corey , CO II (Signature of Official)

**III.Investigative Report:**

A. Summary of Investigation:

**Upon the evidence that was found I, recommend this D.R. be forwarded to the DHO.**

B. Ellis, Alethia , CO II (Signature/Title) — 01/15/2019 (mo. dy. year)

C. Advocate's Name:

**IV. Hearing Officer's Recommendation:** HIGH

Ball, George Unit Manager (Signature/Title) — 01/23/2019 (mo. dy. year)

**V. Disposition of Disciplinary Hearing:**

A. Justification for findings:

**Contraband security bit was found in possession of inmate Zavala on 1-10-2019. He admitted that he was guilty of it being in his room**

B. Action Recommended: — Number of Days:

SANCTION: ISOLATION — 14

C. T.P.M extension: ________ Isolation: ________

D. Inmate advised of his/her right to appeal: YES

Ball, George Unit Manager (Signature of Disciplinary Hearing Officer) — 13:30:00 (Time of Hearing) — 01/23/2019 (mo. dy. year)

**VI. Warden's Recommendation:** Approved

Cannon, Michael , Superintendent (Warden's Signature) — 01/29/2019 (mo. dy. year)

Attachment 9
209.09
11/1/18
Page 1 of 2
(Page 2 on Back)

# Special Management Unit: Tier III Program Checklist

Offender Name: Zavala, David
GDC#: 1000727033
Date/Time of Initial Assignment: ______ Reason for Assignment: ______
Tentative Release Date: ______ Date/Time Released: ______
Pertinent Information: ______

Week Begin: 2/10/19 - 2/16/19
Cell Assignment: F-261
Phase: ______
Warden/Designee Review: [illegible signature]

| Task | Sunday Time/Initials | Monday Time/Initials | Tuesday Time/Initials | Wednesday Time/Initials | Thursday Time/Initials | Friday Time/Initials | Saturday Time/Initials |
|---|---|---|---|---|---|---|---|
| Breakfast Meal | 530 [illegible] | 520 [illegible] | 520 am | 551 [illegible] | 0629 | 0710/[illegible] | 542/[illegible] |
| Lunch Meal | NO | 1206/[illegible] | 1221/[illegible] | 1106/JH | 1241/SII | NO | |
| Dinner Meal | 1625 CD | 1531 CD | 1528 CD | 1705/JH | 1621/JH | 1545/Y | 1745 [illegible] |
| Recreation | 0710/0715 | 0710/0915 CD | 1119-1340 | refused @ [illegible] | R 1050 | I/M Refused | No |
| Out of Cell Start | N/A | 1005 CD | 0715 CD | [illegible] 1100-1130 1100 | Y 1050 | I/m Refused | N/A |
| Out of Cell End | N/A | 1331 CD | 1116 CD | | Y 1427 | I/m Refused | N/A |
| Shower (3x per Week) | NO | Yes | No | 1200 1315 | Y | Yes | NO |
| Haircut/Shave | NO | NO | NO | Yes | NO | NO | NO |
| Mail | | | | | | | |
| Cell Sanitation | NO | NO supplies [illegible] | No | Yes | No | Yes | No |
| Visitation | | | | | | | |
| Admin Review | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Supervisor | CD | [illegible] | [illegible] | [illegible] | CD | [illegible] | [illegible] |
| Medical | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| MH | | | | [illegible] | | | |

F216

Attachment 9
209.09
11/1/18
Page 1 of 2
(Page 2 on Back)

**Special Management Unit: Tier III Program Checklist**

Offender Name: Zavala, David
GDC#: 1000727033
Date/Time of Initial Assignment: ____________ Reason for Assignment: ____________

Week Begin: 01-14-19
Cell Assignment: 01-19-19
Phase: ____________

Tentative Release Date: ____________ Date/Time Released: ____________ Warden/Designee Review: [signature]
Pertinent Information: ____________

| Task: | Sunday Time/Initials | Monday Time/Initials | Tuesday Time/Initials | Wednesday Time/Initials | Thursday Time/Initials | Friday Time/Initials | Saturday Time/Initials |
|---|---|---|---|---|---|---|---|
| Breakfast Meal | | 0530/Rw. | 5:30Am | 5:30Am | 0515 MA. | 0538 [initials] | 0530 [initials] GD |
| Lunch Meal | | 1223 | 1040 [initials] | | 1135 | | |
| Dinner Meal | | 1031 | | | 1620 | | |
| Recreation | | No | No/construct | No | — | cancelled | |
| Out of Cell Start | | — | 1105 [initials] | — | 1215 | refused | |
| Out of Cell End | | — | 1012 | — | 1515 | refused | |
| Shower (3x per Week) | | yes | No | | — | | |
| Haircut/Shave | | | | — | Y | | |
| Mail | | | | | | | |
| Cell Sanitation | | No chem | No chem | | | | |
| Visitation | | | | — | — | | |
| Admin Review | | | [signature] | | | | |
| Supervisor | | GD | [initials] | [initials] | | no [initials] | [initials] |
| Medical | | [initials] | [initials] | [initials] | [initials] | [initials] | [initials] |
| MH | | | | | | | |

Attachment 9
209.09
11/1/18
Page 1 of 2
(Page 2 on Back)

# Special Management Unit: Tier III Program Checklist

Offender Name: Zavala, David
GDC#: 1000727033
Date/Time of Initial Assignment: ____________ Reason for Assignment: ____________

Week Begin: 3/3/19
Cell Assignment: E-101
Phase: ______

Tentative Release Date: ____________ Date/Time Released: ____________ Warden/Designee Review: [illegible]
Pertinent Information:

| Tasks | Sunday Time/Initials | Monday Time/Initials | Tuesday Time/Initials | Wednesday Time/Initials | Thursday Time/Initials | Friday Time/Initials | Saturday Time/Initials |
|---|---|---|---|---|---|---|---|
| Breakfast Meal | 0400 / gw | 516 / gw | 1555, SJ | 0516 [illegible] | 0510 [illegible] | 0518 [illegible] | 0520 |
| Lunch Meal | — | [illegible] 1241 GD | 1202 GD | 1308 BL | 1232 BL | — | — |
| Dinner Meal | 1430 | 1555 GD | 1512 GD | 1454 BL | 1502 BL | 1510 GD | 1445 |
| Recreation | NA | 1442 / [illegible] | [illegible] | 0942 / 1200 | [illegible] | [illegible] | NA |
| Out of Cell Start | NA | 1188 gw | 0957 [illegible] | 1303 BL | 0957 [illegible] | 0934 [illegible] | NA |
| Out of Cell End | NA | 1341 gw | 1520 [illegible] | 1436 BL | 1351 [illegible] | 1714 [illegible] | NA |
| Shower (3x per Week) | NA | Yes | — | Yes | — | yes | NA |
| Haircut/Shave | NA | — | 0200, [illegible] | — | — | — | NA |
| Mail | NA | yes | — | yes | — | yes | NA |
| Cell Sanitation | NA | yes | — | yes [illegible] | — | yes [illegible] | NA |
| Visitation | NA | | | | | | NA |
| Admin Review | [illegible] | [illegible] | | | | | [illegible] |
| Supervisor | [illegible] | [illegible] GD | [illegible] GD | [illegible] | [illegible] | [illegible] GD | [illegible] |
| Medical | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MH | | | | | | | |

Attachment 9
209.09
11/1/18
Page 1 of 2
(Page 2 on Back)

## Special Management Unit: Tier III Program Checklist

Offender Name: ~~Zat~~ Zavala David
GDC#: 1000727033
Date/Time of Initial Assignment: ______
Reason for Assignment: ______
Week Begin: 2-17-19
Cell Assignment: B101
Phase: ______

Tentative Release Date: ______
Date/Time Released: ______
Warden/Designee Review: [signature]
Pertinent Information: ______

| Task: | Sunday Time/Initials 17 | Monday Time/Initials 18 | Tuesday Time/Initials 19 | Wednesday Time/Initials 20 | Thursday Time/Initials 21 | Friday Time/Initials 22 | Saturday Time/Initials 23 |
|---|---|---|---|---|---|---|---|
| Breakfast Meal | 4d/[illegible] | 0536 [illegible] | 0522 [illegible] | 0520 [illegible] | 0537/[illegible] | 541/[illegible] | 0526 [illegible] |
| Lunch Meal | [line] | 1304 GD | 1256 GD | 1354 [illegible] | 1249/[illegible] | [line] | [line] |
| Dinner Meal | 1536/[illegible] | 1529 GD | 1607 GD | 1400 [illegible] | 1547 [illegible] | yes 1547 GD | yes 1629 GD |
| Recreation | NO | 0750/0945 [illegible] | 0754/0546 [illegible] | in cell rec | [illegible] | NO | N/A |
| Out of Cell Start | NO | 1209/[illegible] | 1149 [illegible] | 1103/[illegible] | 1041 [illegible] | R | |
| Out of Cell End | NO | 1232 | 1528 [illegible] | 1246 [illegible] | 1238 [illegible] | P | |
| Shower (3x per Week) | NO | y 0950 | yes | yes | — | NO | |
| Haircut/Shave | NO | yes | | | | | |
| Mail | NO | yes | yes | | yes | | |
| Cell Sanitation | NO [illegible] | yes | | yes | | | |
| Visitation | NO. | | | | | | — |
| Admin Review | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Supervisor | [illegible] | 1140 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Medical | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MH | | | | | | | |

Attachment 9
209.09
11/1/18
Page 1 of 2
(Page 2 on Back)

# Special Management Unit: Tier III Program Checklist

Offender Name: Zavala, David
GDC#: 1000727033
Date/Time of Initial Assignment: ______ Reason for Assignment: ______
Week Begin: 2/24/19
Cell Assignment: E-101
Phase: ______

Tentative Release Date: ______ Date/Time Released: ______ Warden/Designee Review: [illegible signature]
Pertinent Information: ______

| Task | Sunday Time/Initials 24 | Monday Time/Initials 25 | Tuesday Time/Initials 26 | Wednesday Time/Initials 27 | Thursday Time/Initials 28 | Friday Time/Initials 1 | Saturday Time/Initial 2 |
|---|---|---|---|---|---|---|---|
| Breakfast Meal | 0530 [illegible] | 0532 CC | 504 [illegible] | 528 [illegible] | 0530 [illegible] | 0456 [illegible] | 529 [illegible] |
| Lunch Meal | — | 1230 [illegible] | 1240 [illegible] | 1301 GD | 1320 GD | — | — |
| Dinner Meal | 1537 GD | 1340 | 1630 [illegible] | 1640 GD | 1617 GD | 1603 [illegible] | 1430 [illegible] |
| Recreation | N/A | 0940/1235 | 1118/1302 | 0910/1038 GD | / | 1114/1241 BL | N/A |
| Out of Cell Start | | 1435 | 1405 [illegible] | 1305 / GD | N/A | 1346 BL | |
| Out of Cell End | | 1550 | 1659 [illegible] | 1603 GD | — | 1639 BL | |
| Shower (3x per Week) | | X | — | — | Y 0944 | Yes | |
| Haircut/Shave | | — | — | 1325 GD | — | — | |
| Mail | | | yes | | yes | yes | |
| Cell Sanitation | | Y | — | Y | Y | [illegible] | |
| Visitation | | | | | | | |
| Admin Review | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Supervisor | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] |
| Medical | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] |
| MH | | | | | | | |