CONFIDENTIAL

2/26/18

Exhibit: F-1

**Offender GRIEVANCE FORM (Facsimile)**

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME: DAVID ZAVALA    OFFENDER NUMBER 1000727033

INSTITUTION: GDCP SMU    GRIEVANCE NUMBER 295962

DATE COMPLETED FORM RECEIVED FROM OFFENDER 3-28-19 BY Goody

DATE APPEAL RECEIVED _____ BY _____

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: DUE TO A RESTRICTION ON MY PERSON BY DWS ROXIE I. HAVE BEEN DEPRIVED
OF ALL OUT-OF-CELL TIME AND KIOSK SESSIONS ALL YEAR. IVE ALSO BEEN ISOLATED IN AN IMPROPERLY
VARNISHED CELL BEHIND THE GLASS AND LEFT TO INDURE ILLNESS CAUSED FROM PAINT PROJECT BEGINING
FEB. 11 2019 AND ENDING MARCH. 12, 2019. IN BETWEEN THIS TIME MR. POLITE WAS ASKED SEVERAL TIMES.
TO MOVE ME OR ATLEAST LET ME GET FRESH-AIR AND MADE AWARE OF THE SYMPTOMS. THE STRONG ODOR
AND FUMES IN THE ENCLOSED AREA WAS CAUSING ME BUT SHOWED CALLOUS INDIFFERENCE. I WAS NOT MOVED
TIL A ROOM COVERD IN FECES WAS OPENED BUT RETURNED TO E-101 DAYS LATER EVEN THOE
THE PAINTING CONTINUED. CHARLES SHEPARD E-207, SEAN BEST E-203, MEDICAL RECORDS, AND CAMARA
COVIAGE FROM RECORDED DATES AND TIMES ARE SUFFICIENT EVIDANCE. GRIEVANCE COORDINATOR
REVENTING FROM ME TO GRIEVE TO THE HIGHER UPS. ABOUT THIS AND MORE VIOLATION OF RIGHTS

RESOLUTION REQUESTED:
THAT "CRS" AND "SEMR" CAN BE CALLED TO INVESTIGATE AND RELIEF ME
IMMEDIATLY FROM THIS INHUMAN TREATMENT AND RETALIATORY ACTIONS
TAKEN ON MY BEHALF 2ND THAT DWS CAN LIFT OR ATLEAST MODIFY THIS RESTRIC-
TION TO WHERE MY STAFF OR ENSURE MY NEEDS AND ACTIVITIES ARE SATISFIED
V SCHEDULE. 3RD THAT I BE FINANCIALLY COMPENSATED FOR MY HARDSHIPS AND PROVIDED A
GOAL DEVICE WHILE I ENDURE THE REGULATION OF OUT-OF-CELL TIME WITHOUT PROPERTY.

DAVID ZAVALA    3-26-19

Offender Signature    Date

This grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

EXHIBIT "M"

Attachment 4
SOP IIB05-0001

Exhibit: F-2

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | **Zavala, David** | Grievance Number: | **285962** |
| GDC #: | **1000727033** | Facility: | **GD&CP SMU** |

**RESPONSE TO GRIEVANCE:**
There is no evidence to support your allegation that you are being denied kiosk usage and out of cell time. According to provided documentation and statements, you have been receiving out of cell time and a schedule has been put into place for kiosk use therefore, this grievance is denied at the institutional level.

_____
Warden's/Superintendent's signature

$5-15-19$
_____
(date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____
Offender's signature

_____
(date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

Exhibit: F-3

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

FFENDER'S NAME _____ D. Zandin          GDC I.D. #: 1000727033

ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE
ATE: 3 28 19     COUNSELOR'S SIGNATURE ___ J. Owoy

Form PJ-2001

tention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

Exhibit: F-4

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: D. Zandin.        I.D.# 1000727033

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER 285.962 FROM THE ABOVE OFFENDER.

DATE: 5 17 19     COUNSELOR'S SIGNATURE: J. Gwoy

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.