# WARDEN'S/SUPERINTENDENT'S
## REJECTED GRIEVANCE RESPONSE

SOP 227.02
Attachment 11
6/28/18

**Offender's Name:** ZAVALA, DAVID
**GDC#:** 1000727033

**Grievance Number:** 288104
**Facility:** GDCP

This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):

☐ **Does not personally affect the offender.**

☐ **Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state.**

☐ **Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline.**

☐ **Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation.**

☐ **Co-pay charges assessed for health care.  The procedure to appeal such charges is located in SOP 507.04.03, Offender/Probationer Health Concerns or Complaints.**

☐ **Transfers of offenders between institutions.**

☐ **Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety.  The procedure to appeal such assignments is located in SOP 220.03, Classification Committee.**

☐ **Special Religious Requests that request a special religious accommodation outside the accommodations allowed for by policy.  The procedure to file a Special Religious Request is located in SOP 106.11, Religious Accommodations.**

☐ **Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team (SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive Behavior Prevention and Intervention Program.**

☑ **Grievance was filed out of time frames as outlined in policy.**

☐ **Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.**

☐ **Grievance contained more than one issue/incident.**

☐ **Grievance contained extra pages other than those allotted and had writing on the backside of a page.**

☐ **Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.**

_____       7/1/19
**Warden Signature**                              **(Date)**

                                                **EXHIBIT**  "N"

**I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:**

_____       7-9-2019
**Offender's signature**                           **(Date)**

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.
If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

## WARDEN'S/SUPERINTENDENT'S
## REJECTED GRIEVANCE RESPONSE

SOP 227.02
Attachment 11
6/28/18

**Offender's Name:** ZAVALA, DAVID.
**GDC#:** 1000727033

**Grievance Number:** 288104
**Facility:** GDCP

This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):

☐ Does not personally affect the offender.

☐ Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state.

☐ Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline.

☐ Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation.

☐ Co-pay charges assessed for health care.  The procedure to appeal such charges is located in SOP 507.04.03, Offender/Probationer Health Concerns or Complaints.

☐ Transfers of offenders between institutions.

☐ Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety.  The procedure to appeal such assignments is located in SOP 220.03, Classification Committee.

☐ Special Religious Requests that request a special religious accommodation outside the accommodations allowed for by policy.  The procedure to file a Special Religious Request is located in SOP 106.11, Religious Accommodations.

☐ Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team (SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive Behavior Prevention and Intervention Program.

☑ Grievance was filed out of time frames as outlined in policy.

☐ Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.

☐ Grievance contained more than one issue/incident.

☐ Grievance contained extra pages other than those allotted and had writing on the backside of a page.

☐ Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.

_____          7/1/19          **RECEIVED**
**Warden Signature**                     **(Date)**
                                                          JUL 03 2019

**I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:**

                                                          GA DIAG. & CLASS. PRISON

_____          _____
**Offender's signature**                 **(Date)**

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.
If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.



SOP 227.02
Attachment 2

STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION: GDCP/Smu                    DATE: 5/20/19

TO:      GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM: Goody

Offender's Name: DAVID ZAVALA

GDC #: 1000727033 / Gr# 288104

Offender's Basic Allegation or Complaint:

Inmate claims that his personal property was seized.

Summary of Investigation:

Smu Administration state that (OPS) has inmate under investigation along w/ his property.

J. Goody

Staff Signature:                          Date: 5/20/19

Concur with Staff Findings:   Yes: ☐   No: ☐

Grievance Coordinator: Per DW Polite's Statement, I/M Property was seized by OPS due to an on-going investigation.    5/28/19

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

(Reproduced locally)

# GEORGIA DEPARTMENT OF CORRECTIONS
### *Georgia Diagnostic & Classification Prison*
*P.O. Box 3877*
*Jackson, Georgia 30233*
*Phone: 770-504-2000*
*Fax: 770-504-2006*

**Brian P. Kemp**
*Governor*

Timothy C. Ward
*Commissioner*

Grievance Number ___298104___

## Memorandum

Date: ___5/6/19___

To: Area Supervisor ___Pugh/Goudy___

From: Warden ___Ford___

Re: Formal Grievance

The attached grievance for ___DAVID ZAVALA___ GDC# ___1000727033___ was received in my office. I am requesting the following action(s) be taken:

___Meet with offender and explain standard operating procedures regarding his request.

___Schedule and meet with this inmate and discuss the status of this request.

___Follow up and provide documentation of follow up.

___Advise this should be handled through disciplinary hearing and/or disciplinary appeal process.

___Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by _____ (no later than 5 days from receipt). The offender should sign and date below as well as the staff who discusses it.

Matter discussed:

_____

_____

The above was discussed with me and the problem is being resolved.

_____          _____
Offender Signature/Date                        Staff Signature/Date

RECEIVED

MAY 08 2019

GA DIAG. & CLASS. PRISON

Scot Smith
5/13/19

*CONFIDENTIAL*

SOP 227.02
Attachment 1
2/26/18

**Offender GRIEVANCE FORM (Facsimile)**

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME  D ZAVALA

OFFENDER NUMBER  1000727033

INSTITUTION  GSP/SMU

GRIEVANCE NUMBER  198104

DATE COMPLETED FORM RECIVED FROM OFFENDER  5 6 19  BY

DATE APPEAL RECEIVED  /  /  BY

---

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: MY PERSONAL PROPERTY HAS BEEN ILLEGALY SIEZED! UPON TRANSFERING FROM TSP LT. ASHLEY FAILED TO RE-ISSUE MY PROPERTY STORED IN THE TIER II PROPERTY ROOM OR LEFT IN F-311. FOR THE PAST 7 MONTHS I'VE MADE MR. POLITE, MR. FORD, MR. BALL, AND MR. SUMPTER AWARE THAT I HAVE BEEN DEPRIVED OF: LEGAL DOCUMENTS/MAIL, ADDRESSES, STAMPS, WRITTING MATERIALS, E-CAL DEVICE, HYGENE, EDUCATIONAL/RELIGIOUS LITERATURE AND ITEMS, WATCHES, JEWELRY, PRESCRIBED EYE-CONTACTS, AND MUCH MORE. UM SUMPTER, DWS POLITE ADMIT MY PROPERTY WAS TRANSFERD OVER A MONTH AGO BUT CLAIM "OPS" MUST SEARCH AND INVESTIGATE IT AND ALLOW THEM TO RE-ISSUE IT. ME AND TAVARES HARRIS. E-216 WITNESSED MS. VAUGHN AND HER CO-WORKER COME INTO THE KIOSK ROOM AND SYNC MY TABLET ON 4/24/2019. IN ADDITION, 5/5/2019 LT. DAVIS STATED WHILE SERVING DINNER "IT IN THE PROPERTY ROOM, OPS" WAS DONE AND RELEASED IT WEEKS AGO". THIS IS EVIDENTLY BEING DONE IN RETALIATORY ACTION FOR ATTEMPTING TO FILE PREVIOUS GRIEVANCES. FOR 7 MONTHS MY CONSTITUTIONAL RIGHTS HAVE AND ARE STILL BEING VIOLATED DUE TO THE DEPRIVATION OF SUCH. 1ST, 4TH, 5TH, 8TH, AND 14TH ADMENDMENTS.

RESOLUTION REQUESTED: RELEASE AND RETURN MY PERSONAL PROPERTY IMMEDIATLY. LET IT BE KNOWN THAT SMU ADMIN VIOLATES THEIR DISCRETION AND COMPENSATE ME FAIRLY FOR THESE 7 MONTHS VIOLATIONS OF: ACCESS TO COURTS, FREEDOM TO EXERCISE RELIGION, READ BOOKS, CONTACT LOVED ONES (FREEDOM OF SPEECH), DILIBARATE INDIFFRENCE TO MY SERIOUS MEDICAL NEEDS, CRUEL AND UNUSUAL PUNISHMENT, DUE PROCESS, AND MANY OTHER EQUAL PROTECTION RIGHTS.

DAVID ZAVALA                    5/5/2019

Offender Signature                Date

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

SOP 227.02
Attachment 3
5/10/19

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE: GDCP/SMU | DATE 5/15/19 | TIME 3:03pm | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME Sumpter, T | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

| SWORN STATEMENT |
|---|

I, _____Unit Manager Sumpter_____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: In regards to inmate Zavala grievance about personal property. To my knowledge inmate **Zavala Gr#188104/#1000727033** was taken by OPS and he was not permitted to get his property until the investigation was over.


### END OF STATEMENT


Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
5/10/19

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF _____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

STATEMENT (Continued)

AFFIDAVIT

I, _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of _____, 20__ at _____

INSTITUTION OR ADDRESS

(Signature of Person Administering Oath)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 209.04
Attachment 5
2/6/18

**WITNESS STATEMENT**

| PLACE GDCP/S.M.U. | DATE 5-18-2019 | TIME 0800 | FILE NUMBER |
|---|---|---|---|

| LAST NAME, FIRST NAME, MIDDLE NAME Ball, George | EMPLOYEE ID NUMBER ▓▓▓▓ | STATE ID NO. |
|---|---|---|

INSTITUTION OR ADDRESS
3978 Highway 36 WEST Jackson GA 30233

SWORN STATEMENT

I, George Ball /u.m _____ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I, George Ball /u.m, am currently working as the EAST side (A,B,C-wings) unit manager. I have not taken or seized any personal property of inmate L.E-116 Zavala David H/m GDC# 1000727033.

End of Statement.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT G.B | PAGE I OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED 5-18-___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE _I_ OF _I_ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

SOP 227.02
Attachment 3
5/10/19

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE: GDCP/SMU | DATE 5/15/19 | TIME 7:05AM | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME POLITE, J | EMPLOYEE ID NUMBER  00327268 | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

### SWORN STATEMENT

I, **D/W POLITE**, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: In reference to inmate Zavala #1000727033 grievance about personal property being illegally seized. Inmate Zavala in under OPS investigation and he is not authorized to have his property. Inmate Zavala is allowed to have E-wing/Phase I program privilege chart materials such as writing materials, legal documents, religious materials, personal letters and state issued items.

### END OF STATEMENT



Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 3
5/10/19

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF _____ PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

STATEMENT (Continued)

AFFIDAVIT

I, _Joseph Dot. Le_____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____, 20___
at _____

_____

_____

INSTITUTION OR ADDRESS

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Attachment 6
SOP 209.09
3/14/19

# Special Management Unit: Tier III Program Privileges Chart

| | Phase 1 E-Wing | Phase 2 F-Wing | Phase 3 D-Wing | Phase 4 C-Wing | Phase 5 B-Wing |
|---|---|---|---|---|---|
| Personal Property | State Issue Only | Personal Property | Personal Property | Personal Property | Personal Property |
| Commissary | Writing materials only | $20 for hygiene only | $40 for commissary | $50 for commissary | $60 for commissary |
| Telephone | None | (1)-15 min call | (2)-15 min calls | (3)-15 min calls | (4)-15 min calls |
| Recreation | 1 hr. per day, 5 days per week | 1 hr. per day, 5 days per week | 1 hr. per day, 5 days per week | 1 hr. per day, 5 days per week | 1 hr. per day, 5 days per week |
| Television | None | None | 1630-2200 | 1630-2330 | 2330 hrs. M-TH 0130 |
| Visitation | None until 30 days, then 1x per month for 2 hrs. | 1x per month for 3 hrs. | 2x per month for 3 hrs. | 3x per month for 3 hrs. | 4x per month for 3 hrs. Weekends/Holidays |
| Lights Out | 2100 hrs. | 2200 hrs. | 2200 hrs. | 2330 hrs. | 2330 hrs. M-TH 0130 - Weekends/Holidays |
| Clothing | Jumpsuit | Jumpsuit | Jumpsuit | State Stripes | State Stripes |
| Classification | Initial classification & orientation, then every 60-Days (2 months) | 60-days (2 months) | 90-Days (3 months) | 90-Days (3 months) | 90-Days (3 months) |
| Shaving | 3x week, no razors | 3x week, no razors | 3x week, no razor | 3x week, clipper shave | 3x week, clipper shave |
| Showers | 3x wk in cell | 3x wk in cell | 3x wk in cell | 3x wk out of cell | 3x wk out of cell |
| Legal Access | Per request | Per Request | Per Request | Per Request | Per Request |
| Programming | None | Anger Management O.U.T. Program | Anger Management O.U.T. Program | Correspondence Course O.U.T. Program Cognitive Behavioral | Correspondence Course O.U.T. Program Cognitive Behavioral |
| Mail | Limit to 10 personal letters, legal & stamp only | Personal property per SOP | Personal property per SOP | Personal property per SOP | Personal property per SOP |
| Restraints During Movement | Cuffs & Leg Irons | Cuffs & Leg Irons | Cuffs & Leg Irons | Cuffs & Leg Irons | Cuffs |

**NOTE: An offender can be in a different Phase from the Wing they are assigned. Privileges are based on Phase, not Wing**