Exhibit: G-1

Attachment 1.
2/26/18

## Offender GRIEVANCE FORM (Facsimile)

**INSTITUTIONAL STAFF USE ONLY**

| | |
|---|---|
| OFFENDER NAME  Zavala | OFFENDER NUMBER  1000727033 |
| INSTITUTION  GSP (SMU) | GRIEVANCE NUMBER  78910 |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER  5/6/19  BY  Kelly | |
| DATE APPEAL RECEIVED  BY | |

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: MY PERSONAL PROPERTY HAS BEEN ILLEGALY SIEZED! UPON TRANSFERING FROM TSP LT. ASHLEY FAILED TO RE-ISSUE MY PROPERTY STORED IN THE TIER II PROPERTY ROOM OR LEFT IN F-311. FOR THE PAST 7 MONTHS I'VE MADE MR. POLITE, MR. FORD, MR. BALL, AND MR. SUMPTER AWARE THAT I HAVE BEEN DEPRIVED OF: LEGAL DOCUMENTS/MAIL, ADDRESSES, STAMPS, WRITTING MATERIALS, GOAL DEVICE (HYGENE) EDUCATIONAL/RELIGIOUS LITERATURE AND ITEMS, WATCHES, JEWELRY, PRESCRIBED EYE-CONTACTS, AND MUCH MORE. JIM SUMPTER, DWS POLITE, ADMIT MY PRODERTY WAS TRANSFERD OVER A MONTH AGO, UT CLAIM "OPS" MUST SEARCH AND INVESTIGATE IT AND ALLOW THEM TO RE-ISSUE IT. ME AND TAVARES HARRIS.E-216 WITNESSED MS.VAUGHN AND HER CO-WORKER COME INTO THE KIOSK ROOM AND SYNC MY TABLET ON 1/24/2019. IN ADDITION, 5/5/2019 LT. DAVIS STATED WHILE SERVING DINNER "IT'S IN THE PROPERTY ROOM, OPS" WAS DONE AND RELEASED IT WEEKS AGO. THIS IS EVIDENTLY BEING DONE IN RETALIATORY ACTION FOR ATTEMPTING TO FILE PREVIOUS GRIEVANCES. FOR 7 MONTHS MY CONSTITUTIONAL RIGHTS HAVE AND ARE STILL BEING VIOLATED DUE TO THE DEPRIVATION OF SUCH. 1ST, 4TH, 5TH, 8TH, AND 14TH AMENDMENTS.

RESOLUTION REQUESTED: RELEASE AND RETURN MY PERSONAL PROPERTY IMMEDIATLY. LET IT BE KNOWN THAT SMU ADMIN VIOLATES THEIR DISCRETION AND COMPENSATE ME FAIRLY FOR THESE 7 MONTHS VIOLATIONS OF: ACCESS TO COURTS, FREEDOM TO EXERCISE RELIGION, READ BOOKS, WRITE I USED ONCE (FREEDOM OF SPEECH), DELIBARATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS, CRUEL AND UNUSUAL PUNISHMENT, DUE PROCESS, AND MANY OTHER EQUAL PROTECTION RIGHTS.

DAVID ZAVALA          5/5/2019

Offender Signature          Date

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

**EXHIBIT** "O"

SOP 227.02
Attachment 11
6/28/18

# WARDEN'S/SUPERINTENDENT'S
## REJECTED GRIEVANCE RESPONSE

Exhibit: G-2

**Offender's Name:** ZAVALA, DAVID          **Grievance Number:** 288104
**GDC#:** 1000727033                        **Facility:** GDCP

This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):

☐ Does not personally affect the offender.

☐ Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state.

☐ Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline.

☐ Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation.

☐ Co-pay charges assessed for health care. The procedure to appeal such charges is located in SOP 507.04.03, Offender/Probationer Health Concerns or Complaints.

☐ Transfers of offenders between institutions.

☐ Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety. The procedure to appeal such assignments is located in SOP 220.03, Classification Committee.

☐ Special Religious Requests that request a special religious accommodation outside the accommodations allowed for by policy. The procedure to file a Special Religious Request is located in SOP 106.11, Religious Accommodations.

☐ Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team (SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive Behavior Prevention and Intervention Program.

☑ Grievance was filed out of time frames as outlined in policy.

☐ Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.

☐ Grievance contained more than one issue/incident.

☐ Grievance contained extra pages other than those allotted and had writing on the backside of a page.

☐ Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.

_____          7/1/19 _____
Warden Signature                        (Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____ COPY          _____ COPY
Offender's signature                    (Date)

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.
If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Exhibit: 6-3

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME _D. Zanders_   GDC I.D. #: _1000727083_

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE.

DATE: _5/6/19_   COUNSELOR'S SIGNATURE _J. Owu_

*Form PI-2001*

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

Exhibit: 6-4

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: _Zanders David_   I.D.# _1000727083_

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER FROM THE ABOVE OFFENDER.

DATE: _7/11/11_   COUNSELOR'S SIGNATURE: _____

Retention Schedule: Upon completion, this form will be placed in a file in the Grievance Coordinator's office.