Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | Zavala, David | Grievance Number: | 290298 |
| GDC #: | 1000727033 | Facility: | GD&CP SMU |

**RESPONSE TO GRIEVANCE:**
There is no evidence to support your allegation that you are being denied your prescribed contacts. According to provided documentation and statements, you were seen by the eye doctor on May 29th and received your contacts a week later therefore, this grievance is denied at the institutional level.

_____        7/12/19
Warden's/Superintendent's signature        (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____        7/30/19
Offender's signature        (date)

---

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

EXHIBIT "P"

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name: **Zavala, David**      Grievance Number: **290298**

GDC #: **1000727033**                    Facility: **GD&CP SMU**

RESPONSE TO GRIEVANCE:
There is no evidence to support your allegation that you are being denied your prescribed contacts. According to provided documentation and statements, you were seen by the eye doctor on May 29th and received your contacts a week later therefore, this grievance is denied at the institutional level.

_____    7/12/19
Warden's/Superintendent's signature   (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____    _____
Offender's signature                 (date)

> *You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

RECEIVED
JUL 15 2019
GA DIAG. & CLASS. PRISON



## GEORGIA DEPARTMENT OF CORRECTIONS

*Georgia Diagnostic & Classification Prison*
P.O. Box 3877
Jackson, Georgia 30233
Phone: 770-504-2000
Fax: 770-504-2006

Brian P. Kemp
*Governor*

Timothy C. Ward
*Commissioner*

Grievance Number **290298**

Memorandum

Date: **6/13/19**

To: Area Supervisor **Pugh / Gudy**

From: Warden **Ford**

Re: Formal Grievance

The attached grievance for **David Zavala** GDC# **1000727033** was received in my office. I am requesting the following action(s) be taken:

___ Meet with offender and explain standard operating procedures regarding his request.

___ Schedule and meet with this inmate and discuss the status of this request.

___ Follow up and provide documentation of follow up.

___ Advise this should be handled through disciplinary hearing and/or disciplinary appeal

process.

___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by
_____ (no later than 5 days from receipt). The offender should sign and date below as well as the staff who discusses it.

Matter discussed:

_____
_____

The above was discussed with me and the problem is being resolved.

_____          _____
Offender Signature/Date                                    Staff Signature/Date



Gudy
received
6/19/19
2pm

SOP 227.02
Attachment 2
5/10/19

Rec'd 6/28/19 RP

## STAFF LOCAL INVESTIGATION FORM

INSTITUTION: GdCP/C    DATE: 6/19/19

TO: GRIEVANCE COORDINATOR

From: Goody

Offender's Name: David Z

GDC# 1000727033 / Gr# 290298

**Sticky note overlay:**
> Per from my understanding Investigator Moss and Vaughn don't write statements since they are doing the investigations.

OFFENDER'S BASIC ALLEGATION OR COMPLAINT:
Inmate claims he has been deprived of his eye contacts.

SUMMARY OF FINDING/RECOMMENDATIONS:
Nurse states inmate received his contacts last week and he also has OPTh Appointment in July.

COUNSELOR'S SIGNATURE: J. Goody

I do/do not concur with Counselor:
Offender has received his contacts in May. He has a follow-up exam scheduled for 7/18/19

(signature) 6/24/19

(Reproduced locally)

RECEIVED
JUN 25 2019
GA DIAG. & CLASS. PRISON

Goody received 6/19/19

SOP 227.02
Attachment 1
5/10/19

*CONFIDENTIAL*

**Offender GRIEVANCE FORM (Facsimile)**

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME: DAVID ZAVALA   OFFENDER NUMBER: 1000727033

INSTITUTION: GDCP/SMU   GRIEVANCE NUMBER: 290298

DATE COMPLETED FORM RECEIVED FROM OFFENDER: 6/13/19   BY: Goody

DATE APPEAL RECEIVED: ___/___/___   BY: _____

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: I HAVE BEEN DEPRIVED OF MY PRESCRIBED EYE CONTACTS, THAT I'M LEGALY BLIND WITHOUT, FOR ALMOST 9 MONTHS. TELFAIR STATE FINALY TRANSFERD MY PROPERTY OVER APPROX 2 MONTHS AGO. HOWEVER "OPS" MS. VAUGHN & MS. MOSS, SMU ADMIN, & WHOEVER EALSE IS IN CHARGE OF MY INVESTIGATION HAS UNREASONABLY, & WITHOUT DUE PROCESS OF LAW, SEIZED MY PROPERTY CONTAINING THESE CONTACTS. FOR ALMOST 9 MONTHS I HAVE SUMMITTED REQUEST & BEGGED FOR RETURN OR REISSUANCE OF MY CONTACTS. IVE BEEN DENIED MEDICAL & OPTOMETRY TREATMENTS/ APPOINTMENTS FOR 6 MONTHS DUE TO A 5-MAN ESSCORT/LT. OR ABOVE PROFILE ORDERED BY THE GDC COMMISSIONER BUT WAS FINALY SEEN ON 5-29-19 BY AN UNKNOWN EYE DOCTOR. THIS DOCTOR WAS IN A RUSH & HIS EQUIPMENT WAS EQUALLY INCOMPETENT AS THE MANNER IN WHICH HE TOOK MY FITTINGS, ON 6-12-19 AT APPROX 6:30PM NURSE BARNES HAD ME SIGN FOR CONTACTS SHE ISSUED ME ONLY TO REALIZE HOURS LATER THEY EIGHTHER: A. TOOK THE WRONG FITTINGS & MISSPELLED MY LAST NAME ON NEW BOX OR B. GAVE ME THE CONTACTS THAT BELONG TO PATIENT "DAVID VAUMA" & ISSUED MINE TO HIM. I HAVE FILED GRIEVANCES ON SIMILAR & WORSE INCIDENTS THAT WERE THROWN OUT/REJECTED BY THE "GRIEVANCE COORDINATOR" & I DOUT HE/SHE WILL ABIDE BY POLICY THIS TIME NEIGHTHER. MY CARATACOMUS CONDITION IS SEVERE & I MEET THE CRITERIA FOR SOP: 507.04.11- REFERALS TO OUT SIDE MEDICAL. HOWEVER THE STATE PREFERS TO MAKE ME DAMAGE MY LAST EYE & ENJOYS TO CAUSE ME EMOTIONAL DISSTRES, NO ONE SEEMS CONCERNED OR ACKNOWLEDGES RETALIATION STRATEGIES. IVE CONSIDERD SUICIDE.

RESOLUTION REQUESTED: 1ST-THAT THIS GRIEVANCE CAN BE FOWARDED TO "OPS" & "SCHR" SO THEY ARE AWARE OF WHY & CAN DO A THOROUGH INVESTIGATION. 2ND-THAT I CAN BE ALLOWED ONE LAST PHONE CALL BEFORE I GO. 3RD-THAT WHO EVER HAS MY PROPERTY SEIZED CAN RETURN IT. 4TH- THAT I CAN IMMEDIATLY BE SEEN AT "EMORY UNIVERSITY" (WHERE TRANSPLANT WAS CONDUCTED) OR ANY REAL OUT SIDE SPECIALIST SO THEY CAN ANALYZE HOW MUCH DAMAGE HAS BEEN CAUSED & INSURE A MORE PROEFFESIONAL APPROACH TOWARDS SAVING MY EYE SITE. 5TH- I DEMAND FOR LISTED STATE OFFICIALS/CONTRACTORS TO BE HELD ACCOUNTABLE & COMPENSATE ME FAIRLY FOR DAMAGE & MENTAL TORTURE INFLICTED.

EMERGENCY • HEALTH • SAFETY • WELFARE   STOP REJECTING!

Offender Signature: David Zavala   Date: 6-13-2019

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

# WITNESS STATEMENT

| PLACE GDCP/SMU | DATE 06/20/2019 | TIME 1152 | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME **Wagy, Elaine RN** | EMPLOYEE ID NUMBER | | STATE ID NO. |

INSTITUTION OR ADDRESS
**Georgia Diagnostic and Classification Prison / SMU**

## SWORN STATEMENT

I, Elaine Wagy RN, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: Inmate Zavala, David has been asking about his contacts. He was also told that his property had a hold on it. There was a couple eye appointments that was set. These were cancelled due to the Dr. running into different issues to get here and he had to cancel them. This was not due to the 5 man escort, except maybe once. He was seen by the Eye Dr. on the 29th of May. He received his contacts last week. He also has an up coming Opth. Appointment in July. He is being taken care of and appointments are made.  E. Wagy RN

EW EW EW EW

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT EW | PAGE 1 OF 1 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

ATTACHMENT 3
SOP IIB05-0001
5/15/2005

STATEMENT (Continued)

EW EW EW EW EW

END OF STATEMENT

AFFIDAVIT

I, **Elaine Wagy RN** HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE 2 . I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD. WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_Elain Wagy RN_
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ___ day of _____, 20__
at _____

INSTITUTION OR ADDRESS

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS

(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT
EW

PAGE 2 OF 2 PAGES

RETENTION SCHEDULE:

Upon completion, of this form, it will be placed in a file in the Grievance Coordinator's office.