*CONFIDENTIAL*

SOP 227.02
Attachment 1
5/10/19

Exhibit: A-1

**Offender GRIEVANCE FORM (Facsimile)**

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME _____ ZAVALA   OFFENDER NUMBER 1000 9270

INSTITUTION GDCP-SMU   GRIEVANCE NUMBER 290

DATE COMPLETED FORM RECEIVED FROM OFFENDER 6-13-19  BY

DATE APPEAL RECEIVED ___/___/___ BY

**YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.**

DESCRIPTION OF INCIDENT: I HAVE BEEN DEPRIVED OF MY PRESCRIBED EYE CONTACTS, THAT I'M LEGALY BLIND. WITHOUT, FOR ALMOST 9 MONTHS. TELFAIR STATE FINALY TRANSFERD MY PROPERTY OVER APPROX 2 MONTHS AGO. HOWEVER "OPS" MS. VAUGHN & MS. MOSS., SMU ADMIN, & WHOEVER EALSE IS IN CHARGE OF MY INVESTIGATION HAS UNREASONABLY, & WITHOUT DUE PROCESS OF LAW, SEIZED MY PROPERTY CONTAINING THESE CONTACTS. FOR ALMOST 9 MONTHS I HAVE SUMMITED REQUEST & BEGGED FOR RETURN OR REISSUANCE OF MY CONTACTS. IVE BEEN DENIED MEDICAL & OPTOMETRY TREATMENTS/ APPOINTMENTS FOR 6 MONTHS. DUE TO A 5-MAN ESSCORT/LT. OR ABOVE PROFILE ORDERED BY THE GDC COMMISSIONER. BUT WAS FINALY SEEN ON 5-29-19 BY AN UNKNOWN EYE DOCTOR, THIS DOCTOR WAS IN A RUSH & HIS EQUIPMENT WAS EQUAILY INCOMPETENT AS THE MANNER IN WHICH HE TOOK MY FITTINGS. ON 6-12-19 AT APPROX 6:30PM NURSE BARNES HAD ME SIGN FOR CONTACTS SHE ISSUED ME ONLY, TO REALIZE HOURS LATER THEY EIGHTHER A. TOK THE WRONG FITTINGS & MISSPELLED MY LAST NAME ON NEW BOX OR B. GAVE ME THE CONTACTS THAT BELONG TO PATIENT "DAVID VAUMA" & ISSUED MINE TO HIM. I HAVE FILED GRIEVANCES ON SIMILAR & WORSE INCIDENTS THAT WERE THROWN OUT/REJECTED BY THE "GRIEVANCE COORDINATOR" & I DOUT HE/SHE WILL ABIDE BY POLICY THIS TIME NEIGHTHER. MY CARATACONUS CONDITION IS SEVERE & I MEET THE CRITERIA FOR SOP 507.04.11. REFERALS TO OUT SIDE MEDICAL. HOWEVER THE STATE PREFERS TO MAKE ME DAMAGE MY LAST EYE & ENJOYS TO CAUSE ME EMOTIONAL DISTRESS NO ONE SEEMS CONCERNED OR ACKNOWLEDGES RETALIATION STRATEGIES, IVE CONSIDERED SUCIID

RESOLUTION REQUESTED: 1ST-THAT THIS GRIEVANCE CAN BE FOWARDED TO "OPS" & "SCHR" SO THEY ARE AWARE OF WHY & CAN DO A THOROUGH INVESTIGATION. 2ND-THAT I CAN BE ALLOWED ONE LAST PHONE CALL BEFORE I GO. 3RD-THAT WHO EVER HAS MY PROPERTY SEIZED CAN RETURN IT. 4TH-THAT I CAN IMMEDIATLY BE SEEN AT "EMORY UNIVERSITY" (WHERE TRANSPLANT WAS CONDUCTED) OR ANY REAL OUT SIDE SPECIALIST SO THEY CAN ANALYZE HOW MUCH DAMAGE HAS BEEN CAUSED & INSURE A MORE PROEFESIONAL APPROACH TOWARDS SAVING MY EYE SITE. 5TH-I DEMAN FOR LISTED STATE OFFICIALS/CONTRACTORS TO BE HELD ACCOUNTABLE & COMPENSATE ME FAIRLY FOR DAMAGE & MENTAL TORTURE INFLICTED.

DAVID ZAVALA   6-13-2019   EMERGENCY
Offender Signature   Date

- HEALTH   STOP
- SAFETY   REJECTING
- WELFARE

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please ___

Exhibit "Q"

Attachment 4
SOP IIB05-0001

Exhibit: H-2

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | **Zavala, David** | Grievance Number: | **290298** |
| GDC #: | **1000727033** | Facility: | **GD&CP SMU** |

RESPONSE TO GRIEVANCE:
There is no evidence to support your allegation that you are being denied your prescribed contacts. According to provided documentation and statements, you were seen by the eye doctor on May 29th and received your contacts a week later therefore, this grievance is denied at the institutional level.

Warden's/Superintendent's signature

$\frac{7}{(date)} \frac{2}{19}$

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

COPY

Offender's signature

COPY
(date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

Exhibit: H-3

OFFENDER'S NAME _D. Zavala_ RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL  GDC I.D. #: _1000727033_

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE.

DATE: _6, 13, 19_   COUNSELOR'S SIGNATURE _J. Bardy_

Form PJ-2001

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Exhibit: H-4

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: _Zavala, David_     I.D.# _1000727033_

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER FROM THE ABOVE OFFENDER.

DATE: _7, 17, 19_     COUNSELOR'S SIGNATURE: _____

Retention Schedule: Upon completion, this form will be placed in a file in the Grievance Coordinator's office.