# WARDEN'S/SUPERINTENDENT'S
# REJECTED GRIEVANCE RESPONSE

SOP 227.02
Attachment 11
6/28/18

**Offender's Name:** ZAVALA, DAVID
**GDC#:** 1000727033

**Grievance Number:** 293815
**Facility:** GDCP

This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):

☐ **Does not personally affect the offender.**

☐ **Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state.**

☐ **Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline.**

☐ **Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation.**

☐ **Co-pay charges assessed for health care. The procedure to appeal such charges is located in SOP 507.04.03, Offender/Probationer Health Concerns or Complaints.**

☐ **Transfers of offenders between institutions.**

☐ **Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety. The procedure to appeal such assignments is located in SOP 220.03, Classification Committee.**

☐ **Special Religious Requests that request a special religious accommodation outside the accommodations allowed for by policy. The procedure to file a Special Religious Request is located in SOP 106.11, Religious Accommodations.**

☐ **Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team (SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive Behavior Prevention and Intervention Program.**

☐ **Grievance was filed out of time frames as outlined in policy.**

☐ **Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.**

☑ **Grievance contained more than one issue/incident.**

☐ **Grievance contained extra pages other than those allotted and had writing on the backside of a page.**

☐ **Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.**

**Warden Signature**          9-16-19
                              **(Date)**

                                                    "R"
                                      **EXHIBIT** _____

**I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:**

                              9. 16. 19
**Offender's signature**      **(Date)**

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.
If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.



# WARDEN'S SUPERINTENDENT'S
# REJECTED GRIEVANCE RESPONSE

SOP 227 02
Attachment 11
6 28 19

**Offender's Name:** ZAVALA. DAVID        **Grievance Number:** 293815
**GDC#:** 1000727033        **Facility:** GDCP

This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):

☐ Does not personally affect the offender.

☐ Matters over which the Department has no control, including parole decisions, sentences, probation
revocations, court decisions, and any matters established by the laws of the state.

☐ Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal
procedure is located in SOP 209.01, Offender Discipline.

☐ Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located
in SOP 209.06, Administrative Segregation.

☐ Co-pay charges assessed for health care.  The procedure to appeal such charges is located in SOP
507.04.03, Offender/Probationer Health Concerns or Complaints.

☐ Transfers of offenders between institutions.

☐ Housing assignments, program assignments, security classifications or work assignments, unless there is an
alleged threat to the offender's health or safety.  The procedure to appeal such assignments is located in SOP
220.03, Classification Committee.

☐ Special Religious Requests that request a special religious accommodation outside the accommodations
allowed for by policy.  The procedure to file a Special Religious Request is located in SOP 106.11,
Religious Accommodations.

☐ Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team
(SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive
Behavior Prevention and Intervention Program.

☐ Grievance was filed out of time frames as outlined in policy.

☐ Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.

☑ Grievance contained more than one issue/incident.

☐ Grievance contained extra pages other than those allotted and had writing on the backside of a page.

☐ Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the
tablets, etc.

_____        9-16-19        **RECEIVED**
**Warden Signature**        **(Date)**

SEP 1 8 2019

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

GA DIAG. & CLASS. PRISON

_____        _____
**Offender's signature**        **(Date)**

---

You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.
If the last day is not a business day at your institution, you may file it on the next day that is a business day.

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

SOP 227.02
Attachment 2
5/10/19

## STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION: Smu                                    DATE: 8/29/19

TO: GRIEVANCE COORDINATOR: Footman

From: Bandy

Offender's Name: DAVID ZAVALA

GDC# 1000727033/ Gr# 293815

OFFENDER'S BASIC ALLEGATION OR COMPLAINT:
Inmate claims that he did not leave/evacuate when
he suffers significant hardships

SUMMARY OF FINDING/RECOMMENDATIONS:
(Care/Treatment Um) air temperature is regulated on E-wing
at 72.1. LT. Biggs/Sgt. Clupper stated that inmate Zavala
remained in his cell due to him being a five man escort.

COUNSELOR'S SIGNATURE   J. Bandy

I do/do not concur with Counselor:
Offender was not escorted out due
to lack of staff however his area
was ventilated although he was not
in direct contact of the fire/smoke.
Sgt 9/5/19

(Reproduced locally)

RECEIVED
SEP 03 2019

GA DIAG. & CLASS. PRISON

# GEORGIA DEPARTMENT OF CORRECTIONS

*Georgia Diagnostic & Classification Prison*
*P.O. Box 3877*
*Jackson, Georgia 30233*
*Phone:  770-504-2000*
*Fax:  770-504-2006*

**Brian P. Kemp**
*Governor*

**Timothy C. Ward**
*Commissioner*

Grievance Number **293815**

## Memorandum

Date: **8/9/19**

To:  Area Supervisor **Hargrove / Polite**

From: Warden **Morales**

Re:  Formal Grievance

The attached grievance for **D. ZAVALA**_____ GDC# **1000727033** was received in my office.  I am requesting the following action(s) be taken:

___Meet with offender and explain standard operating procedures regarding his request.

___Schedule and meet with this inmate and discuss the status of this request.

___Follow up and provide documentation of follow up.

___Advise this should be handled through disciplinary hearing and/or disciplinary appeal

   process.

___Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by _____ (no later than 5 days from receipt).  The offender should sign and date below as well as the staff who discusses it.

Matter discussed: _____

_____

The above was discussed with me and the problem is being resolved.

_____                    _____
Offender Signature/Date                          Staff Signature/Date

RECEIVED

AUG 1 6 2019

GA DIAG. & CLASS. PRISON

*CONFIDENTIAL*

SOP 227.02
Attachment 1
5/10/19

### Offender GRIEVANCE FORM (Facsimile)

**INSTITUTIONAL STAFF USE ONLY**

OFFENDER NAME: D. ZAVALA        OFFENDER NUMBER: 1000722033

INSTITUTION: SMU        GRIEVANCE NUMBER: 293815

DATE COMPLETED FORM RECEIVED FROM OFFENDER: 8.9.19  BY: Gudy

DATE APPEAL RECEIVED ___/___/___  BY _____

---

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: Due to restrictions placed on my person 1/2/2019, by GDC officials Ward, Myrick, & Toole, I must be; 5-man escorted at all times, Lt. or above interactions only, & housed in an improperly furnished "isolation cell" behind the enclosed glass barrier. I have made them aware all year that the lack of a writting table & stool strain my neck & back to do simple task. Also that the temperature is very cold & the air does not fluctuate. All year I have endured significant hardships when: inmates throw feces, during the paint project, when staff contaminate with OC spray or inhaleing smoke when inmates set fires. For example 8/4/2019 the enclosed area was full of toxic smoke. All inmates were evacuated from inside the glass area however Derek Clupper & Derrick Biggs refused to relief me claiming there was not enough staff. They failed to at least open the door infront of my cell E-116 leaving me behind to suffocate, become very ill & feeling faint. Im still messed up from this but no body cares. Get affidavits from all witnesses: Brady Birks, Edgar Quintanilla, Jordan Wayan, Thomas Brunelle, & All of E-wing.

RESOLUTION REQUESTED: 1st forward this grievance to "OPS" & "SCHR" to make sure a proper investigation is conducted. 2nd Take me to the HOSPITAL!!! 3rd Move me from the enclosed glass area! 4th KNOCK DOWN THE GLASS DEATH TRAP IMMEDIATELY!!! 5th That all responcible GDC officials be held accountable for their indiffrence. 6th check Camaras    EMERGENCY

David Zavala         8/6/2019
Offender Signature        Date

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.
Left on the door for counselor to sign & issue reciept.

SOP 209.04
Attachment 5
4/10/19

**WITNESS STATEMENT**

| PLACE   Smu | DATE 8/29/19 | TIME 8:15 am | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME   Goudy, J | EMPLOYEE ID NUMBER ▮▮▮▮▮ | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

**SWORN STATEMENT**

I, _Counselor Goudy_, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

In regards to inmate Zavala #1000727033/gr# 293815
that he wants witness statements from inmates.
I Counselor Goudy attempted to ask several inmates to
write a statement concerning inmate Zavala they all
refused. I asked inmate Wayan, inmate Brunelle, inmate
Birks, inmate Quintanilla face to face during rounds to write a
witness statement. they all told me NO.

J.g

J.g

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT  J.g | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH
ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES."
WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE
REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then
destroyed.

Attachment 3
(227.02)
5/10/19

| Witness Statement | | | |
|---|---|---|---|
| **Place:**        SMU | **Date:** 8/29/19 | **Time:** 13:09 | **File Number:** |
| **Last Name, First Name, Middle Name** Hargrove, Charles | **Employee Identification Number** | | **State ID. Number:** |
| **Institution or Address** Georgia Diagnostic and Classification Prison | | | |

**Sworn Statement**

I,   Um Hargrove   , **WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:**

Inmate **Zavala, D #1000727033/Gr#293815**: stated that the temperature is very cold and his air does not fluctuate. SMU Air temperature is regulated on E-wing at (72.1) per monitored log books and the internal building temperature average is maintained at (71.5).

# END OF STATEMENT

| Exhibit | Initials of Person Making Statement ch | Page 1 of _2_ Pages |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

ATTACHMENT 3
(227.02)
5/10/19

Statement (continued)

**Affidavit**

I, _____ch_____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _1_ AND ENDS ON PAGE _2_. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT.   I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD,   WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL

_____ch_____
**(Signature of Person making Statement)**

WITNESS

Subscribed and sworn to before me, a person authorized by law
_____ to administer oaths, this ____ day of _____, 20__
_____ at _____

INSTITUTION OR ADDRESS   _____
_____ **(Signature of Person Administering Oath)**

_____
_____ **(Typed Name of Person Administering Oath)**

INSTITUTION OR ADDRESS   _____
_____ **(Authority To Administer Oath)**

Initials of Person making Statement
ch

Page _2_ of _2_ Pages

SOP 209.04
Attachment 5
4/10/19

## WITNESS STATEMENT

| PLACE SMU | DATE 08/21/19 | TIME 1729 | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME Biggs, Derrick | EMPLOYEE ID NUMBER | | STATE ID NO. |
| INSTITUTION OR ADDRESS | | | |

### SWORN STATEMENT

I, Lt. Biggs, Derrick _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 08/04/19 there was a fire in E-Wing behind the glass I did not evacuate the right side of the bottom range which is where I/M Zaval is housed . I was only present during the evacuation of the 1st 4 cells that where located where the fire was started.  How ever I/M Zaval rooms location was not dirctly affected by any of the smoke or flames from the fire. the was located on the other side near the yard dorr.  Also I/M Zaval did not complainof any medical issues or state he had issues breathing during or after the incident.  It is my personal opion that I/M Zaval is upset he under 5 man escort and he does not like the location in which he is housed. End Of Statement..............

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF _2_ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

SOP 209.04
Attachment 5
4/10/19

**WITNESS STATEMENT**

| PLACE | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| GDCP SMU | 8/21/19 | 1721 | |

| LAST NAME, FIRST NAME, MIDDLE NAME | EMPLOYEE ID NUMBER | STATE ID NO. |
|---|---|---|
| Clupper Derek Samuel | ~~███████~~ | |

INSTITUTION OR ADDRESS
Hwy 36 Jackson GA 30233

**SWORN STATEMENT**

I, Sgt Clupper Derek _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Would like to address the grievance from Inmate Zavala David
#1000727033 / GR# 293815. On 8/4/2019 when the fire was
set in Ewing behind the glass it was extinguished the same
Inmate set two more fires. They were also extinguished.
I Sgt Clupper was instructed to escort the Inmates to the Yard
by my supervisor. We took all but Inmate Zavala to the
Yard and by the time the inmates were taken out
the smoke had cleared. The reason Inmate Zavala
was not removed is because he is a Five-man escort
And we didn't have enough officers to escort
Inmate Zavala. There were doors open to get the
smoke out of the Cells. End of Statement.

DSC

DSC                                    DSC

DSC

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|
| | DSC | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH
ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES."
WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE
REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then
destroyed.

# GRIEVANCE STATEMENT NEEEDED REGARDING #1000727033/GR#293815 ZAVALA

**Goody, Johannes**

Mon 8/19/2019 3:31 PM

Sent Items

To:Biggs, Derrick <derrick.biggs@gdc.ga.gov>; Clupper, Derek <derek.clupper@gdc.ga.gov>;

Good afternoon **Tubbs** and **Crockett**,

I know that you hate seeing me however, please get the statements to me today whenever you walk in. Read the attached grievance at the bottom. Thanks and I appreciate your help.

ZAVALA, DAVID -GDC ID 1000727033

Grievance No. 293815 - Status: PENDING INVESTIGATION RESULTS

Click here for printer friendly version.

| Facility Grievance Against: | GA DIAG CLASS PRISON | Grievance Type: | FORMAL |
|---|---|---|---|
| Grievance Date: | 08/09/2019 | Form Received Date: | 08/09/2019 |
| Expedited Grievance: | NO | Grievance Category: | CONDITIONS OF CONFINEMENT |
| Complaint/Resolution: | DUE TO RESTRICTIONS PLACED ON MY PERSON 7/2/2019, BY GDC OFFICIALS WARD, MYRICK, & TOOLE, I MUST BE; 5-MAN ESCORTED AT ALL TIMES, LT. OR ABOVE INTERACTIONS ONLY & HOUSED IN AN IMPROPERLY FURNISHED "ISOLATION CELL" BEHIND THE ENCLOSED GLASS BARRIER. I HAVE MADE THEN AWARE ALL YEAR THAT THE LACK OF WRITTING TABLE & STOOL STRAIN MY NECK & BACK TO DO SIMPLE TASK. ALSO THAT THE TEMPERATURE IS VERY COLD & THE AIR DOES NOT FLUCTUATE. ALL YEAR I HAVE ENDURED SIGNIFICANT HARDSHIPS WHEN: INMATES THROW FECES, DURING THE PAINT PROJECT, WHEN STAFF CONTAMINATE WITH OC SPRAY OR INHALEING SMOKE WHEN INMATES SET FIRES. FOR EXAMPLE 8/4/2019 THE ENCLOSED AREA WAS FULL OF TOXIC SMOKE. ALL INMATES WERE EVACUATED FROM INSIDE THE GLASS AREA HOWEVER **DEREK CLUPPER** & **DERRICK BIGGS** REFUSED TO RELIEF ME CLAIMING THERE WAS NOT ENOUGH STAFF. THEY FAILED TO AT LEAST OPEN THE DOOR INFRONT OF MY CELL E-116 LEAVING ME BEHIND TO SUFFOCATE, BECOME VERY ILL & FEELING FAINT. IM STILL MESSED UP FROM THIS BUT NO BODY CARES. GET AFFIDAVITS | | |

FROM ALL WITNESSES: BRODY BIRKS, EDGAR QUINTANILLA, JORDAN WAYAN, THOMAS BRUNELLE, & ALLOF E-WING RESOLUTION REQUESTED: 1ST FORWARD THIS GRIEVANCE TO "OPS" & "SCHR" TO MAKE SURE A PROPER INVESTIGATION IS CONDUCTED. 2ND TAKE ME TO THE HOSPITAL!!! 3RD MOVE ME FROM ENCLOSED GLASS AREA! 4TH KNOCK DOWN THE GLASS DEATH TRAP IMMEDIATELY!!! 5TH THAT ALL RESPONCIBLE GDC OFFICIALS BE HELD ACCOUNTABLE FOR THEIR INDIFFERENCE. 6TH CHECK CAMERAS

Johannes Goody, Counselor
Georgia Diagnostic & Classification Prison (GDCP)
770-504-2106 (office)
770-504-7636 (fax)
johannes.goody@gdc.ga.gov

The Georgia Department of Corrections protects the public by operating safe and secure facilities through the development of professional staff and effective offender management.



**GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON**
**Special Management Unit**

Mr. Benjamin Ford, *Warden*
Mr. Joseph Polite, *Deputy Warden of Security*
Mr. George Ball, *Unit Manager*
Mr. Thomas Sumpter, *Unit Manager*
Captain Michael Nopen, *Chief of Security*

## END OF SHIFT REPORT

| SHIFT/KEY: | SECOND SHIFT / KEY 1 | DATE: | 8/01/2019 |
|---|---|---|---|
| OIC: | LT GREGORY DAVIS | AOIC: | |

| BRIEFING TOPICS: | SHIFT NOTES: |
|---|---|
| -DUI, DOMESTIC VIOLENCE, SEXUAL HARASSMENT, AND PERSONAL DEALINGS- ZERO TOLERANCE<br>-SUICIDE AWARENESS<br>-KEEP ALL SEG SHEETS ON THE WALL AT ALL TIMES<br>-ALL TRAYS MUST BE PULLED PRIOR TO END OF SHIFT<br>-STAB VEST MUST BE WORN AT ALL TIMES<br>-RANGE DATES | -AT 1840 IRT RETURNS FROM A CPO IN HANCOCK FOR THE FOLLOWING INMATES:<br>*LEVATTTE, XAVIER #1001323955<br>*DRAUGHN, DEMARCO #864116<br>*HAYWARD, BENNY #1245581<br>-IRT ARRIVED BACK AT SMU ON 8/2/19 AT 0545 TO TRANSPORT THE SAME INMATES BACK TO HANCOCK FOR COURT<br>-MR BALL AND CAPT ROLAND TRANSPORT JEAN-PIERRE LE205 TO AMC<br>-AT 0348 FOOD SERVICE ARRIVES AND FEEDING WAS COMPLETED WITH OUT INCIDENT<br>-03 PROBATIONERS ARRIVE FROM AL BURRUSS AT 0446<br>-INMATE SMITH, EUGENE THREW BODILY FLUIDS ON TWO OFFICERS. BOTH OFFICERS HAD TO LEAVE. INMATE PLACED ON SECURITY STRIP CELL AND GIVEN PROPERTY BACK AFTER 8 HOURS |

| BEGINNING INSTITUTIONAL COUNT: | 162 |
|---|---|

| ASSIGNED COUNT BY WINGS: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 27 | B | 24 | C | 18 | D | 29 | E | 32 | F | 32 |

### INMATES ASSIGNED TO S.M.U THAT ARE OUT: 6

| NAME | GDC ID | LOCATION |
|---|---|---|
| ALLEN, EUGENE | 796886 | OTC-BULLOCKS CO |
| GREEN, AARON | 1059329 | OTC- FED MID DISTRICT |
| CURRIE, TREYVANCE | 673483 | CSU |

### COUNT TIMES:

| START | CLEAR | TOTAL COUNT |
|---|---|---|
| 2030 OFFICIAL | 2130 | 162 |
| 2200 OFFICIAL | 2240 | 162 |
| 2330 OFFICIAL | 0000 | 162 |
| 0300 CENSUS | 0321 | 162 |
| 0400 OFFICIAL | 0446 | 162 |

| ENDING INSTITUTIONAL COUNT: | 162 |
|---|---|

| ASSIGNED COUNT BY WINGS: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 27 | B | 24 | C | 18 | D | 29 | E | 32 | F | 32 |

| TAP TEST: NO | | READINESS TEST: | |
|---|---|---|---|
| BEGIN | | YES | |

| -END | | | NO | X | | |
|------|---|---|-----|-----|---|---|

| TEMPERATURE LOG | A-WING | B-WING | C-WING | D-WING | E-WING | F-WING |
|-----------------|--------|--------|--------|--------|--------|--------|
| 1ST | | | | | | |
| 2ND | | | | | | |

| MEAL SERVED: | BEGINNING TIME: | ENDING TIME: |
|--------------|-----------------|--------------|
| BREAKFAST | 0510 | 0719 |

| YARD CALL | BEGINNING TIME: | ENDING TIME: |
|-----------|-----------------|--------------|
| A | N/A | |
| B | N/A | |
| C | N/A | |
| D | N/A | |
| E | N/A | |
| F | N/A | |

| SHOWERS | BEGINNING TIME: | ENDING TIME: |
|---------|-----------------|--------------|
| A | | |
| B | | |
| C | | |
| D | | |
| E | | |
| F | | |

| OUT OF CELL TIME | BEGINNING TIME: | ENDING TIME: |
|------------------|-----------------|--------------|
| A | N/A | |
| B | N/A | |
| C | N/A | |
| D | N/A | |
| E | N/A | |
| F | N/A | |

| DURING OIC ROUNDS, WERE DOOR SHEETS PROPERLY DOCUMENTED: | YES |
|----------------------------------------------------------|-----|
| # OF DISCIPLINARY REPORTS WRITTEN: | 1 |
| # OF FEEDOFF INCIDENTS: | 0 |
| # OF SHOWER INCIDENTS: | 0 |
| # OF OUT OF CELL TIME INCIDENTS: | 0 |
| # OF YARD CALL INCIDENTS: | 0 |
| # OF INCIDENTS IN DORMITORY: | 1 |
| # OF INCIDENTS CONCERNING SELF-INJURIOUS BEHAVIOR: | 0 |
| TOTAL NUMBER OF INCIDENT REPORTS: | 1 |
| TOTAL NUMBER REQUIRING USE OF FORCE: | 0 |
| TOTAL NUMBER OF ASSAULTS ON STAFF: | 0 |
| | |
| HOW MANY OFFICERS ARE ON A TE PLAN: | 0 |
| # OF OFFICERS OUT USING SICK LEAVE: | 0 |
| ANNUAL LEAVE: | 1 |
| NO CALL NO SHOW: | 0 |
| LWOP: | 0 |
| FMLA: | 1 |
| TRAINING: | 1 |
| MILITARY LEAVE: | 0 |
| WORKERS COMP: | 0 |
| # OF STAFF THAT REQUIRED COUNSELING: | 0 |
| # OF STAFF THAT REQUIRED A WRITE-UP: | 0 |
| # OF STAFF TARDY: | 0 |

| | |
|---|---|
| # OF UNMANNED POSTS: | 6 |
| WAS SEXUAL HARASSMENT DISCUSSED IN SHIFT BRIEFING? | YES |
| WAS POLICY WAS DISCUSSED IN SHIFT BRIEFING? | YES |



**GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON**
**Special Management Unit**

Mr. Benjamin Ford, *Warden*
Mr. Joseph Polite, *Deputy Warden of Security*
Mr. George Ball, *Unit Manager*
Mr. Thomas Sumpter, *Unit Manager*
Captain Michael Nopen, *Chief of Security*

## END OF SHIFT REPORT

| SHIFT/KEY: | SECOND SHIFT / KEY 1 | DATE: | 8/01/2019 |
|---|---|---|---|
| OIC: | LT GREGORY DAVIS | AOIC: | |

| BRIEFING TOPICS: | SHIFT NOTES: |
|---|---|
| -DUI, DOMESTIC VIOLENCE, SEXUAL HARASSMENT, AND PERSONAL DEALINGS- ZERO TOLERANCE<br>-SUICIDE AWARENESS<br>-KEEP ALL SEG SHEETS ON THE WALL AT ALL TIMES<br>-ALL TRAYS MUST BE PULLED PRIOR TO END OF SHIFT<br>-STAB VEST MUST BE WORN AT ALL TIMES<br>-RANGE DATES | -AT 1840 IRT RETURNS FROM A CPO IN HANCOCK FOR THE FOLLOWING INMATES:<br>*LEVATTTE, XAVIER #1001323955<br>*DRAUGHN, DEMARCO #864116<br>*HAYWARD, BENNY #1245581<br>-IRT ARRIVED BACK AT SMU ON 8/2/19 AT 0545 TO TRANSPORT THE SAME INMATES BACK TO HANCOCK FOR COURT<br>-MR BALL AND CAPT ROLAND TRANSPORT JEAN-PIERRE LE205 TO AMC<br>-AT 0348 FOOD SERVICE ARRIVES AND FEEDING WAS COMPLETED WITH OUT INCIDENT<br>-03 PROBATIONERS ARRIVE FROM AL BURRUSS AT 0446<br>-INMATE SMITH, EUGENE THREW BODILY FLUIDS ON TWO OFFICERS. BOTH OFFICERS HAD TO LEAVE. INMATE PLACED ON SECURITY STRIP CELL AND GIVEN PROPERTY BACK AFTER 8 HOURS |

| BEGINNING INSTITUTIONAL COUNT: | | 162 |
|---|---|---|

### ASSIGNED COUNT BY WINGS:

| A | 27 | B | 24 | C | 18 | D | 29 | E | 32 | F | 32 |
|---|---|---|---|---|---|---|---|---|---|---|---|

### INMATES ASSIGNED TO S.M.U THAT ARE OUT: 6

| NAME | GDC ID | LOCATION |
|---|---|---|
| ALLEN, EUGENE | 796886 | OTC-BULLOCKS CO |
| GREEN, AARON | 1059329 | OTC- FED MID DISTRICT |
| CURRIE, TREYVANCE | 673483 | CSU |

### COUNT TIMES:

| START | CLEAR | TOTAL COUNT |
|---|---|---|
| 2030 OFFICIAL | 2130 | 162 |
| 2200 OFFICIAL | 2240 | 162 |
| 2330 OFFICIAL | 0000 | 162 |
| 0300 CENSUS | 0321 | 162 |
| 0400 OFFICIAL | 0446 | 162 |

| ENDING INSTITUTIONAL COUNT: | | 162 |
|---|---|---|

### ASSIGNED COUNT BY WINGS:

| A | 27 | B | 24 | C | 18 | D | 29 | E | 32 | F | 32 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| TAP TEST: NO | | READINESS TEST: | |
|---|---|---|---|
| BEGIN | | YES | |

| - END | | NO | | X | |
|---|---|---|---|---|---|

| TEMPERATURE LOG | A-WING | B-WING | C-WING | D-WING | E-WING | F-WING |
|---|---|---|---|---|---|---|
| 1ST | | | | | | |
| 2ND | | | | | | |

| MEAL SERVED: | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| BREAKFAST | 0510 | 0719 |

| YARD CALL | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | N/A | |
| B | N/A | |
| C | N/A | |
| D | N/A | |
| E | N/A | |
| F | N/A | |

| SHOWERS | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |
| E | | |
| F | | |

| OUT OF CELL TIME | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | N/A | |
| B | N/A | |
| C | N/A | |
| D | N/A | |
| E | N/A | |
| F | N/A | |

| | |
|---|---|
| DURING OIC ROUNDS, WERE DOOR SHEETS PROPERLY DOCUMENTED: | YES |
| # OF DISCIPLINARY REPORTS WRITTEN: | 1 |
| # OF FEEDOFF INCIDENTS: | 0 |
| # OF SHOWER INCIDENTS: | 0 |
| # OF OUT OF CELL TIME INCIDENTS: | 0 |
| # OF YARD CALL INCIDENTS: | 0 |
| # OF INCIDENTS IN DORMITORY: | 1 |
| # OF INCIDENTS CONCERNING SELF-INJURIOUS BEHAVIOR: | 0 |
| TOTAL NUMBER OF INCIDENT REPORTS: | 1 |
| TOTAL NUMBER REQUIRING USE OF FORCE: | 0 |
| TOTAL NUMBER OF ASSAULTS ON STAFF: | 0 |
| HOW MANY OFFICERS ARE ON A TE PLAN: | 0 |
| # OF OFFICERS OUT USING SICK LEAVE: | 0 |
| ANNUAL LEAVE: | 1 |
| NO CALL NO SHOW: | 0 |
| LWOP: | 0 |
| FMLA: | 1 |
| TRAINING: | 1 |
| MILITARY LEAVE: | 0 |
| WORKERS COMP: | 0 |
| # OF STAFF THAT REQUIRED COUNSELING: | 0 |
| # OF STAFF THAT REQUIRED A WRITE-UP: | 0 |
| # OF STAFF TARDY: | 0 |

| | |
|---|---|
| # OF UNMANNED POSTS: | 6 |
| WAS SEXUAL HARASSMENT DISCUSSED IN SHIFT BRIEFING? | YES |
| WAS POLICY WAS DISCUSSED IN SHIFT BRIEFING? | YES |



**GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON**
Special Management Unit

Mr. Jose Morales , *Warden*
Mr. Joseph Polite, *Deputy Warden of Security*
Mr. George Ball, *Unit Manager*
Mr. Charles Hargrove , *Unit Manager*
Captain Michael Nopen, *Chief of Security*

---

## END OF SHIFT REPORT

| SHIFT/KEY: | 1ST SHIFT 2ND KEY | DATE: | 8/2/19 |
|---|---|---|---|
| OIC: | CAPT. STEPHEN KELLY | AOIC: | SGT. GLOVER-CASH |

| BRIEFING TOPICS: | SHIFT NOTES: |
|---|---|
| CHECK ALL KEYS, TOOLS, AND EQUIPMENT BEFORE YOU TAKE POST. DUI, DOMESTIC VIOLENCE, SEXUAL HARASSMENT- ZERO TOLERANCE. BE PROFESSIONAL -NO PASSING -COUNT AND COVER LIVING BREATHING FLESH. BED AND BODY REPORT MUST BE DONE. -MAKE ROUNDS AND DOCUMENT ON TIER III CHECKLIST WE MUST REMAIN PROFESSIONAL AT ALL TIMES | AT 0610HRS (3) I/M'S GO TO HANCOCK SPPRISON FOR OTC. I/M DRAUGH, D. #864116, I/M LEVATTE, X #1001323955, I/M HAYWARD, B #1295582. 0730HRS IRT ENTER FACILITY TO ASSIST WITH SHOWERS AND YARD CALL AND TABLE TIM. AT 0800HRS WARDEN MORALES ENTER FACILTY. AT 1530HRS FOOD SERVICE ENTERS FACILITY FOR EVENING CHOW. AT 1625HRS IRT RETURNS FACILITY TO GET F-WING OFF YARD CALL. AT 1720HRS CHOW COMPLETE WITHOUT ANY INCIDENTS  AT 1825HRS 2ND SHIFT RELIEVES 1ST SHFT ALL PERTINENT INFORMATION PASSED ON. |

| BEGINNING INSTITUTIONAL COUNT: | 162 |
|---|---|

| ASSIGNED COUNT BY WINGS: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 27 | B | 24 | C | 18 | D | 29 | E | 32 | F | 32 |

### INMATES ASSIGNED TO S.M.U THAT ARE OUT:

| NAME | GDC ID | LOCATION |
|---|---|---|
| ALLEN, EUGENE | 796886 | BULLOCK CO OTC |
| PITTS, ALEEGANDO | 1001697553 | FEDS |
| SARTOR, GARY | 1131692 | FEDS |
| GREEN, AARON | 1059329 | A-WING |
| LOOKADOO, PHILLIP | 1059329 | FULTON CO.-OTC |

### COUNT TIMES:

| START | CLEAR | TOTAL COUNT |
|---|---|---|
| 0900HRS | 0919HRS | 162 |
| 1315HRS | 1357HRS | 162 |
| 1715HS | 1732HRS | 162 |
| | | |
| | | |

| ENDING INSTITUTIONAL COUNT: | 162 |
|---|---|

| ASSIGNED COUNT BY WINGS: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 27 | B | 24 | C | 18 | D | 29 | E | 32 | F | 32 |

| TAP TEST: | | READINESS TEST: | |
|---|---|---|---|
| BEGIN | | YES | |
| END | | NO | |

| TEMPERATURE LOG | A-WING | B-WING | C-WING | D-WING | E-WING | F-WING |
|---|---|---|---|---|---|---|
| 1ST | 71.3 | 68.4 | 71.5 | 68.3 | 72.5 | 73.4 |
| 2ND | | | | | | |

| MEAL SERVED: | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| YES | 1035HRS | 1335HRS |
| YES | 1530HRS | 1755HRS |

| YARD CALL | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | 0700HRS | 0835HRS |
| B | 0730HRS | 1000HRS |
| C | N/A | N/A |
| D | 0830HRS | 1625HRS A & B |
| E | 0900HRS | 1315HRS |
| F | 0910HRS | 1525HRS |
| | | |

| SHOWERS | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | N/A | N/A |
| B | N/A | N/A |
| C | N/A | N/A |
| D | N/A | N/A |
| E | N/A | N/A |
| F | N/A | N/A |

| OUT OF CELL TIME | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | N/A | N/A |
| B | 0800HRS | 1000HRS |
| C | 0830HRS | 1300HRS |
| D | 0845HRS | 1400HRS |
| E | 0900HRS | 1300HRS |
| F | 0910HRS | 1325HRS |

| | |
|---|---|
| DURING OIC ROUNDS, WERE DOOR SHEETS PROPERLY DOCUMENTED: | Y |
| # OF DISCIPLINARY REPORTS WRITTEN: | 2 |
| # OF FEEDOFF INCIDENTS: | 0 |
| # OF SHOWER INCIDENTS: | 0 |
| # OF OUT OF CELL TIME INCIDENTS: | 0 |
| # OF YARD CALL INCIDENTS: | 0 |
| # OF INCIDENTS IN DORMITORY: | 0 |
| # OF INCIDENTS CONCERNING SELF-INJURIOUS BEHAVIOR: | 0 |
| TOTAL NUMBER OF INCIDENT REPORTS: | 0 |
| TOTAL NUMBER REQUIRING USE OF FORCE: | 0 |
| TOTAL NUMBER OF ASSAULTS ON STAFF: | 0 |
| HOW MANY OFFICERS ARE ON A TE PLAN: | N |
| # OF OFFICERS OUT USING SICK LEAVE: | 0 |
| ANNUAL LEAVE: | 1 |
| NO CALL NO SHOW: | 0 |
| LWOP: | 0 |
| FMLA: | 0 |
| TRAINING: | 0 |
| MILITARY LEAVE: | 0 |
| WORKERS COMP: | 1 |

The Georgia Department of Corrections protects the public by operating safe and secure facilities through the development of professional staff and effective offender management.

| | |
|---|---|
| # OF STAFF THAT REQUIRED COUNSELING: | 0 |
| # OF STAFF THAT REQUIRED A WRITE-UP: | 0 |
| # OF STAFF TARDY: | 0 |
| # OF UNMANNED POSTS: | 4 |
| WAS SEXUAL HARASSMENT DISCUSSED IN SHIFT BRIEFING? | Y |
| WAS POLICY WAS DISCUSSED IN SHIFT BRIEFING? | Y |

# Special Management Unit



**Mr. Jose Morales,** *Warden*
**Mr. Joseph Polite,** *Deputy Warden of Security*
**Mr. George Ball,** *Unit Manager*
**Mr. Thomas Hargrove,** *Unit Manager*
**Captain Michael Nopen,** *Chief of Security*

## END OF SHIFT REPORT

| SHIFT/KEY: | 2ND SHIFT KEY 2 | DATE: | 08/02/19 |
|---|---|---|---|
| OIC: | LT. BIGGS | AOIC: | SGT. CLUPPER |

| BRIEFING TOPICS: | SHIFT NOTES: |
|---|---|
| • NO DUI, DOMESTIC VIOLENCE, SEXUAL / UNLAWFULL HAEASSMENT, PERSONAL DEALINGS WITH INMATES ALL ZERO TOLERANCE<br>• RECRUITMENT<br>• SEG SHEETS<br>• INSERVICE | • TRAYS NOT PULLED IN E OR F WING<br>• E AND B WING SHOWERS COMPLETED FWING 101-109 SHIWERED<br>• NO LOCKS ON ANY DOORS PERIOD<br>• SEVERAL I/M ON WEST SIDE STATED THEY DID NOT GET DINNER DUE TO BEING LEFT ON THE YARD UNTIL 1800 |

| BEGINNING INSTITUTIONAL COUNT: | 162 |
|---|---|

| ASSIGNED COUNT BY WINGS: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 27 | B | 24 | C | 18 | D | 29 | E | 32 | F | 32 |

| INMATES ASSIGNED TO S.M.U THAT ARE OUT: | | |
|---|---|---|
| NAME | GDC ID | LOCATION |
| ALLEN, EUGENE | 796886 | BULLOCK COUNTY |
| GREEN, AARON | 1059329 | MIDDLE DISTRICT |
| CURRIE, TREYVANCE | 673483 | ASMP |
| | | |

| COUNT TIMES: | | |
|---|---|---|
| START | CLEAR | TOTAL COUNT |
| 2030 | 2105 | 162 |
| 2200 | 2239 | 162 |
| 0100 | 0138 | 162 |
| 0400 | 0431 | 162 |

| ENDING INSTITUTIONAL COUNT: | 162 |
|---|---|

| ASSIGNED COUNT BY WINGS: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 27 | B | 24 | C | 18 | D | 29 | E | 32 | F | 32 |

| TAP TEST: | | READINESS TEST: | |
|---|---|---|---|
| BEGIN | N/A | YES | N/A |
| END | N/A | NO | NO |

| TEMPERATURE LOG | A-WING | B-WING | C-WING | D-WING | E-WING | F-WING |
|---|---|---|---|---|---|---|
| 1ST | | | | | | |
| 2ND | 62 | 65 | 63 | 67 | 62 | 64 |

| MEAL SERVED: | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| **BREAKFAST** | **0445** | **0730** |

| YARD CALL | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | N/A | N/A |
| B | N/A | N/A |
| C | N/A | N/A |
| D | N/A | N/A |
| E | N/A | N/A |
| F | N/A | N/A |

| SHOWERS | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | N/A | N/A |
| B | N/A | N/A |
| C | N/A | N/A |
| D | N/A | N/A |
| E | N/A | N/A |
| F | N/A | N/A |

| OUT OF CELL TIME | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | N/A | N/A |
| B | N/A | N/A |
| C | N/A | N/A |
| D | N/A | N/A |
| E | N/A | N/A |
| F | N/A | N/A |

| | |
|---|---|
| DURING OIC ROUNDS, WERE DOOR SHEETS PROPERLY DOCUMENTED: | Yes |
| # OF DISCIPLINARY REPORTS WRITTEN: | |
| # OF FEEDOFF INCIDENTS: | |
| # OF SHOWER INCIDENTS: | |
| # OF OUT OF CELL TIME INCIDENTS: | |
| # OF YARD CALL INCIDENTS: | |
| # OF INCIDENTS IN DORMITORY: | |
| # OF INCIDENTS CONCERNING SELF–INJURIOUS BEHAVIOR: | |
| TOTAL NUMBER OF INCIDENT REPORTS: | |
| TOTAL NUMBER REQUIRING USE OF FORCE: | |
| TOTAL NUMBER OF ASSAULTS ON STAFF: | |
| | |
| HOW MANY OFFICERS ARE ON A TE PLAN: | |
| # OF OFFICERS OUT USING SICK LEAVE: | |
| ANNUAL LEAVE: | 1 |
| NO CALL NO SHOW: | |
| LWOP: | |
| FMLA: | 2 |
| TRAINING: | |
| MILITARY LEAVE: | |
| WORKERS COMP: | |
| # OF STAFF THAT REQUIRED COUNSELING: | |
| # OF STAFF THAT REQUIRED A WRITE-UP: | |
| # OF STAFF TARDY: | 1 |
| # OF UNMANNED POSTS: | 5 |
| WAS SEXUAL HARASSMENT DISCUSSED IN SHIFT BRIEFING? | Yes |
| WAS POLICY WAS DISCUSSED IN SHIFT BRIEFING? | Yes |



**GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON**
**Special Management Unit**

**Mr. Benjamin Ford,** *Warden*
**Mr. Joseph Polite,** *Deputy Warden of Security*
**Mr. George Ball,** *Unit Manager*
**Mr. Thomas Sumpter,** *Unit Manager*
**Captain Michael Nopen,** *Chief of Security*

## END OF SHIFT REPORT

| SHIFT/KEY: | SECOND SHIFT / KEY 1 | DATE: | 8/05/2019 |
|---|---|---|---|
| OIC: | LT GREGORY DAVIS | AOIC: | |

| BRIEFING TOPICS: | SHIFT NOTES: |
|---|---|
| -DUI, DOMESTIC VIOLENCE, SEXUAL HARASSMENT, AND PERSONAL DEALINGS- ZERO TOLERANCE<br>-SUICIDE AWARENESS<br>-KEEP ALL SEG SHEETS ON THE WALL AT ALL TIMES<br>-ALL TRAYS MUST BE PULLED PRIOR TO END OF SHIFT<br>-STAB VEST MUST BE WORN AT ALL TIMES<br>-RANGE DATES<br>-MULTIPLE MOVES MADE BY FIRST SHIFT<br>-FORCE USED IN B-WING | -STAFFING VERY SHORT CALLED AND ASKED GDCP MAIN UNIT BUT THEY HAD NO OFFICERS THAT THEY COULD SPARE. ONLY ONE OFFICER ON EAST SIDE AND ONE SGT ON WEST SIDE. CAPT ROLAND NOTIFIED<br>-ONLY 70 TRAYS IN KITCHEN LT WARE NOTIFIED PRIOR TO END OF SHIFT. THERE WERE ONLY ENOUGH TRAYS TO FEED 4 WINGS SO FIRST SHIFT HAD TO TAKE OVER FEEDING.<br>-COUNT ADJUSTED TO REFLECT MOVES MADE ON FIRST SHIFT AFTER 2200 OFFICIAL COUNT |

| BEGINNING INSTITUTIONAL COUNT: | 160 |
|---|---|

### ASSIGNED COUNT BY WINGS:

| A | 27 | B | 22 | C | 18 | D | 29 | E | 32 | F | 32 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| INMATES ASSIGNED TO S.M.U THAT ARE OUT: 6 | | |
|---|---|---|
| NAME | GDC ID | LOCATION |
| ALLEN, EUGENE | 796886 | OTC-BULLOCKS CO |
| GREEN, AARON | 1059329 | OTC- FED MID DISTRICT |
| CURRIE, TREYVANCE | 673483 | CSU |

| COUNT TIMES: | | |
|---|---|---|
| START | CLEAR | TOTAL COUNT |
| 2030 OFFICIAL | 2130 | 160 |
| 2200 OFFICIAL | 2241 | 160 |
| 2330 OFFICIAL | 0012 | 160 |
| 0300 CENSUS | 0308 | 160 |
| 0400 OFFICIAL | 0441 | 160 |

| ENDING INSTITUTIONAL COUNT: | 160 |
|---|---|

### ASSIGNED COUNT BY WINGS:

| A | 27 | B | 26 | C | 19 | D | 26 | E | 32 | F | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| TAP TEST: NO | | READINESS TEST: | |
|---|---|---|---|
| BEGIN | | YES | |
| END | | NO | X |

| TEMPERATURE LOG | A-WING | B-WING | C-WING | D-WING | E-WING | F-WING |
|---|---|---|---|---|---|---|
| 1ST | | | | | | |
| 2ND | | | | | | |

| MEAL SERVED: | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| BREAKFAST | 0520 | 0638 |

| YARD CALL | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | N/A | |
| B | N/A | |
| C | N/A | |
| D | N/A | |
| E | N/A | |
| F | N/A | |

| SHOWERS | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |
| E | | |
| F | | |

| OUT OF CELL TIME | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | N/A | |
| B | N/A | |
| C | N/A | |
| D | N/A | |
| E | N/A | |
| F | N/A | |

| | |
|---|---|
| DURING OIC ROUNDS, WERE DOOR SHEETS PROPERLY DOCUMENTED: | YES |
| # OF DISCIPLINARY REPORTS WRITTEN: | 0 |
| # OF FEEDOFF INCIDENTS: | 0 |
| # OF SHOWER INCIDENTS: | 0 |
| # OF OUT OF CELL TIME INCIDENTS: | 0 |
| # OF YARD CALL INCIDENTS: | 0 |
| # OF INCIDENTS IN DORMITORY: | 0 |
| # OF INCIDENTS CONCERNING SELF-INJURIOUS BEHAVIOR: | 0 |
| TOTAL NUMBER OF INCIDENT REPORTS: | 0 |
| TOTAL NUMBER REQUIRING USE OF FORCE: | 0 |
| TOTAL NUMBER OF ASSAULTS ON STAFF: | 0 |
| | |
| HOW MANY OFFICERS ARE ON A TE PLAN: | 0 |
| # OF OFFICERS OUT USING SICK LEAVE: | 2 |
| ANNUAL LEAVE: | 1 |
| NO CALL NO SHOW: | 0 |
| LWOP: | 0 |
| FMLA: | 1 |
| TRAINING: | 0 |
| MILITARY LEAVE: | 0 |
| WORKERS COMP: | 0 |
| # OF STAFF THAT REQUIRED COUNSELING: | 0 |
| # OF STAFF THAT REQUIRED A WRITE-UP: | 0 |
| # OF STAFF TARDY: | 0 |
| # OF UNMANNED POSTS: | 6 |
| WAS SEXUAL HARASSMENT DISCUSSED IN SHIFT BRIEFING? | YES |
| WAS POLICY WAS DISCUSSED IN SHIFT BRIEFING? | YES |



**GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON**
**Special Management Unit**

**Mr. Benjamin Ford,** *Warden*
**Mr. Joseph Polite,** *Deputy Warden of Security*
**Mr. George Ball,** *Unit Manager*
**Mr. Thomas Sumpter,** *Unit Manager*
**Captain Michael Nopen,** *Chief of Security*

## END OF SHIFT REPORT

| SHIFT/KEY: | SECOND SHIFT / KEY 1 | DATE: | 8/09/2019 |
|---|---|---|---|
| OIC: | LT GREGORY DAVIS | AOIC: | |

| BRIEFING TOPICS: | SHIFT NOTES: |
|---|---|
| -DUI, DOMESTIC VIOLENCE, SEXUAL HARASSMENT, AND PERSONAL DEALINGS- ZERO TOLERANCE<br>-SUICIDE AWARENESS<br>-KEEP ALL SEG SHEETS ON THE WALL AT ALL TIMES<br>-ALL TRAYS MUST BE PULLED PRIOR TO END OF SHIFT<br>-STAB VEST MUST BE WORN AT ALL TIMES | -AT 1950 HOURS INMATE IRBY, JACOBIAN GDC #879460 STARTED A FIRE IN FRONT OF HIS CELL. SGT COLBERT AND MYSELF PUT OUT THE FIRE AND SECURED THE FLAP. INCIDENT REPORT WRITTEN AND DR ISSUED.<br>-AT 2015 HOURS INMATE HARRIS, NAPOLEAN GDC #237217 THREW BODILY FLUIDS ON OFFICER EDDY. HIS FLAP WAS SECURED WITHOUT FORCE. INCIDENT REPORT WRITTEN DR ISSUED<br>-ALL TRAYS PULLED PRIOR TO END OF SHIFT |

| BEGINNING INSTITUTIONAL COUNT: | 159 |
|---|---|

| ASSIGNED COUNT BY WINGS: | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 27 | B | 27 | C | 20 | D | 28 | E | 31 | F | 26 |

| INMATES ASSIGNED TO S.M.U THAT ARE OUT: 6 | | |
|---|---|---|
| NAME | GDC ID | LOCATION |
| ALLEN, EUGENE | 796886 | OTC-BULLOCKS CO |
| GREEN, AARON | 1059329 | OTC- FED MID DISTRICT |
| CURRIE, TREYVANCE | 673483 | CSU |
| JORDON, WAYAN | 10018919864 | CSU |

| COUNT TIMES: | | |
|---|---|---|
| START | CLEAR | TOTAL COUNT |
| 2030 OFFICIAL | 2106 | 159 |
| 2200 OFFICIAL | 2238 | 159 |
| 0136 OFFICIAL | 0136 | 159 |
| 0300 CENSUS | 0311 | 159 |
| 0400 OFFICIAL | 0440 | 159 |

| ENDING INSTITUTIONAL COUNT: | 159 |
|---|---|

| ASSIGNED COUNT BY WINGS: | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 27 | B | 27 | C | 20 | D | 28 | E | 31 | F | 26 |

| TAP TEST: NO | | READINESS TEST: | |
|---|---|---|---|
| BEGIN | | YES | |
| END | | NO | X |

| TEMPERATURE LOG | A-WING | B-WING | C-WING | D-WING | E-WING | F-WING |
|---|---|---|---|---|---|---|
| 1ST | | | | | | |
| 2ND | | | | | | |

## Georgia Diagnostic and Classification Prison
### Special Management Unit
### Daily Post Assignments

| 8/3/19 | 1ST key 2nd shift |
|---|---|
| Date | Shift/Key |

| EAST WING | SGT. CASH |
|---|---|
| CENTRAL | WILLIAMS, D. |
| WEST WING | DAVIS, J. |
| PATROL | NORWOOD, L. |
| FRONT ENTRY | SGT. TURNER-SMTIH |
| TOWER 1 | UNMANNED |
| X-RAY | UNMANNED |
| A-WING | BENTLEY |
| B-WING | UNMANNED |
| C-WING | SHIELDS (TILL 3PM) |
| EAST WING ESCORT | N/A |
| D-WING | PATRICK, Q. |
| E-WING | UNMANNED |
| F-WING | MR. BALL |
| WEST WING ESCORT | N/A |
| HOSPITAL | N/A |
| VISITATION | N/A |

| ANNUAL LEAVE | SICK LEAVE | FAMILY LEAVE | TRAINING, MILITARY, ETC. |
|---|---|---|---|
| Mallory ,p | COI PARAMORE W/C | | |
| | BOOKER, A COI | | |
| | | | |
| | | | |
| | | | |

| WING | A-Wing | B-Wing | C-Wing | D-Wing | E-Wing | F-Wing |
|---|---|---|---|---|---|---|
| TEMP 1st | 70.0 | 71.3 | 72.5 | 73.3 | 72.1 | 72.5 |
| TEMP 2nd | | | | | | |

| CAPT. STEPHEN KELLY |
|---|
| Shift OIC |

*The Georgia Department of Corrections protects the public by operating safe and secure facilities through the development of professional staff and effective offender management.*

| ENDING INSTITUTIONAL COUNT: | 162 |
|---|---|

| ASSIGNED COUNT BY WINGS: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 27 | B | 24 | C | 18 | D | 29 | E | 32 | F | 32 |

| TAP TEST: | | | READINESS TEST: | |
|---|---|---|---|---|
| BEGIN | | YES | | |
| END | | NO | | |

| TEMPERATURE LOG | A-WING | B-WING | C-WING | D-WING | E-WING | F-WING |
|---|---|---|---|---|---|---|
| 1ST | 71.3 | 68.4 | 71.5 | 68.3 | 72.5 | 73.4 |
| 2ND | | | | | | |

| MEAL SERVED: | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| YES | | |
| YES | 1530HRS | 1755HRS |

| YARD CALL | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |
| E | | |
| F | | |

| SHOWERS | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |
| E | | |
| F | | |

| OUT OF CELL TIME | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |
| E | | |
| F | | |

| DURING OIC ROUNDS, WERE DOOR SHEETS PROPERLY DOCUMENTED: | Y |
|---|---|
| # OF DISCIPLINARY REPORTS WRITTEN: | 4 |
| # OF FEEDOFF INCIDENTS: | 1 |
| # OF SHOWER INCIDENTS: | 0 |
| # OF OUT OF CELL TIME INCIDENTS: | 0 |
| # OF YARD CALL INCIDENTS: | 0 |
| # OF INCIDENTS IN DORMITORY: | 1 |
| # OF INCIDENTS CONCERNING SELF-INJURIOUS BEHAVIOR: | 0 |
| TOTAL NUMBER OF INCIDENT REPORTS: | 1 |
| TOTAL NUMBER REQUIRING USE OF FORCE: | 1 |

*The Georgia Department of Corrections protects the public by operating safe and secure facilities through the development of professional staff and effective offender management.*

| MEAL SERVED: | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| BREAKFAST | 0515 | 0637 |

| YARD CALL | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | N/A | |
| B | N/A | |
| C | N/A | |
| D | N/A | |
| E | N/A | |
| F | N/A | |

| SHOWERS | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |
| E | | |
| F | | |

| OUT OF CELL TIME | BEGINNING TIME: | ENDING TIME: |
|---|---|---|
| A | N/A | |
| B | N/A | |
| C | N/A | |
| D | N/A | |
| E | N/A | |
| F | N/A | |

| | |
|---|---|
| DURING OIC ROUNDS, WERE DOOR SHEETS PROPERLY DOCUMENTED: | YES |
| # OF DISCIPLINARY REPORTS WRITTEN: | 2 |
| # OF FEEDOFF INCIDENTS: | 0 |
| # OF SHOWER INCIDENTS: | 0 |
| # OF OUT OF CELL TIME INCIDENTS: | 0 |
| # OF YARD CALL INCIDENTS: | 0 |
| # OF INCIDENTS IN DORMITORY: | 2 |
| # OF INCIDENTS CONCERNING SELF-INJURIOUS BEHAVIOR: | 0 |
| TOTAL NUMBER OF INCIDENT REPORTS: | 2 |
| TOTAL NUMBER REQUIRING USE OF FORCE: | 0 |
| TOTAL NUMBER OF ASSAULTS ON STAFF: | 0 |
| | |
| HOW MANY OFFICERS ARE ON A TE PLAN: | 0 |
| # OF OFFICERS OUT USING SICK LEAVE: | 1 |
| ANNUAL LEAVE: | 1 |
| NO CALL NO SHOW: | 0 |
| LWOP: | 0 |
| FMLA: | 1 |
| TRAINING: | 0 |
| MILITARY LEAVE: | 0 |
| WORKERS COMP: | 0 |
| # OF STAFF THAT REQUIRED COUNSELING: | 0 |
| # OF STAFF THAT REQUIRED A WRITE-UP: | 0 |
| # OF STAFF TARDY: | 0 |
| # OF UNMANNED POSTS: | |
| WAS SEXUAL HARASSMENT DISCUSSED IN SHIFT BRIEFING? | YES |
| WAS POLICY WAS DISCUSSED IN SHIFT BRIEFING? | YES |

*The Georgia Department of Corrections protects the public by operating safe and secure facilities through the development of professional staff and effective offender management.*

Georgia Diagnostic and Classification Prison
Special Management Unit
Daily Post Assignments

| 8/2/19 | 1ST key 2nd shift |
|--------|-------------------|
| Date | Shift/Key |

| EAST WING | SGT. CASH |
|-----------|-----------|
| CENTRAL | WILLIAMS, D. |
| WEST WING | DAVIS, J. |
| PATROL | NORWOOD, L. |
| FRONT ENTRY | SGT.ELLIS |
| TOWER 1 | UNMANNED |
| X-RAY | UNMANNED |
| A-WING | BENTLEY/HARRISON |
| B-WING | UNMANNED |
| C-WING | PATRICK, Q. |
| EAST WING ESCORT | N/A |
| D-WING | BOOKER, A. |
| E-WING | CERT |
| F-WING | MERRITT, J. |
| WEST WING ESCORT | N/A |
| HOSPITAL | N/A |
| VISITATION | N/A |

| ANNUAL LEAVE | SICK LEAVE | FAMILY LEAVE | TRAINING, MILITARY, ETC. |
|--------------|-----------|--------------|--------------------------|
| Mallory ,p | COI PARAMORE W/C | | |
| | | | |
| | | | |
| | | | |
| | | | |

| WING | A-Wing | B-Wing | C-Wing | D-Wing | E-Wing | F-Wing |
|------|--------|--------|--------|--------|--------|--------|
| TEMP 1st | 70.0 | 71.3 | 72.5 | 73.3 | 72.1 | 72.5 |
| TEMP 2nd | | | | | | |

| CAPT.  STEPHEN KELLY |
|----------------------|
| Shift OIC |

*The Georgia Department of Corrections protects the public by operating safe and secure facilities through the development of professional staff and effective offender management.*

Attachment 3
(227.02)
5/10/19

| Witness Statement | | | |
|---|---|---|---|
| **Place:**    GDCP/SMU | **Date:** 8/28/19 | **Time:** 13:29 | **File Number:** |
| **Last Name, First Name, Middle Name** Polite, J | **Employee Identification Number** | | **State ID. Number:** |
| **Institution or Address** | | | |
| Georgia Diagnostic and Classification Prison | | | |

Sworn Statement

I, ___D/W Polite___, **WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:**

**Grievance# 294448/Inmate Harris, Tavarres #1223884:** concerning the TIER III program illegal placement. Inmate Harris received a  90-day review classification hearing conducted by Upper Management on 8/21/19. I only escorted inmate Harris to the hearing and I was not a part of the executive classification committee.

# END OF STATEMENT

| Exhibit | | |
|---|---|---|
| | **Initials of Person Making Statement** JP | |
| | | Page 1 of _2_ Pages |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

ATTACHMENT 3
(227.02)
5/10/19

Statement (continued)

**Affidavit**

I, _____JP_____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _1_ AND ENDS ON PAGE _2_. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____JP_____
(Signature of Person making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law
_____ to administer oaths, this ____ day of _____, 20__
_____ at _____

INSTITUTION OR ADDRESS

_____
_____ (Signature of Person Administering Oath)

_____
INSTITUTION OR ADDRESS                 (Typed Name of Person Administering Oath)

_____
                                       (Authority To Administer Oath)

Initials of Person making Statement
JP

Page _2_ of _2_ Pages