Exhibit: I-1

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME ____ DAVID ZANVIR ____  ODC I.D. # : 1000727005

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE

DATE: 3, 6, 19   COUNSELOR'S SIGNATURE ____ J. Goody ____

*Form PI-2001*

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

Exhibit: I-2

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

FFENDER'S NAME: DAVID Zanvir   I.D. #: 1000727005

ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE OFFENDER

ATE: 3, 13, 19   COUNSELOR'S SIGNATURE ____ J. Goody ____

*PI-2001 (REV. 10/0*

ETENTION SCHEDULE: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

Exhibit: I-3

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME ____ D. Zanvir ____  ODC I.D. # : 1000727083

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE

DATE: 3, 13, 19   COUNSELOR'S SIGNATURE ____ J. Goody ____

*Form PI-2001*

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

**Exhibit** "5" _____

Exhibit: I-4

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME _D. Zavala_   GDC I.D. #: _1000727083_

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE.

DATE: _4/2/19_   COUNSELOR'S SIGNATURE _J. Goudy_

_Form PI-2001_

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

Exhibit: I-5

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME _D. Zavala_   GDC I.D. #: _1000727083_

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE.

DATE: _4/2/19_   COUNSELOR'S SIGNATURE _J. Goudy_

_Form PI-2001_

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

Exhibit: I-6

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME _D. Zavala_   GDC I.D. #: _1000727033_

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE.

DATE: _4/23/19_   COUNSELOR'S SIGNATURE _J. Goudy_

_Form PI-2001_

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

Exhibit: I-7

Single line

He needs
to Re-wnze
this

Single lines

He needs to
Re-Write

This

Exhibit: I-8

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME _____ D.2 Bautista _____   GDC I.D. # : 1000727033

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE.

DATE: 5, 7, 19   COUNSELOR'S SIGNATURE _____ J Grady _____

*Form PI-2001*

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.