# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| DAVID ZAVALA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
|  | ) 5:19-CV-00383-TES-CHW |
| COMMISSIONER TIMOTHY C. WARD, ET AL | ) |
| Defendants. | ) |

### DEFENDANT WAGY'S MOTION TO STAY DISCOVERY

COMES NOW, Defendant Wagy ("the Defendants"), by and through counsel, Attorney General for the State of Georgia, and pursuant to Fed. R. Civ. P. 26(b)(2)(C)(iii) and Fed. R. Civ. P. 26(d), files this Motion to Stay Discovery on the basis of her pending Motion to Dismiss.

**I.    PROCEDURAL HISTORY AND ARGUMENT:**

On June 4, 2020, Defendants Polite, Taylor, Toole, Myrick, Goody, Ford, Ward, Davis, Ball, Nopen, Gore and Harper filed a Motion to Stay Discovery pending a resolution of their Motion to Dismiss, which was based upon the Plaintiff's failure to exhaust his administrative remedies prior to the filing of his Complaint. (Dkt. No. 38). On June 5, 2020, the Court stayed discovery in this case with the limited exception regarding exhaustion. (Dtk. No. 39). Defendant Wagy has today filed a Motion to Dismiss, in which she incorporated by reference the same exhaustion arguments made by the other defendants in their Motion to Dismiss. (Dkt. No. 38). Therefore, for the same reason that the Court stayed discovery for the Plaintiff's claims against Defendants Polite, Taylor, Toole, Myrick, Goody, Ford, Ward, Davis, Ball, Nopen, Gore and Harper. Defendant Wagy requests that the Court also stay discovery on the Plaintiff's claims against her.

WHEREFORE, Defendant Wagy requests that their Motion to Stay be granted and that the Court stay discovery pending a final resolution of her Motion to Dismiss.

Respectfully submitted this 29th day of December, 2020.

        CHRISTOPHER M. CARR   112505
        Attorney General
        KATHLEEN M. PACIOUS 558555
        Deputy Attorney General
        /s/Andrew M. Magruder
        ANDREW M. MAGRUDER
        Special Assistant Attorney General
        Georgia Bar Number 465710

Wilkinson and Magruder, LLP
2 George C. Wilson Court
Augusta, Georgia 30909
(706) 737-0771; amm@wmssd.net

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed **DEFENDANT WAGY'S MOTION TO STAY DISCOVERY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record. I hereby certify that today I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**DAVID ZAVALA**
REG01574-120
ATLANTA
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 150160
ATLANTA, GA 30315

This the 29th day of December, 2020.

s/Andrew M. Magruder
Georgia Bar No. 465710
Special Assistant Attorney General
2 George C. Wilson Court
Augusta, Georgia 30909
(706) 737-0771
amm@wmssd.net
