Daniel Zavala #61574463
USP of Atlanta
PO Box 150-160
Atlanta, GA, 30315

* Legal Mail

** Submitted on Camara: Feb. 17, 21 @ approx 10pm

US Courts, Middle District of GA
Office of the Clerk
PO Box 128
Macon, GA, 31202

ATLANTA M[...]
18 FEB 2021 PM

31202-012828