IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID ZAVALA, | * |
|     Plaintiff, | * |
| v. | Case No. 5:19-cv-000383-TES-CHW |
| | * |
| COMMISSIONER TIMOTHY C WARD, et al., | |
| | * |
|     Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 1, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 2nd day of March, 2021.

                                                      David W. Bunt, Clerk

                                                      s/ Tydra Miller, Deputy Clerk