IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

ZAVALA, plantiff

v.

WARD et al., Defendants

Case No.
5:19-CV-00383-TES-CHW

## NOTICE OF APPEAL

This is a formal notice that I, Pro se plantiff, David Zavala, wishes to appeal to the United States Court of Appeals for the ELEVENTH circuit from the Judgement entered March/2/2021. The unfavorable Judgement was based on an order adopting the Magistrate's R&R in which he recommends my suit be dismissed in its entirety for an alleged failure to exhaust administrative remedies. I was allowed to proceed "in forma pauperis" in this action & petition this court to allow time for payment & lieniency while I figure out the Appeal Rules & procedures.

*NOTE: In SHU denied all access to the law-library.

Respectfully
DAVID ZAVALA
MARCH/21/2021

David Zavala #01574120
USP of Atlanta
PO Box 150160
Atlanta, GA, 30315