David Zavala #0157-4120
USP of Atlanta
PO Box 150160
Atlanta, GA, 30315

\* Legal Mail

\* Submitted on
Camara: 3/21/21
co. Cordona

ATLANTA METRO 301
22 MAR 2021 PM 6 L

US courts, Middle District Clerk D.
PO Box 128
MACON, GA, 31202

31202-012828