IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID ZAVALA, *Plaintiff,* v. TIMOTHY WARD, *et al.*, *Defendants.* | CIVIL ACTION NO. 5:19-cv-00383-TES-CHW |

**ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") that Plaintiff David Zavala's ("Zavala") Motion to Alter Judgment [Doc. 75] be denied. Zavala filed objections [Doc. 81] to the Magistrate Judge's R&R. The Court will review *de novo* the portion of the Magistrate Judge's R&R Zavala objects to, and will review for clear error the portion to which he does not object. *See* 28 U.S.C. § 636(b)(1).

Zavala's Motion to Alter Judgment pursuant to Federal Rule of Civil Procedure 59(e) repeats arguments he's already made: that he lacked knowledge of the grievance rules and that Defendant Goody refused to accept his grievances for processing. [Doc. 75, pp. 3–5]. "The only grounds for granting a Rule 59 motion are newly-discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir.

2007) (cleaned up); *State of Georgia v. Daker*, No. 20-10656, 2021 WL 1621299, at *4 (11th Cir. Apr. 27, 2021). The Magistrate Judge therefore recommends that Zavala's Motion [Doc. 75] be denied. Zavala's objections repeat—again—his arguments that he did not know about the grievance procedure, and that Defendant Goody did not accept his grievance forms. [Doc. 81-1, pp. 1–2]. Because Zavala fails to present newly-discovered evidence or manifest errors of law or fact, his Motion to Alter Judgment [Doc. 75] is due to be denied. *See King*, 500 F.3d at 1343.

Therefore, the Court, upon its *de novo* review, **ADOPTS** the Magistrate Judge's R&R [Doc. 80] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Zavala's Motion to Alter Judgment [Doc. 75] is **DENIED**.

**SO ORDERED**, this 28th day of April, 2021.

S/Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**