UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ZAVALA, Plantiff-Appellant     * Appeal No. 21-10989-J
   v                            *
WARD, et al., Defendant-Appellees * District Court Docket No.
                                * 5:19-CV-00383-TES-CHW

## LETTER OF CONCERN/DECLARATION

Dear Clerk & Eleventh Circuit Judges,

I pray this finds every one in that court house & your loved ones well in all aspects of life. I am currently housed in Segregated Housing Unit (SHU) @ USP of Atlanta enduring severe physical & phychological issues due to a near (17) month denial/delay of medical treatment of "Keratoconus". I was deemed legally blind by specialist @ Emory in Atlanta, who refered me to another specialist for contact fittings. For the past 2 months after that consult staff has refused to take me to my appointments & I have been living life, not only ½ blind (as a blur of colors), but also in excrutiating pain due to a louse stich in my eye from a corneal transplant. My symptoms vary from time to time but the lack of sleep, constant pressure, & untolerable migrains do not allow me to think straight. I was finally issued pain meds & eye-drops to "hold me off" until they decide to take me to a specialist. This was issued to me a few days ago after 2 months of begging.

(1)

A Bivens action was filed in the Northern District of GA but my preliminary injunction can not come soon enough. (See Case No. 1:20-cv-04416-SDG-RDC). After recieving mail from this court earlier this month I believed I had (28) days to file this "CIP" form. Now upon reviewing such I see it may have been (14)? I'm hoping that the correct amount of allotted days is infact (28) days & that my appeal does'nt get dismissed do to my impaired vision & other physical/phyonological obsticles. In addition, staff here @ USP of Atlanta has been denying me access to the law-library, even ayianst a court order issued by Hon. Magistrate Judge Regina Cannon. I can't explain why besides anymosity sporked by my legal actions. Lastly, I'm deprived of adequate legal writting materials, certified/legal mailing or adequate mailing in general. My administrative remedies are being dilliberately obstructed as bad or worse than they were in the care im appealing & I can't seem to find relief from anything unless I go to the extremes. I respectfully ask, not only that you may find good cause to accept my "CIP" form & allow for this appeal to proceed but that someone can please send word down here to please do the right thing & get me treated urgently. The exacerbation of my illness is due to both facilities deliberate indiffrences, however the current case im

(2)

appealing is pre-COVID & has no justification. By this time I doubt USP of ATL can justify their delay/denial as well. Thank you for your consideration.

Respectfully,

David Zavala

April/25/2021

P.S. I had an outside source promise to assist me on this appeal. IF "CIP" was recieved please disregard all but the urgently needed favor to contact the prison for my treatment. Thank you!

David Zavala #01574120
USP of Atlanta
PO Box 150160
Atlanta, GA, 30315

(3)