APPEAL,MKW

# U.S. District Court [LIVE AREA]
# Middle District of Georgia (Macon)
# CIVIL DOCKET FOR CASE #: 5:19−cv−00383−TES−CHW

| | |
|---|---|
| ZAVALA v. WARD, et al. | Date Filed: 09/23/2019 |
| Assigned to: US DISTRICT JUDGE TILMAN E SELF, III | Date Terminated: 03/02/2021 |
| Referred to: US MAGISTRATE JUDGE CHARLES H WEIGLE | Jury Demand: None |
| Case in other court:  United States Court of Appeals Eleventh Circuit, 21−10989−J | Nature of Suit: 555 Prisoner: Prison Condition |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**DAVID ZAVALA**     represented by    **DAVID ZAVALA**
REG01574−120
ATLANTA
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 150160
ATLANTA, GA 30315
PRO SE

V.

**Defendant**

**COMMISSIONER TIMOTHY C WARD**
*In his indiviual and official capacity*

represented by **Andrew M. Magruder**
2 George C. Wilson Court
Augusta, GA 30909
United Sta
706−737−0771
Email: amm@wmssd.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ASST COMMISSIONER RICKY MYRICK**

represented by **Andrew M. Magruder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROBERT TOOLE**
*Director of Field Operations*

represented by **Andrew M. Magruder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **REGIONAL DIRECTOR TAYLOR**<br>*GD&CP/SMU* | represented by | **Andrew M. Magruder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **WARDEN BENJAMIN FORD**<br>*GD&CP/SMU* | represented by | **Andrew M. Magruder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **SUPERINTENDENT MICHAEL CANNON**<br>*GD&CP/SMU* | represented by | **Andrew M. Magruder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **DEPUTY WARDEN JOSEPH POLITE**<br>*GD&CP/SMU* | represented by | **Andrew M. Magruder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **UNIT MANAGER GEORGE BALL**<br>*GD&CP/SMU* | represented by | **Andrew M. Magruder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **CAPTAIN THOMAS SUMPTER**<br>*GD&CP/SMU* | represented by | **Andrew M. Magruder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **LIEUTENANT NOPEN**<br>*GD&CP/SMU* | represented by | **Andrew M. Magruder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **LIEUTENANT JIMMY HARPER** | represented by | **Andrew M. Magruder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **LIEUTENANT GREG DAVIS**<br>*GD&CP/SMU* | represented by **Andrew M. Magruder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **MERRY GORE**<br>*Health Authority of GD&CP/SMU* | represented by **Andrew M. Magruder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **NURSE ELAINE WAGY**<br>*GD&CP/SMU* | represented by **Andrew M. Magruder**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**CERT OFFICER I EVANS**
*GD&CP/SMU*

**Defendant**

| | |
|---|---|
| **GENERAL COUNSELOR JON GOODY**<br>*GD&CP/SMU* | represented by **Andrew M. Magruder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/23/2019 | 1 | | COMPLAINT against All Defendants, filed by DAVID ZAVALA. (Attachments: # 1 Exhibit A−1 Offender Grievance Form, # 2 Exhibit A2 − Notification of Referral to the Criminal Investigations Division, # 3 Exhibit A−3 through A−4 − Receipt for Grievance at Counselor's Level, # 4 Exhibit B−1 − Offender Grievance Form, # 5 Exhibit B2 − Warden's/Superintendent's Grievance Response, # 6 Exhibit C−1 − Offender Grievance Form, # 7 Exhibit C−3 and C−4 − Receipt for Grivance at Counselor's Level, # 8 Exhibit 5 − Warden's/Superintendent's Grievance Response, # 9 Exhibit D−1 − Offender Grievance Form, # 10 Exhibit D−2 − Warden's/Superintendent's Grievance Response, # 11 Exhibit D−3 and D−4 − Receipt for Grievance at Counselor's Level, # 12 Exhibit H−1 − Offender Grievance Form, # 13 Exhibit E−2 − Warden's/Superintendent's Rejected Grievance Response, # 14 Exhibit E−3 and E−4 − Receipt for Grievance at Counselor's Level, # 15 Exhibit F−1 − Offender Grievance Form, # 16 Exhibit F2 − Warden's/Superintendent's Grievance Response, # 17 Exhibit F−3 and F−4 − Receipt for Grievance at Counselor's Level, # 18 Exhibit G−1 − Offender Grievance Form, # 19 Exhibit G−2 − Warden's/Superintendent's Rejected Grievance Response, # 20 Exhibit G−3 and G−4 − Receipt for Grievance at Counselor's Level, # 21 Exhibit H−1 − Offender Grievance Form, # 22 Exhibit H−2 − Warden's/Superintendent's Grievance Response, # 23 Exhibit H−3 and H−4 − Receipt for Grievance at Counselor's Level, # 24 Exhibit I 1−8 − Receipt for Grievance at Counselor's Level, # 25 Exhibit J − Letter dated 06/27/19 to Mr. Polite, # 26 Exhibit K−1 − |

| | | | |
|---|---|---|---|
| | | | Administrative Segregation: Tier III Program Assignment Appeal Form, # 27 Exhibit K−2 − Disciplinary Report, # 28 Exhibit L−1 − L−3 − Health Services Request Forms, # 29 Exhibit M−1 − M−10 − Health Services Request Forms, # 30 Exhibit N − Witness Statement by William Blake Page, # 31 Summons, # 32 Cover Letter, # 33 Envelope): Originals located on shelf in Clerk's Office as some documents are illegible. (ans) Modified to add document location text on 9/23/2019 (ans). (Entered: 09/23/2019) |
| 09/23/2019 | 2 | | MOTION to Appoint Counsel Filed by DAVID ZAVALA. (Attachments: # 1 Attachments referenced in Motion to Appoint Counsel). Motion(s) referred to CHARLES H WEIGLE.(ans) (Entered: 09/23/2019) |
| 09/23/2019 | 3 | | **ORDER** REFERRING CASE to Magistrate Judge issued at the direction of the Court. (ans) (Entered: 09/23/2019) |
| 09/23/2019 | 4 | | Consent Form (28 USC 636(c)(1)) sent to DAVID ZAVALA (ans) (Entered: 09/23/2019) |
| 11/12/2019 | 5 | | Letter from DAVID ZAVALDA regarding request for information as to whether or not his "Forma Pauperis" request was granted (this Court is not in receipt of an IFP application − blank IFP application mailed to plaintiff); request for information as to whether or not it's too soon to amend complaint (copy of Local Rules mailed to plaintiff); request for information as to how to receive copies of exhibits filed with complaint − mailed information to plaintiff regarding the requirement to pay $.50 per page for copies) − copy of the Notice of Electronic Filing mailed to plaintiff. (Attachments: # 1 Envelope)(ans) (Entered: 11/12/2019) |
| 11/27/2019 | 6 | | MOTION for Leave to Proceed in forma pauperis Filed by DAVID ZAVALA. (Attachments: # 1 Envelope). Motion(s) referred to CHARLES H WEIGLE.(vs) (Entered: 11/27/2019) |
| 11/27/2019 | 7 | | MOTION to Appoint Counsel Filed by DAVID ZAVALA. Motion(s) referred to CHARLES H WEIGLE.(vs) (Entered: 11/27/2019) |
| 11/27/2019 | 8 | | NOTICE of filing proposed summons by DAVID ZAVALA (vs) (Entered: 11/27/2019) |
| 12/02/2019 | 9 | | MOTION for Leave to Proceed in forma pauperis Filed by DAVID ZAVALA. (Attachments: # 1 Cover Letter, # 2 Envelope). Motion(s) referred to CHARLES H WEIGLE.(ans) (Entered: 12/02/2019) |
| 01/02/2020 | 10 | | NOTICE of Change of Address (Attachments: # 1 Envelope)(tlf). (Entered: 01/02/2020) |
| 04/02/2020 | 11 | | **ORDER** denying 2 Motion to Appoint Counsel ; granting 6 Motion for Leave to Proceed in forma pauperis ; denying 7 Motion to Appoint Counsel ; granting 9 Motion for Leave to Proceed in forma pauperis. **REPORT AND RECOMMENDATION** re 1 Complaint filed by DAVID ZAVALA () Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 04/2/2020. (tam) (Entered: 04/02/2020) |
| 04/02/2020 | 12 | | USM 285 Process Receipt and Return ISSUED for All Defendants (Attachments: # 1 USM 285 Assistant Commissioner Ricky Myrick, # 2 USM |

| | | |
|---|---|---|
| | | 285 Robert Toole, # 3 USM 285 Regional Director Taylor, # 4 USM 285 Warden Benjamin Ford, # 5 USM 285 Superintendent Michael Cannon, # 6 USM 285 Deputy Warden Joseph Polite, # 7 USM 285 George Ball Unit Manager, # 8 USM 285 Captain Thomas Sumpter, # 9 USM 285 Lieutenant Nopen, # 10 USM 285 Lieutenant Jimmy Harper, # 11 USM 285 Lieutenant Greg Davis, # 12 USM 285 Merry Gore − Health Authority, # 13 USM 285 Elaine− Health Authority, # 14 USM 285 CERT Officer I Evans, # 15 USM 285 Jon Goody− General Counselor)(tam) (Entered: 04/02/2020) |
| 04/06/2020 | 13 | USM 285 Process Receipt and Return MAILED for All Defendants (Attachments: # 1 USM 285 Myrick, # 2 USM 285 Toole, # 3 USM 285 Taylor, # 4 USM 285 Ford, # 5 USM 285 Cannon, # 6 USM 285 Polite, # 7 USM 285 Ball, # 8 USM 285 Sumpter, # 9 USM 285 Nopen, # 10 USM 285 Harper, # 11 USM 285 Davis, # 12 USM 285 Gore, # 13 USM 285 Elaine, # 14 USM 285 Evans, # 15 USM 285 Goody)(tam) (Entered: 04/06/2020) |
| 04/17/2020 | 14 | USM 285 Process Receipt and Return EXECUTED for GEORGE BALL, WAIVER OF SERVICE Returned Executed by GEORGE BALL. (Attachments: # 1 Waiver of Service)(tam) (Entered: 04/17/2020) |
| 04/17/2020 | 15 | USM 285 Process Receipt and Return EXECUTED for JOSEPH POLITE, WAIVER OF SERVICE Returned Executed by JOSEPH POLITE. (Attachments: # 1 waiver of Service)(tam) (Entered: 04/17/2020) |
| 04/22/2020 | 16 | **ORDER** adopting 11 Report and Recommendations. The Court allows Plaintiffs:(1) excessive force claims against Defendants Polite and Evans;(2) due process claims regarding the restrictions on Plaintiffs confinement against Defendants Taylor, Polite, Sumpter, Toole, Myrick, Goody, Ford, and Ward;(3) conditions−of−confinement claims against Defendants Davis, Ball, Goody,Ford, Sumpter, Harper, Polite, Nopen, Toole, Taylor, Ward, Myrick, andCannon;(4) retaliation claims against Defendants Davis, Ford, Cannon, Polite, Sumpter,Nopen, Harper, and Goody; and(5) medical treatment claims against Defendants Goody, Ford, Cannon, Polite,Toole, Taylor, Ward, Ball, Sumpter, Myrick, Gore, and Elaineto proceed. The Court DISMISSES without prejudice the remaining claims in Plaintiffs Complaint [Doc. 1]. Ordered by US DISTRICT JUDGE TILMAN E SELF, III on 4/22/2020. (chc) (Entered: 04/22/2020) |
| 04/23/2020 | 17 | USM 285 Process Receipt and Return UNEXECUTED for JIMMY HARPER. (Attachments: # 1 Envelope)(tam) (Entered: 04/23/2020) |
| 04/24/2020 | 18 | USM 285 Process Receipt and Return ISSUED (PERSONAL SERVICE) for JIMMY HARPER. (tam). (Entered: 04/24/2020) |
| 04/24/2020 | 19 | Summons Issued as to JIMMY HARPER. (tam) (Entered: 04/24/2020) |
| 04/24/2020 | 20 | USM 285 Process Receipt and Return UNEXECUTED for EVANS. (Attachments: # 1 Envelope)(tam) (Entered: 04/24/2020) |
| 04/24/2020 | 21 | USM 285 Process Receipt and Return ISSUED (PERSONAL SERVICE) for EVANS. (tam) (Entered: 04/24/2020) |
| 04/24/2020 | 22 | Summons Issued as to EVANS. (tam) (Entered: 04/24/2020) |
| 05/01/2020 | 23 | |

| | | | |
|---|---|---|---|
| | | | USM 285 Process Receipt and Return EXECUTED for MERRY GORE. (tam) (Entered: 05/01/2020) |
| 05/01/2020 | 24 | | WAIVER OF SERVICE Returned Executed by MERRY GORE as to MERRY GORE. (tam) (Entered: 05/01/2020) |
| 05/04/2020 | 25 | | USM 285 Process Receipt and Return EXECUTED for NOPEN, WAIVER OF SERVICE Returned Executed by NOPEN. (tam) (Entered: 05/04/2020) |
| 05/08/2020 | 26 | | MOTION for access to law library and computers for discovery and research and for access to commissary. Filed by DAVID ZAVALA. (Attachments: # 1 Envelope) Motion(s) referred to CHARLES H WEIGLE.(tam) (Entered: 05/08/2020) |
| 05/14/2020 | 27 | | USM 285 Process Receipt and Return EXECUTED for TIMOTHY C WARD, WAIVER OF SERVICE Returned Executed by TIMOTHY C WARD. (tam) (Entered: 05/14/2020) |
| 05/14/2020 | 28 | | USM 285 Process Receipt and Return EXECUTED for ROBERT TOOLE, WAIVER OF SERVICE Returned Executed by ROBERT TOOLE. (tam) (Entered: 05/14/2020) |
| 05/14/2020 | 29 | | USM 285 Process Receipt and Return EXECUTED for RICKY MYRICK, WAIVER OF SERVICE Returned Executed by RICKY MYRICK. (tam) (Entered: 05/14/2020) |
| 05/14/2020 | 30 | | USM 285 Process Receipt and Return EXECUTED for JIMMY HARPER. (tam) (Entered: 05/14/2020) |
| 05/19/2020 | 31 | | USM 285 Process Receipt and Return EXECUTED for BENJAMIN FORD, WAIVER OF SERVICE Returned Executed by BENJAMIN FORD. (tam) (Entered: 05/19/2020) |
| 05/19/2020 | 32 | | USM 285 Process Receipt and Return EXECUTED for TAYLOR, WAIVER OF SERVICE Returned Executed by TAYLOR. (tam) (Entered: 05/19/2020) |
| 05/19/2020 | 33 | | WAIVER OF SERVICE Returned Executed by JON GOODY. (tam) (Entered: 05/19/2020) |
| 05/19/2020 | 34 | | WAIVER OF SERVICE Returned Executed by TIMOTHY C WARD. (tam) (Entered: 05/19/2020) |
| 05/19/2020 | 35 | | WAIVER OF SERVICE Returned Executed by ROBERT TOOLE. (tam) (Entered: 05/19/2020) |
| 05/19/2020 | 36 | | WAIVER OF SERVICE Returned Executed by RICKY MYRICK. (tam) (Entered: 05/19/2020) |
| 06/04/2020 | 37 | | MOTION to Dismiss Claims by GEORGE BALL, GREG DAVIS, BENJAMIN FORD, JON GOODY, MERRY GORE, JIMMY HARPER, RICKY MYRICK, NOPEN, JOSEPH POLITE, TAYLOR, ROBERT TOOLE, TIMOTHY C WARD filed by Andrew M. Magruder. (Attachments: # 1 Memorandum in Support, # 2 Affidavit Johannes Goody, # 3 Exhibit Goody Aff. Ex. A, # 4 Exhibit Goody Aff. Ex. B, # 5 Exhibit Goody Aff. Ex. C, # 6 Exhibit Goody Aff. Ex. D, # 7 Exhibit Goody Aff. Ex. E, # 8 Exhibit Goody Aff. Ex. F, # 9 Exhibit Goody Aff. Ex. G, # 10 Exhibit Goody Aff. Ex. H, # 11 Exhibit Goody Aff. Ex. I, # 12 Exhibit Goody Aff. Ex. J, # 13 Exhibit Goody Aff. Ex. K, # 14 |

| | | |
|---|---|---|
| | | Exhibit Goody Aff. Ex. L, # 15 Exhibit Goody Aff. Ex. M, # 16 Exhibit Goody Aff. Ex. N, # 17 Exhibit Goody Aff. Ex. O, # 18 Exhibit Goody Aff. Ex. P, # 19 Exhibit Goody Aff. Ex. Q, # 20 Exhibit Goody Aff. Ex. R, # 21 Exhibit Goody Aff. Ex. S). Motion(s) referred to CHARLES H WEIGLE.(Magruder, Andrew) (Entered: 06/04/2020) |
| 06/04/2020 | 38 | MOTION to Stay Discovery by GEORGE BALL, GREG DAVIS, BENJAMIN FORD, JON GOODY, MERRY GORE, JIMMY HARPER, RICKY MYRICK, NOPEN, JOSEPH POLITE, TAYLOR, ROBERT TOOLE, TIMOTHY C WARD filed by Andrew M. Magruder. (Attachments: # 1 Memorandum in Support). Motion(s) referred to CHARLES H WEIGLE.(Magruder, Andrew) (Entered: 06/04/2020) |
| 06/05/2020 | 39 | **ORDER** granting 38 Motion to Stay Discovery and Notification of Motion to Dismiss. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 06/05/2020 (tam) (Entered: 06/05/2020) |
| 06/11/2020 | 40 | USM 285 Process Receipt and Return EXECUTED for GREG DAVIS, WAIVER OF SERVICE Returned Executed by GREG DAVIS. (tam) (Entered: 06/11/2020) |
| 06/12/2020 | 41 | USM 285 Process Receipt and Return UNEXECUTED for MICHAEL CANNON, ELAINE, THOMAS SUMPTER. (Attachments: # 1 USM 285 Cannon, # 2 USM 285 Sumpter)(tam) (Entered: 06/12/2020) |
| 06/12/2020 | 42 | USM 285 Process Receipt and Return ISSUED (PERSONAL SERVICE) for ELAINE, Summons Issued as to ELAINE. (Attachments: # 1 Summons)(tam) (Entered: 06/12/2020) |
| 06/12/2020 | 43 | USM 285 Process Receipt and Return ISSUED (PERSONAL SERVICE) for MICHAEL CANNON, Summons Issued as to MICHAEL CANNON. (Attachments: # 1 Summons)(tam) (Entered: 06/12/2020) |
| 06/12/2020 | 44 | USM 285 Process Receipt and Return ISSUED (PERSONAL SERVICE) for THOMAS SUMPTER, Summons Issued as to THOMAS SUMPTER. (Attachments: # 1 Summons)(tam) (Entered: 06/12/2020) |
| 06/19/2020 | 45 | **ORDER** denying 26 Motion for access to law library and computers for discovery and research and for access to commissary. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 06/19/2020 (tam) (Entered: 06/19/2020) |
| 06/24/2020 | 46 | USM 285 Process Receipt and Return (PERSONAL SERVICE) EXECUTED for MICHAEL CANNON. (tam) (Entered: 06/24/2020) |
| 06/24/2020 | 47 | USM 285 Process Receipt and Return UNEXECUTED for ELAINE. (tam) (Entered: 06/24/2020) |
| 06/30/2020 | 48 | RESPONSE filed by DAVID ZAVALA re 37 MOTION to Dismiss Claims. (Attachments: # 1 Affidavit, # 2 Envelope)(tam) (Entered: 06/30/2020) |
| 06/30/2020 | 49 | USM 285 Process Receipt and Return EXECUTED (Personal Service) for THOMAS SUMPTER. (tam) (Entered: 06/30/2020) |
| 07/01/2020 | 50 | MOTION to Dismiss by MICHAEL CANNON, THOMAS SUMPTER filed by Andrew M. Magruder. (Attachments: # 1 Memorandum in Support). Motion(s) |

| | | | |
|---|---|---|---|
| | | | referred to CHARLES H WEIGLE.(Magruder, Andrew) (Entered: 07/01/2020) |
| 07/01/2020 | 51 | | MOTION to Stay Discovery by MICHAEL CANNON, THOMAS SUMPTER filed by Andrew M. Magruder.. Motion(s) referred to CHARLES H WEIGLE.(Magruder, Andrew) (Entered: 07/01/2020) |
| 07/08/2020 | 52 | | **ORDER** granting 51 Motion to Stay AND NOTIFICATION OF MOTION TO DISMISS. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 07/08/2020 (tam) (Entered: 07/08/2020) |
| 07/13/2020 | 53 | | Letter from DAVID ZAVALA regarding concern of notarized affidavit in opposition. (Attachments: # 1 Envelope)(tam) (Entered: 07/13/2020) |
| 07/13/2020 | 54 | | **ORDER** Plaintiff is hereby NOTIFIED that the Court received an unexecuted process receipt and return for Defendant Elaine on June 24, 2020. (Doc. 47). Plaintiff is DIRECTED to remedy the apparent service defect concerning Defendant Elaine by providing the Court with additional service information such as a full name and a current service address so that the Court may continue its efforts to effectuate service in the above−styled action. re 47 USM 285 Process Receipt and Return. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 07/13/2020. (tam) (Entered: 07/13/2020) |
| 08/13/2020 | 55 | | Letter from DAVID ZAVALA regarding concerns regarding documents being filed by a private paralegal and a request for 2 1983 packages. (2 copies of 1983 package mailed to plaintiff) (Attachments: # 1 Envelope)(tam) (Entered: 08/13/2020) |
| 08/14/2020 | | | **REMARK**: Mailed Plaintiff a copy of the docket sheet. (tam) (Entered: 08/14/2020) |
| 08/27/2020 | 56 | | Motion to Amend/Correct Defendant Elaine Name from DAVID ZAVALA; re: 54 Order, (Attachments: # 1 Attachment− Witness Statement, # 2 Envelope)(tam) Modified to correct docket event on 9/2/2020 (tam). (Entered: 08/27/2020) |
| 09/01/2020 | 57 | | RESPONSE In Opposition filed by DAVID ZAVALA re 50 MOTION to Dismiss. (Attachments: # 1 Envelope)(tam) (Entered: 09/02/2020) |
| 09/02/2020 | 58 | | **ORDER** granting 56 Motion to Amend/Correct. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 9/2/2020 (tam) (Entered: 09/02/2020) |
| 09/02/2020 | 59 | | USM 285 Process Receipt and Return ISSUED for ELAINE WAGY. (tam) (Entered: 09/02/2020) |
| 09/08/2020 | 60 | | NOTICE Brief in Opposition to Motion to Dismiss by DAVID ZAVALA re 37 MOTION to Dismiss Claims. (Attachments: # 1 Affidavit, # 2 Attachment, # 3 Envelope)(tam) (Entered: 09/08/2020) |
| 09/16/2020 | 61 | | USM 285 Process Receipt and Return MAILED for ELAINE WAGY. (tam) (Entered: 09/16/2020) |
| 10/02/2020 | 62 | | USM 285 Process Receipt and Return UNEXECUTED for ELAINE WAGY. (tam) (Entered: 10/02/2020) |
| 10/02/2020 | 63 | | |

| | | | |
|---|---|---|---|
| | | | USM 285 Process Receipt and Return ISSUED PERSONAL SERVICE for ELAINE WAGY. (tam) (Entered: 10/02/2020) |
| 10/02/2020 | 64 | | Summons Issued as to ELAINE WAGY. (tam) (Entered: 10/02/2020) |
| 10/16/2020 | 65 | | USM 285 Process Receipt and Return ASSIGNED DEPUTY FOR PERSONAL SERVICE for ELAINE WAGY. (tam) (Entered: 10/16/2020) |
| 12/16/2020 | 66 | | USM 285 Process Receipt and Return EXECUTED for ELAINE WAGY (tam) (Entered: 12/16/2020) |
| 12/28/2020 | 67 | | MOTION to Appoint Counsel Filed by DAVID ZAVALA. (Attachments: # 1 Cover Letter, # 2 Exhibit Receipt for Mail and Request for Indigent Postage, # 3 Envelope, # 4 Exhibit G− Envelope, # 5 Exhibit H− Envelope). Motion(s) referred to CHARLES H WEIGLE.(tam) (Entered: 12/28/2020) |
| 12/28/2020 | | | **REMARK**: Mailed Plaintiff a copy of the docket sheet (tam) (Entered: 12/28/2020) |
| 12/29/2020 | 68 | | MOTION to Dismiss by ELAINE WAGY filed by Andrew M. Magruder. (Attachments: # 1 Memorandum in Support). Motion(s) referred to CHARLES H WEIGLE.(Magruder, Andrew) (Entered: 12/29/2020) |
| 12/29/2020 | 69 | | MOTION to Stay Discovery by ELAINE WAGY filed by Andrew M. Magruder.. Motion(s) referred to CHARLES H WEIGLE.(Magruder, Andrew) (Entered: 12/29/2020) |
| 01/12/2021 | 70 | | RESPONSE filed by DAVID ZAVALA re 69 MOTION to Stay Discovery, 68 MOTION to Dismiss (Attachments: # 1 Envelope)(tam) (Entered: 01/12/2021) |
| 02/05/2021 | 71 | | ***ORDER*** denying 67 Motion to Appoint Counsel ; denying as moot 69 Motion to Stay ; ***REPORT AND RECOMMENDATION*** to Grant re 50 MOTION to Dismiss filed by THOMAS SUMPTER, MICHAEL CANNON, 37 MOTION to Dismiss Claims filed by ROBERT TOOLE, RICKY MYRICK, NOPEN, BENJAMIN FORD, TIMOTHY C WARD, JIMMY HARPER, MERRY GORE, JOSEPH POLITE, TAYLOR, GEORGE BALL, JON GOODY, GREG DAVIS, 68 MOTION to Dismiss filed by ELAINE WAGY and to Dismiss without prejudice this action in its entirety based upon Plaintiffs failure toexhaust. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 02/05/2021. (vs) (Entered: 02/05/2021) |
| 02/22/2021 | 72 | | OBJECTION to 71 Report and Recommendations filed by DAVID ZAVALA (Attachments: # 1 Envelope)(vs) (Entered: 02/22/2021) |
| 03/01/2021 | 73 | | ***ORDER*** adopting 71 Report and Recommendations; granting 37 Motion to Dismiss; granting 50 Motion to Dismiss; granting 68 Motion to Dismiss; and dismissing Plaintiff's cases entirely. Ordered by US DISTRICT JUDGE TILMAN E SELF, III on 3/1/2021. (chc) (Entered: 03/01/2021) |
| 03/02/2021 | 74 | | ***JUDGMENT*** (tam) (Entered: 03/02/2021) |
| 03/25/2021 | 75 | | MOTION to Alter Judgment re: 74 Judgment Filed by DAVID ZAVALA. (Attachments: # 1 Envelope). Motion(s) referred to CHARLES H WEIGLE.(tam) (Entered: 03/25/2021) |
| 03/25/2021 | 76 | | |

| | | | |
|---|---|---|---|
| | | | Letter of Concern from David Zavala. (Attachments: # 1 Envelope)(tam) (Entered: 03/25/2021) |
| 03/25/2021 | 77 | | NOTICE OF APPEAL (21−10989−J) as to 74 Judgment, 73 Order on Motion to Dismiss, Order on Report and Recommendations, by DAVID ZAVALA. (Attachments: # 1 Envelope)(tam) Modified to correct docket text on 3/25/2021 (tam). Modified on 3/29/2021 to add appeal case number (tam). (Entered: 03/25/2021) |
| 03/25/2021 | 78 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re: 71 Order, Report and Recommendation, Order on Motion to Appoint Counsel, Order on Motion to Stay, 74 Judgment, 73 Order on Motion to Dismiss, Order on Report and Recommendations, 77 Notice of Appeal Judge Appealed: Tillman E. Self, III. Fee: Not Paid. (tam) (Entered: 03/25/2021) |
| 03/29/2021 | 79 | | USCA Case Number 21−10989−J re 77 Notice of Appeal filed by DAVID ZAVALA. (tam) (Entered: 03/29/2021) |
| 03/29/2021 | 80 | | **REPORT AND RECOMMENDATION** re 75 MOTION to Alter Judgment re: 74 Judgment filed by DAVID ZAVALA Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 3/29/2021. (tam) (Entered: 03/29/2021) |
| 04/16/2021 | 81 | | OBJECTION to 80 Report and Recommendations filed by DAVID ZAVALA (Attachments: # 1 Exhibit A− Declaration, # 2 Envelope)(tam) (Entered: 04/16/2021) |
| 04/16/2021 | 82 | | MOTION for Leave to Appeal in forma pauperis Filed by DAVID ZAVALA. (Attachments: # 1 Envelope). Motion(s) referred to CHARLES H WEIGLE.(tam) (Entered: 04/16/2021) |
| 04/28/2021 | 83 | | **ORDER** adopting 80 Report and Recommendation. Ordered by US DISTRICT JUDGE TILMAN E SELF, III on 04/28/2021 (jlk) (Entered: 04/28/2021) |
| 05/04/2021 | 84 | | Letter of Concern/Declaration from David Zavala. (tam) (Entered: 05/04/2021) |
| 05/14/2021 | 85 | | **ORDER** denying 82 Motion for Leave to Appeal in forma pauperis. Ordered by US DISTRICT JUDGE TILMAN E. SELF, III on 5/11/2021. (ech) (Entered: 05/14/2021) |
| 05/24/2021 | | | Pursuant to F.R.A.P 11(c) the Clerk of the District Court for the Middle District of Georgia certifies that the record is complete for purposes of this appeal re: 77 Notice of Appeal,. The entire record on appeal is available electronically (tam) (Entered: 05/24/2021) |
| 05/24/2021 | 86 | | NOTICE OF APPEAL as to 83 Order on Report and Recommendations by DAVID ZAVALA. (Attachments: # 1 Envelope)(tam) (Entered: 05/24/2021) |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DAVID ZAVALA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:19-cv-383 (TES) (CHW) |
| | : | |
| TIMOTHY C. WARD, *et al.*, | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendants. | : | |
| | : | |

# REPORT AND RECOMMENDATION

On March 2, 2021, the Court entered judgment dismissing this action based on Plaintiff David Zavala's failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). (Docs. 73, 74). Plaintiff has now filed a motion to alter or amend judgment. (Doc. 75).

In that motion, Plaintiff seeks to relitigate the issue of availability. Plaintiff argues that he lacked sufficient knowledge to follow the grievance rules because of poor education and a lack of access to the rules handbook. (Doc. 75, p. 3). As previously explained by the Court, though, Plaintiff's prior grievance history indicates his familiarity with the grievance procedure and its associated rules. *See* (Doc. 73, p. 4). Moreover, even if Plaintiff was unversed in particular aspects of the grievance rules, such as the single-issue rule, Plaintiff has not demonstrated that his ignorance rendered the grievance process both subjectively and objectively unavailable. *Geter v. Baldwin State Prison*, 974 F.3d 1348, 1356 (11th Cir. 2020).

Zavala also reargues that Defendant Goody refused to accept grievances for processing. (Doc. 75, pp. 4–5). The Court previously rejected this argument at step two of the *Turner v. Burnside* review process, 541 F.3d 1077 (11th Cir. 2008), and Plaintiff offers no new evidence or

1

argument warranting a different ruling. Specifically the Court (i) credited a declaration from Defendant Goody, a grievance counselor, indicating that he did not decline to process any of Plaintiff's grievance forms, and (i) found that Plaintiff fabricated Goody's signature on multiple grievance forms.

Because Plaintiff has not "present[ed] newly discovered evidence or demonstrate[d] a manifest error of law or fact," it is **RECOMMENDED** that plaintiff's motion to alter or amend judgment be **DENIED**. (Doc. 75). *Marques v. JP Morgan Chase, N.A.*, 805 F. App'x 668, 670 (11th Cir. 2020). Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this Recommendation, or seek an extension of time to file objections, <u>WITHIN FOURTEEN (14) DAYS</u> after being served with a copy thereof. The District Judge will make a de novo determination of those portions of the Recommendation to which objection is made. All other portions of the Recommendation may be reviewed for clear error.

The parties are further notified that, pursuant to Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice."

**SO RECOMMENDED**, this 29th day of March, 2021.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID ZAVALA, *Plaintiff*, v. TIMOTHY WARD, *et al.*, *Defendants*. | CIVIL ACTION NO. 5:19-cv-00383-TES-CHW |

**ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") that Plaintiff David Zavala's ("Zavala") Motion to Alter Judgment [Doc. 75] be denied. Zavala filed objections [Doc. 81] to the Magistrate Judge's R&R. The Court will review *de novo* the portion of the Magistrate Judge's R&R Zavala objects to, and will review for clear error the portion to which he does not object. *See* 28 U.S.C. § 636(b)(1).

Zavala's Motion to Alter Judgment pursuant to Federal Rule of Civil Procedure 59(e) repeats arguments he's already made: that he lacked knowledge of the grievance rules and that Defendant Goody refused to accept his grievances for processing. [Doc. 75, pp. 3–5]. "The only grounds for granting a Rule 59 motion are newly-discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir.

2007) (cleaned up); *State of Georgia v. Daker*, No. 20-10656, 2021 WL 1621299, at *4 (11th Cir. Apr. 27, 2021). The Magistrate Judge therefore recommends that Zavala's Motion [Doc. 75] be denied. Zavala's objections repeat—again—his arguments that he did not know about the grievance procedure, and that Defendant Goody did not accept his grievance forms. [Doc. 81-1, pp. 1–2]. Because Zavala fails to present newly-discovered evidence or manifest errors of law or fact, his Motion to Alter Judgment [Doc. 75] is due to be denied. *See King*, 500 F.3d at 1343.

Therefore, the Court, upon its *de novo* review, **ADOPTS** the Magistrate Judge's R&R [Doc. 80] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Zavala's Motion to Alter Judgment [Doc. 75] is **DENIED**.

**SO ORDERED**, this 28th day of April, 2021.

S/Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

ZAVALA, Plantiff　　　＊　Case No.
v.　　　　　　　　　　＊　5:19-CV-00383-TES-CHW
WARD, et al.　　　　　＊
　Defendants　　　　　＊

### AMENDED NOTICE OF APPEAL

This is formal notice that, I pro se plantiff, David Zavala, wishes to appeal to the United States Court of Appeals for the Eleventh Circuit from the latest judgment entered April, 28, 2021. The unfavorable judgement was issued March, 2, 2021 & re-instated April, 28, 2021 after a Motion to Alter/Amend Judgement. I appeal the dismissal based on an alleged failure to exhaust administrative remedies. I am currently housed @ USP of Atlanta deprived of access to the law-library. I petition lieniency from the court while guide myself through this process.

Respectfully
David Zavala
#01574120

David Zavala #01574120
USP of Atlanta
PO Box 150160
Atlanta, GA, 30315

Case 5:19-cv-00383-TES-CHW   Document 86-1   Filed 05/24/21   Page 1 of 1

David Zavala #015-74120
USP of Atlanta
PO Box 150160
Atlanta, GA, 30315

*Legal Mail*

ATLANTA METRO 300
20 MAY 2021 PM 9 L

Clerk of Court
US Middle District Court
PO Box 128
Macon, GA, 3120

31202-012828