IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DAVID ZAVALA

U.S. COURTS, MIDDLE DISTRICT OF GEORGIA
OFFICE OF THE CLERK
P.O. BOX 128
MACON, GEORGIA 31202-0128

OFFICIAL BUSINESS

MACON GA 310
18 MAY 2021 PM 2 L

ZIP 31201
02 4W
0000349503 MAY 18 2021
U.S. POSTAGE $000.51⁰ PITNEY BOWES

DAVID ZAVALA
REG01574-120
ATLANTA U.S. PENITENTIARY
PO BOX 150160
ATLANTA, GA 30315

NIXIE    300  DE  1      0005/27/21

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 31202612828    *1539-02445-18-39