APPEAL,MKW

# U.S. District Court [LIVE AREA]
## Middle District of Georgia (Macon)
## CIVIL DOCKET FOR CASE #: <u>5:19−cv−00383−TES−CHW</u>

ZAVALA v. WARD, et al.
Assigned to: US DISTRICT JUDGE TILMAN E SELF, III
Referred to: US MAGISTRATE JUDGE CHARLES H WEIGLE
Case in other court:  United States Court of Appeals Eleventh Circuit, 21−10989−J
United States Court of Appeals 11th Circuit, 21−11812−J
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 09/23/2019
Date Terminated: 03/02/2021
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

**Plaintiff**

| | |
|---|---|
| **DAVID ZAVALA** | represented by **DAVID ZAVALA**<br>REG01574−120<br>ATLANTA<br>U.S. PENITENTIARY<br>Inmate Mail/Parcels<br>PO BOX 150160<br>ATLANTA, GA 30315<br>*PRO SE* |

V.

**Defendant**

| | |
|---|---|
| **COMMISSIONER TIMOTHY C WARD**<br>*In his indiviual and official capacity* | represented by **ANDREW M MAGRUDER**<br>2 GEORGE C WILSON CT<br>AUGUSTA, GA 30909<br>United Sta<br>706−737−0771<br>Email: <u>amm@wmssd.net</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **ASST COMMISSIONER RICKY MYRICK** | represented by **ANDREW M MAGRUDER**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **ROBERT TOOLE**<br>*Director of Field Operations* | represented by **ANDREW M MAGRUDER**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**REGIONAL DIRECTOR TAYLOR**
*GD&CP/SMU*

represented by    **ANDREW M MAGRUDER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WARDEN BENJAMIN FORD**
*GD&CP/SMU*

represented by    **ANDREW M MAGRUDER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SUPERINTENDENT MICHAEL CANNON**
*GD&CP/SMU*

represented by    **ANDREW M MAGRUDER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DEPUTY WARDEN JOSEPH POLITE**
*GD&CP/SMU*

represented by    **ANDREW M MAGRUDER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNIT MANAGER GEORGE BALL**
*GD&CP/SMU*

represented by    **ANDREW M MAGRUDER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CAPTAIN THOMAS SUMPTER**
*GD&CP/SMU*

represented by    **ANDREW M MAGRUDER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LIEUTENANT NOPEN**
*GD&CP/SMU*

represented by    **ANDREW M MAGRUDER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LIEUTENANT JIMMY HARPER**

represented by    **ANDREW M MAGRUDER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LIEUTENANT GREG DAVIS**                    represented by  **ANDREW M MAGRUDER**
*GD&CP/SMU*                                                  (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**MERRY GORE**                              represented by  **ANDREW M MAGRUDER**
*Health Authority of GD&CP/SMU*                             (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**NURSE ELAINE WAGY**                       represented by  **ANDREW M MAGRUDER**
*GD&CP/SMU*                                                 (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**CERT OFFICER I EVANS**
*GD&CP/SMU*

**Defendant**

**GENERAL COUNSELOR JON**                   represented by  **ANDREW M MAGRUDER**
**GOODY**                                                   (See above for address)
*GD&CP/SMU*                                                 *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/23/2019 | 1 | | COMPLAINT against All Defendants,filed by DAVID ZAVALA. (Attachments: # 1 Exhibit A−1 Offender Grievance Form, # 2 Exhibit A2 − Notification of Referral to the Criminal Investigations Division, # 3 Exhibit A−3 through A−4 − Receipt for Grievance at Counselor's Level, # 4 Exhibit B−1 − Offender Grievance Form, # 5 Exhibit B2 − Warden's/Superintendent's Grievance Response, # 6 Exhibit C−1 − Offender Grievance Form, # 7 Exhibit C−3 and C−4 − Receipt for Grivance at Counselor's Level, # 8 Exhibit 5 − Warden's/Superintendent's Grievance Response, # 9 Exhibit D−1 − Offender Grievance Form, # 10 Exhibit D−2 − Warden's/Superintendent's Grievance Response, # 11 Exhibit D−3 and D−4 − Receipt for Grievance at Counselor's Level, # 12 Exhibit H−1 − Offender Grievance Form, # 13 Exhibit E−2 − Warden's/Superintendent's Rejected Grievance Response, # 14 Exhibit E−3 and E−4 − Receipt for Grievance at Counselor's Level, # 15 Exhibit F−1 − Offender Grievance Form, # 16 Exhibit F2 − Warden's/Superintendent's Grievance Response, # 17 Exhibit F−3 and F−4 − Receipt for Grievance at Counselor's Level, # 18 Exhibit G−1 − Offender Grievance Form, # 19 Exhibit G−2 − Warden's/Superintendent's Rejected Grievance Response, # 20 Exhibit G−3 and G−4 − Receipt for Grievance at Counselor's Level, # 21 Exhibit H−1 − Offender Grievance Form, # 22 Exhibit H−2 − Warden's/Superintendent's Grievance Response, # 23 Exhibit H−3 and H−4 − Receipt for Grievance at Counselor's |

| | | |
|---|---|---|
| | | Level, # <u>24</u> Exhibit I 1−8 − Receipt for Grievance at Counselor's Level, # <u>25</u> Exhibit J − Letter dated 06/27/19 to Mr. Polite, # <u>26</u> Exhibit K−1 − Administrative Segregation: Tier III Program Assignment Appeal Form, # <u>27</u> Exhibit K−2 − Disciplinary Report, # <u>28</u> Exhibit L−1 − L−3 − Health Services Request Forms, # <u>29</u> Exhibit M−1 − M−10 − Health Services Request Forms, # <u>30</u> Exhibit N − Witness Statement by William Blake Page, # <u>31</u> Summons, # <u>32</u> Cover Letter, # <u>33</u> Envelope): Originals located on shelf in Clerk's Office as some documents are illegible. (ans) Modified to add document location text on 9/23/2019 (ans). (Entered: 09/23/2019) |
| 09/23/2019 | <u>2</u> | MOTION to Appoint Counsel Filed by DAVID ZAVALA. (Attachments: # <u>1</u> Attachments referenced in Motion to Appoint Counsel). Motion(s) referred to CHARLES H WEIGLE.(ans) (Entered: 09/23/2019) |
| 09/23/2019 | <u>3</u> | ***ORDER*** REFERRING CASE to Magistrate Judge issued at the direction of the Court. (ans) (Entered: 09/23/2019) |
| 09/23/2019 | <u>4</u> | Consent Form (28 USC 636(c)(1)) sent to DAVID ZAVALA (ans) (Entered: 09/23/2019) |
| 11/12/2019 | <u>5</u> | Letter from DAVID ZAVALDA regarding request for information as to whether or not his "Forma Pauperis" request was granted (this Court is not in receipt of an IFP application − blank IFP application mailed to plaintiff); request for information as to whether or not it's too soon to amend complaint (copy of Local Rules mailed to plaintiff); request for information as to how to receive copies of exhibits filed with complaint − mailed information to plaintiff regarding the requirement to pay $.50 per page for copies) − copy of the Notice of Electronic Filing mailed to plaintiff. (Attachments: # <u>1</u> Envelope)(ans) (Entered: 11/12/2019) |
| 11/27/2019 | <u>6</u> | MOTION for Leave to Proceed in forma pauperis Filed by DAVID ZAVALA. (Attachments: # <u>1</u> Envelope). Motion(s) referred to CHARLES H WEIGLE.(vs) (Entered: 11/27/2019) |
| 11/27/2019 | <u>7</u> | MOTION to Appoint Counsel Filed by DAVID ZAVALA. Motion(s) referred to CHARLES H WEIGLE.(vs) (Entered: 11/27/2019) |
| 11/27/2019 | <u>8</u> | NOTICE of filing proposed summons by DAVID ZAVALA (vs) (Entered: 11/27/2019) |
| 12/02/2019 | <u>9</u> | MOTION for Leave to Proceed in forma pauperis Filed by DAVID ZAVALA. (Attachments: # <u>1</u> Cover Letter, # <u>2</u> Envelope). Motion(s) referred to CHARLES H WEIGLE.(ans) (Entered: 12/02/2019) |
| 01/02/2020 | <u>10</u> | NOTICE of Change of Address (Attachments: # <u>1</u> Envelope)(tlf). (Entered: 01/02/2020) |
| 04/02/2020 | <u>11</u> | ***ORDER*** denying <u>2</u> Motion to Appoint Counsel ; granting <u>6</u> Motion for Leave to Proceed in forma pauperis ; denying <u>7</u> Motion to Appoint Counsel ; granting <u>9</u> Motion for Leave to Proceed in forma pauperis. ***REPORT AND RECOMMENDATION*** re <u>1</u> Complaint filed by DAVID ZAVALA () Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 04/2/2020. (tam) (Entered: 04/02/2020) |

| 04/02/2020 | 12 | | USM 285 Process Receipt and Return ISSUED for All Defendants (Attachments: # 1 USM 285 Assistant Commissioner Ricky Myrick, # 2 USM 285 Robert Toole, # 3 USM 285 Regional Director Taylor, # 4 USM 285 Warden Benjamin Ford, # 5 USM 285 Superintendent Michael Cannon, # 6 USM 285 Deputy Warden Joseph Polite, # 7 USM 285 George Ball Unit Manager, # 8 USM 285 Captain Thomas Sumpter, # 9 USM 285 Lieutenant Nopen, # 10 USM 285 Lieutenant Jimmy Harper, # 11 USM 285 Lieutenant Greg Davis, # 12 USM 285 Merry Gore − Health Authority, # 13 USM 285 Elaine− Health Authority, # 14 USM 285 CERT Officer I Evans, # 15 USM 285 Jon Goody− General Counselor)(tam) (Entered: 04/02/2020) |
| 04/06/2020 | 13 | | USM 285 Process Receipt and Return MAILED for All Defendants (Attachments: # 1 USM 285 Myrick, # 2 USM 285 Toole, # 3 USM 285 Taylor, # 4 USM 285 Ford, # 5 USM 285 Cannon, # 6 USM 285 Polite, # 7 USM 285 Ball, # 8 USM 285 Sumpter, # 9 USM 285 Nopen, # 10 USM 285 Harper, # 11 USM 285 Davis, # 12 USM 285 Gore, # 13 USM 285 Elaine, # 14 USM 285 Evans, # 15 USM 285 Goody)(tam) (Entered: 04/06/2020) |
| 04/17/2020 | 14 | | USM 285 Process Receipt and Return EXECUTED for GEORGE BALL, WAIVER OF SERVICE Returned Executed by GEORGE BALL. (Attachments: # 1 Waiver of Service)(tam) (Entered: 04/17/2020) |
| 04/17/2020 | 15 | | USM 285 Process Receipt and Return EXECUTED for JOSEPH POLITE, WAIVER OF SERVICE Returned Executed by JOSEPH POLITE. (Attachments: # 1 waiver of Service)(tam) (Entered: 04/17/2020) |
| 04/22/2020 | 16 | | **_ORDER_** adopting 11 Report and Recommendations. The Court allows Plaintiffs:(1) excessive force claims against Defendants Polite and Evans;(2) due process claims regarding the restrictions on Plaintiffs confinement against Defendants Taylor, Polite, Sumpter, Toole, Myrick, Goody, Ford, and Ward;(3) conditions−of−confinement claims against Defendants Davis, Ball, Goody,Ford, Sumpter, Harper, Polite, Nopen, Toole, Taylor, Ward, Myrick, andCannon;(4) retaliation claims against Defendants Davis, Ford, Cannon, Polite, Sumpter,Nopen, Harper, and Goody; and(5) medical treatment claims against Defendants Goody, Ford, Cannon, Polite,Toole, Taylor, Ward, Ball, Sumpter, Myrick, Gore, and Elaineto proceed. The Court DISMISSES without prejudice the remaining claims in Plaintiffs Complaint [Doc. 1]. Ordered by US DISTRICT JUDGE TILMAN E SELF, III on 4/22/2020. (chc) (Entered: 04/22/2020) |
| 04/23/2020 | 17 | | USM 285 Process Receipt and Return UNEXECUTED for JIMMY HARPER. (Attachments: # 1 Envelope)(tam) (Entered: 04/23/2020) |
| 04/24/2020 | 18 | | USM 285 Process Receipt and Return ISSUED (PERSONAL SERVICE) for JIMMY HARPER. (tam). (Entered: 04/24/2020) |
| 04/24/2020 | 19 | | Summons Issued as to JIMMY HARPER. (tam) (Entered: 04/24/2020) |
| 04/24/2020 | 20 | | USM 285 Process Receipt and Return UNEXECUTED for EVANS. (Attachments: # 1 Envelope)(tam) (Entered: 04/24/2020) |
| 04/24/2020 | 21 | | USM 285 Process Receipt and Return ISSUED (PERSONAL SERVICE) for EVANS. (tam) (Entered: 04/24/2020) |
| 04/24/2020 | 22 | | Summons Issued as to EVANS. (tam) (Entered: 04/24/2020) |

| 05/01/2020 | 23 | | USM 285 Process Receipt and Return EXECUTED for MERRY GORE. (tam) (Entered: 05/01/2020) |
| 05/01/2020 | 24 | | WAIVER OF SERVICE Returned Executed by MERRY GORE as to MERRY GORE. (tam) (Entered: 05/01/2020) |
| 05/04/2020 | 25 | | USM 285 Process Receipt and Return EXECUTED for NOPEN, WAIVER OF SERVICE Returned Executed by NOPEN. (tam) (Entered: 05/04/2020) |
| 05/08/2020 | 26 | | MOTION for access to law library and computers for discovery and research and for access to commissary. Filed by DAVID ZAVALA. (Attachments: # 1 Envelope) Motion(s) referred to CHARLES H WEIGLE.(tam) (Entered: 05/08/2020) |
| 05/14/2020 | 27 | | USM 285 Process Receipt and Return EXECUTED for TIMOTHY C WARD, WAIVER OF SERVICE Returned Executed by TIMOTHY C WARD. (tam) (Entered: 05/14/2020) |
| 05/14/2020 | 28 | | USM 285 Process Receipt and Return EXECUTED for ROBERT TOOLE, WAIVER OF SERVICE Returned Executed by ROBERT TOOLE. (tam) (Entered: 05/14/2020) |
| 05/14/2020 | 29 | | USM 285 Process Receipt and Return EXECUTED for RICKY MYRICK, WAIVER OF SERVICE Returned Executed by RICKY MYRICK. (tam) (Entered: 05/14/2020) |
| 05/14/2020 | 30 | | USM 285 Process Receipt and Return EXECUTED for JIMMY HARPER. (tam) (Entered: 05/14/2020) |
| 05/19/2020 | 31 | | USM 285 Process Receipt and Return EXECUTED for BENJAMIN FORD, WAIVER OF SERVICE Returned Executed by BENJAMIN FORD. (tam) (Entered: 05/19/2020) |
| 05/19/2020 | 32 | | USM 285 Process Receipt and Return EXECUTED for TAYLOR, WAIVER OF SERVICE Returned Executed by TAYLOR. (tam) (Entered: 05/19/2020) |
| 05/19/2020 | 33 | | WAIVER OF SERVICE Returned Executed by JON GOODY. (tam) (Entered: 05/19/2020) |
| 05/19/2020 | 34 | | WAIVER OF SERVICE Returned Executed by TIMOTHY C WARD. (tam) (Entered: 05/19/2020) |
| 05/19/2020 | 35 | | WAIVER OF SERVICE Returned Executed by ROBERT TOOLE. (tam) (Entered: 05/19/2020) |
| 05/19/2020 | 36 | | WAIVER OF SERVICE Returned Executed by RICKY MYRICK. (tam) (Entered: 05/19/2020) |
| 06/04/2020 | 37 | | MOTION to Dismiss Claims by GEORGE BALL, GREG DAVIS, BENJAMIN FORD, JON GOODY, MERRY GORE, JIMMY HARPER, RICKY MYRICK, NOPEN, JOSEPH POLITE, TAYLOR, ROBERT TOOLE, TIMOTHY C WARD filed by Andrew M. Magruder. (Attachments: # 1 Memorandum in Support, # 2 Affidavit Johannes Goody, # 3 Exhibit Goody Aff. Ex. A, # 4 Exhibit Goody Aff. Ex. B, # 5 Exhibit Goody Aff. Ex. C, # 6 Exhibit Goody Aff. Ex. D, # 7 Exhibit Goody Aff. Ex. E, # 8 Exhibit Goody Aff. Ex. F, # 9 Exhibit Goody Aff. Ex. G, # 10 Exhibit Goody Aff. Ex. H, # 11 Exhibit Goody Aff. Ex. I, # 12 Exhibit Goody Aff. Ex. J, # 13 Exhibit Goody Aff. Ex. K, # 14 |

| | | |
|---|---|---|
| | | Exhibit Goody Aff. Ex. L, # <u>15</u> Exhibit Goody Aff. Ex. M, # <u>16</u> Exhibit Goody Aff. Ex. N, # <u>17</u> Exhibit Goody Aff. Ex. O, # <u>18</u> Exhibit Goody Aff. Ex. P, # <u>19</u> Exhibit Goody Aff. Ex. Q, # <u>20</u> Exhibit Goody Aff. Ex. R, # <u>21</u> Exhibit Goody Aff. Ex. S). Motion(s) referred to CHARLES H WEIGLE.(Magruder, Andrew) (Entered: 06/04/2020) |
| 06/04/2020 | <u>38</u> | MOTION to Stay Discovery by GEORGE BALL, GREG DAVIS, BENJAMIN FORD, JON GOODY, MERRY GORE, JIMMY HARPER, RICKY MYRICK, NOPEN, JOSEPH POLITE, TAYLOR, ROBERT TOOLE, TIMOTHY C WARD filed by Andrew M. Magruder. (Attachments: # <u>1</u> Memorandum in Support). Motion(s) referred to CHARLES H WEIGLE.(Magruder, Andrew) (Entered: 06/04/2020) |
| 06/05/2020 | <u>39</u> | ***ORDER*** granting <u>38</u> Motion to Stay Discovery and Notification of Motion to Dismiss. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 06/05/2020 (tam) (Entered: 06/05/2020) |
| 06/11/2020 | <u>40</u> | USM 285 Process Receipt and Return EXECUTED for GREG DAVIS, WAIVER OF SERVICE Returned Executed by GREG DAVIS. (tam) (Entered: 06/11/2020) |
| 06/12/2020 | <u>41</u> | USM 285 Process Receipt and Return UNEXECUTED for MICHAEL CANNON, ELAINE, THOMAS SUMPTER. (Attachments: # <u>1</u> USM 285 Cannon, # <u>2</u> USM 285 Sumpter)(tam) (Entered: 06/12/2020) |
| 06/12/2020 | <u>42</u> | USM 285 Process Receipt and Return ISSUED (PERSONAL SERVICE) for ELAINE, Summons Issued as to ELAINE. (Attachments: # <u>1</u> Summons)(tam) (Entered: 06/12/2020) |
| 06/12/2020 | <u>43</u> | USM 285 Process Receipt and Return ISSUED (PERSONAL SERVICE) for MICHAEL CANNON, Summons Issued as to MICHAEL CANNON. (Attachments: # <u>1</u> Summons)(tam) (Entered: 06/12/2020) |
| 06/12/2020 | <u>44</u> | USM 285 Process Receipt and Return ISSUED (PERSONAL SERVICE) for THOMAS SUMPTER, Summons Issued as to THOMAS SUMPTER. (Attachments: # <u>1</u> Summons)(tam) (Entered: 06/12/2020) |
| 06/19/2020 | <u>45</u> | ***ORDER*** denying <u>26</u> Motion for access to law library and computers for discovery and research and for access to commissary. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 06/19/2020 (tam) (Entered: 06/19/2020) |
| 06/24/2020 | <u>46</u> | USM 285 Process Receipt and Return (PERSONAL SERVICE) EXECUTED for MICHAEL CANNON. (tam) (Entered: 06/24/2020) |
| 06/24/2020 | <u>47</u> | USM 285 Process Receipt and Return UNEXECUTED for ELAINE. (tam) (Entered: 06/24/2020) |
| 06/30/2020 | <u>48</u> | RESPONSE filed by DAVID ZAVALA re <u>37</u> MOTION to Dismiss Claims. (Attachments: # <u>1</u> Affidavit, # <u>2</u> Envelope)(tam) (Entered: 06/30/2020) |
| 06/30/2020 | <u>49</u> | USM 285 Process Receipt and Return EXECUTED (Personal Service) for THOMAS SUMPTER. (tam) (Entered: 06/30/2020) |
| 07/01/2020 | <u>50</u> | MOTION to Dismiss by MICHAEL CANNON, THOMAS SUMPTER filed by Andrew M. Magruder. (Attachments: # <u>1</u> Memorandum in Support). Motion(s) |

| | | referred to CHARLES H WEIGLE.(Magruder, Andrew) (Entered: 07/01/2020) |
|---|---|---|
| 07/01/2020 | 51 | MOTION to Stay Discovery by MICHAEL CANNON, THOMAS SUMPTER filed by Andrew M. Magruder.. Motion(s) referred to CHARLES H WEIGLE.(Magruder, Andrew) (Entered: 07/01/2020) |
| 07/08/2020 | 52 | *ORDER* granting 51 Motion to Stay AND NOTIFICATION OF MOTION TO DISMISS. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 07/08/2020 (tam) (Entered: 07/08/2020) |
| 07/13/2020 | 53 | Letter from DAVID ZAVALA regarding concern of notarized affidavit in opposition. (Attachments: # 1 Envelope)(tam) (Entered: 07/13/2020) |
| 07/13/2020 | 54 | *ORDER* Plaintiff is hereby NOTIFIED that the Court received an unexecuted process receipt and return for Defendant Elaine on June 24, 2020. (Doc. 47). Plaintiff is DIRECTED to remedy the apparent service defect concerning Defendant Elaine by providing the Court with additional service information such as a full name and a current service address so that the Court may continue its efforts to effectuate service in the above−styled action. re 47 USM 285 Process Receipt and Return. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 07/13/2020. (tam) (Entered: 07/13/2020) |
| 08/13/2020 | 55 | Letter from DAVID ZAVALA regarding concerns regarding documents being filed by a private paralegal and a request for 2 1983 packages. (2 copies of 1983 package mailed to plaintiff) (Attachments: # 1 Envelope)(tam) (Entered: 08/13/2020) |
| 08/14/2020 | | REMARK: Mailed Plaintiff a copy of the docket sheet. (tam) (Entered: 08/14/2020) |
| 08/27/2020 | 56 | Motion to Amend/Correct Defendant Elaine Name from DAVID ZAVALA; re: 54 Order, (Attachments: # 1 Attachment− Witness Statement, # 2 Envelope)(tam) Modified to correct docket event on 9/2/2020 (tam). (Entered: 08/27/2020) |
| 09/01/2020 | 57 | RESPONSE In Opposition filed by DAVID ZAVALA re 50 MOTION to Dismiss. (Attachments: # 1 Envelope)(tam) (Entered: 09/02/2020) |
| 09/02/2020 | 58 | *ORDER* granting 56 Motion to Amend/Correct. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 9/2/2020 (tam) (Entered: 09/02/2020) |
| 09/02/2020 | 59 | USM 285 Process Receipt and Return ISSUED for ELAINE WAGY. (tam) (Entered: 09/02/2020) |
| 09/08/2020 | 60 | NOTICE Brief in Opposition to Motion to Dismiss by DAVID ZAVALA re 37 MOTION to Dismiss Claims. (Attachments: # 1 Affidavit, # 2 Attachment, # 3 Envelope)(tam) (Entered: 09/08/2020) |
| 09/16/2020 | 61 | USM 285 Process Receipt and Return MAILED for ELAINE WAGY. (tam) (Entered: 09/16/2020) |
| 10/02/2020 | 62 | USM 285 Process Receipt and Return UNEXECUTED for ELAINE WAGY. (tam) (Entered: 10/02/2020) |
| 10/02/2020 | 63 | |

| | | | |
|---|---|---|---|
| | | | USM 285 Process Receipt and Return ISSUED PERSONAL SERVICE for ELAINE WAGY. (tam) (Entered: 10/02/2020) |
| 10/02/2020 | 64 | | Summons Issued as to ELAINE WAGY. (tam) (Entered: 10/02/2020) |
| 10/16/2020 | 65 | | USM 285 Process Receipt and Return ASSIGNED DEPUTY FOR PERSONAL SERVICE for ELAINE WAGY. (tam) (Entered: 10/16/2020) |
| 12/16/2020 | 66 | | USM 285 Process Receipt and Return EXECUTED for ELAINE WAGY (tam) (Entered: 12/16/2020) |
| 12/28/2020 | 67 | | MOTION to Appoint Counsel Filed by DAVID ZAVALA. (Attachments: # 1 Cover Letter, # 2 Exhibit Receipt for Mail and Request for Indigent Postage, # 3 Envelope, # 4 Exhibit G− Envelope, # 5 Exhibit H− Envelope). Motion(s) referred to CHARLES H WEIGLE.(tam) (Entered: 12/28/2020) |
| 12/28/2020 | | | **REMARK**: Mailed Plaintiff a copy of the docket sheet (tam) (Entered: 12/28/2020) |
| 12/29/2020 | 68 | | MOTION to Dismiss by ELAINE WAGY filed by Andrew M. Magruder. (Attachments: # 1 Memorandum in Support). Motion(s) referred to CHARLES H WEIGLE.(Magruder, Andrew) (Entered: 12/29/2020) |
| 12/29/2020 | 69 | | MOTION to Stay Discovery by ELAINE WAGY filed by Andrew M. Magruder.. Motion(s) referred to CHARLES H WEIGLE.(Magruder, Andrew) (Entered: 12/29/2020) |
| 01/12/2021 | 70 | | RESPONSE filed by DAVID ZAVALA re 69 MOTION to Stay Discovery, 68 MOTION to Dismiss (Attachments: # 1 Envelope)(tam) (Entered: 01/12/2021) |
| 02/05/2021 | 71 | | ***ORDER*** denying 67 Motion to Appoint Counsel ; denying as moot 69 Motion to Stay ; ***REPORT AND RECOMMENDATION*** to Grant re 50 MOTION to Dismiss filed by THOMAS SUMPTER, MICHAEL CANNON, 37 MOTION to Dismiss Claims filed by ROBERT TOOLE, RICKY MYRICK, NOPEN, BENJAMIN FORD, TIMOTHY C WARD, JIMMY HARPER, MERRY GORE, JOSEPH POLITE, TAYLOR, GEORGE BALL, JON GOODY, GREG DAVIS, 68 MOTION to Dismiss filed by ELAINE WAGY and to Dismiss without prejudice this action in its entirety based upon Plaintiffs failure toexhaust. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 02/05/2021. (vs) (Entered: 02/05/2021) |
| 02/22/2021 | 72 | | OBJECTION to 71 Report and Recommendations filed by DAVID ZAVALA (Attachments: # 1 Envelope)(vs) (Entered: 02/22/2021) |
| 03/01/2021 | 73 | | ***ORDER*** adopting 71 Report and Recommendations; granting 37 Motion to Dismiss; granting 50 Motion to Dismiss; granting 68 Motion to Dismiss; and dismissing Plaintiff's cases entirely. Ordered by US DISTRICT JUDGE TILMAN E SELF, III on 3/1/2021. (chc) (Entered: 03/01/2021) |
| 03/02/2021 | 74 | | ***JUDGMENT*** (tam) (Entered: 03/02/2021) |
| 03/25/2021 | 75 | | MOTION to Alter Judgment re: 74 Judgment Filed by DAVID ZAVALA. (Attachments: # 1 Envelope). Motion(s) referred to CHARLES H WEIGLE.(tam) (Entered: 03/25/2021) |
| 03/25/2021 | 76 | | |

| | | |
|---|---|---|
| | | Letter of Concern from David Zavala. (Attachments: # 1 Envelope)(tam) (Entered: 03/25/2021) |
| 03/25/2021 | 77 | NOTICE OF APPEAL (21−10989−J) as to 74 Judgment, 73 Order on Motion to Dismiss, Order on Report and Recommendations, by DAVID ZAVALA. (Attachments: # 1 Envelope)(tam) Modified to correct docket text on 3/25/2021 (tam). Modified on 3/29/2021 to add appeal case number (tam). (Entered: 03/25/2021) |
| 03/25/2021 | 78 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re: 71 Order, Report and Recommendation, Order on Motion to Appoint Counsel, Order on Motion to Stay, 74 Judgment, 73 Order on Motion to Dismiss, Order on Report and Recommendations, 77 Notice of Appeal Judge Appealed: Tillman E. Self, III. Fee: Not Paid. (tam) (Entered: 03/25/2021) |
| 03/29/2021 | 79 | USCA Case Number 21−10989−J re 77 Notice of Appeal filed by DAVID ZAVALA. (tam) (Entered: 03/29/2021) |
| 03/29/2021 | 80 | **_REPORT AND RECOMMENDATION_** re 75 MOTION to Alter Judgment re: 74 Judgment filed by DAVID ZAVALA Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 3/29/2021. (tam) (Entered: 03/29/2021) |
| 04/16/2021 | 81 | OBJECTION to 80 Report and Recommendations filed by DAVID ZAVALA (Attachments: # 1 Exhibit A− Declaration, # 2 Envelope)(tam) (Entered: 04/16/2021) |
| 04/16/2021 | 82 | MOTION for Leave to Appeal in forma pauperis Filed by DAVID ZAVALA. (Attachments: # 1 Envelope). Motion(s) referred to CHARLES H WEIGLE.(tam) (Entered: 04/16/2021) |
| 04/28/2021 | 83 | **_ORDER_** adopting 80 Report and Recommendation. Ordered by US DISTRICT JUDGE TILMAN E SELF, III on 04/28/2021 (jlk) (Entered: 04/28/2021) |
| 05/04/2021 | 84 | Letter of Concern/Declaration from David Zavala. (tam) (Entered: 05/04/2021) |
| 05/14/2021 | 85 | **_ORDER_** denying 82 Motion for Leave to Appeal in forma pauperis. Ordered by US DISTRICT JUDGE TILMAN E. SELF, III on 5/11/2021. (ech) (Entered: 05/14/2021) |
| 05/24/2021 | | Pursuant to F.R.A.P 11(c) the Clerk of the District Court for the Middle District of Georgia certifies that the record is complete for purposes of this appeal re: 77 Notice of Appeal,. The entire record on appeal is available electronically (tam) (Entered: 05/24/2021) |
| 05/24/2021 | 86 | NOTICE OF APPEAL (21−11812−J) as to 83 Order on Report and Recommendations by DAVID ZAVALA. (Attachments: # 1 Envelope)(tam) Modified on 5/28/2021 to add USCA Case Number (tam). (Entered: 05/24/2021) |
| 05/24/2021 | 87 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re: 83 Order on Report and Recommendations, 86 Notice of Appeal, 80 **_REPORT AND RECOMMENDATION_** re 75 MOTION to Alter Judgment re: 74 Judgment filed by DAVID ZAVALA Judge Appealed: Tillman |

| | | | |
|---|---|---|---|
| | | | E. Self, III. Fee: Not Paid. (tam) (Entered: 05/24/2021) |
| 05/28/2021 | 88 | | USCA Case Number 21−11812−J re 86 Notice of Appeal filed by DAVID ZAVALA. (tam) (Entered: 05/28/2021) |
| 06/01/2021 | 89 | | Mail Returned − 85 Order on Motion for Leave to Appeal in forma pauperis sent to David Zavala returned as undeliverable. (vs) (Entered: 06/01/2021) |
| 06/04/2021 | 90 | | MANDATE of USCA DISMISSING appeal as to 86 Notice of Appeal filed by DAVID ZAVALA (Attachments: # 1 Cover Letter)(tam) (Entered: 06/04/2021) |
| 06/21/2021 | 91 | | AMENDED OBJECTION to 71 , 80 Report and Recommendations filed by DAVID ZAVALA (Attachments: # 1 Envelope)(tam) (Entered: 06/21/2021) |
| 06/30/2021 | 92 | | ***ORDER*** construing 91 Amended Objection to 80 Report and Recommendation filed by DAVID ZAVALA as a Rule 60(b) motion and denying the relief sought by DAVID ZAVALA's Rule 60(b) motion. Ordered by US DISTRICT JUDGE TILMAN E. SELF, III on 6/29/2021. (ech) (Entered: 06/30/2021) |
| 08/25/2021 | 93 | | USCA Order granting motion to proceed in forma pauperis as to 77 Notice of Appeal, filed by DAVID ZAVALA (tam) (Entered: 08/25/2021) |
| 11/08/2021 | 94 | | Letter of Concern from David Zavala; re 77 Notice of Appeal. (Attachments: # 1 Envelope)(tam) (Entered: 11/08/2021) |
| 11/08/2021 | 95 | | MOTION for Reconsideration re 74 Judgment Filed by DAVID ZAVALA. (Attachments: # 1 Exhibit A− Declaration, # 2 Envelope)(tam) (Entered: 11/08/2021) |
| 11/18/2021 | 96 | | ***ORDER*** denying 95 Motion for Reconsideration. Ordered by US DISTRICT JUDGE TILMAN E SELF, III on 11/17/2021. (chc) Modified on 11/19/2021 to correct ordered date (tam). (Entered: 11/18/2021) |
| 12/20/2021 | 97 | | NOTICE OF APPEAL as to 96 Order on Motion for Reconsideration by DAVID ZAVALA. (Attachments: # 1 Envelope)(tam) (Entered: 12/20/2021) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **DAVID ZAVALA,** | |
| *Plaintiff,* | |
| **v.** | **CIVIL ACTION NO.** |
| | **5:19-cv-00383-TES-CHW** |
| **Commissioner TIMOTHY C. WARD,** *et al.,* | |
| *Defendants.* | |

## ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

Before the Court is Defendant Zavala's Motion for Relief from Judgment[1] [Doc. 95] that he filed "as an alternative" to the "laborious [and] complex task of filing an appellant's brief." [Doc. 95, p. 1]. Plaintiff previously filed an Amended Objection [Doc. 91] that the Court construed as a Rule 60(b) motion for relief from the order adopting the Report and Recommendation ("R&R") [Doc. 83] entered against him. *See* [Doc. 92]. In its Order, the Court denied Plaintiff's requested relief because he failed to "point to newly-discovered evidence or demonstrate a manifest error of law." [*Id.* at p. 3]. Specifically, the Court noted that Plaintiff's Amended Objections "contain[ed] the same

---

[1] Although docketed as a "Motion for Reconsideration," Plaintiff titled his Motion as a "Motion for Relief From Judgment" and specifically relies on Federal Rule of Civil Procedure 60 which provides when parties are entitled to relief from a judgment or order. As such, the Court will treat this as a Motion for Relief from Judgment pursuant to Rule 60(b)(3) and not as a Motion for Reconsideration under Middle District of Georgia Local Rule 7.6.

recycled argument that he's made several times now during the process of this litigation: that his failure to exhaust his administrative remedies should be excused." [*Id.* at pp. 3–4].

Plaintiff brings this Motion for Relief from Judgment pursuant to rule 60(b)(3), which provides that relief from a final judgment is appropriate whenever there is "fraud . . . misrepresentation, or misconduct by an opposing party." Fed. R. Civ. P. 60(b)(3). "To prevail on a 60(b)(3) motion, the movant must prove by clear and convincing evidence that an adverse party has obtained the verdict through fraud, misrepresentation, or other misconduct." *Cox Nuclear Pharmacy, Inc. v. CTI, Inc.*, 478 F.3d 1303, 1314 (11th Cir. 2007) (citing *Frederick v. Kirby Tankships, Inc.*, 205 F.3d 1277, 1287 (11th Cir. 2000); *Booker v. Dugger*, 825 F.2d 281, 283 (11th Cir. 1987)) (cleaned up). "Additionally, the moving party must show that the conduct prevented the losing party from fully and fairly presenting his case of defense." *Id.* (cleaned up). Plaintiff's Motion fails to provide clear and convincing evidence that the Defendants obtained a verdict through fraud, misrepresentation, or other misconduct.

The current Motion for Relief from Judgment centers on the same allegations that Plaintiff has recycled throughout the entire case: that the Defendant's conduct prevented him from exhausting his administrative remedies. *See generally* [Doc. 95]; [Doc. 91]; [Doc. 81]; [Doc. 72]; [Doc. 70]. These arguments have been evaluated by the United States Magistrate Judge when he recommended that the Court should grant the

2

Defendants' Motions to Dismiss, and when he recommended the Court should deny Plaintiff's Motion to Alter Judgment. *See* [Doc. 71]; [Doc. 80]. Moreover, the Court reviewed and considered these arguments when it conducted *de novo* reviews of both R&Rs submitted by the magistrate judge. *See* [Doc. 73]; [Doc. 83]. The Court also considered these arguments in its Order construing Plaintiff's Amended Objection as a Rule(60)(b) motion and denied him relief from the Order adopting the magistrate judge's R&R. *See* [Doc. 92]. The Court simply does not find that these rehashed arguments provide clear and convincing evidence that Defendants obtained judgment through any misconduct, let alone misconduct that would warrant relief.

Plaintiff has failed to produce any new evidence showing that Defendants secured the Judgment entered against him by means of fraud, misrepresentation, or misconduct. He has simply rehashed his oft-repeated arguments as "fraud" in hopes that the Court will somehow come to a different conclusion. It won't. Consequently, the Court **DENIES** his Motion for Relief from Judgment [Doc. 95].

**SO ORDERED**, this 17th day of November, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

RECVD 21 DEC 20 AM 10:47 MDGA MAC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

ZAVALA, Plaintiff              , Case No.

           v.                  , 5:19-CV-00383-TES-CHW

WARD, et al., Defendant  ,

## AMENDED NOTICE OF APPEAL
### & SWORN AFFIDAVIT

Comes Now, Pro Se plaintiff, David Zavala, pursuant to FRAP Rule (a)(4)(B), [ & Rule 4(a)(5)(A) if applicable], hereby giving notice that I appeal to the U.S. Court of Appeals for the 11th Circuit from an order denying a Motion for relief from Judgement pursuant to Fed. R. Civ. Pro. 60(b)(3) based on defendants fraud upon this court, influencing it to dismiss my case prematurely. The order was entered on the 17th of Nov, 2021 & issued Nov, 22, 2021 @ approx 9 p.m.

### SWORN AFFIDAVIT

Due to possible untimelyness, I make the following factual statements under Oath & penalty of purjery to support my claim of good cause/excusable neglect:
1.) Throughout the record in this case, active appeal, & Northern District of GA case no. 1:20-cv-0441 6-SDG-RDC, I've explained how staff @ this facility have engaged in malicious obstructions of civil actions

(1)

$ administrative remedy exhaustion. Mail deficiensies $ internal grievence obstructions have been eggregious since my arrival @ USP OF ATL in December of 2019. Nonethe-less, the evident intentional hurdles have intensified since the co-vid lock down in March 2020.

2.) An example of the most recent malicious obstructions of legal-mail was on Oct, 5, 2021; when I was issued a notice of dead-line to file an appellant's brief for Appeall No. 21-10989-J. The time-sensitive correspondence was post-marked Aug, 26, 2021 but not issued until A DAY AFTER THE DEAD-LINE.

3.) Since then I have submitted to the Eleventh Circuit: A motion for appointment of councel, numerous letters of concern, $ petitions to stay proceedings. One of these was even sent out with an inmate who went home to prevent mail room obstructions. To this date I have'nt been issued any responce from the Appellate courts. ALL legal-mail is opened $ inspected before being issued. It's been this way since before I got here. It's realy a "hit or miss" on what goes out or I recieve in general.

4.) The Rule 60(b)(3) motion for relief was submitted Oct, 27th, 2021 @ approx 9:40 pm $ it included newly found evidence in the form of a witness affidavit labeled as Exhibit: A. At this moment I'm in doubts as to whether the Affidavit was withdrawn from my

motion before being sent out in this facilities efforts to sabotage my case, or if the justices simply disregarded it. Missing content has occured in the past when sending objections to an R&R in this case.

5.) There are atleast 4 former GDC employees working this SHU @ USP of ATL who are known colleagues & associettes of defendants on this case. There are no coincidences to the on-going legal-mail obstructions. Medical & administrative staff @ this facility have also displayed constant animosity due to filing a civil action agianst them in the Northern District. Without a doubt my litigations are being sabotaged & review of SHU cameras will prove these allegations.

6.) In addition, I've been having to live life & fight these cases while legally blind due on approximate 20 month deliberate indiffrence of serious medical needs at the hands of this facility. Not only was I legally blind (as deemed by specialist @ Emory), but unable to think straight, muchless litigate, due to loose stiches in my eye. The excrutiating pain deprived me of sleep, focus, & peace of mind. Adequate contacts were not issued approx 2 months ago. Doctors @ Emery are considering another corneal transplant due to damages.

7.) Finaly, law-library access & adequate legal writting matterials/ postage have been, & continue to be denied agianst Northern District of GA court orders. I've recieved the notorious: "We're short staffed", "computer is out of

(3)

GAMD 18

order", & other excuses from staff in SHU all year, even when other inmates do recieve access. This seems to be going to be resolved soon thanks to new SHU Lt. Humes & administrators that began doing rounds last week. Another unidentified black woman was empathetic enought to print out exerpts from the FRAP Rule 4, in which I noticed, I believe, I have to file an amended notice of appeal 28 days of the desposition of the motion. I've also discovered, as construed to the best of my ability, that the rule for submitting notices of appeal on Rule 60 (b)(3) motions only if filed within 30 days from entery of Judgment.

8.) The Fed. R. Civ. P 2020 edition provided me a year to obtain evidence & file for relief under Rule 60, which was done timely with time to spare. Any other stipulations to Amend my notice of appeal were practicly concealed due to this SHU's conditions of confinement. Its almost impossible to litigate in a world were to people who control your every move would rather see you ignorant & slumped on drugs So you dont inconvinience them with a simple escort to the law-library. I have raised these & many other issues in petitions & motions for appointment of councel to the courts.

9.) My claims on this case are undisputibly merithous & a wealth of evidence was already

GAMD 19

submitted with my complaint. This includes the actual & factual reciepts defendant Goody signed & issued, but fraudulently claimed under notarized oath he did'nt. I've infested the record with the truth in detail of how Defendants made my internal remedies effectively un available by implementing numerous underhanded tactics. Now he has submitted forged documents & fraudulent state-ments knowing it have an adverse influence against me. This is an on-going issue across the Nation any shrewed individual can defect with ease. I understand redress won't come easy, but I beg the court to consider that the system is making it hard enough on me as it is. The struggle is real & I got children to get through colledge so they don't end up like me. Please understand my persistance. END X

WHEREFORE, I pray this court will accept this Amended Notice of Appeal & issue me an updated docket sheet so I know what made it out or not. Thank you.

Respectfully
DAVID ZAVALA

On this 12th day of December, 2021 in Fulton County, GA.

David Zavala #01574120
USP of ATL
PO Box 150160
Atlanta, GA, 30315                    (S)

# CERTIFICATE OF SERVICE

I David Zavala, pro se plaintiff hereby certify that this motion is being filed to the courts by using standard US postage & issuing to SHU officials @ USP of ATL via regular institutional mailing service for lack of certified mailing. Its being handed to SHU officers @ appox 10 pm on this Monday Dec, 12, 2021 on camara while in cell #202 upper.

Respectfully,

> DAVID ZAVALA
#0157412C

David Zavala #0157412C
USP of ATL
PO Box 150160
Atlanta, GA, 30315

(6)

David Zavala #01574120
USP of Atlanta
PO Box 150160
Atlanta, GA, 30315

Legal Mail

Submitted on camera
logged: Dec, 13, 2021
@ approx 10 PM

ATLANTA METRO 301
15 DEC 2021 PM 11 L

U.S. Courts, Middle District-GA
OFFICE OF THE CLERK
PO Box 128
Macon, GA, 31202

31202

31202-013828