# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-10989

_____

DAVID ZAVALA,

                                                         Plaintiff-Appellant,

*versus*

COMMISSIONER TIMOTHY C. WARD,
In his individual and official capacity,
ASST COMMISSIONER RICKY MYRICK,
ROBERT TOOLE,
Director of Field Operations,
REGIONAL DIRECTOR TAYLOR,
GD&CP/SMU,
WARDEN BENJAMIN FORD,
GD&CP/SMU, et al.,

                                                         Defendants-Appellees.

_____

**ISSUED AS MANDATE 4/2/2024**

2                                                                  21-10989

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:19-cv-00383-TES-CHW

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 9, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 4/2/2024