IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DAVID ZAVALA,**<br><br> *Plaintiff,*<br><br>**v.**<br><br>**Commissioner TIMOTHY WARD,** *et al.,*<br><br> *Defendants.* | **CIVIL ACTION NO.**<br>**5:19-cv-00383-TES-CHW** |

**ORDER**

On January 3, 2025, Judge Weigle entered an Order and Recommendation [Doc. 144] recommending that the Court deny "Plaintiff's motion for relief or reconsideration under Rule 60(b)." [Doc. 144, p. 4 (citing [Doc. 139])]. Following that, Plaintiff filed Objections [Doc. 148] to Judge Weigle's Recommendation. Therefore, the Court reviews Judge Weigle's Recommendation *de novo*. *See* 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no merit in Plaintiff's arguments[1] and agrees with Judge Weigle's findings and conclusions. Therefore, the Court **ADOPTS** Judge Weigle's Recommendation [Doc. 144] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DENIES** Plaintiff's Motion for

---

[1] Plaintiff's arguments were laid out and considered by Judge Weigle in his well-reasoned Order—Plaintiff's Objections add no new considerations to the Court's analysis.

Reconsideration[2] [Doc. 139].[3]

      **SO ORDERED**, this 11th day of February, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[2] Plaintiff's request for a telephone conference based on these Objections is also **DENIED**.

[3] To the extent Plaintiff intended to challenge the other parts of Judge Weigle's Order, the Court finds no error there, either. Judge Weigle clearly acted within his statutorily granted authority in deciding a nondispositive motion, so Plaintiff needed to show the Order is "clearly erroneous or contrary to law. *See* 28 U.S.C. 636(b)(1)(A). Plaintiff failed to carry that burden.