# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **DAVID ZAVALA,**  *Plaintiff,*  v.  **Commissioner TIMOTHY WARD,** *et al.*,  *Defendants.* | **CIVIL ACTION NO.**  **5:19-cv-00383-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 150] to grant Defendant's Motion for Summary Judgment [Doc. 140]. Despite being granted an extension to file an objection to the Recommendation on both July 21, 2025 [Doc. 152] and August 25, 2025 [Doc. 154], Plaintiff failed to do so before the extended deadline of September 19, 2025.[1] Because no objections have been filed, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's

---

[1] In the Court's August 25, 2025, Order [Doc. 154], the Court mistakenly wrote that two extensions to file an objection had already been granted. However, as of that date, only one extension had been granted. *See* [Doc. 152].

Recommendation [Doc. 150] and **MAKES IT THE ORDER OF THE COURT**.

Accordingly, the Court **GRANTS** Defendant's Motion for Summary Judgment [Doc. 140]. The Clerk of Court is **DIRECTED** to **ENTER** Judgment and **CLOSE** this case.

 **SO ORDERED**, this 22nd day of September, 2025.

            <u>S/ Tilman E. Self, III</u>
            **TILMAN E. SELF, III, JUDGE**
            **UNITED STATES DISTRICT COURT**