IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DAVID ZAVALA,     *

         Plaintiff,     *

v.     Case No. 5:19-cv-00383-TES-CHW

    *

COMMISSIONER TIMOTHY C WARD,

    *

         Defendant.

    *

## **J U D G M E N T**

Pursuant to this Court's Order dated September 22, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.  Defendant shall also recover costs of this action.

This 22nd day of September, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk