IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID ZAVALA, | * |
| Plaintiff, | * |
| v. | Case No. 5:19-cv-00383-TES-CHW |
| | * |
| Commissioner TIMOTHY WARD, et al., | * |
| Defendants. | * |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated 10/3/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of October, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk